**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ART AKIANE LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON,<br><br>   Defendants. | Civil Action No.: |

**EXHIBIT LIST TO
ART AKIANE LLC'S COMPLAINT**

**EXHIBIT A**  COPYRIGHT REGISTRATION CERTIFICATES OF SUBJECT WORKS

**EXHIBIT B**  REPRESENTATIVE SAMPLES OF PLAINTIFF'S USE OF ITS MARKS

**EXHIBIT C**  MATERIALS SHOWING PROMOTION OF THE AKIANE MARKS

**EXHIBIT D**  SCREENSHOTS OF DEFENDANTS' ONLINE STORE

**EXHIBIT E**  REPRESENTATIVE SAMPLES OF DEFENDANTS' COPYRIGHT INFRINGEMENT

**EXHIBIT F**  REPRESENTATIVE SAMPLES OF DEFENDANTS' REMOVAL OR ALTERNATION OF PLAINTIFF'S COPYRIGHT MANAGEMENT INFORMATION

**EXHIBIT G**  TABLE CHARTING THE INSTANCES DEFENDANTS ALTERED OR REMOVED PLAINTIFF'S COPYRIGHT MANAGEMENT INFORMATION

**EXHIBIT H**  DEFENDANTS' FACEBOOK PAGE DISPLAYING THE AKIANE MARKS

**EXHIBIT I**          **REPRESENTATIVE SAMPLES OF DEFENDANTS' TRADEMARK INFRINGEMENT AND MISAPPROPRIATION OF AKIANE'S LIKENESS**

Dated: May 1, 2019          Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus S. Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

*Counsel for Plaintiff Art Akiane LLC*