# EXHIBIT E



**Art SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

Questions? | Over $150 | My Account | Shopping Cart

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Heaven Is For Real DVD-Based Conversation Gift Set

☆ ☆ ☆ ☆ ☆

~~$ 45.95~~

$ 24.95

**SUMMARY**

Heaven Is For Real DVD-Based Conversation Kit Gift Set GIFT SET INCLUDES: 1. Heaven Is For Real DVD-Based Conversation Kit uniquely designed in session with a conversation guide - use...

− 1 + **BUY NOW**

← Previous Product

   

**DESCRIPTION** | OUR GUARANTEE | CUSTOMER REVIEWS

### Heaven Is For Real DVD-Based Conversation Kit Gift Set

*GIFT SET INCLUDES:*

*1. Heaven Is For Real DVD-Based Conversation Kit* uniquely designed in session with a conversation guide - use in a small group or in your home.

Engaging questions, devotional readings and Scripture accompany the guide.

*2. Prince of Peace Note Card* featuring a frameable image.

*3. Jute Notebook Cover-*Notebook not included.

*4. Book Art -* clip over the page Hand-Crafted Bookmark.

Cover accommodates up to a 8.25" X 8.25" Bible, journal or notebook. The thickness of item within cover will affect fit.

**A great gift to give and receive**



**SoulWorks**

Search Entire Store

Questions?    Over $150    My Account    Shopping Cart

Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



**Canvas & Fine Art Prints**



**Stationery & Calendars**



**Gift Sets & Ensembles**



**Tapestry & Home Decor**

UP to **75% OFF** JESUS GIFTS & ART BY AKIANE

Easter Specials & Discounts → Click Here

Everything Jesus Prince of Peace          Today's Specials          Handmade Gifts & Art

*Up to 75% Off*



SAVE 17%



SAVE 17%



SAVE 50%



SAVE 20%



SAVE 25%

☆☆☆☆☆

**Jesus & Akiane 3 Pieces Set, Jesus Picture, Akiane Biography Book & Journal \***

**$49.95** $59.95

🛒 BUY NOW

☆☆☆☆☆

**Prince of Peace, Double Matted Print, 11 x 14-inches**

**$49.95** $59.95

🛒 BUY NOW

★★★★★

**Father Forgive, Jesus Praying, Double-Matted Print, 16 x 20-inches\***

**$49.95** $99.95

🛒 BUY NOW

★★★★★

**Prince of Peace, Desk Set, Framed 5 x 7-inch photo & Mug**

**$39.95** $49.95

🛒 BUY NOW

★★★★★

**Akiane - My Dream Is Bigger Than I - Book of Poetry and Aphorisms by Akiane Kramarik (Slight Cover Damage)**

**$29.95** $39.95

🛒 BUY NOW

| Prince of Peace, Desk Set, Framed 5 x 7-inch photo & Mug | Akiane - My Dream Is Bigger Than I - Book of Poetry and Aphorisms by Akiane Kramarik (Slight Cover Damage) | Prince of Peace-Heaven in for Real, Mug full of Magnets | Be Still I AM God, 3 Piece Journal Set features Prince of Peace by Akiane* | Seek My Face Journal & 12 Akiane Art Prints in Calendar |
|---|---|---|---|---|
| $39.95 $49.95 | $29.95 $39.95 | $24.95 $49.95 | $24.95 $29.95 | $24.95 $39.95 |
| BUY NOW | BUY NOW | BUY NOW | BUY NOW | BUY NOW |

# FREE
## Jesus Pictures

Get free Jesus pictures, downloads, the latest news and exclusive offers by email.

Enter Your Email Address

 Download Now FREE!



*About Jesus, Prince of Peace*



## About Jesus, Prince of Peace

If you have been seeking the Real Face of Jesus, you may find that this "Prince of Peace" portrait of Christ by Akiane amazing - many say visualizing Jesus a helps to develop a deeper relationship with Him, especially after seeing his love as expressed by a child prodigy, Akiane. Prince of Peace, the Resurrection Painting of Jesus, was featured in the Heaven is for Real book & movie. See More

The Prince of Peace painting of Jesus is inspired by God.

Jesus painting by Akiane is reflected in the Shroud of Turin.

Colton Burpo confirmed in the "Heaven is for Real" book and movie.

More about Jesus portrait created by 8-year-old Akiane Kramarik,

Prince of Peace, the real face of Jesus portrait, a modern miracle.

*Visit Our Community*

## Recent Blog Posts

Akiane says" My connection to God reminds me of ......



More about Jesus portrait created by 8-year-old Akiane Kramarik,

## Visit Our Community

### Recent Blog Posts

### Akiane says" My connection to God reminds me of ......

Many have asked Akiane what painting is like for her - here's what she says:  "Painting to me is like breathing. Sometimes I am out of breath. Sometimes, I am laboring. Sometimes I do not even notice that  I am breathing at all.   At times I feel I am in a stuffy space, and other times I am on  the ocean shore where air fills me up with rejuvenation, vitality  and purity.   Most often I feel I am in complete control  but, paradoxically, as soon I think this way I lose that control  and I have to start...

READ MORE →

### Akiane says, "God was waiting for me to grow " about her recent JESUS painting

Akiane Kramarik: Self-Taught, Striking and Spiritual - Dec/Jan 2018/19 Success Story originally posted in City Life Magazine, Dolce Media, author,  Cece M. Scott, December 5, 2018 Akiane Kramarik believes that art has the ability to broaden one's perspective and, within that, allows us to understand our own truths. How would you feel if your four-year-old child told you that they were having otherworldly visions on a regular basis? Visions that, without any influences from the outside world, your child transcribed onto canvas in a way that depicted the promise of heaven, love and hope? To dream imaginatively, without limitations, structure...

READ MORE →

## FREE
## Jesus Pictures

Get free Jesus pictures, downloads, the latest news and exclusive offers by email.

Enter Your Email Address







| CUSTOMER SERVICE | PRINCE OF PEACE | AKIANE KRAMARIK | ART & SOULWORKS | CONNECT WITH US |
|---|---|---|---|---|
| Contact Us | Prince of Peace | Akiane & Jesus | About Us | Art Soulworks LLC |
| Prayer Request | Jesus & Akiane | About Akiane | Our Mission | P.O. Box 1179 |

Case: 1:19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 6 of 85 PageID #:59



# Home & Wall Décor

Grace any room with Heavenly Art! Let the beautiful art of Jesus help create a peaceful and inviting home atmosphere. Discover divinely inspired art and including Jesus Prince of Peace by the child prodigy, Akiane Kramarik. Our elegant gift collection includes fine art canvas and prints designed to encourage and delight you. Also, check out hand-crafted adornments & ornaments made of recycled copper, brass & nickel by Thai village artisans - project proceeds help sustain village families. Choose fine art or fun art!

## BROWSE ALL SHOPS

- Home & Wall Décor
- Ornaments & Whimsy
- Mugs Magnets
- Art Downloads
- Jesus Prints by Akiane
- Specials
- Blessed Mother Mary
- Bookmarks & BookDarts
- Bookmarks -Akiane & More
- Books, Music, Movies
- Calendars, Journals & Cards
- eCards & Digital Download
- Father Forgive Them




**Prince of Peace Beatitudes, Framed Art**

$499.95

BUY NOW



**Prince of Peace, Canvas Prints, artist Akiane Kramarik**

From $1,900.00

OPTIONS




**Jesus, Prince of Peace Canvas by Akiane Kramarik,**

$179.00

BUY NOW







From $5,000.00

BUY NOW

OPTIONS

BUY NOW

**Barefoot, Canvas Print by Akiane Kramarik**

$2,495.00

BUY NOW

**Love - Handmade Ornament**

$19.95

BUY NOW

**Free Spirit Angle - Handmade Ornament**

$19.95

BUY NOW

**Wish - Handmade Ornament**

$19.95

BUY NOW

**Rustic Star - Handmade Ornament**

$19.95

BUY NOW

SAVE 20%

**HOPE Ribbon - Handmade Ornament**

$16.00   $19.95

BUY NOW

Case: 1:19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 10 of 85 PageID #:63

https://art-soulworks.com/collections/home-wall-decor/products/prince-of-peace-beatitudes-framed-art



Search Entire Store

 1-888-308-8659
Questions?

 Free Shipping
Over $150

 My Account

 0
Shopping Cart

**Trusted Source of Jesus Prince of Peace Gifts & Art**

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▼    ABOUT



# Prince of Peace Beatitudes, Framed Art

☆ ☆ ☆ ☆ ☆

$ 499.95

SUMMARY

As seen in the New York Times best-selling book: Heaven Is For Real, by Todd Burpo! Painted by Akiane Kramarik at age 8, this is the image that Colton Burpo...

−   1   +        BUY NOW

Next Product →

DESCRIPTION    OUR GUARANTEE    CUSTOMER REVIEWS

As seen in the New York Times best-selling book: Heaven Is For Real, by Todd Burpo! Painted by Akiane Kramarik at age 8, this is the image that Colton Burpo identified as the Jesus he saw while in heaven. The image was also seen in the Sony Pictures release in 2015.



## Prince of Peace, Framed Photo for Desk or Tabletop, 5 x 7-inch

☆ ☆ ☆ ☆ ☆

~~$ 29.95~~

$ 24.95

SUMMARY

Product Description: Set this framed picture of Jesus on your desk or nightstand and focus on Prince of Peace as often as you like!  Out of the box and ready to display! Realistic and life-like...



| — | 1 | + | **BUY NOW** |




| **DESCRIPTION** | OUR GUARANTEE | CUSTOMER REVIEWS |

**Product Description:**

*Set this framed picture of Jesus on your desk or nightstand and focus on Prince of Peace as often as you like!  Out of the box and ready to*



 

| DESCRIPTION | OUR GUARANTEE | CUSTOMER REVIEWS |
|---|---|---|

*Product Description:*

*Set this framed picture of Jesus on your desk or nightstand and focus on Prince of Peace as often as you like! Out of the box and ready to display!*

*Realistic and life-like in every detail, you may find great peace when pondering this Jesus picture. There is such comfort in his eyes, compassion in his gaze. Many call this Heaven is for Real face of Jesus powerful and anointed. Others are comforted by "Prince of Peace" the image Akiane Kramarik brought to us the original painting from her heavenly visions at age 8. This handy size framed photo is perfect for your desk, any tabletop or if you travel … your suitcase!.*

*Includes:*

- **Framed Jesus Prince3 of Peace Print,**
  - Full-Color Jesus Art by Akiane Kramarik
  - Image Size 5-inch x 7-inch Jesus Print
  - Comes with Easel backed frame - styles may vary
  - Ready to Display - Out of the Box & Into your life
  - Printed & Assembled in the USA
  - Portion of proceeds are donated to others in need

SoulWorks
Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

1-888-308-5457 | Free Shipping

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▼    LEARN MORE ▼

ABOUT

## Jesus Fine Artwork Collection

What does Jesus look like? Take a moment to explore the face of Christ. Seven portraits of Jesus have been sent from heaven to earth through child prodigy Akiane Kramarik beginning with Jesus birth to his resurrection. Sharing these "Inspirations from God" is Akiane's destiny, revealed to her at age four, when she was called to draw people's attention to God and to share Jesus, the Prince of Peace with the world through her amazing Jesus Artwork.

**LEARN MORE**

**BROWSE ALL SHOPS**

> Calendars & Journals
> Greeting Cards
> Home & Wall Décor
> Ornaments & Whimsy
> Mugs Magnets
> Art Downloads
> Jesus Prints by Akiane
> Specials


★★★★★
**Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik**
From $ 99.95
☰ OPTIONS


☆☆☆☆☆
**Mother's Love, Canvas & Fine Art Prints, Baby Jesus & Mary by Akiane Kramarik**
From $ 99.95
☰ OPTIONS


★★★★★
**Father Forgive Them, Canvas & Prints by Akiane Kramarik**
From $ 69.95
☰ OPTIONS


★★★★★
**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**
$ 59.95  $ 99.98
🛒 BUY NOW



★★★★★
**Mother's Love, Jesus & Mary, Double Matted Print, 16 x 20-inches**
$ 49.95  $ 99.98
🛒 BUY NOW


★★★★★
**Father Forgive, Jesus Praying, Double-Matted Print, 16 x 20-inches**
$ 49.95  $ 99.98
🛒 BUY NOW


★★★★★
**I Am, Jesus Contemplating His Mission, Double-Matted Art Print, 16 x 20-inch**
$ 49.95  $ 99.98
🛒 BUY NOW



★★★★★
**JESUS, Canvas & Fine Art Prints by Akiane Kramarik**
From $ 99.95
☰ OPTIONS


☆☆☆☆☆
**On My Knees, Child Jesus Praying, Canvas & Fine Art Prints by Akiane Kramarik**
From $ 179.00
☰ OPTIONS


☆☆☆☆☆
**Prince of Peace, Double Matted Print, 11 x 14-inches**
$ 49.95  $ 89.98
🛒 BUY NOW


**FREE**
**Jesus Pictures**
Get free Jesus pictures, downloads, the latest news and exclusive offers by email.

Enter Your Email Address

**Download Now** FREE!




SoulWorks

**CUSTOMER SERVICE**
Contact Us
Prayer Request
Helpful Resources
Our Guarantee

**PRINCE OF PEACE**
Prince of Peace
Jesus & Akiane
Jesus & Colton
Painting Jesus

**AKIANE KRAMARIK**
Akiane & Jesus
About Akiane
Akiane Art by Age
Akiane Originals

**ART & SOULWORKS**
About Us
Our Mission
Philanthropy
Meet the Founder

**CONNECT WITH US**
Art Soulworks LLC
P.O. Box 1179
Evergreen, CO 80439
USA

**SoulWorks**
Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

1-888-308-9659
Questions?

Free Shipping
Over $150

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



### Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik

★★★★★

## $ 179.00

SUMMARY

Prince of Peace Fine Art Canvas & Prints Bring a constant reminder of Hope, Peace and the Love of God into your home with a canvas, or print and portrait of...

### Choose Size & Canvas Edition

9" X 12" CANVAS, OPEN EDITION, SHIPS ROLLED

15" X 20" CANVAS, OPEN EDITION. STRETCHED & READY TO HANG

24" X 32" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

30" X 40" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

36" X 48" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

16" X 20" DOUBLE MATTED, ARCHIVAL PAPER PRINT

17" X 21" FRAMED, DOUBLE MATTED, ARCHIVAL PAPER PRINT

15" X 20" ACRYLIC, OPEN EDITION

−  1  +        **BUY NOW**

   

Next Product →

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

## PRINCE OF PEACE FINE ART CANVAS & PRINTS

Bring a constant reminder of Hope, Peace and the Love of God into your home with a canvas, or print and portrait of Jesus, Prince of Peace, by Akiane Kramarik.

Prince of Peace is considered Akiane Kramarik's first masterpiece of Jesus. Created when she was only eight years old. This detailed painting is recognized worldwide as the Heaven is for Real Face of Jesus and is also referred to by Akiane as the Resurrection Painting Jesus.

Canvas Options Available

Limited Editions are Signed and Numbered by Akiane personally, and Open edition pieces are created on the same legacy quality Lyve canvas using archival inks guaranteed to last for 100 years or more of beauty. Most canvas pieces are shipped in an art tube for extra protection during shipment.

- Made in America using Legacy Lyre Breathing Art Canvas & Archival Inks
- Allow 2-4 weeks within the USA and 4-6 week Internationally
- International orders are often subject to customs fee, taxes or tariffs that are paid by the recipient.

*Watch - Akiane Kramarik Painting Jesus Day-by-Day*



**SoulWorks**
Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART | PRINCE OF PEACE | HEAVEN IS FOR REAL | ALL COLLECTIONS MENU ▼ | LEARN MORE ▼ | ABOUT



## On My Knees, Child Jesus Praying, Canvas & Fine Art Prints by Akiane Kramarik

☆☆☆☆☆

### $ 179.00

SUMMARY

Description: This shows a young Jesus praying to His heavenly father... When we are alone in prayer or meditation, we reach peace, joy, love and wisdom. That intimate time nourishes...

### Choose Size & Canvas Edition

16" X 20" OPEN EDITION GICLÉE

24" X 30" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

32" X 40" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

48" X 60" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

9" X 12" OPEN EDITION, ROLLED

   

−   1   +    **BUY NOW**

← Previous Product      Next Product →

**DESCRIPTION** | OUR GUARANTEE | CUSTOMER REVIEWS

Description: This shows a young Jesus praying to His heavenly father... When we are alone in prayer or meditation, we reach peace, joy, love and wisdom. That intimate time nourishes us for eternity. Each of us walks through our own spiritual journey. But before we walk, before we climb, before we fly, we need to be on our knees. Many decisions need to be made in meekness. Meekness is not weakness. Meekness is the seed of strength, wisdom and love. Each of us needs to find our own way leading to love, righteousness and happiness, and I chose young a child to complete the message. Reflections for "On My Knees" I wake up on time. I kneel on a kiss. I stand up on a sting. To be humble is to respect your own immaturity. Adoption of perfectionism makes obedience incomprehensible. Timelessness is performing with your own returned prayer. Kneeling inside out passes every temptation. We always respond to obedience. In eternity humility becomes a legacy in greatness Akiane

## You May Also Like



★★★★★
**Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik**

From $ 99.95

☰ OPTIONS



☆☆☆☆☆
**Mother's Love, Canvas & Fine Art Prints, Baby Jesus & Mary by Akiane Kramarik**

From $ 99.95

☰ OPTIONS



★★★★★
**Father Forgive Them, Canvas & Prints by Akiane Kramarik**

From $ 69.95

☰ OPTIONS



SAVE 10%

★★★★★
**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**

$ 89.95   $99.95

🛒 BUY NOW



# JESUS, Canvas & Fine Art Prints by Akiane Kramarik

★★★★★

## $ 99.95

SUMMARY

JESUS, Canvas & Fine Art Prints by Akiane Kramarik  New Jesus Painting by Akiane Kramarik!  Enjoy the exquisite beauty of Jesus, as painted by Akiane Kramarik with a legacy quality...

## Choose Size & Edition

16" X 20" DOUBLE MATTED PAPER PRINT

16" X 16" FRAMED, DOUBLE MATTED ARCHIVAL PRINT

16" X 16" OPEN EDITION CANVAS GICLÉE - STRETCHED & READY TO HANG

24" X 24" LIMITED EDITION CANVAS GICLÉE, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

24" X 24" LIMITED EDITION FRAMED ARCHIVAL PRINT, SIGNED & NUMBERED BY AKIANE

— 1 +    **BUY NOW**

← Previous Product    Next Product →






DESCRIPTION    OUR GUARANTEE    CUSTOMER REVIEWS

**SoulWorks**
Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▼    LEARN MORE ▼    ABOUT



### Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik

★★★★★

## $99.95

SUMMARY

Prince of Peace Fine Art Canvas & Prints Bring a constant reminder of Hope, Peace and the Love of God into your home with a canvas, or print and portrait of...

### Choose Size & Canvas Edition

9" X 12" CANVAS, OPEN EDITION, SHIPS ROLLED

15" X 20" CANVAS, OPEN EDITION. STRETCHED & READY TO HANG

24" X 32" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

30" X 40" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

36" X 48" CANVAS, LIMITED EDITION, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

16" X 20" DOUBLE MATTED, ARCHIVAL PAPER PRINT

17" X 21" FRAMED, DOUBLE MATTED, ARCHIVAL PAPER PRINT

15" X 20" ACRYLIC, OPEN EDITION

    

−  1  +      BUY NOW

Next Product →

DESCRIPTION    OUR GUARANTEE    CUSTOMER REVIEWS

## PRINCE OF PEACE FINE ART CANVAS & PRINTS

Bring a constant reminder of Hope, Peace and the Love of God into your home with a canvas, or print and portrait of Jesus, Prince of Peace, by Akiane Kramarik.

Prince of Peace is considered Akiane Kramarik's first masterpiece of Jesus. Created when she was only eight years old. This detailed painting is recognized worldwide as the Heaven is for Real Face of Jesus and is also referred to by Akiane as the Resurrection Painting Jesus.

Canvas Options Available

Limited Editions are Signed and Numbered by Akiane personally, and Open edition pieces are created on the same legacy quality Lyve canvas using archival inks guaranteed to last for 100 years or more of beauty. Most canvas pieces are shipped in an art tube for extra protection during shipment.

- Made in America using Legacy Lyre Breathing Art Canvas & Archival Inks
- Allow 2-4 weeks within the USA and 4-6 week Internationally
- International orders are often subject to customs fee, taxes or tariffs that are paid by the recipient.

*Watch - Akiane Kramarik Painting Jesus Day-by-Day*


Heaven is for REAL Jesus Painting by Akiane Lithuania Girl Seen By Colton

SoulWorks
Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

1-888-309-8659
Questions?

Free Shipping
Over $100

My Account

Support

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Mother's Love, Canvas & Fine Art Prints, Baby Jesus & Mary by Akiane Kramarik

☆☆☆☆☆

### $99.95

SUMMARY

Mother's Love Painting - The Story  Akiane's "Mother's Love" painting of the Blessed Mother Mary with baby Jesus is an allegory telling the story of Jesus life from his birth to...

### Print Sizes

16" X 20" DOUBLE MATTED PAPER PRINT

16" X 20" OPEN EDITION GICLÉE

24" X 30" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

32" X 40" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

48" X 60" LIMITED EDITION, SIGNED & NUMBERED BY AKIANE

   

−  1  +    **BUY NOW**

← Previous Product                                    Next Product →

DESCRIPTION    OUR GUARANTEE    CUSTOMER REVIEWS

## MOTHER'S LOVE PAINTING - THE STORY

Akiane's "Mother's Love" painting of the Blessed Mother Mary with baby Jesus is an allegory telling the story of Jesus life from his birth to the resurrection of Christ.  Painted by Akiane at age 11 based on visions informing Akiane of the virgin birth of Jesus - every detail of this painting has a special meaning.

**About "Mother's Love"  Akiane says ...**

*"I painted Mary in a silky blue robe surrounded by a background palette of cerulean, cobalt and Persian blue. This is how I interpreted the vision of baby Jesus and his beautiful young mother. The robe connects both of them as if there were one.*

*Mary is the symbol of love, warmth, affection, tenderness and devotion. Her story is the story of love and faith.*

*Mary with her tender love embraced Jesus at birth, embraced him on the Cross and embraced him on his resurrection. That is why the lower hand in a shadow is her witnessing the crucifixion, and the upper hand in light is her witnessing both the birth and the resurrection". Akiane Kramarik*

## CANVAS DETAILS

This archival quality print on canvas is an exquisite reproduction of Akiane's original painting titled "Mother's Love" painted at age 11. This Archival Quality Canvas is created by our master printer ensure the highest color accuracy then inspected and approved by Akiane  – this museum quality print known as a Giclée is so authentic in color and texture often mistaken for an original painting!

Original Inquiry    Original Size of Mother's Love, 48" x 60"
Limited Edition    Restricted number printed  - Signed & Numbered
Open Edition    Printed in larger quantities - Unsigned

## *ABOUT "MOTHER'S LOVE" FINE ART CANVAS GICLÉE PRINTS*

- *- Limited Edition Canvas*
  - *- Includes Painting Certificate of Authenticity*
- *- Canvas is Signed & Numbered by Akiane*

**SoulWorks**
Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Father Forgive Them, Canvas & Prints by Akiane Kramarik

★★★★★

~~$9,995.00~~
**$ 69.95**

SUMMARY

Bring peace into your home with this reminder of Jesus' love and prayer for us. This portrait of compassionate forgiveness is conveniently available in 5 sizes Also known as the crucifixion painting of...

### SELECT A SIZE:

16 X 20 IN DOUBLE MATTED PAPER PRINT

12.8 X 16 IN. OPEN EDITION DOUBLE MATTED

9 X12 IN. OPEN EDITION CANVAS GICLER

16 X 20 IN. OPEN EDITION CANVAS PRINT

16 X 20 IN. ACRYLIC WALL ART

24 X 30 IN. LIMITED EDITION, SIGNED & NUMBERED BY AKIANE (SHIPS ROLLED)

32 X 40 IN. LIMITED EDITION, SIGNED & NUMBERED BY AKIANE (SHIPS ROLLED)

48 X 60 IN. LIMITED EDITION, SIGNED & NUMBERED BY AKIANE (SHIPS ROLLED)

ORIGINAL PRICE

−   1   +        **BUY NOW**

← Previous Product                    Next Product →

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

Bring peace into your home with this reminder of Jesus' love and prayer for us. This portrait of compassionate forgiveness is conveniently available in 5 sizes

Also known as the crucifixion painting of Jesus. Considered an Akiane Kramarik masterpiece, this *Father Forgive Them*, canvas portrays realistic details of Jesus praying in the Garden of Gethsemane and is ideal for displaying in any home, office or place of worship. Created when she was just 9 years old on a 48" x 60" canvas that was taller than Akiane.

Three sizes of the limited edition version and two sizes of the open version are available. Our Canvas prints are museum quality Fine Art Giclées created on lyve canvas and pigmented archival inks for a lifetime of durability and enjoyment. Limited Edition versions are signed and numbered by Akiane personally and a Certificate of Authenticity from the fine Art Guild of America.

- Incudes Short Biography of Akiane With Pictures
- Canvas Care &



**GALLERY WRAP, STRETCH OR FRAME YOUR CANVAS**

- Made in America and 100% Satisfaction Guaranteed
- Allow 4-6 weeks for delivery, subject of destination country tariffs
- Canvas is rolled in a protective art tube & insured during shipping for extra protection

- **OPEN EDITION**

Sizes: 9-inch x 12-inch, 15-inch by 20

- **LIMITED EDITION**

Sizes: 24 x 30-inch, 32 x 40-inch, 48 x 60"

- **ORIGINAL INQUIRY**

Original Father Forgive Them, 48 x 60-inch Available

1-800-200-9659 | Free Shipping

**SoulWorks** Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART  PRINCE OF PEACE  HEAVEN IS FOR REAL  ALL COLLECTIONS MENU ▾  LEARN MORE ▾  ABOUT



## I Am, Jesus Contemplating His Mission, Double-Matted Art Print, 16 x 20-inch *

★★★★★

~~$99.95~~
**$49.95**

SUMMARY

I Am, Contemplating Jesus, Double-Matted Art Print, 16 x 20-inch Details Bring the warm essence of I Am, by Akiane Kramairk, artwork to your home with this stunning depiction of...

| − | 1 | + | **BUY NOW** |

← Previous Product                    Next Product →

---

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

# I Am, Contemplating Jesus, Double-Matted Art Print, 16 x 20-inch Details

Bring the warm essence of I Am, by Akiane Kramairk, artwork to your home with this stunning depiction of Jesus at age twenty-six. Professionally double-matted, this high-quality paper print arrives ready to slip into any standard 16-inch by 20-inch frame for hanging or desktop display.

From his thoughtful gaze to his strong hands, this image of a young Jesus features tons of gorgeous detail. Akiane Kramarik's talent and vision are showcased in this beautiful design, which is why Akiane's I Am painting has become an inspirational, religious art collection favorite around the world.

Add this picture of Jesus to your home, office, or place of worship for an extra touch of beauty. The included matting allows you to utilize your favorite decorative frame for personalizing to match your décor. Also, it also makes a great gift idea.

- Double-Matted for a Professional Look
- Printed on Archival Photo Paper for Lasting Durability
- Made in the USA - Designed to Fit a Standard 16" H x 20" W Frame
- Art Print without Double-Matting Measures 11" W x 14" H
- Art Print with Double-Matting Measures 16"W x 20" H

#### Other

- *Printed in the USA using eco-friendly inks and papers*
- *A portion of our proceeds are donated to help others in need*
- *More about our*

  **"GIFTS THAT GIVE BACK"**

#### Shipping

- *Double Matted Prints Ship Via FedEx*
- *Free US shipping begins at $150*

---

*You May Also Like*



SAVE 10%

Search Entire Store

1-833-
308-8459
Questions?

Free
Shipping
Over $150

My Account

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▼

LEARN MORE ▼                                                    ABOUT

## Prince of Peace Gifts & Art Collection

Grace any wall, desk, nightstand or friend by sharing Prince of Peace, the heaven is for real face of Jesus, painted by child prodigy Akiane Kramarik. What does Jesus look like - now answered! Painted by an 8-year old child and identified by Colton Burpo after his near-death experience. Both children know that Jesus is the Prince of Peace and He loves you! This portrait of Jesus is available on canvas, framed desktop, wall art, and as calendars, journals, bookmarks, and stationery. Great gift ideas for Christmas, birthdays and housewarming gifts!

**BROWSE ALL SHOPS**

> Calendars & Journals
> Greeting Cards
> Home & Wall Décor
> Ornaments & Whimsy
> Mugs Magnets
> Art Downloads
> Jesus Prints by Akiane
> Specials


★★★★★
Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik
From $ 99.95
≡ OPTIONS


★★★★★
Prince of Peace, Tapestry Wall Hanging, 26 x 36-Inches
$ 69.95 $80.08
🛒 BUYNOW


★★★★★
Prince of Peace, Double Matted Print, 16 x 20-Inches, painted by Akiane Kramarik
$ 89.95 $90.08
🛒 BUYNOW


★★★★★
Prince of Peace, Double Matted Print, 11 x 14-Inches
$ 49.95 $80.08
🛒 BUYNOW


★★★★★
Prince of Peace, Print in Elegant 12 x 14-inch Wooden Frame, artist Akiane Kramarik
$ 79.95 $120.08
🛒 BUYNOW


★★★★★
Prince of Peace, Print in Contemporary 8 x 10-inch Image size, Espresso Wooden Frame
$ 39.95 $40.08
🛒 BUYNOW


★★★★★
2019 Prince of Peace, Fine Art Print Wall Calendar
$ 9.95 $40.08
🛒 BUYNOW


★★★★★
2017 Prince of Peace Wall Calendar with 12 Prints (Collectors)
$ 29.95
🛒 BUYNOW


★★★★★
2016 Prince of Peace, Wall Calendar (Collectors)
$ 29.95
🛒 BUYNOW


★★★★★
2015 Prince of Peace, Wall Calendar (Collectors)
$ 29.95
🛒 BUYNOW


★★★★★
2014 Prince of Peace, Wall Calendar (Collectors)
$ 29.95
🛒 BUYNOW

★★★★★
2013 Prince of Peace, Wall Calendar (Collectors)
$ 29.95
🛒 BUYNOW


★★★★★
Prince of Peace, Boxed Gift Set of Magnets, Greeting Card & Bookmark
$ 24.50 $40.08
🛒 BUYNOW


★★★★★
Prince of Peace, Greeting & Note Cards, 5 Boxed Cards
$ 14.95 $20.08
🛒 BUYNOW


★★★★★
Prince of Peace, Framed Photo for Desk or Tabletop, 5 x 7-inch
$ 24.95 $30.08
🛒 BUYNOW


★★★★★
Prince of Peace-Heaven Is for Real, Mug full of Magnets
$ 24.95 $40.08
🛒 BUYNOW


★★★★★
Prince of Peace, Bookmark, 5 pack
$ 14.95 $24.08
🛒 BUYNOW


★★★★★
Prince of Peace, Matted in White and Framed in Black for Desk or Tabletop, 5 x 7-inch
$ 19.95 $30.08
🛒 BUYNOW





**Art & SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

Questions? | Over $150 | My Account | Shopping Cart

JESUS ART   PRINCE OF PEACE   HEAVEN IS FOR REAL   ALL COLLECTIONS MENU ▼   LEARN MORE ▼   ABOUT



## Prince of Peace, Print in Elegant 12 x 14-inch Wooden Frame, artist Akiane Kramarik

★★★★★

~~$ 124.95~~

**$ 79.95**

SUMMARY

Jesus, Prince of Peace, Beautifully Framed Table Top Picture Elegant, Wood Frame with a sloped profile in rich golden-express tones Image size: 8 x 10-inches of "Prince of Peace" as...



−   1   +   **BUY NOW**

← Previous Product                    Next Product →

   

**DESCRIPTION**   OUR GUARANTEE   CUSTOMER REVIEWS

Jesus, Prince of Peace, Beautifully Framed Table Top Picture

- Elegant, Wood Frame with a sloped profile in rich golden-express tones
- Image size: 8 x 10-inches of "Prince of Peace" as painted by Akiane Kramarik
- Finished size: 12 x 14-inches
- Clear shatterproof front protects Jesus Image
- Ready to display on a tabletop
- Easel Back included
- Total Shipping Weight is 5 lbs
- Limited Quantity Custom Frame - Made in the USA
- 20% Donated to Charities & Organization that help the needy
- AK 778 | 978-1-60516-778-7 | Made in the USA |

## You May Also Like



SAVE 50% 

SAVE 10% 

SAVE 17% 

SoulWorks
Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store    1-888-309-9659    Free Shipping Over $150

JESUS ART     PRINCE OF PEACE     HEAVEN IS FOR REAL     ALL COLLECTIONS MENU ▾     LEARN MORE ▾     ABOUT



## Prince of Peace, Tapestry Wall Hanging, 26 x 36-inches

★★★★★

~~$ 139.95~~
**$ 69.95**

SUMMARY

Bring the beauty and grace of this beloved Jesus, Prince of Peace painting by Akiane Kramarik into your home with this exquisite tapestry wall hanging. A rod and coordinating finials...



[ − ]  1  [ + ]    **BUY NOW**

← Previous Product                    Next Product →

| DESCRIPTION | OUR GUARANTEE | CUSTOMER REVIEWS |

Bring the beauty and grace of this beloved Jesus, Prince of Peace painting by Akiane Kramarik into your home with this exquisite tapestry wall hanging. A rod and coordinating finials are also included for ease of display.

Give your home, office, or church an added touch of elegance with this Prince of Peace tapestry. This classically inspired wall art piece features Akiane Kramarik's detailed depiction of Jesus. Crafted by skilled artisans using soft blended cotton yarn carefully dyed to match the rich colors of the original painting, this jacquard woven tapestry adds depth and beauty to any wall.

A coordinating wooden rod and finials are included to make hanging simple after arrival. It is a great testimony and conversation piece that, for many, answers the age old question—what does Jesus look like?

- Concealed Weighted Bar at the Bottom Keeps Wall Art Firmly in Place
- Image Side is Woven from a Rich Blend of Cotton Yarns for a Quality Look
- Back Features 100 Percent Cotton Lining for Added Durability
- Made in the USA
- For Best Results, Dry Clean Only
- Please Note That International Orders Will Ship WITH Breakaway Rod and Finials and WITHOUT bottom dowel
- Image Size Measures 36" H x 26" W

## You May Also Like



SAVE 10%

★★★★★

Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik

$89.95 ~~$99.95~~

🛒 BUY NOW



SAVE 17%

☆☆☆☆☆

Prince of Peace, Double Matted Print, 11 x 14-inches

$49.95 ~~$59.95~~

🛒 BUY NOW



SAVE 36%

★★★★★

Prince of Peace, Print in Elegant 12 x 14- inch Wooden Frame, artist Akiane Kramarik

$79.95 ~~$124.95~~

🛒 BUY NOW



SAVE 20%

☆☆☆☆☆

Prince of Peace, Print in Contemporary 8 x 10-inch image size, Espresso Wooden Frame

$39.95 ~~$49.95~~

🛒 BUY NOW

**SoulWorks**
Trusted Source of Jesus Prince of Peace Gifts & Art

1-888-308-8659 | Free Shipping

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



### Prince of Peace, Double Matted Print, 11 x 14-inches

☆☆☆☆☆

~~$59.95~~
$ 49.95

SUMMARY

Prince of Peace, Resurrected Jesus, Double Matted Print, 11 x 14-inches
Rich in detail this life-like portrait of Jesus is professionally double matted with complimentary colors designed to draw immediate attention to the...



−   1   +        **BUY NOW**

← Previous Product                          Next Product →

---

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

# Prince of Peace, Resurrected Jesus, Double Matted Print, 11 x 14-inches

Rich in detail this life-like portrait of Jesus is professionally double matted with complimentary colors designed to draw immediate attention to the love and compassion seen in the eyes of Christ. The original painting was completed by the child prodigy, Akiane Kramarik, at age 8 and introduced to the world by Oprah two year later and is considered to be the real face of Jesus as seen in the Heaven is for Real Movie and books.

Detailed PRINCE OF PEACE double-matted print description
Finishes: Professionally Double Matted - gold interior under black matting
- Matting over a print does many important things
  - Protects the original Jesus artwork
  - Separates the print from the glass to protect from moisture
  - Provides visual distance between the art and frame creating depth
  - Adds color to enhance your Jesus print
  - Allows print to fit into a standard sized frame of your choosing
  - Choose a standard 11"(h) x 14"(w) frame & match your décor
  - Frame not included

Outside Dimensions: 11"(w) x 14"(h)
Image Size: 8"(w) x 10"(h)
Material: Archival photo paper printed in the USA

*Other*

- *Printed in the USA using eco-friendly inks and papers*
- *20% of our proceeds are donated to help others in need*
- *More about our*

**"GIFTS THAT GIVE BACK"**

*Shipping*

- *Most Double Matted Prints Ship Via FedEx*
- *Free US shipping begins at $150*



## PRINCE OF PEACE, PRINT IN CONTEMPORARY 8 X 10-INCH IMAGE SIZE, ESPRESSO WOODEN FRAME

Jesus, Prince of Peace, Beautifully Framed Table Top Picture

~~$49.95~~ $ 39.95

Quantity   −   1   +

**BUY NOW**





**Art & SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

Questions? | Over $150 | My Account | Shopping Cart 0

JESUS ART     PRINCE OF PEACE     HEAVEN IS FOR REAL     ALL COLLECTIONS MENU ▾     LEARN MORE ▾     ABOUT



# Prince of Peace, Boxed Gift Set of Magnets, Greeting Card & Bookmark

★★★★★

~~$ 49.95~~

**$ 24.50**

SUMMARY

Give the beauty of Akiane Kramarik's very best work to someone you care about with this Prince of Peace boxed gift set. This wonderful collection features twelve gorgeous Jesus-themed items...



−  1  +     **BUY NOW**

← Previous Product        Next Product →

   

**DESCRIPTION**     OUR GUARANTEE     CUSTOMER REVIEWS

Give the beauty of Akiane Kramarik's very best work to someone you care about with this Prince of Peace boxed gift set. This wonderful collection features twelve gorgeous Jesus-themed items that are ideal for home or office use.

This Prince of Peace boxed gift set makes a wonderful gift idea for holidays or any other occasion. The collection includes one notecard and one gallery bookmark depicting Akiane Kramarik's most celebrated picture of Jesus. In addition, ten small refrigerator magnets are also included, each showcasing one of the young artist's famous designs.

The set is wonderful for reminding a church staff member how valued they are or just bringing a smile to any religious art collector's face. An included gift box makes wrapping an easy task.

- Includes 1 Prince of Peace, 1 Gallery Bookmark, and 10 Magnets
- Magnets Feature Various Designs by Akiane Kramarik
- Each Magnet Measures 2" W X 3" H
- Notecard Measures 5" W X 7" H
- Made in America
- Packaged in an Easy-to-Wrap Crystal Clear Gift Box



Art & SoulWorks
Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Prince of Peace, Framed Photo for Desk or Tabletop, 5 x 7-inch

☆ ☆ ☆ ☆ ☆

~~$ 29.95~~

$ 24.95

SUMMARY

Product Description: Set this framed picture of Jesus on your desk or nightstand and focus on Prince of Peace as often as you like! Out of the box and ready to display! Realistic and life-like...

| − | 1 | + | BUY NOW |

← Previous Product                    Next Product →

  

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

### Product Description:

Set this framed picture of Jesus on your desk or nightstand and focus on Prince of Peace as often as you like! Out of the box and ready to display!

Realistic and life-like in every detail, you may find great peace when pondering this Jesus picture. There is such comfort in his eyes, compassion in his gaze. Many call this Heaven is for Real face of Jesus powerful and anointed. Others are comforted by "Prince of Peace" the image Akiane Kramarik brought to us the original painting from her heavenly visions at age 8. This handy size framed photo is perfect for your desk, any tabletop or if you travel ... your suitcase!.

### Includes:

- **Framed Jesus Prince3 of Peace Print**,
  - Full-Color Jesus Art by Akiane Kramarik
  - Image Size  5-inch x 7-inch Jesus Print



Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART     PRINCE OF PEACE     HEAVEN IS FOR REAL     ALL COLLECTIONS MENU ▾     LEARN MORE ▾     ABOUT





## Prince of Peace-Heaven in for Real, Mug full of Magnets

★★★★★

~~$ 49.95~~

$ 24.95

SUMMARY

Those inspired by Jesus will enjoy sipping from this big coffee mug that says "Jesus will always love you" on the front!  Our coffee mug comes to you filled with 10 favorite Akiane Kramer...

| − | 1 | + | **BUY NOW** |

← Previous Product              Next Product →

   

**DESCRIPTION**     OUR GUARANTEE     CUSTOMER REVIEWS

Those inspired by Jesus will enjoy sipping from this big coffee mug that says "Jesus will always love you" on the front!  Our coffee mug comes to you filled with 10 favorite Akiane Kramer paintings featured on magnets - some call them refrigerator magnets, some fridge magnets - but they stick a lot of surfaces including filing cabinets.

Akiane's art magnets-mug set is one of our most popular gift ideas for coworkers!  This Practical, yet delightful set is a great birthday, office or religious gift for your coworkers, family or friends who are Jesus & Akiane fans.

**Mug & Magnet Set Includes:**

- 15 ounce cold or hot coffee mug, dishwasher safe,  2 quotes
    - "Jesus is Prince of Peace & He will Always Love You"
    - "Heaven is for Real and you're gonna like it"

- Each of the 10 magnets with Art by Akiane has a matching scripture
    - Jesus Magnet Designs:  Prince of Peace, Father Forgive, On My Knees, I Am and Mother's Love
    - Additional Magnet Designs:  Supreme Sanctuary, Challenge, Trust Bridge, Hope,

- *1 - Heaven is for Real* silicone wristband in bright yellow



Art & SoulWorks

Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

Questions? | Over $150 | My Account | Shopping Cart

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Prince of Peace, Matted in White and Framed in Black for Desk or Tabletop, 5 x 7-inch

☆ ☆ ☆ ☆ ☆

~~$ 29.95~~

$ 19.95

SUMMARY

Product Description: Ready to enjoy from the moment you open the box. Enjoy this framed picture of Jesus as it sits on your desk or nightstand where you focus on the Prince...

| − | 1 | + | **BUY NOW** |

← Previous Product                                    Next Product →

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

*Product Description:*

*Ready to enjoy from the moment you open the box. Enjoy this framed picture of Jesus as it sits on your desk or nightstand where you focus on the Prince of Peace.*

*Great peace awaits you as you ponder this image of Jesus and the gift given to Akiane Kramarik as she painted it at the tender age of 8 years old. Through the years this image of Christ has become known as the Heaven is for Real face of Jesus, and it is powerful and anointed. Great to give as a gift or to add to your personal decor many have mentioned this 5 inch by 7 inch image is perfect size for your desk, any tabletop or if you travel ... your suitcase!*

*Includes:*

- **Framed Jesus Prince of Peace Print,**
  - Full-Color Jesus Art by Akiane Kramarik
  - Image Size  5-inch x 7-inch Jesus Print
  - Comes with Easel backed frame - styles may vary
  - Ready to Display - Out of the Box & into your life
  - Printed & Assembled in the USA
  - A portion of proceeds are donated to others in need



You May Also Like



**SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Prince of Peace, Greeting & Note Cards, 8 Boxed Cards

★ ★ ★ ★ ★

~~$ 39.95~~
$ 14.95

SUMMARY

Prince of Peace Greeting Cards These exquisite cards are 5-inch by 7-inch reproductions of the painting of Jesus titled "Prince of Peace" that was completed by Akiane Kramarik at age...


|   −    |   1    |   +    |        BUY NOW        |

← Previous Product                Next Product →

   

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

### Prince of Peace Greeting Cards

These exquisite cards are 5-inch by 7-inch reproductions of the painting of Jesus titled "Prince of Peace" that was completed by Akiane Kramarik at age 8 and is considered the child's first masterpiece. Prince of Peace is also known as - the "Heaven is for Real painting of Jesus". Akiane's portrait of Jesus, Prince of Peace, is featured in both the Heaven is for Real movie by Sony/Tristar and all the "Heaven is for Real" books by Todd Burpo - published by Thomas Nelson.

### About "Prince of Peace"  Akiane says:

*"My talent is a gift from God given to me to help others." says Akiane. Since age 4 her mind has been filled with dreams and visions of God, Jesus, Angels, and Heaven - a constant inspiration for many of the drawings, paintings, allegories and poems. Prince of Peace was painted by Akiane at age 8. In only 40 hours Akiane captured the light, love, and compassion of Jesus she had been witnessing in her vision for 4 years... Akiane says, "Love and Truth are represented on the light side of Jesus" face, the other is of darkness and suffering - yet there's light in His eye. This light is a reminder that He is ALWAYS with us" -Akiane Kramarik*



**Art & SoulWorks**
*Trusted Source of Jesus Prince of Peace Gifts & Art*

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



**Bookmark 5 Pack**

## Prince of Peace, Bookmark, 5 pack

★★★★★

~~$ 24.95~~
$ 14.95

SUMMARY
Prince of Peace Bookmarks 5 Pack of Galley Bookmarks Large format Size- 2 1/4" x 7 /14" Each is Hand Tasseled Includes a clear protective sleeve



− 1 +    **BUY NOW**

← Previous Product                    Next Product →

---

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

Prince of Peace Bookmarks 5 Pack of Galley Bookmarks Large format Size- 2 1/4" x 7 /14" Each is Hand Tasseled Includes a clear protective sleeve

## *You May Also Like*



★★★★★
**Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik**

From $ 99.95



SAVE 50%
★★★★★
**Prince of Peace, Tapestry Wall Hanging, 26 x 36-inches**

$ 69.95  ~~$ 139.95~~



SAVE 10%
★★★★★
**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**

$ 89.95  ~~$ 99.95~~

SAVE 17%
☆☆☆☆☆
**Prince of Peace, Double Matted Print, 11 x 14-inches**

$ 49.95  ~~$ 59.95~~



**SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

Questions? | Over $150 | My Account | Shopping Cart

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## Jesus, Prince of Peace, Magnet, with Isaiah 9:6

☆ ☆ ☆ ☆ ☆

~~$ 4.95~~

$ 1.99

SUMMARY

Prince of Peace Button Magnet 1 - Prince of Peace 2" x 3" Magnet Made in the USA

−  1  +    **BUY NOW**

← Previous Product



| DESCRIPTION | OUR GUARANTEE | CUSTOMER REVIEWS |

### Prince of Peace Button Magnet

1 - Prince of Peace 2" x 3" Magnet

Made in the USA

## You May Also Like



★★★★★

**Prince of Peace, Canvas & Fine Art Prints, artist Akiane Kramarik**



SAVE 50%

★★★★★

**Prince of Peace, Tapestry Wall Hanging, 26 x 36-inches**

$ 69.95  ~~$ 139.95~~



SAVE 10%

★★★★★

**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**



SAVE 17%

☆ ☆ ☆ ☆ ☆

**Prince of Peace, Double Matted Print, 11 x 14-inches**

$ 49.95  ~~$ 59.95~~



**SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

Search Entire Store

Questions? | Over $150 | My Account | Shopping Cart

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT

## Heaven Is For Real Shop

Experience the mysteries and wonder of heaven described in The Heaven is for Real movie &amp - the book about a 4-year-old boy's near-death experience & his trip to heaven and back by getting or giving inspirational gifts featuring the real face of Jesus as witnessed & described by Colton Burpo.

**BROWSE ALL SHOPS**

› Calendars & Journals
› Greeting Cards
› Home & Wall Décor
› Ornaments & Whimsy
› Mugs Magnets
› Art Downloads
› Jesus Prints by Akiane
› Specials



SAVE 50%

★★★★★

**Prince of Peace, Tapestry Wall Hanging, 26 x 36-inches**

$ 69.95   $139.95

🛒 BUY NOW



★★★★★

**Heaven Is For Real for Kids, Hardcover Book\***

$ 14.99

🛒 BUY NOW



SAVE 10%

★★★★★

**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**

$ 89.95   $99.95

🛒 BUY NOW



SAVE 9%

☆☆☆☆☆

**Heaven Is For Real - HIFR - Deluxe Edition - Hardcover Book by Todd Burpo**

$ 19.95   $21.99

🛒 BUY NOW



SAVE 50%

★★★★★

**2019 Prince of Peace, Fine Art Print Wall Calendar**

$ 9.95   $19.95

🛒 BUY NOW



☆☆☆☆☆

**Heaven Changes Everything - HIFR - Hardcover**

$ 15.99

🛒 BUY NOW



SAVE 17%



SAVE 29%



SAVE 13%

BROWSE ALL SHOPS

> Calendars & Journals
> Greeting Cards
> Home & Wall Décor
> Ornaments & Whimsy
> Mugs Magnets
> Art Downloads
> Jesus Prints by Akiane
> Specials







★★★★★

**Prince of Peace, Tapestry Wall Hanging, 26 x 36-inches**

$ 69.95   $139.95

🛒 BUY NOW

★★★★★

**Heaven Is For Real for Kids, Hardcover Book\***

$ 14.99

🛒 BUY NOW

★★★★★

**Prince of Peace, Double Matted Print, 16 x 20-inches, painted by Akiane Kramarik**

$ 89.95   $99.95

🛒 BUY NOW







☆☆☆☆☆

**Heaven Is For Real - HIFR - Deluxe Edition - Hardcover Book by Todd Burpo**

$ 19.95   $21.99

🛒 BUY NOW

★★★★★

**2019 Prince of Peace, Fine Art Print Wall Calendar**

$ 9.95   $19.95

🛒 BUY NOW

☆☆☆☆☆

**Heaven Changes Everything - HIFR - Hardcover**

$ 15.99

🛒 BUY NOW







☆☆☆☆☆

**Prince of Peace, Framed Photo for Desk or Tabletop, 5 x 7-inch**

$ 24.95   $29.95

🛒 BUY NOW

★★★★★

**Heaven is for Real Book in an 8 Piece Gift Ensemble**

$ 24.95   $35.00

🛒 BUY NOW

☆☆☆☆☆

**Prince of Peace, Pack & Go, Framed Miniature, Easel Back. 3 X 4-inch**

$ 12.95   $14.95

🛒 BUY NOW





★★★★★

Prince of Peace, Greeting & Note Cards, 8 Boxed Cards

$ 14.95    $ 39.95

BUY NOW



☆☆☆☆☆

God is for Real by Todd Burpo, Hardcover Book

$ 19.95

BUY NOW



★★★★★

Prince of Peace, Bookmark, 5 pack

$ 14.95    $ 24.95

BUY NOW



☆☆☆☆☆

Jesus, Prince of Peace, Magnet, with Isaiah 9:6

$ 1.99    $ 4.95

BUY NOW



★★★★★

Prince of Peace, Boxed Gift Set of Magnets, Greeting Card & Bookmark

$ 24.50    $ 49.95

BUY NOW



★★★★★

Heaven is For Real Mug-Prince of Peace, Mug & Jesus Picture

$ 9.95    $ 14.95

BUY NOW



★★★★★

Heaven is for Real Movie, DVD and Jesus Picture

$ 19.95



☆☆☆☆☆

Heaven is for Real, DVD-Based - Road Trip Ready - Conversation Kit

$ 19.95    $ 39.95



☆☆☆☆☆

5 Count, Heaven is for Real, Yellow Silicone Wristbands

$ 7.95    $ 9.95



SoulWorks

*Trusted Source of Jesus Prince of Peace Gifts & Art*

JESUS ART    PRINCE OF PEACE    HEAVEN IS FOR REAL    ALL COLLECTIONS MENU ▾    LEARN MORE ▾    ABOUT



## NEW! Prince of Peace, Print in Elegant 16 x 20-inch Bronze Frame

☆☆☆☆☆

~~$ 199.95~~

$ 179.00

SUMMARY

Jesus, Prince of Peace, Beautifully Framed Picture Prince of Peace elegantly framed in rich crafted wooden tones of golden expresso & bronze Finished  size: 16 x 20-inches Image size: 11...

[ − ]  [ 1 ]  [ + ]      **BUY NOW**

← Previous Product                              Next Product →

  

**DESCRIPTION**    OUR GUARANTEE    CUSTOMER REVIEWS

# Jesus, Prince of Peace, Beautifully Framed Picture

- Prince of Peace elegantly framed in rich crafted wooden tones of golden expresso & bronze
- Finished  size: 16 x 20-inches
- Image size: 11 x 14-inches of "Prince of Peace" as painted by Akiane Kramarik
- Cream mat with a highly detailed filigree fillet in bronze
- Ready-to-hang with hardware pre-attached
- Total Shipping Weight is 7 lbs
- Limited Quantity Frame - Made in the USA
- 20% Donated to Charities & Organization that help the needy
- AK 783 | 978-1-60516-783-1 | Made in the USA |



## Prince of Peace, Double Matted Print, 11 x 14-inches

☆ ☆ ☆ ☆ ☆

~~$ 59.95~~

$ 49.95

SUMMARY

Prince of Peace, Resurrected Jesus, Double Matted Print, 11 x 14-inches Rich in detail this life-like portrait of Jesus is professionally double matted with complimentary colors designed to draw immediate attention to the...



| − | 1 | + | **BUY NOW** |

---

**DESCRIPTION**  |  OUR GUARANTEE  |  CUSTOMER REVIEWS

# Prince of Peace, Resurrected Jesus, Double Matted Print, 11 x 14-inches

Rich in detail this life-like portrait of Jesus is professionally double matted with complimentary colors designed to draw immediate attention to the love and compassion seen in the eyes of Christ. The original painting was completed by the child prodigy, Akiane Kramarik, at age 8 and introduced to the world by Oprah two year later and is considered to be the real face of Jesus as seen in the Heaven is for Real Movie and books.

Detailed PRINCE OF PEACE double-matted print description

Finishes: Professionally Double Matted - gold interior under black matting

- Matting over a print does many important things
    - Protects the original Jesus artwork



**SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

| JESUS ART | PRINCE OF PEACE | HEAVEN IS FOR REAL | ALL COLLECTIONS MENU ▾ | LEARN MORE ▾ | ABOUT |



## Prince of Peace, Pack & Go, Framed Miniature, Easel Back. 3 X 4-inch

☆ ☆ ☆ ☆ ☆

~~$ 14.95~~
$ 12.95

SUMMARY

Place this tiny treasure on your desk or at your workstation and enjoy Jesus, Prince of Peace as often as you like! A powerful yet discreet reminder that Jesus Love...

| − | 1 | + | **BUY NOW** |

← Previous Product                    Next Product →

  

| DESCRIPTION | OUR GUARANTEE | CUSTOMER REVIEWS |

*Place this tiny treasure on your desk or at your workstation and enjoy Jesus, Prince of Peace as often as you like! A powerful yet discreet reminder that Jesus Love You right where you are!*

*Many know this image as the Heaven is for Real face of Jesus that was painted by Child prodigy Akiane Kramarik when she was only eight years old and verified by Colton Burpo in the Heaven is for Real movie and book. A glance of this face of Jesus brings great to followers around the world. This miniature framed Jesus picture is perfect for packing and a great little gift travelers and is a really personal, easy-to-mail way to encourage others.*

Framed Jesus Picture Details:

- Nicely Presented in wooden easel back frame approx. 3-inch by 4-inch
- Full-color print of Jesus by Akiane Kramarik is approx.. 2-inch by 3-inch
- Ready to Display - Out of the Box - Into Your Life
- Printed & Assembled in the USA
- 100 % Satisfaction Guaranteed

## We invite you to join our community

Join over 725,000 Jesus, Prince of Peace fans and become part of our online community of folks who enjoy daily inspirations, art and encouraging one another!

Facebook | Jesus & Akiane blog

 Akiane Art Gallery **SHOP NOW**

CUSTOMER SERVICE

ART & SOULWORKS

CONNECT WITH US

Contact Us

About Us

Art Soulworks LLC

Prayer Request

Our Mission

P.O. Box 1179

Helpful Resources

Philanthropy

Evergreen, CO 80439

Our Guarantee

Meet the Founder

USA





Like · Follow · Share · ···



Enable me to be patient with all people and situations so
that I will reflect Your nature and not give place to my flesh.

*Cease from anger, and forsake wrath;*
*do not fret—it only causes harm.*
PSALM 37:8

GOD SO
BEGOTTEN SON THAT
WHOEVER
BELIEVES IN HIM
SHOULD NOT PERISH
BUT HAVE

See All



## Prince of Peace Painting by Akiane Kramarik

@jesusprinceofpeace

Home

Shop

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Email Signup

Offers

**Create a Page**



### Posts



5.0 · **5 out of 5** · Based on the opinion of 72 people

**Community** · See All

👥 **Invite your friends** to like this Page

👍 724,912 people like this

📶 717,127 people follow this

👥 **Angela Whitley** and **417 other friends** like this



**Prince of Peace Painting by Akiane Kramarik**
20 hrs · 🌐

❤️ Prince of Peace - the true Resurrection Day Gift from God ❤️

···



SQUAREUP.COM
**Prince of Peace :: 8 X 10 Framed Table Top Picture**
* Contemporary, Espresso Wood Frame * Image size: 8 x 10-inches of…

ⓘ

👍❤️ 518                                    23 Comments  38 Shares

👍 Like          💬 Comment          ↗ Share

Most Relevant ▾

Write a comment…          😊 GIF 🖼

**David Ruiz** A GIFT FOR GOD

**About** · See All

📞 888.308.8659

🌐 www.Art-SoulWorks.com

🗂 Community

💲 Price Range $$

ⓘ Impressum

✎ Suggest Edits



**Page Transparency** · See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - May 18, 2011

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2019



## Prince of Peace Friends

@jesusprinceofpeace

- Home
- Shop
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads
- Email Signup
- Offers

Create a Page

**Michelle Young** Reunion with love ones it's the best feeling in the world thank you all for your sacrifice god bless you all 🙏

Like · Reply · 2d  👍 5

View more comments                                      2 of 113

**Prince of Peace Friends** 
April 15 at 12:06 AM · 🌐                                      •••

❤️ Prince of Peace - the true Resurrection Day Gift from God ❤️



ⓘ

SQUAREUP.COM
**Prince of Peace :: 8 X 10 Framed Table Top Picture**
* Contemporary, Espresso Wood Frame * Image size: 8 x 10-inches of...

👍❤️ 720                          29 Comments 52 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...

**Lisa Verdier** Love Almighty JESUS
Like · Reply · 16h

**Bahar Hart** This is my favorite picture of Jesus Christ!! ❤️❤️❤️🙌

---

5.0  **5 out of 5** · Based on the opinion of 72 people

## Community                                      See All

👥 **Invite your friends** to like this Page

👍 723,929 people like this

📡 716,114 people follow this

## About                                          See All

📞 888.308.8659

🌐 www.Art-SoulWorks.com

🏢 Community

💲 Price Range $$

ⓘ Impressum

✏️ Suggest Edits

## 📘 Page Transparency                           See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📄 Page created - May 18, 2011

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▶ · Cookies · More ▾ · Facebook © 2019

Chat (143)



Prince of Peace Friends



👍 Like   💬 Follow   ↗ Share   •••



## Prince of Peace Friends

@jesusprinceofpeace

Home

**Shop**

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Email Signup

Offers






Jesus, Prince of Peace Canv...   Vulnerable, Canvas Print by ...   The Swing, canvas print by a...   Innocence, Canvas Prints by ...
$179.00                          $479.00                           $350.00                          $179.00

### Jesus Fine Artwork Collection                                    See All (1)



Jesus, Prince of Peace Canv...
$179.00

### All Products                                                     See All (10+)







Prince of Peace Beatitudes, ...   Jesus, Prince of Peace Canv...   The Angel, Canvas & Fine Ar...   Vulnerable, Canvas Print by ...   The Swin
$499.95                           $179.00                          $3,100.00                         $479.00                          $350.00

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices▷   Terms   Account Security   Login Help
Help



Case: 1:19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 45 of 85 PageID #:98



**Prince of Peace Beatitudes, Framed Art**

**Prince of Peace Beatitudes, Framed Art**
Prince of Peace Friends
$499.95

Check Out on Website

This will take you to art-soulworks.com

**Product Details**

As seen in the New York Times best-selling book: Heaven Is For Real, by Todd Burpo! Painted by Akiane Kramarik at age 8, this is the image that Colton...

Show More

Report Product

Like  Comment

Write a comment...

Share | Save

Prince of Peace Beatitudes, ...
$499.95

Jesus, Prince of Peace Canv...
$179.00

The Angel, Canvas & Fine Ar...
$3,100.00

Vulnerable, Canvas Print by ...
$479.00

The Swing
$350.00











https://www.facebook.com/pg/jesusprinceofpeace/videos/?ref=page_internal

Prince of Peace Friends

**Like**  **Follow**  **Share**  ...



## Prince of Peace Friends

@jesusprinceofpeace

Home

Shop

Posts

Reviews

**Videos**

Photos

Events

About

Community

Info and Ads

Email Signup

Offers


0:23
Lord, make me like a tree planted by streams of living water! See...
4.7K views · May 19, 2018


0:08
🌈 Rainbow in the desert! Lord, thank you for refreshing!! ...
1.7K views · March 23, 2018


3:03
Lord, help me to follow Golden Rule today and always ❤️ do...
6.1K views · February 20, 2018


0:54
There are many wonders of the season but the love ❤️ of the...
5.3K views · December 26, 2017


0:12
♥ Meet "Momma Bear" - she has been adding the tassels to -...
2.9K views · November 8, 2017


1:18
Sweet! Morgan signs a song she just wrote - what a treat! 🎸
20K views · November 3, 2017


0:25
Prayers appreciated! We at sharing Jesus in Gatlinburg, ...
11K views · November 1, 2017


0:37
Little Laramie river in Wyoming this morning ... hello winter!
19K views · October 9, 2017


0:23
These are sure pretty!! Does anybody know what the little...
3.2K views · October 6, 2017


0:35
Baby deer in the woods
5K views · August 22, 2017


1:48
Unforgettable, Akiane Kramarik Painting with Cats
4.9K views · August 11, 2017


0:16
🔥Lord help me to be a Psalm 1 believer for you and your...
6K views · August 6, 2017


0:21
🙏❤️Jesus loves the little children! Lord, cause each one...
3.1K views · August 2, 2017


0:23
Lord, make it so for me! "He who believes in Me, as the Scripture...
12K views · July 23, 2017


0:52
🛬 landed in Chicago!
5.5K views · July 18, 2017


1:33
Jesus, Painting The Impossible, by Akiane Kramarik & Foreli K...
54K views · July 9, 2017

Chat (131)

← → C 🔒 https://www.facebook.com/pg/jesusprinceofpeace/videos/?ref=page_internal

  

f | Prince of Peace Friends [🔍]

Akiane | Home | Create | 



**Prince of Peace Friends**

@jesusprinceofpeace

👍 Like | 🔗 Follow | ➤ Share | •••

Home
Shop
Posts
Reviews
**Videos**
Photos
Events
About
Community
Info and Ads
Email Signup
Offers

6:08
**Father's Love Letter to Children of All Ages - Everywhere.**
10K views · June 18, 2017

0:37
**Inspirational Magnets & Such**
4.5K views · May 21, 2017

0:25
**Colorado - Spring in the mountains at Art & SoulWorks...**
4.5K views · May 18, 2017

0:46
**Akiane Kramarik - New Paintings - Tea Room Series - 12 x 12 inch**
8.5K views · April 3, 2017

0:17
**Thank you Lord for all the beauty bounty - Spring is in the air ......**
5.3K views · March 19, 2017

0:26
**Good Evening!**
7.5K views · February 15, 2017

0:33
**Good morning! Let's pray the Lord's prayer together...**
12K views · February 14, 2017

2:20
**Lion painting by Akiane "The Focus"**
24K views · February 10, 2017

1:38
**Silent Night & Guideance by Akiane Kramarik**
14K views · December 24, 2016

0:26
**Prince of Peace encouraging scriptures**
19K views · December 12, 2016

0:12
**May your day be filled with love, light, and laughter! From the ......**
16K views · December 10, 2016

0:51
**Prince of Peace Gift Ideas by Art & SoulWorks**
6.8K views · December 7, 2016

0:41
**Christmas begins with Jesus Christ**
15K views · December 7, 2016

0:26
**💜Christmas Ornaments 💜 we love them! Tap to purchase or...**
4.2K views · November 30, 2016

0:27
**Sharing 💜Jesus 💜 in Chattanooga, Tennessee ......**
9K views · November 16, 2016

0:41
**Jesus Love the Little Children- painting by Akaine Kramarik**
27K views · November 4, 2016

0:51

0:33

0:32

0:31

Chat (132)

Type here to search

1:09 PM
4/17/2019

Prince of Peace Friends

👍 Like    🔊 Follow    ➤ Share    ⋯

Newest First ⇕

Search Prince of Peace Friends's videos

## All Videos



**Prince of Peace Friends**

@jesusprinceofpeace

Home

Shop

Posts

Reviews

**Videos**

Photos

Events

About

Community

Info and Ads

Email Signup

Offers

 2:17
❤️ LOVE LIKE JESUS ❤️ Jesus art &...
7.2K views · March 11

 0:35
Amazing art by Roger Wermers - if you're near Scottsdale it's on...
8.1K views · February 2

 0:50
TRUST - Painting & Poem by Akiane Kramarik See more of...
2.2K views · January 10

 0:23
❤️ Happy Holiday Wishes from Akiane ❤️ Click - Free...
4.1K views · December 27, 2018

 0:51
❤️ Who is Christ? ❤️ Chick - Free Picture of Jesus:...
21K views · December 9, 2018

 0:36
❤️ Love one another; as I have loved you. John 13:34 ❤️...
4.8K views · December 8, 2018

 0:28
❤️ Over 70 designs - Beautiful Handmade Ornaments - 20%...
7.1K views · November 30, 2018

 0:19
❤️ Share PRINCE OF PEACE this Christmas ❤️...
1.8K views · November 24, 2018

 5:20
The Light - Based on Akiane Kramarik Vision of Entering...
32K views · October 16, 2018

 4:00
A NEW JOURNEY ... Watch time-lapse-video of Akiane painting...
3.1K views · September 10, 2018

 0:40
❤️ Hungry elk babies ❤️ the high pitched sounds are the...
7.2K views · August 8, 2018

 0:20
God said, "Let the waters swarm with fish and other life. Let the...
4.5K views · June 29, 2018


 0:37

 0:30

 6:08

 0:13

Chat (139)

Christianbook.com, LLC [US] | https://www.christianbook.com/Christian/Books/easy_find?Ntk=author&Ntt=Akiane%20Kramarik

# Christianbook.com
## 1-800-CHRISTIAN
### EVERYTHING CHRISTIAN FOR LESS!

**40 YEARS**

Welcome to Christianbook!
Sign in or create an account

My Account | Wishlist | Help | Email Signup

CART (0) | CHECKOUT ▸

Search by title, catalog stock #, author, isbn, etc. | ALL PRODUCTS ▾ | SEARCH

Easter | VBS | Bargain | Bibles | Gifts | Church | Bible Study | Books | Fiction | Homeschool | Kids | Toys | Music | DVD | Academic | eBooks

Bestsellers | Christian Living | Spanish | MP3s | Sunday School | Church Supplies | Bible Covers | Family | Gift Cards | Catalog | Members

**CURRENT PROMOTIONS**

BROWSE
All Products
Author/Artist: Akiane Kramarik (9)
Books, eBooks & Audio
Download
Gift & Home

**REFINE BY**
Author / Artist ▾
Top Rated ▾
Price ▾
Discount ▾

**ADVANCED SEARCH LINKS**
Advanced Search
Bible Finder
Homeschool Finder
Song Search

RELEVANCE ▾

25 | 50

showing 1 - 9 of 9 results for "Akiane Kramarik"

### Prince of Peace, Framed Print
Akiane Kramarik
CARPENTREE, INC / 2012 / GIFT
★★★★★

Availability: In Stock
Stock No: WW234112X

**$99.99**
Retail: $114.99
Save 13% ($15.00)

ADD TO CART

+ ADD TO WISHLIST

### Prince of Peace, Easel Back Framed Print
Akiane Kramarik
CARPENTREE, INC / 2012 / GIFT
★★★★★

Availability: In Stock
Stock No: WW234099

**$32.99**
Retail: $39.99
Save 18% ($7.00)

ADD TO CART

+ ADD TO WISHLIST

### Prince of Peace, Isaiah Framed Print
Akiane Kramarik
CARPENTREE, INC / 2011 / GIFT
★★★★★

Availability: In Stock
Stock No: WW34020X

**$45.99**
Retail: $57.50
Save 20% ($11.51)

ADD TO CART

+ ADD TO WISHLIST

### The Prince of Peace--Framed Print
Akiane Kramarik

**$159.99**



### Prince of Peace, Isaiah Framed Print
Akiane Kramarik
CARPENTREE, INC / 2011 / GIFT
★★★★★

Availability: In Stock
Stock No: WW34020X

**$45.99**
Retail: $57.50
Save 20% ($11.51)


ADD TO CART

+ ADD TO WISHLIST



### The Prince of Peace--Framed Print
Akiane Kramarik
CARPENTREE, INC / 2011 / GIFT
★★★★★

Availability: In Stock
Stock No: WW234068

**$159.99**
Retail: $184.99
Save 14% ($25.00)


ADD TO CART

+ ADD TO WISHLIST

### Akiane: Her Life, Her Art, Her Poetry Revised edition
Akiane Kramarik
THOMAS NELSON / 2017 / HARDCOVER

Availability: In Stock
Stock No: WW075866

**$17.99**
Retail: $19.99
Save 10% ($2.00)

ADD TO CART

+ ADD TO WISHLIST



### Akiane: Her Life, Her Art, Her Poetry / Revised - eBook
Akiane Kramarik
THOMAS NELSON / 2017 / EPUB

Availability: In Stock
Stock No: WW93101EB

**$6.99**


MORE INFO

+ ADD TO WISHLIST



### Prince of Peace Framed Print
Akiane Kramarik
CARPENTREE, INC / 2011 / GIFT
★★★★★

Availability: In Stock
Stock No: WW340133

**$27.99**
Retail: $34.99
Save 20% ($7.00)

ADD TO CART

+ ADD TO WISHLIST




Case: 1:19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 56 of 85 PageID #:109









**Christianbook.com**
1-800-CHRISTIAN
EVERYTHING **CHRISTIAN** FOR LESS!

40 YEARS

Welcome to Christianbook.com!
Sign in *or* create an account

My Account | Wishlist | Help | Email Signup

🛒 CART (0)  CHECKOUT ▶

🔍 Search by title, catalog stock #, author, isbn, etc.

ALL PRODUCTS ▼  SEARCH

Easter | VBS | Bargain | Bibles | Gifts | Church | Bible Study | Books | Fiction | Homeschool | Kids | Toys | Music | DVD | Academic | eBooks

Bestsellers | Christian Living | Spanish | MP3s | Sunday School | Church Supplies | Bible Covers | Family | Gift Cards | Catalog | Members

## *The Prince of Peace--Framed Print*

By: *Akiane Kramarik*

CARPENTREE, INC / 2011 / GIFT

★★★★★ (8 Reviews) Write a Review

**In Stock**

Stock No: WW234068

**15 Others Also Purchased**

Created by gifted child artist Akiane Kramarik, the compelling portrait of Christ in dignity and compassion, handsomely framed with Scripture verse for home or church wall display.

Akiane Kramarik's desire is that her artwork will draw attention to God; she has been endowed with a unique gift since early childhood; her artistry was cited in bestselling book by Todd Burpo *Heaven is for Real*.

READ MORE

### Buy Item

**$159.99**

Retail: ~~$184.99~~

Save 14% ($25.00)

Quantity: 1 ▼

**ADD TO CART**

Check out with **PayPal**

**+ ADD TO WISHLIST**

◀ BACK TO RESULTS

Product Close-up **Life of Christ Collection**

**\* Please note: This product is only available for shipping to addresses within the lower 48 US states or Canada.**

**CURRENT PROMOTIONS**

BROWSE

All Products
Easter
Accompaniment Tracks
Bibles
Bible Accessories
Bible Covers
Bible Studies & Curriculum
Books, eBooks & Audio
Church & Supplies

| **Others Also Purchased (15)** | | | | **ADD TO CART** |
|---|---|---|---|---|
| DESCRIPTION | AVAILABILITY | PRICE | QUANTITY | INCLUDE |
| *Prince of Peace, Isaiah Framed Print* | In Stock | $45.99 Retail: ~~$57.50~~ | 0 | ☐ |
| *God Bless You Tissue Basket with White Lining* | In Stock | $14.99 | 0 | ☐ |

Type here to search

10:22 AM
4/17/2019



# Christianbook.com
## 1-800-CHRISTIAN
**40 YEARS**
EVERYTHING CHRISTIAN FOR LESS!

Welcome to Christianbook.com!
Sign in or create an account

My Account | Wishlist | Help | Email Signup

CART (0) | CHECKOUT ▶

Search by title, catalog stock #, author, isbn, etc. | ALL PRODUCTS | SEARCH

Easter | VBS | Bargain | Bibles | Gifts | Church | Bible Study | Books | Fiction | Homeschool | Kids | Toys | Music | DVD | Academic | eBooks

Bestsellers | Christian Living | Spanish | MP3s | Sunday School | Church Supplies | Bible Covers | Family | Gift Cards | Catalog | Members

## Prince of Peace Framed Print
By: Akiane Kramarik

CARPENTREE, INC / 2011 / GIFT

★★★★★ (2 Reviews) Write a Review

**In Stock**

Stock No: WW340133

**15** Others Also Purchased

Created by gift child artist Akiane Kramarik, the compelling portrait of Christ in dignity and compassion, handsomely framed with title inscription, for home or church display.

Akiane Kramarik's desire is that her artwork will draw attention to God; she has been endowed with a unique gift since early childhood; her artistry was cited in bestselling book by Todd Burpo *Heaven is for Real*.

READ MORE

### Buy Item
**$27.99**
Retail: $34.99
Save 20% ($7.00)

Quantity: 1 ▼

**ADD TO CART**

Check out with PayPal

+ ADD TO WISHLIST

◀ BACK TO RESULTS

**CURRENT PROMOTIONS**

BROWSE

All Products

Gift & Home ✕
Home Accents ✕
Wall Decor ✕
Framed Art (585) ✕

REFINE BY

Occasion ▼

Product Close-up **Life of Christ Collection**

Others Also Purchased (15) | ADD TO CART

| DESCRIPTION | | AVAILABILITY | PRICE | QUANTITY | INCLUDE |
|---|---|---|---|---|---|
| | Prince of Peace, Isaiah Framed Print | In Stock | $45.99 Retail: $57.50 | 0 | ☐ |
| | You Have Blessed My Life! Figurine | In Stock | $6.99 Retail: $7.99 | 0 | ☐ |

Type here to search

10:23 AM 4/17/2019



(833) 428-0877

Sign in or Create an account    👤 My Account    ❤ My Favorites    Gift Certificates

Search 🔍


## ST JUDE SHOP
### Serving Christ in the World


★★★★★
Top Rated Local®
Online Store

**SHOP ALL ▾**

Baptism    Confirmation    First Communion    Palm & Ashes    Church Supplies    Religious Articles

🛒 **MY CART (0)**

Home » Gifts » Inspirational Art for the Home » Icons & Religious Art » Framed Religious Art » Prince of Peace-I am the Way Framed Art. 18 x15in



### PRINCE OF PEACE-I AM THE WAY FRAMED ART, 18 X15IN.

**$125.00**

| | |
|---|---|
| **SKU:** | 23451 |
| **Availability:** | Temporarily out of stock! |
| **Shipping:** | Calculated at checkout |
| **Quantity:** | |

or ❤ Add To Wishlist

Reviews: ★★★★★    ✎ Write a Review

📱 **Order By Phone**
(833) 428-0877

🔒 **Safe & Secure**
online shopping

---

Description | Similar Products

## PRODUCT DESCRIPTION

*Overall dimensions of picture: 117.5" H x 15" W x 3"D.* Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill, and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Read the book for an uplifting story that will bless, encourage, and inspire!

## PRODUCT REVIEWS

1 BEAUTIFUL PORTRAIT OF JESUS   5 STAR REVIEW

Posted by Debbie on 10th May 2017

Write Review

This portrait of Jesus - Prince of Peace, is absolutely stunning. It is matted and framed and has a small cutout in the mat to display a verse. I am the way, the truth, the life.


TOP RATED
RELIGIOUS ARTICLES

(833) 428-0877


ST JUDE SHOP
Serving Christ in the World

Sign in or Create an account    My Account    My Favorites    Gift Certificates

Search


Top Rated Local®
Online Store

**SHOP ALL** ▾

Baptism    Confirmation    First Communion    Palm & Ashes    Church Supplies    Religious Articles

MY CART (0)

Home » Gifts » Inspirational Art for the Home » Icons & Religious Art » Unframed Religious Art » Prince of Peace Tapestry





# PRINCE OF PEACE TAPESTRY

## $99.95

**SKU:** AK-601

**Shipping:** Calculated at checkout

**Quantity:** 1

🛒 **ADD TO CART**   or   ♥ Add To Wishlist

Reviews: ★★★★★    ✏ Write a Review


**Order By Phone**
(833) 428-0877


**Safe & Secure**
online shopping


TOP RATED LOCAL
RELIGIOUS ARTICLES

Description    Similar Products

Case: 1:19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 63 of 85 PageID #:116



**ST JUDE SHOP**
Serving Christ in the World


Top Rated Local®
Online Store

SHOP ALL ▾ | Baptism | Confirmation | First Communion | Palm & Ashes | Church Supplies | Religious Articles | 🛒 MY CART (0)

Home » Gifts » Inspirational Art for the Home » Icons & Religious Art » Framed Religious Art » Prince of Peace, Framed Artwork 13.5 x14.5in





### PRINCE OF PEACE, FRAMED ARTWORK 13.5 x14.5IN

**$98.00**

| | |
|---|---|
| SKU: | 23455 |
| Availability: | Temporarily out of stock! |
| Shipping: | Calculated at checkout |
| Quantity: | |

or ♥ Add To Wishlist

Reviews: ☆☆☆☆☆        ✎ Write a Review


📱 Order By Phone
(833) 428-0877

🔒 Safe & Secure
online shopping

---

Description | Similar Products

## PRODUCT DESCRIPTION

*Overall dimensions of picture: 12.5" H x 14.5" W x 3"D. No matting.* Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill, and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Read the book for an uplifting story that will bless, encourage, and inspire!

## PRODUCT REVIEWS

This product hasn't received any reviews yet. Be the first to review this product!

Write Review

## CUSTOMERS ALSO VIEWED



Overall dimensions of
picture: 22" H x 18" W x 3"D



https://www.stjudeshop.com/unique-gifts/inspirational-art-for-the-home/icons-religious-art/framed-religious-art/prince-of-peace-framed-artwork-13-5-x14-5in/

📞 (833) 428-0877

Sign in or Create an account | 👤 My Account | ♥ My Favorites | Gift Certificates | Search

**SHOP ALL** ▾ | Baptism | Confirmation | First Communion | Palm & Ashes | Church Supplies | Religious Articles | 🛒 **MY CART (0)**

*Overall dimensions of picture: 12.5" H x 14.5" W x 3"D. No matting.* Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill, and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Read the book for an uplifting story that will bless, encourage, and inspire!

## PRODUCT REVIEWS

This product hasn't received any reviews yet. Be the first to review this product!

**Write Review**

## CUSTOMERS ALSO VIEWED



$1.95

**Jesus Prince of Peace Wallet Cards by Akiane Kramarik**



Overall dimensions of picture: 22" H x 18" W x 3"D Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill, and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Read the book for an uplifting story that will bless, encourage, and inspire!

$159.00

**Prince of Peace Framed Art-18x22in**



$125.00

**Prince of Peace-I am the Way Framed Art, 18 x15in.**

Prince of Peace Tapestry

$99.95

**Prince of Peace Tapestry**

akiane

$19.99

**Akiane: Her Life, Her Art, Her Poetry**

## RELATED PRODUCTS









Overall dimensions of picture: 22" H x 18" W x 3"D. Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was



TOP RATED

RELIGIOUS ARTICLES

★★★★

(833) 428-0877

Sign in or Create an account   My Account   My Favorites   Gift Certificates   Search



## ST JUDE SHOP
### Serving Christ in the World

Top Rated Local® Online Store

SHOP ALL ▾

Baptism   Confirmation   First Communion   Palm & Ashes   Church Supplies   Religious Articles

MY CART (0)

Home » Literature/Media » Books, Journals & Audio Books » Journals » Prince of Peace Journal Ensemble





### PRINCE OF PEACE JOURNAL ENSEMBLE

**$19.95**

| | |
|---|---|
| **SKU:** | AK-295 |
| **Shipping:** | Calculated at checkout |
| **Quantity:** | 1 |

**ADD TO CART**   or   ♥ Add To Wishlist

Reviews: ★★★★★    ✎ Write a Review

☎ Order By Phone
(833) 428-0877

🔒 Safe & Secure
online shopping

---

| Description | Similar Products |
|---|---|

## PRODUCT DESCRIPTION

The Prince of Peace 200 page 6"W x 8.5"H satin-touch journal and ready to frame print help create the perfect state of mind for focusing on Jesus during daily devotions. Journal has a two pocket Interior organizer. Great for keeping track of prayer requests and answers. Bible studies daily devotions and journaling. 2.5"W x 7.25"H bookmark is hand tassled. Bonus bookplate "May the Lord Guide You" included. Made in the USA.

## PRODUCT REVIEWS

This product hasn't received any reviews yet. Be the first to review this product!

**Write Review**

## CUSTOMERS ALSO VIEWED





https://www.stjudeshop.com/shop-religious-articles/bookmarks/prince-of-peace-bookmark-with-tassle/

 ST JUDE SHOP
*Serving Christ in the World*

(833) 428-0877

Sign in or Create an account   My Account   My Favorites   Gift Certificates

Search


★★★★★
Top Rated Local®
Online Store

**SHOP ALL** ▾    Baptism   Confirmation   First Communion   Palm & Ashes   Church Supplies   Religious Articles    🛒 **MY CART (0)**

Home » Literature/Media » Bookmarks » Prince of Peace Bookmark with Tassle




## PRINCE OF PEACE BOOKMARK WITH TASSLE

$4.95

SKU:    01-001

Shipping:    Calculated at checkout

Quantity:    [ 1 ]

🛒 **ADD TO CART**   or   ♥ Add To Wishlist

Reviews: ★★★★★    ✎ Write a Review

📱 Order By Phone
(833) 428-0877

🔒 Safe & Secure
online shopping

---

Description    Similar Products

## PRODUCT DESCRIPTION

7.5" x 2" Bookmark. Copy of the original Prince of Peace 36" x 48" oil painting by artist Akiane. Enclosed in plastic case and has white silk tassle attached. Words read "I teach and they run away. I listen and they come, My strength is my silence."

## PRODUCT REVIEWS

1 PRINCE OF PEACE BOOKMARK  5 STAR REVIEW

Posted by Jackie on 29th May 2017

Write Review

I love it and having Jesus looking at me. Plus it is a very good size and laminated.



Type here to search



**(833) 428-0877**

Sign in or Create an account | My Account | My Favorites | Gift Certificates

Search

ST JUDE SHOP
Serving Christ in the World



Top Rated Local®
Online Store

| SHOP ALL | Baptism | Confirmation | First Communion | Palm & Ashes | Church Supplies | Religious Articles |

MY CART (0)

Home » Gifts » Inspirational Art for the Home » Pocket Tokens & Prayer Cards » Laminated Holy Cards » Jesus Prince of Peace Wallet Cards by Akiane Kramarik



© 2003 Art Akiane, LLC



## Jesus Prince of Peace Wallet Cards by Akiane Kramarik

## $1.95

| SKU: | 01-011 |
| Shipping: | Calculated at checkout |
| Quantity: | 1 |

Order By Phone
(833) 428-0877

Safe & Secure
online shopping

🛒 ADD TO CART    or    ❤ Add To Wishlist

Reviews: ★★★★★          ✎ Write a Review

| Description | Similar Products |

## Product Description

2.25 x 3.25 wallet card of the Prince of Peace, a copy of the original Prince of Peace 36" x 48" oil painting by artist Akiane.

## Product Reviews

Showing reviews 1-5 of 15 | Next

Write Review

1. Beautiful 
   Posted by MJ on 29th Mar 2019

   I love the wallet Prince of Peace I give them to family members and friends. Wish there were more Prince of Peace items.

2. Beautiful painting 
   Posted by Jennifer on 24th Apr 2018

   Very nice wallet sized pic and a beautiful picture of Jesus. I give to my husband and adult children also many other people I meet. I love this painting and a little story on the back. Also John 3. I will be buying more to give out



## Products

**6** product results

| Department ▼ | Category ▼ | ☐ On Sale (2) | Relevance ▼ |



Akiane: Her Life, Her Art, Her Poetry

~~$19.99~~ **$15.99**



Akiane Collection: Prince of Peace Bookmark/Magnet Set

**$6.29**



Akiane Collection: Prince of Peace Pocket Card

**$2.29**



Akiane Collection: Prince of Peace Greeting Card

★★★★★ (1)

**$5.49**



**IN STORE ONLY**

Art & Soul Works, Prince of Peace Tapestry Wall Hanging, Cotton, 38 x 26 inches

~~$129.99~~ **$64.99**



Carpentree Gifts, Prince of Peace, 16 x 19 Inches

Showing 6 of 6

**FREE SHIPPING\*** on orders of $75 or more



Email Sign-Up | Store Finder | My Account | 🛒 Cart (0)

*30% OFF One Item At Regular Price* | GET COUPON

**Shop Departments** | **Weekly Ad** | **Blog** | Search Keyword or Item #

Home | Gifts & Décor | Wall Décor | Canvas Art | Art & Soul Works, Prince of Peace Tapestry Wall Hanging, Cotton, 38 x 26 inches



## Art & Soul Works, Prince of Peace Tapestry Wall Hanging, Cotton, 38 x 26 inches

★ ★ ★ ★ ★  Be the first to write a review.

~~$129.99~~ **$64.99**

## IN STORE ONLY
Check your local store for availability.

**Brand:** Art & Soul Works

SKU: 3662020

Akiane Kramarik is said to have seen visions of Jesus Christ since a very early age. The representation of Jesus depicted in her painting, *Prince of Peace: The Resurrection*, is said by Akiane to have been first revealed to her by God in a vision at age 8. This exquisite hanging tapestry is a replica of that painting.

Crafted by skilled artisans using soft blended cotton yarn carefully dyed to match the rich colors of the original painting, this jacquard woven tapestry adds depth and beauty to any wall. A coordinating wooden rod with decorative ends are included to make hanging simple. It is a great testimony and conversation piece that, for many, answers the age old question—what does Jesus look like?

A concealed, weighted bar at the bottom keeps wall art firmly in place. The image side is woven from a rich blend of cotton yarns for a high-quality look. Features 100% cotton backing for added durability. This piece is

FREE SHIPPING* on orders of $75 or more



Email Sign-Up | Store Finder | My Account | Cart (0)

**30% OFF One Item At Regular Price** GET COUPON

Shop Departments | Weekly Ad | Blog

Search Keyword or Item #

Home | Bibles | Accessories | Bookmarks | Akiane Collection: Prince of Peace Bookmark/Magnet Set



# Akiane Collection: Prince of Peace Bookmark/Magnet Set

★ ★ ★ ★ ★  Be the first to write a review.

## $6.29
**Brand:** Art & Soul
**Artist:** Akiane Kramarik

SKU: 2127405

EACH

1   ADD TO CART

This stunningly beautiful bookmark features artwork by world-renowned child prodigy Akiane Kramarik. Both sides of the laminated bookmark feature a full-color reproduction of the image, along with matching tassel and bead embellishments.

*Prince of Peace* was painted by Akiane when she was eight years old. Bookmark text reads, "I teach and they run away. I listen and they come. My strength is my silence." Also included is a magnet with related text and full-color images.

➕ Product Details

Inspired?
**SHARE IT:**

*I love it!*
**ADD TO WISH LIST**  🤍

FREE SHIPPING* on orders of $75 or more

Email Sign-Up | Store Finder | My Account | Cart (0)



30% OFF One Item At Regular Price | GET COUPON

Shop Departments | Weekly Ad | Blog

Search Keyword or Item #

Home | Gifts & Décor | Cards & Stationery | Note Cards | Akiane Collection: Prince of Peace Greeting Card



# Akiane Collection: Prince of Peace Greeting Card

★★★★★ 1 review

## $5.49

**Vendor:** Art & Soul
**Artist:** Akiane Kramarik

SKU: 2127462

*Prince of Peace* was painted by world-renowned child prodigy Akiane Kramarik when she was only eight years old. Featured in the bestselling book *Heaven is for Real*, it was this image of Jesus that young Colton Burpo claimed accurately represented the likeness of Jesus he had seen in heaven.

This greeting card features a full-color reproduction of *Prince of Peace*, complete with a blank interior and matching envelope. Also included are protective cello wrap and the full story behind the painting. Requires one U.S. stamp for mailing.

⊞ Product Details

EACH

1 | ADD TO CART

Inspired?
SHARE IT:

I love it!
ADD TO WISH LIST

Case: 1-19-cv-02952 Document #: 1-6 Filed: 05/01/19 Page 72 of 85 PageID #:125

FREE SHIPPING* on orders of $75 or more



Email Sign-Up  Store Finder  My Account  Cart (0)

**30% OFF One Item At Regular Price**  GET COUPON

Shop Departments  Weekly Ad  Blog  Search Keyword or Item #

Home | Gifts & Décor | Everyday Gifts | Pocket Cards/Coins | Akiane Collection: Prince of Peace Pocket Card



# Akiane Collection: Prince of Peace Pocket Card

★ ★ ★ ★ ★  Be the first to write a review.

## $2.29

**Brand:** Art & Soul
**Designed By:** Akiane Kramarik

SKU: 2127454

*Prince of Peace* was painted by child prodigy Akiane Kramarik when she was only eight years old. Featured in the bestselling book *Heaven is for Real*, it was this image of Jesus that young Colton Burpo claimed accurately represented the likeness of Jesus he had seen in heaven.

This wallet-size reproduction is ideal for encouragement, peace and inspiration on the go!

➕ Product Details

EACH

1  ADD TO CART

*Inspired?*
**SHARE IT:**

*I love it!*
**ADD TO WISH LIST** 

Type here to search

FREE SHIPPING* on orders of $75 or more

Email Sign-Up | Store Finder | My Account | 🛒 Cart (0)



30% OFF One Item At Regular Price    GET COUPON

Shop Departments    Weekly Ad    Blog    Search Keyword or Item # 🔍

Home | Gifts & Décor | Wall Décor | Framed Art | Carpentree Gifts, Prince of Peace, 16 x 19 Inches



## Carpentree Gifts, Prince of Peace, 16 x 19 Inches

★ ★ ★ ★ ★  Be the first to write a review.

**Brand:** Carpentree Gifts
**Artist:** Akiane

SKU: 3776747

He is risen! The Prince of Peace has given us so much to be thankful for. This depiction of Christ by Akiane is a wonderful art piece. Place this simple but elegant framed artwork in your home or pastor's office.

- - Prince of Peace Framed Artwork
- - 16 x 19 Inches
- - Ornate metallic frame
- - Hang in your home or pastor's office!

➕ **Product Details**

### Sorry!
### OUT OF STOCK
Send me an email when it's back in stock.

Email address  ►

*Inspired?*
**SHARE IT:**

*I love it!*
**ADD TO WISH LIST** ♥

Reviews



**Shop** ⌄  **About**  **Contact**



Heaven is for Real: The Movie

$16.00

# Prince of Peace







Prince of Peace :: 8 x 10 Double ...

$50.00

Prince of Peace :: 5 X 7 Matted in...

$50.00

Prince of Peace :: 8 X 10 Framed ...

$70.00

Square, Inc. [US] | https://squareup.com/store/heavenlive/item/prince-of-peace-x-framed-table-top-picture

Shop ⌄   About   Contact





Prince of P...
$50.00

Mer...



## Prince of Peace :: 8 X 10 Framed Table Top Picture

**$70.00**

**Regular**

\* Contemporary, Espresso Wood Frame…

View more

Qty.  [ 1 ]    **Add to Cart**    **$70.00**

| | |
|---|---|
| Shipping | $3.99 flat-rate per order. Ships within 7 days to United States addresses only. |
| Returns | We want you to be happy with your order. Ship anything back to us for a full refund. |
| Share: | |





Heaven is for Real T-Shirt: Black    Heaven is for Real T-Shirt: Blue    Heaven is for Real T-Shirt: Yellow    Heaven is for Real Bracelet

Square, Inc. [US] | https://squareup.com/store/heavenlive/item/prince-of-peace-double-matted-print-x-inches

Shop ⌄    About    Contact







Prince of P...

$50.00

×

## Prince of Peace :: 8 x 10 Double Matted Print

$50.00

**Regular**

Rich in detail this life-like portrait of Jesus is professionally double matted with complimentary colors designed to draw immediate attention to the love and compassion seen in the eyes of…

View more

Qty. [ 1 ]   **Add to Cart**   $50.00

| Shipping | $3.99 flat-rate per order. Ships within 7 days to United States addresses only. |
| Returns | We want you to be happy with your order. Ship anything back to us for a full refund. |

Share:    

## Mer...

 

Square, Inc. [US] | https://squareup.com/store/heavenlive/item/prince-of-peace-x-matted-in-white-and-framed-in-black

Shop ⌄    About    Contact



Prince of P...

$50.00

Mer...

 

✕

## Prince of Peace :: 5 X 7 Matted in White and Framed in Black

**$50.00**

**Regular**

Ready to enjoy from the moment you open the box. Enjoy this framed picture of Jesus as it sits on your desk or nightstand where you focus on the Prince of Peace….

View more

Qty.  [ 1 ]     Add to Cart     $50.00

| Shipping | $3.99 flat-rate per order. Ships within 7 days to United States addresses only. |
| Returns | We want you to be happy with your order. Ship anything back to us for a full refund. |
| Share: |      |








**Newest Jesus Painting by Akiane Kramarik, 16 x 16-inch, Canvas Print, out of box & onto your wall!**

by Art & SoulWorks, LLC

★★★★☆ ▾   5 customer reviews

Price: **$449.00** & FREE Shipping. Details

Get $50 off instantly: Pay $399.00 upon approval for the Amazon Rewards Visa Card.

Compare with similar items

New (1) from $449.00 & FREE shipping. Details



**Spring deals for your home**
Save on entryway furniture  Shop now

Back                          Alt+Left Arrow
Forward                       Alt+Right Arrow
Reload                        Ctrl+R

Save as...                    Ctrl+S
Bookmark this page...
Print...                      Ctrl+P
Cast...
Translate to English

Adobe Acrobat                 ▸

Download all links...

View page source             Ctrl+U
Inspect                      Ctrl+Shift+I

Click image to open expanded view



**$449.00**
& FREE Shipping. Details

Want it Thursday, April 18? Order within **15 hrs 35 mins** and choose **One-Day Shipping** at checkout. Details

Only 1 left in stock - order soon.

Add to Cart

Buy Now

Sold by Art & SoulWorks ~ Gifts that Give Back and Fulfilled by Amazon.

☐ Yes, I want fast, FREE Shipping with Amazon Prime

Deliver to Herndon 20170

Add to List

Share ✉ f 𝕏 P

Have one to sell?   Sell on Amazon





‹ Back to results



Roll over image to zoom in

### Art & SoulWorks, LLC Newest Jesus Authentic Painting by Akiane Kramarik, 16 x 16-inch, Canvas Print, Out of Box & onto Your Wall!

by Art & SoulWorks, LLC

Be the first to review this item

Price: **$449.00** + $15.21 shipping


Get $50 off instantly: Pay $399.00 upon approval for the Amazon Rewards Visa Card.

**New** (1) from $449.00 + $15.21 shipping



Spring deals for your home
Save on entryway furniture Shop now

**$449.00**
+ $15.21 shipping

Get it as soon as April 19 - 23 when you choose Standard Shipping at checkout.

**Only 3 left in stock - order soon.**

Qty: 1 ▾

$449.00 + $15.21 shipping

Add to Cart

Buy Now

Ships from and sold by Art & SoulWorks ~ Gifts that Give Back.

⌖ Deliver to Herndon 20170

Add to List

Share ✉ f 🐦 📌

Have one to sell?    Sell on Amazon





‹ Back to results





Spring deals on kitchen and dining furniture

Shop Now ▸

## Father Forgive on Canvas - 15" x 20" Giclee by Akiane Kramarik

by Art & SoulWorks

Be the first to review this item

Price: **$349.00** & FREE Shipping. Details

Get **$50 off instantly**: Pay **$299.00** upon approval for the Amazon Rewards Visa Card.

- archival quality canvas
- Jesus "Father Forgive" by Akiane - Giclée canvas reproduction
- Exquisite reproduction on rolled canvas 15" by 20" - Highest quality print available in the fine art world
- Child Prodigy Akiane's original masterpiece completed at age 9
- Painted by the same artist who created the image featured in the New York Times Best Seller - Heaven is for Real

**Compare with similar items**

**New** (1) from $349.00 & FREE shipping. Details

 **Spring deals for your home**
Save on entryway furniture  Shop now

$349.00

& FREE Shipping. Details

Want it **Thursday, April 18**? Order within **13 hrs 34 mins** and choose **One-Day Shipping** at checkout.
Details

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

Sold by **Art & SoulWorks ~ Gifts that Give Back** and Fulfilled by Amazon.

☐ Yes, I want **fast, FREE Shipping** with Amazon Prime

Gift-wrap available.

Deliver to Herndon 20170

Add to List

Share ✉ f ➤ ⓟ

Have one to sell?  Sell on Amazon

Click image to open expanded view





Prince of Peace 9" x 12" Fine Art Canvas Giclee with Jesus Featured As Verified By Colton Burpo in Heaven Is for Real Book and Movie

by Art & SoulWorks

55 customer reviews | 4 answered questions

Price: **$189.95** & **FREE Shipping**. Details

Get $50 off instantly: Pay $139.95 upon approval for the Amazon Rewards Visa Card.

- Prince of Peace painting of Jesus as seen in Heaven is for real by Akiane - canvas reproduction
- Exquisite reproduction on canvas 9" by 12" - Ready to Frame
- Child Prodigy Akiane's original master piece completed at age 8
- Same image featured in the New York Times Best Seller - Heaven is for Real
- highest quality print available in the fine art world

Compare with similar items

**New (1)** from $189.95 & FREE shipping. Details

Spring deals for your home
Save on entryway furniture Shop now

**$189.95**

& FREE Shipping. Details

**Want it Thursday, April 18?** Order within **2 hrs 45 mins** and choose **Two-Day Shipping** at checkout. Details

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Sold by Art & SoulWorks ~ Gifts that Give Back and Fulfilled by Amazon.

Yes, I want fast, FREE Shipping with Amazon Prime

Gift-wrap available.

Deliver to Herndon 20170

Add to List



amazon
Try Prime

Home & Kitchen

Deliver to
Herndon 20170

Your Amazon.com · Today's Deals · Gift Cards · Whole Foods · Sell · Help

EN

Hello, Sign in
Account & Lists · Orders · Try Prime

0 Cart

Amazon Home · Shop by Room · Discover your Style · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Improvement

Shop on-trend chairs and sofas with FREE Shipping  Shop now ›

Home & Kitchen › Wall Art › Posters & Prints

## Consider this available item

Newest Jesus Painting by Akiane Kramarik, 16 x 16-inch, Canvas Print, out of box & onto your wall!
★★★★☆ 5
$449⁰⁰ prime



10 Pack Wallet Card Set - Featuring Jesus Praying in the Garden of Gethsemane Prior to His Crucifixion Featuring - Father Forgive Them - Painting by Akiane Kramarik
by Art By Akiane
★★★★★  6 customer reviews

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Art By Akiane
- ART AND SOULWORKS LLC
- 6/1/2013
- 1605160121



Currently unavailable.
We don't know when or if this item will be back in stock.

Deliver to Herndon 20170

Add to List

Share  ✉ f 🐦 📌

Have one to sell?   Sell on Amazon

Spring deals for your home
Save on kitchen and dining furniture  Shop now





