# EXHIBIT F



🐦 Home 🔍 Moments Search Twitter 🔍 Have an account? Log in ▼

Tweets
**4**

Following
**2**

Followers
**4**

Follow

### Art & Soulworks
@ArtnSoulworks

Art & SoulWorks' mission is to be an example of God's love & abundance by providing value-based retail products designed to inspire, educate and promote ideas.

📍 Internet

🔗 ArtnSoulwrks.com

📅 Joined June 2011

🖼 Photos and videos

  

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

---

**You may also like** · Refresh

 **Christy Barta**
@Christy_Barta

 **Chicago Bulls** ✓
@chicagobulls

 **ABC 7 Chicago** ✓
@ABC7Chicago

 **Chance The Rapper Owbu...** ⚡
@chancetherapper

---

**Tweets**      **Tweets & replies**      **Media**

**Art & Soulworks** @ArtnSoulworks · Mar 31
Jesus, the perfect Easter Gift!
2019 Jesus, Prince of Peace Calendar available here
art-soulworks.com/collections/ho...



💬   ↻   ♡

---

**Art & Soulworks** @ArtnSoulworks · Mar 31
2019 Prince of Peace Calendar Available here:

**2019 Prince of Peace, Fine Art Print Wall Calendar**
Product Description 2019 Prince of Peace Fine Art Print Wall Calendar  Stay organized & count your blessings every day of the year!  Enjoy the beauty of Akiane
art-soulworks.com

💬   ↻   ♡

---

Document title: Art &amp; Soulworks (@ArtnSoulworks) | Twitter
Capture URL: https://twitter.com/ArtnSoulworks
Capture timestamp (UTC): Tue, 30 Apr 2019 22:41:31 GMT

Page 1 of 2





### jesus_art_akiane  Follow

**227** posts   **2,239** followers   **17** following

**Art & SoulWorks**
www.Art-SoulWorks.com

---

⊞ POSTS          ⊡ TAGGED



















Log In   Sign Up


















Log In  Sign Up


















Document title: Art &amp; SoulWorks (@jesus_art_akiane) • Instagram photos and videos
Capture URL: https://www.instagram.com/jesus_art_akiane/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:43:49 GMT

Page 3 of 23

Log In    Sign Up





## May 9

reate in me a clean heart and deliver me from a
ondemnation in my life. I know that You have made
be free from condemnation and guilt through co
pentance. Where I have sin to confess, reveal it t
already confessed, I recognize that this conden
the enemy of my soul. Thank You, Lord, that Yo
that burden and I can live confident in Your lo

*Beloved, if our heart does not condemn us,*
*we have confidence toward God.*

1 JOHN 3:21

## May 7

how that guilt and condemnation are weights my sh
meant to carry. This kind of weight breaks down m
building it up. I don't want anything to separate m
healing and wholeness You have for me. Show me
life so that I can confess it, repent of it, and find
the refreshing You have for me.

*epent therefore and be converted, that your sins*
*ay be blotted out, so that times of refreshing may*
*come from the presence of the Lord.*

ACTS 3:19

## May 4

y my heart and make me more like You each d
y heart so powerfully that no matter what hap
; rather, I will look to You as the answer to all
r hope and joy in my heart bring a peace, cont
d wholeness that I have never dreamed possib

*now we are children of God; and...we know th*
*is revealed, we shall be like Him, for we shall*
*im as He is. And everyone who has this hope*
*Him purifies himself, just as He is pure.*

1 JOHN 3:2-3

## May 3

Lord, come fill me afresh with Your Holy Spirit right now
so that Your joy risen up in my heart and crowds out all sadness
and oppression. I know that joy does not depend on circumstances;
it depends on my openness to allowing Your Spirit to have
control in my life. Lord, I surrender my life to You.
Make me to be known as a person of great joy.

*You will show me the path of life; in Your presence is fullness of joy;*
*at Your right hand are pleasures forevermore.*

PSALM 16:11

LORD, GUIDE MY WAY

## May 2

ord, I confess that my hope is always in You. Help me to hol
tight to You and not waver, no matter what is happening in
around me. I trust in Your Word and the promises You have
there for me. Thank You that You are always faithful to kee
Your promises. Give me the patience, peace, and confidenc
to wait for Your perfect timing in all things.

*Let us hold fast the confession of our hope without waverin*
*for He who promised is faithful.*

HEBREWS 10:23

OUR ETERNAL HOPE
IS IN THE LORD

## April 30

You are my God of hope. I pray that You would so fill m
pe, joy, peace, and faith that I become strong and unwav
me not to be shaken or become weak in any of these ar
difficult things happen. No matter how negative the
around me are, help me to remain strong. Help me to
overflow with Your love toward others every day.

*the God of hope fill you with all joy and peace in believ*
*you may abound in hope by the power of the Holy Spir*

ROMANS 15:13



Spiritual Gifts

THOSE DIVINELY EMPOWERED
ABILITIES THAT ENABLE US TO
MINISTER EFFECTIVELY

WHAT ARE
YOUR GIFTS?
HOW DO DO YOU MINISTER WITH THEM?

## April 28

l, I lift up to You all my concerns and any areas of my life
unrest. Take this burden away from me and bring Your J
into my life. Thank You that as I look to You, You shine t
of Your face on me and on the path I need to walk. My hop
is in You, and I will look to no other one to guide me.

hy are you cast down, O my soul? And why are you disquie
within me? Hope in God, for I shall yet praise Him for
the help of His countenance.

PSALM 42:5

OUR HOPE IS IN GOD

## April 27

ur Lord, I come to You with a humble heart, grateful
have done for me. I ask that You would lift any sad
iness of heart from me today and cause Your joy to
y heart instead, crowding out all else that is negativ
Restore what has been lost so that I can move
into the wholeness You have for me.

*humble also shall increase their joy in the Lord, and*
*or among men shall rejoice in the Holy One of Israe*

ISAIAH 29:19

RD, INCREASE MY J

## April 26

Lord, worshiping from Your presence into my life
greater measure. Thank You that when I am in Your presence,
You share Yourself with me. You pour all that You are into
my soul and spirit. Whenever I am in Your presence, I can feel
Your wholeness making me whole. Help me to remember to praise
You at the first sign of hopelessness or loss of joy. Help me to make
worship of You my first response to all that happens in my life.

*They worshiped Him, and returned*
*to Jerusalem with great joy.*

LUKE 2

experience great joy

Log In  Sign Up

why are you cast down, O my soul? And why are you disquie
within me? Hope in God, for I shall yet praise Him for
the help of His countenance.

PSALM 42:5

**OUR HOPE IS IN GOD**

into the wholeness You have for me.

mble also shall increase their joy in the Lord, and
or among men shall rejoice in the Holy One of Israe

ISAIAH 29:19

RD, INCREASE MY JO

They worshiped Him, and returned
to Jerusalem with great joy.

LUKE 24:52

*experience great joy*



April 25

Dear Lord, thank You for inhabiting my praise, for it is only in
Your presence that I can experience the fullest measure of joy to
be found on this earth. I invite Your presence into my life in a
greater way than ever before. Help me to stay close to You,
so that I don't ever stray from the plans You have for me.
Being with You brings hope and joy to my heart. Being in
the presence of Your holiness brings wholeness to my life.

You are holy, enthroned in the praises of Israel.

PSALM 22:3

**KEEP ME CLOSE TO YOU LORD**

April 24

Dear God, help me to always be right in my heart before You.
Help me to do the things I need to do in order to live according to
Your laws. Shine Your light on my path and lead me in the way
You have for me to go. Thank You for the gladness of heart
You give me whenever I think of You.

Light is sown for the righteous,
and gladness for the upright in heart.

PSALM 97:11

*seek a pure heart*

ord, help me to put my hope in You immediately in
ircumstances so that discouragement never takes r
e me to be in Your Word every day so that I can find
e that is there within it. Make it come alive in my he
o I can understand it and retain it. When I cry out t
u for help, I have confidence that You will answer n
That's why my hope is always in You.

I rise before the dawning of the morning,
and cry for help; I hope in Your word,

un word is my hope

April 15

t this day to You, Lord, and all that is in it. This is
have made, and I will rejoice and be glad in it. I r
n any negative thoughts. Help me to not give place
pression. I will not dread any part of this day but wi
y joy, peace, and purpose in all of it. Thank You, Lo
for all that this day holds because I know it is good.

This is the day the Lord has made;
we will rejoice and be glad in it.

PSALM 118:24

ord, you are my joy

April 14

Thank You, Jesus, that You paid the ultimate price for me s
I might be redeemed and have joy forever. I ask You, Lord
o take all heaviness from my soul and anoint me with the oil
gladness right now. Take all the worries and concerns that a
burdens upon me and replace them with never-ending joy.

he ransomed of the Lord shall return, and to Zion with singin
with everlasting joy on their heads. They shall obtain joy
and gladness; sorrow and sighing shall flee away.

ISAIAH 31:11

OOK TO THE ETERNA



Arise, shine, for your light has come,
and the glory of the Lord has risen upon you.

isaiah 60:1

April 13

Lord, I thank You for Your Word because it gives me c
and hope. When I lose hope or become discouraged, I
that You would help me to better understand Your Wor
enable me to draw on all the hope that is to be found i
The hope I find in Your Word gives me joy in my hea

Whatever things were written before were written f
our learning, that we through the patience and
comfort of the Scriptures might have hope.

ROMANS 15:4

Lord, you are my hope!

April 9

e to let go of the past. I want to make roon
re doing in my life. Help me to forgive mys
Show me the good You have brought out o
g out of them in the future. Thank You tha
made a way out of the wilderness of my pas

emember the former things, nor consider th
hold, I will do a new thing.... I will even ma
in the wilderness and rivers in the desert.

ISAIAH 43:18-19

April 9

e to let go of the past. I want to make roon
re doing in my life. Help me to forgive mys
Show me the good You have brought out o
g out of them in the future. Thank You tha
made a way out of the wilderness of my pas

emember the former things, nor consider th
hold, I will do a new thing.... I will even ma
in the wilderness and rivers in the desert.

ISAIAH 43:18-19



April 5



Document title: Art &amp; SoulWorks (@jesus_art_akiane) • Instagram photos and videos
Capture URL: https://www.instagram.com/jesus_art_akiane/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:43:49 GMT

Sign Up



ISAIAH 43:18-19

ISAIAH 43:18-19

### April 8

Lord, I know I can't come before You in prayer if I have held anything against anyone and have not forgiven them. If there is a situation like that in my life, reveal to me anyone I need to forgive so that I can do that. I don't want to forfeit Your forgiveness of my sin and stop the flow of Your Spirit in my life by not forgiving others as You have instructed me to do.

*Whenever you stand praying, if you have anything against anyone, forgive him, that your Father in heaven may also forgive you your trespasses.*

MARK 11

Who do I need to forgive?



### April 5

Lord, I want to confess to You any unforgiveness I may have. Bring to my mind anyone or anything that I need to release from me by forgiving them. I want to be free of all that is not Your so that I can step out of the past and into the future You have for me. Thank You that when I confess my sins, You are faithful to forgive me and cleanse my heart of all that is not holy.

*If we confess our sins, He is faithful and just to forgive us our sins and to cleanse us from all unrighteousness.*

1 JOHN 1:9

thank you for forgiving me



### April 3

Lord, help me to be the kind of person who allows people to change. Help me to pray for people instead of judging them. I want to release people into Your hands and not bring condemnation back on myself by holding them to me with my unforgiveness. Enable me to forgive people as often as it takes, just as You have said to do in Your Word.

*If he sins against you seven times in a day, and seven times in a day returns to you, saying, "I repent," you shall forgive him.*

LUKE 17:4

Teach me to forgive

### April 2

Lord, help me to love others the way You love them. On earth, Jesus even loved those who hated, tortured, and killed You. You forgave without hesitation. Help me to do that too. Help me to let go of resentment or bitterness. Above all, take away any thought I may have of revenge. Help me to truly forgive and love my enemies. Only by the power of Your Spirit will I be able to do that.

*Jesus said, "Father, forgive them, for they do not know what they do."*

LUKE 23:34

and teach me to forgive



### March 31

Lord, where I have been judgmental or condemning of others, I ask You to forgive me. I don't want anything to stand in the way of my receiving Your full forgiveness in my life. If I have in any way blamed You for something that has happened, reveal that to me so I can confess that misplaced blame as well. I don't ever want anything to come between You and me, especially my own unforgiveness.

*Judge not, and you shall not be judged. Condemn not, and you shall not be condemned. Forgive, and you will be forgiven.*

Search my heart Lord



### March 25

Lord, help me to glorify You by overlooking all offenses against me. Give me the discretion I need to be able to calmly choose the way of peace and not anger as a way to respond. Fill me with Your love, peace, and joy every day and help me to always choose to live in them.

*Let all bitterness, wrath, anger, clamor, and evil speaking be put away from you, with all malice. And be kind to one another, tenderhearted, forgiving one another, just as God in Christ forgave you.*

EPHESIANS 4:31-32

choose peace joy & love



JESUS cried out WITH A LOUD VOICE, Father INTO THY HANDS I commit my spirit LUKE 23:46

### March 23

Lord, I know that having patience makes me more complete. And having anger shatters my life. I choose to have patience in all things so that I can be complete and whole, lacking nothing, just as Your Word promises. Enable me to forsake all anger in my life and not give place to it for even a moment. I don't want to compromise the perfecting process You have begun in me. Help me to react with patience to the situations in my life.

*Let patience have its perfect work, that you may be perfect and complete, lacking nothing.*

JAMES 1:4

Patience Please

### March 21

Lord, I confess that it takes great strength for me to rule over my spirit. I pray that You would give me that kind of strength. Help me to never have an angry outburst or say things I regret. Help me to not hold anger in and make myself sick with it, either. Give me such a compassionate, loving, and patient heart toward others that I am not even tempted to show anger toward anyone.

*He who is slow to anger is better than the mighty, and he who rules his spirit than he who takes a city.*

PROVERBS 16:32

Father, help me be willing not willful



### March 20

God, help me to not stir up any strife between me and the people around me. I don't want to be in a contentious situation with anyone. Enable me to have such a patient and loving heart that I am never quick to have words with a person or blow up at anyone.



### March 16

Lord, help me to not carry anger in my heart over anything. When someone does something that is offensive to me, enable me to rise above any anger so that I won't feel over it. Help me to let it go and forgive quickly so that I don't give place to anger in my soul.





### March 15

Lord, give me the ability to be slow to anger. Take away anything in me that refuses to let go of anger over things that have happened. Help me to quickly overlook the things that make me upset and release all my anger to You. Replace anger in me with Your love and patience. I don't want anger in me to delay my wholeness



Document title: Art &amp; SoulWorks (@jesus_art_akiane) • Instagram photos and videos
Capture URL: https://www.instagram.com/jesus_art_akiane/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:43:49 GMT















































Sign Up · Log In























Log In  Sign Up





LORD, HELP ME UNDERSTAND THE SEASON - ECCLESIASTES 3





























































Sign Up



















Log In  Sign Up





Prince of Peace by Akiane Kramarik © Montage www.Art-SoulWorks.com

















Log In Sign Up

















Sign In    Sign Up









































Log In    Sign Up

















Sign Up























Log In Sign Up

























Sign Up



FATHER...THANK YOU FOR YOUR MERCY



HELP ME ... SPEAK ONLY LOVE



LORD ... KEEP MY HEART PURE



THANK YOU LORD FOR YOUR MERCY!





HOLY SPIRIT ... SPEAK THROUGH ME





LORD ... PURIFY MY HEART & DEEDS!





PRAY ... FOR DIVINE HEALTH



LET ME LIVE BY FAITH LORD!



FAITH ... A GIFT FROM GOD!

Document title: Art &amp; SoulWorks (@jesus_art_akiane) • Instagram photos and videos
Capture URL: https://www.instagram.com/jesus_art_akiane/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:43:49 GMT

Page 21 of 23

Log In    Sign Up





















Sign In    Sign Up





















Document title: Art &amp; SoulWorks (@jesus_art_akiane) • Instagram photos and videos
Capture URL: https://www.instagram.com/jesus_art_akiane/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:43:49 GMT

Page 23 of 23

YouTube recording 1.mov

Sign in | Download

Comments    About



Akiane's Jesus - Heaven Is For Real Picture Of Jesus Prince of Peace

125,517 views

👍 535    👎 13    ➤ SHARE    ⬇ SAVE    ...

PrinceOfPeaceArt
Published on Feb 20, 2012

Jesus Prince of Peace - Akiane Art Gallery - Buy Artwork from http://Art-SoulWorks.com

subscribe to our channel at http://www.youtube.com/user/PrinceofP...

SHOW MORE

SUBSCRIBE  4.6K

25 Comments    SORT BY

Add a public comment...

0:26 / 3:06



 Art & SoulWorks

  

# JESUS, Canvas & Fine Art Prints b…

5 ★★★★★ (1) · $399.00* · In stock

Summary JESUS, Canvas & Fine Art Prints by Akiane Kramarik New Jesus Painting by Akiane Kramarik! Enjoy the exquisite beauty of Jesus, as painted by …

* Check website for latest pricing and availability. Images may be subject to copyright. Learn More

    



 

# Father Forgive Them, Canvas & Prints by Akiane Kramarik



~~$ 99.95~~

$ 89.95

SUMMARY



 **Shop on the go**
with Amazon app

Get App

**Art&Soul works**  1

 From Amazon.com

Art&Soul works Newest Jesus, Double Matted, 16-inch x 20-inch painted by Akiane Kramarik in 2017



**Currently unavailable**

We don't know when or if this item will be back in stock.

ADD TO WISH LIST

   SHARE

  



# Pinterest (Canada)
https://www.pinterest.ca

## Pinterest
★★★★★ 1.7M ratings

Install



Out of stock

# Father Forgive, Jesus Praying, Double-Matted Print, 16 x 20-inches

⤢ art-soulworks.com

Product sold by **art-soulworks.com**

✕ 🔒 JESUS, by Akiane Kramarik, h...
https://art-soulworks.com 🔖 ⋮



Trusted Source of Jesus Prince of Peace Gifts & Art

☰ | Search Entire Store 🔍 | 🛒



G    **VIEW 8 RELATED PAGES**    ▲

# *PURCHASE*
# *Prince of Peace Trinity Candle*
# *GET A FREE*
# *8" X 10" Jesus Print to Frame*
# *Valued at $29.95*



Give your home, office, or church an added touch of elegance with this Prince of Peace tapestry, classically inspired wall art piece features Akiane



INFO | COMMENTS | **UP NEXT**



**Jesus, Painting The Impossible, by Akiane Kram…**
Prince of Peace Friends
2 years ago • 54K Views



**"The Light" by Akiane**
Akiane Kramarik
6 months ago • 211K Views

5:46



**"Red Kimono" by Akiane (Afternoon Art Series)**
Akiane Kramarik
5 months ago • 20K Views

3:29



**"On The Right Track" by Akiane (Afternoon Art Series)**
Akiane Kramarik
1 month ago • 29K Views

2:28

SHARE | Comment… |  



WRITTEN AND DIRECTED BY

AKIANE KRAMARIK

FORELI KRAMARIK

STAY TUNED.

THE FULL DOCUMENTARY WILL BE RELEASED
ON JULY 9, AKIANE'S BIRTHDAY
WWW.ART-SOULWORKS.COM
OFFICIAL SOURCE FOR AKIANE GIFTS & ART





# Written And Directed By

## Akiane Kramarik

## Foreli Kramarik

Stay Tuned ...

The full documentary will be released

on July 9, Akiane's Birthday

www.Art-SoulWorks.com

Official Source for Akiane Gifts & Art



**Prince of Peace Friends**

1.5K    40 Comments 232 Shares 16K Views

Like          Comment          Share

**Prince of Peace Friends**
Dec 7, 2016 at 19:11 · 🌐

 FOLLOW



Wooden Framed
8" x 10" Jesus Print
Easel Back, Glass Cover, Made in the 🇺🇸USA

Just heard this: God's blessings are within God's boundaries!  What are your… **See More**

1.5K    49 Comments 172 Shares 6.8K Views

Like          Comment          Share



WE FIX
OUR EYES
NOT ON WHAT
IS SEEN,
BUT ON WHAT
IS UNSEEN,
SINCE WHAT
IS SEEN
IS TEMPORARY,
BUT WHAT
IS UNSEEN
IS ETERNAL.
II CORINTHIANS 4:18

Art & SoulWorks





LET US FIX
OUR EYES ON
JESUS
THE AUTHOR
AND
PERFECTER
OF OUR FAITH ...
HEB 12:2

Art-SoulWorks.com






FOR GOD
*so loved the world,*
THAT HE GAVE HIS
*only begotten son,*
THAT WHOSOEVER
*believeth in him*
SHOULD NOT PERISH,
*but have*
EVERLASTING LIFE.
*- john 3:16 -*

Prince of Peace by Akiane Kramarik © Montage www.Art-SoulWorks.com



To You
I lift up my eyes,
O You who are enthroned
in the heavens!
Psalm 123:1

Father Forgive - Akiane
Art- SoulWorks.com





## The Lord is My Shepherd
## I Shall Not Want

He makes me to lie down
in green pastures;
He leads me beside
the still waters.
He restores my soul;
He leads me in the paths
of righteousness
For His name's sake.
Yea, though I walk
through the valley
of the shadow of death,
I will fear no evil;
For You are with me;
Your rod and Your staff,
they comfort me.
You prepare a table before me
in the presence of my enemies;
You anoint my head with oil;
My cup runs over.
Surely goodness and mercy
shall follow me All the days of
my life; and I will dwell in the
House of the LORD Forever.

*Psalm 23*



PRINCE OF PEACE © ART & SOULWORKS LLC, ART AKIANE LLC

# The Lord is My Shepherd
## I Shall Not Want

He makes me to lie down
in green pastures;
He leads me beside
the still waters.
He restores my soul;
He leads me in the paths
of righteousness
For His name's sake.
Yea, though I walk
through the valley
of the shadow of death,
I will fear no evil;
For You are with me;
Your rod and Your staff,
they comfort me.
You prepare a table before me
in the presence of my enemies;
You anoint my head with oil;
My cup runs over.
Surely goodness and mercy
shall follow me All the days of
my life; and I will dwell in the
House of the LORD Forever.

*Psalm 23*



PRINCE OF PEACE © ART & SOULWORKS LLC, ART AKIANS LLC



John 14:1-6 Prince of Peace by Akiane © Art-SoulWorks.com



*Prince of Peace*



Remember your shield of faith, and

# You shall be able to
quench all the fiery darts

# of the wicked.
From Ephesians 6:16

Art-SoulWorks.com



When you are afraid trust in me

From Psalms 56:3

Art-SoulWorks.com

The angel said to her, "Do not be afraid, Mary, for you have found favor with God. And now, you will conceive in your womb and bear a son, and you will name him Jesus

Innocence by Akiane
Art-SoulWorks.com



I AM
WITH
YOU
ALWAYS
MAT 28

Art-SoulWorks.com



**Prince of Peace Friends**
NEW JESUS Painting by Akiane Kramarik

 https://art-soulworks.com/collections/... See more

NOV 18, 2017

 4.5K             140 Comments

👍 Like      💬 Comment      ↗ Share















**Prince of Peace Friends**
Celebrate National  Friendship Day!

Jesus said "...I have called you FRIENDS for everything that I learned from my Father I have made known to you." From John 15
Get Free Jesus Pictures ➡️ bit.ly/Free-Jesus-Picture

AUG 6, 2017

 4.4K                    108 Comments

 Like          💬 Comment          ↗ Share





I Chose You

when I planned creation
Ephesians 1:11-12

I knew you even before you were conceived
Jeremiah 1:4-5

I knit you together in your mother's womb
Psalm 139:13

I determined the exact time of your birth
Acts 17:26

The very hairs on your head are numbered
Matthew 10:29-31

You are made in my image
Genesis 1:27

I am your provider and I meet all your needs
Matthew 6:31-33

My plan for your future is filled with hope
Jeremiah 29:11

"Creation & Prince of Peace" by Akiane montage © www.Art-SoulWorks.com







BELOVED, LET US LOVE ONE ANOTHER, FOR LOVE IS FROM GOD 1 JOHN 4:7

Art-SoulWorks






Prince of Peace by Akiane Kramarik © Montage www.Art-SoulWorks.com





If anyone **loves** Me he will keep My word; and My Father will love him and We will come to him and make our home **with him**
JOHN 14: 23

Art & SoulWorks



Case 1:19-cv-07352 Document #: 1-7 Filed: 05/01/19 Page 70 of 100 PageID #:205



Case 1:19-cv-02862 Document #: 1-7 Filed: 05/01/19 Page 71 of 100 PageID #:208



COME BOLDLY UNTO THE THRONE OF GRACE, THAT YOU MAY OBTAIN MERCY, AND FIND GRACE TO HELP IN TIME OF NEED FROM HEBREWS 4:16

Art-SoulWorks.com

Case 1:19-cv-02262 Document #: 1-7 Filed: 05/01/19 Page 72 of 100 PageID #:216



08:34 Case 1:19-cv-02252 Document #: 1-7 Filed: 05/01/19 Page 73 of 100 PageID #:21 LTE 69%



Prince of Peace by Akiane Kramarik ©www.Art-SoulWorks.com



*"I am leaving you with a gift- peace of mind and heart.
And the peace I give is a gift the world cannot give…"*

John 14:27

Art by Akiane "The Swing" ©  www.JesusPrinceofPeace.com  www.Art-SoulWorks.com



Those who Hope in the LORD will renew their strength.
They will soar on wings like eagles; they will run
and not grow weary, they will walk and not be faint
Remember Psalms 34:18 • Believe  - Isaiah 40:31• Pray - 2 Chronicles 7:14

"Prince of Peace & The Eagle" by Akiane © montage Art-SoulWorks.com



In-DEPENDENCE DAY 2015 • J E S U S • REAL HOPE FOR CHANGE

2 Chronicles 7:14 if my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and will heal their land.

In-Dependence Day  Montage © www.Art-SoulWorks -Father Forgive by Akiane Kramarik

Case 2:19-cv-12252 Document #: 1-7 Filed: 05/01/19 Page 77 of 100 PageID #:215



Bless Our
Relationships
LORD

Help Us
Remember

A
Threefold
Cord

Is Not
Easily
Broken

Ecclesiastes 4

from "I Am & The First" by Akiane © www.Art-SoulWorks.com

Case 19-cv-07852 Document #. 1-7 Filed: 05/01/19 Page 78 of 100 PageID #:216



When Thou Liest Down,
thou shalt not be afraid: yea, thou shalt lie down &
Thy Sleep Shall Be Sweet.

Proverbs 3:24

... whatever is true, whatever is noble, whatever is right,
whatever is pure, whatever is lovely, whatever is admirable-
-if anything is excellent or praiseworthy
think about such things.

Philippians 4:8

Montage from Akiane's I Am, Prince of Peace, Father Forgive © Art-SoulWorks.com

Case 0:09-cv-07852 Document #: 1-7 Filed: 05/01/13 Page 79 of 100 PageID #:217



If the Son makes you free,
you will be free indeed
John 8:36

"Prince of Peace & Butterfly Passion" Akiane Montage © Art-SoulWorks.com

Case 09-cv-07852 Document #: 1-7 Filed: 05/01/13 Page 80 of 100 PageID #:219



Faithfulness by Akiane ~ Design © www.Art-SoulWorks.com



from John 8 with Prince of Peace by Akiane © Montage Art-SoulWorks.com

09:04 · Case 1:19-cv-07852 Document #: 1-7 Filed: 05/01/19 Page 82 of 100 PageID #:226 · LTE 64%

# WISDOM

from above is first,
PURE
then peaceable,
GENTLE
open to reason,
full of
MERCY
and
Good Fruits,
impartial
and
SINCERE

James 3:17



"I AM - Jesus age 26" by Akiane © www.Art-SoulWorks.com



Click to View

# Jesus



**by Akiane**

The Little Girl from Lithuania
who paints Jesus in the movie

**Heaven is for REAL**

09:05 ... Case 19-cr-00852 Document #: 1-7 Filed: 05/01/19 Page 84 of 100 PageID #:221 LTE 64%



I will lift up my eyes to the hills - from whence comes my help?

My Help Comes From The LORD, who made heaven and earth
He will not allow your foot to be moved
He who keeps you will not slumber

Behold, He who keeps Israel
Shall neither
Slumber nor Sleep

THE LORD
IS YOUR KEEPER

The LORD
Is your Shade
At your right hand

The sun shall not
strike you by day
Nor the moon by night

The LORD shall
Preserve you from all evil

He Shall Preserve Your Soul

The LORD Shall Preserve Your Going Out & Your Coming In
FROM THIS TIME FORTH - AND EVEN FOREVERMORE

Psalms 121 with "Father Forgive" by Akaine © Montage Art-SoulWorks.com

When
I am
lifted up
from the earth,
I will
Draw
All People
to Myself

John 12:32



*Prince of Peace*

*Isaiah 9:6*

Prince of Peace by Akiane © Montage by Art-SoulWorks.com

But they that wait upon the Lord
shall renew their strength;
they shall mount up with wings as eagles;
they shall run, and not be weary;
and they shall walk, and not faint.

Isaiah 40:31



Art from "The Eagle" by Akiane, age 7 © www.art.soulwrks.com



BEHOLD, HE COMETH WITH CLOUDS AND EVERY EYE SHALL SEE HIM

From Revelations 1:7 "Prince of Peace" by Akaine © Montage www.Art-SoulWorks.com



Ever Present Helper

JESUS
is the one
Who Died,
more than that he
Was Raised,
and is at the
right hand of God
who indeed is
Interceding For Us

"Father Forgive" by Akiane • Romans 8:34 • Ever Present Help Montage © Art & SoulWorks

Share good news ...Jesus intercedes for us



Prince of Peace by Akiane © Montage www.Art-Soulworks.com



Father, thank you for Creation!

"You made the heavens, even the highest heavens,
and all their starry host, the earth and all that is on it,
the seas and all that is in them.
You give life to everything, and the multitudes of
heaven worship you."

(Nehemiah 9:6)



from "Creation" by Akiane © www.Art-SoulWorks.com

Case 9-cv-00852 Document #: 1-7 Filed: 05/01/13 Page 91 of 100 PageID #:225



He Is Not Far from any one of us for In Him we Live and Move and Have Our Being

Acts 17:27-28 with "I AM" by Akiane © Montage Art-SoulWorks.com



"Prince of Peace" by Akaine © Rev 3:20 Montage by www.Art-SoulWroks.com





# Heavenly Father

We pray that you would comfort
family, friends and loved ones of those lost on

## AirAsia Flight 8501



### Mend Each
### Broken Heart!

Teach us to come
to you for comfort as we
**cast our cares**
**upon you because**
## You Care For Us

from I Peter 5:7 with "I AM" by Akiane © Montage www.Art-SoulWorks.com

# ... God Created Great Sea Creatures, and every living thing that moves ...



Genius 1:21 with Delphinus by Akiane © Montage by www.Art-SoulWorks.com




Case 09-ca-07852 Document #: 1-7 Filed: 05/01/13 Page 96 of 100 PageID #:234



JESUS is not only my SAVIOR
He is my EVERYTHING
SHARE if Jesus is your
GREATEST BLESSING too!

I AM, Prince of Peace, Father Forgive by Akiane © Montage www.Art-SoulWorks.com



Mother's Love, by Akiane, Age 11
© ArtAkiane -Art & SoulWorks

Compliments of ~ www.Art-SoulWorks.com

Be Still & Listen

~

Whether you turn
to the right
or to the left,
your ears
will hear
a voice behind you,
saying,

"This is the way;
walk in it."

~ Isaiah 30:21 ~

from "Prince of Peace" by Akiane © www. Art-SoulWorks.com



# When in Doubt

Stand
at the crossroads
and look; **Ask**
for the ancient paths,

## Ask

where the good way is,

and walk in it, and

# You Will Find

Rest For Your Souls

Jeremiah 6:16

*"Prince of Peace"* by Akiane © www.Art-SoulWorks.com



from "Prince of Peace & I Am" by Akiane © www. Art-SoulWorks.com