# **EXHIBIT G**

**Copyrighted Work with Altered Copyright Management Information**

| Title of Work | No. of Alterations |
|---|---|
| Barefoot | 3 |
| Blessings | 2 |
| Butterfly Passion | 1 |
| Clematis Dream | 2 |
| Co-Creation | 8 |
| Completed | 2 |
| Creation | 21 |
| Delphinius | 1 |
| Divine Compass | 1 |
| Dream Fence | 2 |
| Dreams | 2 |
| Eagle | 9 |
| Endangerment | 1 |
| Endurance | 5 |
| Evening Swan | 7 |
| Faith | 3 |
| Faithfulness | 1 |
| Family | 1 |
| Father Forgive them | 75 |
| Filtering Self Awareness | 1 |
| Forbidden Fruit | 1 |
| Freedom Horse | 4 |
| Hope | 9 |
| I Am | 66 |
| Immortal | 5 |
| Innocence | 7 |
| Inspiration | 2 |
| Jesus | 6 |
| Jesus the Mission Years | 1 |
| Labyrinth | 1 |
| Lilly of the Valley | 1 |
| Love | 7 |
| Migration | 2 |
| Mother's Love | 11 |
| On My Knees | 2 |
| Open Door | 1 |
| Paradise Valley | 6 |
| Perception of Illusion | 1 |
| Power of Prayer | 3 |
| Prince of Peace | 234 |
| Purity | 4 |
| Silence | 3 |

| | |
|---|---|
| Stained Glass | 10 |
| Strength | 2 |
| Supreme Sanctuary | 8 |
| The Challenge | 1 |
| The First | 6 |
| The Focus | 1 |
| The Fog | 2 |
| The Instinct | 1 |
| The Island | 2 |
| The Map | 1 |
| The Path | 6 |
| The Relic | 1 |
| The Right Turn | 2 |
| The Swing | 2 |
| Trust Bridge | 2 |
| Unforgettable | 1 |
| Water Angel | 2 |
| Wonder | 2 |
| WWW | 2 |
| Young Sage | 1 |
| **TOTAL** | **580** |

**Copyrighted Works with Removed Copyright Management Information**

| Title of Work | No. of Removals |
|---|---|
| A New Journey | 1 |
| Battle | 4 |
| Faithfulness | 1 |
| Father Forgive Them | 20 |
| Guidance | 1 |
| I Am | 8 |
| Jesus | 8 |
| Lilly of the Valley | 1 |
| Mother's Love | 6 |
| Prince of Peace | 120 |
| Sixteen Lives in the Wind | 1 |
| Supreme Sanctuary | 1 |
| The Challenge | 2 |
| The Light | 1 |
| **TOTAL** | **175** |