# EXHIBIT H



facebook

Email or Phone
Password

Log in

Forgot account?

## Art & SoulWorks

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

Like | Share | Suggest Edits | ...

Shop Now | Send Message

### Posts

Art & SoulWorks shared a post.
April 21 at 2:34 PM



Prince of Peace Friends
April 21 at 2:32 PM

Blessed resurrection day everyone. Let everything good that is dead in our lives receive now the infusion of resurrection life and may every evil thing remain dead, buried and powerless forever. Remain blessed and highly favoured. Ascend to heights of divine grace and be fortified with God's love. Apostle Mike Zino

❤️ HE LIVES ❤️ HE LOVES ❤️ HE WAITS

👉 The Resurrection Picture of Jesus 👉 http://bit.ly/JesusArt

7                              1 Comment  2 Shares

---

Search for posts on this Page

**Art & SoulWorks**
Retail Company in Evergreen, Colorado

**Community**                     See All
👍 593 people like this
🔊 596 people follow this

**About**                          See All
📞 (888) 308-8659
💬 Contact Art & SoulWorks on Messenger
🌐 www.Art-SoulWorks.com
✉️ Retail Company

**Page Transparency**              See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
🏳️ Page created - June 9, 2011

**People**                          >
                593 likes

---

**See more of Art & SoulWorks on Facebook**

Log In     or     Create New Account



---

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





## Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

---

**Art & SoulWorks** shared a link.
December 9, 2018

**ART-SOULWORKS.COM**
**Jesus Gifts & Akiane Art - up to 50% off - While Supply Last - Offer ends 12/10/18**
Click & Save up to 50% on Select Jesus Gifts & Art by Akiane Hello Friends ... 2 things Remember ... We can ship to your family and friends & add a...

❤ 2

👍 Like        💬 Comment        ↪ Share

---

**Art & SoulWorks** shared a post.
December 1, 2018



**Prince of Peace Friends**
December 1, 2018

❤ Go therefore and make disciples of all nations ... Matthew 28:19

❤ Christmas shopping? Save up to 25% Here: https://art-soulworks.com/collections/specials

17                                    2 Comments  8 Shares

---

**About**                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

**Page Transparency**        See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                    ›

**593** likes

**Related Pages**

 **Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

---

See more of Art & SoulWorks on Facebook

**Log In**        or        **Create New Account**

---

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



Art & SoulWorks

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

Most Relevant ▾

Carolyn Isaacs AMEN
21w

Jenny Guerrero Amen 💯🙏😍💕
21w

Art & SoulWorks shared a post.
November 29, 2018 · 🌐

AND THEN SHALL THEY SEE THE SON OF MAN COMING IN THE CLOUDS WITH GREAT POWER AND GLORY
MARK 13:26

Prince of Peace Friends
November 29, 2018 · 🌐

❤️ .. look up, and lift up your heads; for your redemption draws near Luke 21:28

❤️ Share Jesus with Akiane´s Paintings - see more art: www. Art-SoulWorks.com

9                                                    1 Share

👍 Like          💬 Comment          ↪ Share

Art & SoulWorks shared a post.
November 24, 2018 · 🌐

WE FIX OUR EYES NOT ON WHAT IS SEEN, BUT ON WHAT IS UNSEEN,

About                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🏬 Retail Company

📘 Page Transparency          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

People                                          ›

593 likes

Related Pages

Jesus - Prince of Peace
Public Figure

Kai Frias
Blogger

Higher Definition Leadership & E...
Consulting Agency

Bow Flip Flop & Designs By Crissi
Retail Company

Jesus Teach ME How to PRAY
Product/Service

See More ▾

Pages Liked by This Page

Prince of Peace Friends

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

Log In          or          Create New Account

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Art & SoulWorks

**Home**

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Create a Page

Most Relevant ▾

 **Melinda Lodge** Yvette D Fontenot
16w

**Art & SoulWorks** shared a post.
October 16, 2018 · 🌐

The painting, The Light, by Akiane Kramarik was released in November of 2018 and is based a recent vision of being welcomed by the Light on the bridge to eternity.

See More About 'The Light' here: https://art-soulworks.com/prod.../the-light-by-akiane-kramarik

About "The Light" Akiane says :

We can see the universe in so many ways ...
But when not illuminated it looks all empty.
From far away our world, like a firefly at night appears lit only momentarily.
From far away our life might appear insignificant.
Even our biggest victories and struggles seem meaningless.
But without any of us, the universe could not grow.
Our eternal path is a narrow path where we need to wait for others to pass us.
it is a bridge to all infinite possibilities.
On this bridge, someone always waits for us.
Always.
It is the Light.
The more the Light gives ... the more that is left.
Whatever the Light touches is awakened.
On this bridge, every breath and every heartbeat is welcomed and embraced.
And once in a while ...
The Light transcends time and
all the memories become on complete echo we can all hear ...
"Eternity is not that long ... " ~ Akiane Kramarik ~



32,090 Views

Prince of Peace Friends
October 16, 2018 · 🌐

**About**                                                    See All

📞 (888) 308-8659

✉ **Contact Art & SoulWorks on Messenger**

🌐 www.Art-SoulWorks.com

▭ Retail Company

🔵 **Page Transparency**              See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - June 9, 2011

**People**                                                       ›

593 likes

**Related Pages**

 **Jesus - Prince of Peace**
Public Figure

 **Kai Frias**
Blogger

 **Higher Definition Leadership & E...**
Consulting Agency

 **Bow Flip Flop & Designs By Crissi**
Retail Company

 **Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

🔥 **Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

Log In        or        Create New Account

👍 Like       💬 Share        ⇄ Suggest Edits

🛒 Shop Now      💬 Send Message



About "The Light" Akiane says ...

We can see the universe in so many ways ...
But when not illuminated it looks all empty.
From far away our world, like a firefly at night appears lit only momentarily.
From far away our life might appear insignificant.
Even our biggest victories and struggles seem meaningless.
But without any of us the universe could not grow.
Our eternal path is a narrow path where we need to wait for others to pass us.
it is a bridge to all infinite possibilities.
On this bridge, someone always waits for us.
Always.
It is the Light.
The more the Light gives ... the more that is left.
Whatever the Light touches is awakened.
On this bridge every breath and every heartbeat is welcomed and embraced.
And once in a while ...
The Light transcends time and
all the memories become on complete echo we can all hear ...
"Eternity is not that long ... "

~ Akiane Kramarik ~

see more at: www.Art-SoulWorks.com

**Art & SoulWorks**
October 7, 2018

A great prayer warrior, friend, mother and patriot left us to be with her greatest love - Jesus!
She has been the helping hands that tasseled and prayed over every one of our bookmarks for the past 15 years.
Her life if a beautiful memory, her absence a silent grief .

LEGACY.COM
**View Elisabeth BEASON's Obituary on DaytonDailyNews.com and share memories**
BEASON, Elisabeth 88, passed peacefully Thursday, September 27th , 2018 from her home...

**Art & SoulWorks** shared a post.
September 10, 2018

**Prince of Peace Friends**
September 10, 2018

See more of Art & SoulWorks on Facebook

**About**                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

📇 Retail Company

**Page Transparency**                    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 9, 2011

**People**                                      ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages › Businesses › Shopping & Retail › Retail
Company › Art & SoulWorks





**YOUTUBE.COM**
**"A New Journey" by Akiane Kramarik**
A New Journey is a beautiful painting by Akiane that reminds us of how to successfully navigate the troubled waters of life and depicts the…

😮 1

👍 Like    💬 Comment    ➦ Share

**About**     See All
📞 (888) 308-8659
💬 Contact Art & SoulWorks on Messenger
🌐 www.Art-SoulWorks.com
▭ Retail Company

**Art & SoulWorks**

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

[ Create a Page ]

Art & SoulWorks shared a Page.
August 28, 2018 · 🌐

Be encouraged daily by Jesus, Prince of Peace! Official Akiane Kramarik Art, Gifts & Inspirations Facebook Page!



**Prince of Peace Friends**
Trusted source of inspiration & gifts often featuring Prince of Peace, the Heaven is for the Real face of Jesus painted by 8-year old, child prodigy, Akiane Kramarik. Posts here are by Art

👍 1

👍 Like    💬 Comment    ➦ Share

**Page Transparency**    See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
🏳 Page created - June 9, 2011

**People**      ›
**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E…**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

Art & SoulWorks shared a photo.
August 28, 2018 · 🌐

💜 Lord, I await your presence & help because you promised you would Never leave or forsake me 💜

Get Your Free Jesus Cards Here 👉 www. Art-SoulWorks.com



**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▶ Businesses ▶ Shopping & Retail ▶ Retail Company ▶ Art & SoulWorks

See more of Art & SoulWorks on Facebook

[ Log In ]   or   [ Create New Account ]

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT







Art & SoulWorks

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

**Prince of Peace Friends**
August 23, 2018 · 🌐

❤️ Lord, Teach me how to cast my cares on you ❤️
Get Your Free Jesus Card Here 👉 www. Art-SoulWorks.com

👍❤️ 5                                                1 Comment

👍 Like          💬 Comment          ↗ Share

Most Relevant ▾

Isabel Díaz Reyes Quiero leer el libro pero en español no lo encuentro

35w

**Art & SoulWorks** shared a post.
August 23, 2018 · 🌐

**See more of Art & SoulWorks on Facebook**

Log In          or          Create New Account

**About**                                          See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

📘 **Page Transparency**          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏳 Page created - June 9, 2011

**People**                                              ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail
Company ▸ Art & SoulWorks





LORD, help me to have a good, positive, hopeful, joyous, and bright attitude today. May Your joy rise in my heart right now in such abundance that it overflows onto others who see me. And when I speak, may Your Spirit of joy be contagious. I praise Your name and glorify You as the lifter of my head when I am down. You are my everlasting Father, who has given me a wonderful life for all eternity.

Make a joyful shout to the Lord, all you lands! Serve the Lord with gladness; come before His presence with singing.

PSALM 100:1-2

**Prince of Peace Friends**
August 15, 2018 · 

❤️ May you day be filled with hope & joy ❤️

❤️ Get Free Jesus Pic 👉 www. Art-SoulWorks.com.
❤️ Share Jesus Art 👉 bit.ly/Jesus-Home-Wall-Decor

❤️👍 5                                                          1 Share

👍 Like          💬 Comment          ↪ Share

**Art & SoulWorks** shared a post.
July 24, 2018 · 

TRUTH ABOUT HEAVEN is for Real story, book & movie

**Prince of Peace Friends**
July 24, 2018 · 

## Discern Truth from Lies

Truth Best Seller — Heaven is for Real

LIE Recanted — The boy who came back from heaven

### Now Revealed - The Truth about the Heaven is For Real Hoax!

Examining the Heaven is for Real Hoax – Is the Devil in the Details? Are you confused by two young boys very different stories?

Read this and discover what really happened because you may want to be able to inform others of the truth. These Are Two Different Children's Heavenly Stories: Malarkey, The Boy Who Came Back From Heaven, and Burpo, The Boy Who Went To Heaven are two

---

# Art & SoulWorks

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

**Create a Page**

---

## About                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

**ⓕ Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🗓 Page created - June 9, 2011

**People**                                    >

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ⌄

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

---

### See more of Art & SoulWorks on Facebook

**Log In**          or          **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



**Art & SoulWorks**

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

2

Like  Comment  Share

**Art & SoulWorks** shared a post.
July 19, 2018 ·

**Prince of Peace Friends**
July 19, 2018 ·

Akiane's painting of teen Jesus rejoicing ❤️ Enter into his gates with thanksgiving, and into his courts with praise: be thankful unto him, and bless his name ❤️ Psalm 100:4

❤️❤️❤️❤️❤️❤️

📌 Free Jesus Pictures ▶️ www. Art-SoulWorks.com.

ART-SOULWORKS.COM
Dreams, Teen Aged Jesus Rejoicing, Canvas Print by Akiane Kramarik

3

Like  Comment  Share

**Art & SoulWorks** shared a post.
July 17, 2018 ·

Look to the Lord and his

**About**  See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

🔵 **Page Transparency**  See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🗓 Page created - June 9, 2011

**People**  ❯

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ⌄

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▶ Businesses ▶ Shopping & Retail ▶ Retail Company ▶ Art & SoulWorks

See more of Art & SoulWorks on Facebook

Log In  or  Create New Account

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



# Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

**Prince of Peace Friends**
July 17, 2018 · 🌐

❤️ JESUS by Akiane ❤️

✖️ See JESUS Painting ▶️ http://bit.ly/JESUSbyAkiane2016
✖️ Free Jesus Pictures ▶️ www. Art-SoulWorks.com.
✖️ Purchase Jesus Gifts ▶️ bit.ly/Jesus-Home-Wall-Decor

👍❤️ 10                                    1 Comment  2 Shares

👍 Like        💬 Comment        ➦ Share

Most Relevant ▾

José María Pérez Absolutely Amazing!
40w

**Art & SoulWorks** shared a post.
July 16, 2018 · 🌐

**Prince of Peace Friends**
July 16, 2018 · 🌐

❤️ May your day be filled with thought of gratitude, love and peace ❤️

✖️ Free Jesus Pictures ▶️ www. Art-SoulWorks.com.
✖️ Purchase Jesus Gifts ▶️ bit.ly/Jesus-Home-Wall-Decor

❤️👍 9                                              1 Share

## About                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

🅕 **Page Transparency**        See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

## People                                      ›

**593** likes

## Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

### Pages Liked by This Page

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

---

**See more of Art & SoulWorks on Facebook**

**Log In**        or        **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



**Art & SoulWorks**

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

**Art & SoulWorks** shared a post.
June 27, 2018 · ⊙



1,386 Views

**Prince of Peace Friends**
June 23, 2018 · ⊙

2019 Prince of Peace Calendar with Art by Akaine Kramarik Preview ... Order Now and Save 25% .. Limited Time Offer: See Details: https://art-soulworks.com/collecti.../calendars-journals-cards

👍 2

👍 Like          💬 Comment          ↗ Share

**Art & SoulWorks** shared a post.
June 24, 2018 · ⊙



1,386 Views

**Prince of Peace Friends**
June 23, 2018 · ⊙

2019 Prince of Peace Calendar with Art by Akaine Kramarik Preview ... Order Now and Save 25% .. Limited Time Offer: See Details: https://art-soulworks.com/collecti.../calendars-journals-cards

**About**                                    See All

📞 (888) 308-8659

 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

 **Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                      >

**593** likes

**Related Pages**


**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company


**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

 **Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

**Log In**          or          **Create New Account**











Art & SoulWorks

**Home**

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Create a Page

CLICK for FREE GIFT - PROMISES OF GOD DIGITAL DOWNLOAD & New Framed Jesus Picture Announcement - both featuring Prince of Peace Art by Akiane Kramarik ... SHARE WITH OTHERS!





ART-SOULWORKS.COM

**Jesus, Prince of Peace by Akiane - Free Digital Easter Gift & New Framed Jesus Picture Announcement**

 3

👍 Like   💬 Comment   ↗ Share

 **Art & SoulWorks** shared a post.
March 18, 2018

 **Prince of Peace Friends**
March 11, 2018

The Crucifixion & Resurrection of Jesus ... are a matter of fact to Child Prodigy, and Visionary Artist, Akiane Kramarik

Featured Art: Prince of Peace - The Resurrection Painting & Father Forgive The - praying in the Garden of Gethsemane

Read more Here: https://art-soulworks.com/.../akiane-kramarik-a-witness-to-th...



ART-SOULWORKS.COM

**The Crucifixion & Resurrection of Jesus**
are a matter of...

**About**                                                          See All

📞 (888) 308-8659

 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

▢ Retail Company



📘 **Page Transparency**                          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - June 9, 2011

**People**                                                          ›

**593** likes

**Related Pages**

 **Jesus - Prince of Peace**
Public Figure

 **Kai Frias**
Blogger

 **Higher Definition Leadership & E...**
Consulting Agency

 **Bow Flip Flop & Designs By Crissi**
Retail Company

 **Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

| Log In | or | Create New Account |

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Art & SoulWorks

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

EXPRESS.CO.UK
Blue Moon 2018 live stream: WATCH the NASA total lunar eclipse live stream here

1                                    60 Shares

👍 Like          💬 Comment          ↗ Share

Art & SoulWorks shared a post.
December 1, 2017 · 🌐

Prince of Peace by Akiane © Montage www.Art-Soulworks.com

Prince of Peace Friends
December 1, 2017 · 🌐

Shhh ....

Be Still and know that I am God ...

See More "Be Still" options: https://art-soulworks.com/search?collection=all&q=Be+Still

8                          1 Comment  1 Share

👍 Like          💬 Comment          ↗ Share

About                                    See All
📞 (888) 308-8659
💬 Contact Art & SoulWorks on Messenger
🌐 www.Art-SoulWorks.com
🏢 Retail Company

📘 Page Transparency          See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
🏷 Page created - June 9, 2011

People                                    >
593 likes

Related Pages

Jesus - Prince of Peace
Public Figure

Kai Frias
Blogger

Higher Definition Leadership & E...
Consulting Agency

Bow Flip Flop & Designs By Crissi
Retail Company

Jesus Teach ME How to PRAY
Product/Service

See More ▾

Pages Liked by This Page

Prince of Peace Friends

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

Log In          or          Create New Account

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



## Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

**Prince of Peace Friends**
November 1, 2017 · 🌐

Wishing you joy!

JOY ornament available here: https://art-soulworks.com/products/joy-handmade-ornament

👍 Like     💬 Comment     ➤ Share

Art & SoulWorks shared a post.
October 6, 2017 · 🌐

### About                                    See All

📞 (888) 308-8659

Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

Retail Company

🔵 **Page Transparency**          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

📑 Page created - June 9, 2011

### People                                          >

**593** likes

### Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

### Pages Liked by This Page

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail
Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

Log In     or     Create New Account







Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





## Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

May 6, 2017 · 🌐

NEW! Beautifully framed!



ART-SOULWORKS.COM
**Jesus, Prince of Peace, Golden Espresso Wooden Frame (Shipping May 5)**

👍 5                          2 Shares

👍 Like          💬 Comment          ➤ Share

 **Art & SoulWorks** shared a photo.
May 2, 2017 · 🌐



### About                                  See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company


ⓕ **Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📅 Page created - June 9, 2011

**People**                                    ›

**593** likes

**Related Pages**


**Jesus - Prince of Peace**
Public Figure


**Kai Frias**
Blogger


**Higher Definition Leadership & E...**
Consulting Agency


**Bow Flip Flop & Designs By Crissi**
Retail Company


**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**


**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

| Log In | or | Create New Account |



## Art & SoulWorks - Home

**Prince of Peace Friends**
May 1, 2017 · 🌐

Lord … your love ❤️ amazes me ‼️

🔗 bit.ly/Free-Jesus-Picture

👍❤️ 11
1 Comment  1 Share

👍 Like      💬 Comment      ↪ Share

Most Relevant ▾

**Betty Jones** Jesus, Lover of our Soul.
1y

**Art & SoulWorks**
April 28, 2017 · 🌐

New Product Announcement - Available May 15th!

Beautifully Framed Jesus, Prince of Peace
Picture:http://bit.ly/JesusPicture8x10Framed

3 Wick, Frankincense & Myrrh Scented Trinity Candle:
http://bit.ly/JesusTrinityCandle

**About**                                    See All

📞 (888) 308-8659

📨 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🏢 Retail Company

🔵 **Page Transparency**               See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏳 Page created - June 9, 2011

**People**                                          ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▶ Businesses ▶ Shopping & Retail ▶ Retail
Company ▶ Art & SoulWorks

See more of Art & SoulWorks on Facebook

**Log In**        or        **Create New Account**





Akiane Kramarik - A Witness To The Resurrection of Jesus By the tim...

👍 3

👍 Like          💬 Comment          ➤ Share


**Art & SoulWorks** shared a post.
April 15, 2017 · 🌐

**Prince of Peace Friends**
April 15, 2017 · 🌐

Akiane Kramarik ... A Witness To The Resurrection of Jesus!

By the time Akiane painted her now famous portrait "Prince of Peace" she had known the truth about the life, death, and resurrection of Jesus for about four years. Heavenly encounters and visions that began at age four informed her of many heavenly mysteries, including the real face of Jesus, the resurrected Christ, as described in the scriptures and Reflected in the Shroud of Turin.

https://art-soulworks.com/.../akiane-kramarik-a-witness-to-th...

In fact, Akiane's painting titled "Prince of Peace" is referred to as the resurrection painting of Jesus and her second painting of the Lord is titled "Father Forgive Them. HIs Holy hands are lifted to the Father - Akiane tells us he is in the Garden of Gethsemane praying for the world prior to his crucifixion. Both paintings of Jesus are more fully described in Akiane's autobiography - "Akiane, her art, her life, her poetry" (available at www.Art-SoulWorks.com)

Resurrection Bible Verses

According to his great mercy, he has caused us to be born again to a living hope through the resurrection of Jesus Christ from the dead. (1 Peter 1:3)
The Christ will suffer and rise from the dead on the third day, and repentance and forgiveness of sins will be preached in his name. (Luke 24:46-47)
Christ died for our sins according to the Scriptures, that he was buried, that he was raised on the third day. (1 Corinthians 15:3-5)
He was delivered up for our trespasses and raised for our justification. (Romans 4:25)
Christ Jesus is the one who died—more than that, who was raised— who is at the right hand of God, who indeed is interceding for us. (Romans 8:34)
God raised the Lord and will also raise us up by his power. (1 Corinthians 6:14)
As for me, I know that my Redeemer lives, and at the last, He will take His stand on the earth. (Job 19:25
If you confess with your mouth that Jesus is Lord and believe in your heart that God raised him from the dead, you will be saved. (Romans 10:9)
I am the resurrection and the life. Whoever believes in me, though he die, yet shall he live, and everyone who lives and believes in me shall never die. Do you believe this?" (John 11:25-26)

**About**                              See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

✉ Retail Company

🔵 **Page Transparency**        See More

Facebook is showing information to you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                >

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**    or    **Create New Account**





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





**Art & SoulWorks**

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Create a Page

Michelle Djukic wow PERFET SWET ❤️ WOW ❤️ 4 you DEAR !! AMEN 😊 GLORY BE TO GOD AMEN ❤️

2y

Rushmoor Grabau "Amen"

2y

Madeleine Michaud Makowiczuk I want to see that movie ❤️👍

2y

Chaz Setzer Should be an interesting movie

2y

Jacqui Wood Will it come to the UK ?

2y

**Art & SoulWorks**
February 10, 2017 · 🌐

Heaven is for Real TV Series ... Todd Burpo signs another contract with Sony!

Heavenly TV Series in the works! Sony signs and new contract with Todd Burpo,



IMPERIALREPUBLICAN.COM
TV series may be next 'real' event for Burpo family

**About**    See All

📞 (888) 308-8659

➤ Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

▭ Retail Company

📘 **Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷️ Page created - June 9, 2011

**People**    ›

**593** likes

**Related Pages**


**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

**Log In**    or    **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT







Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



Sharing 💕 Jesus 💕 in Chattanooga, Tennessee ... keep The Art & SoulWorks team in your prayers 🙏

See All Gift Ideas: www.art-soulworks.com

👍 1                                                              15 Views

👍 Like              💬 Comment              ➤ Share

**Art & SoulWorks** shared a link.
November 15, 2016 · 🌐

ART-SOULWORKS.COM
2017 Prince of Peace Fine Art Wall Calendar

## About                                                    See All

📞 (888) 308-8659

✉ **Contact Art & SoulWorks on Messenger**

🌐 www.Art-SoulWorks.com

🗂 Retail Company

### 📘 **Page Transparency**                        See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - June 9, 2011

### People                                                      ›

**593** likes

### Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▼

### Pages Liked by This Page

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

---

### See more of Art & SoulWorks on Facebook

**Log In**          or          **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



**Art & SoulWorks**

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

👍 2

👍 Like    💬 Comment    ↗ Share

**Art & SoulWorks** shared a photo.
November 8, 2016 · 🌐

https://www.facebook.com/jesusprinceofpeace/posts/1436774569669476:0



For to us a child is born,
to us a Son is given,
and the Government
Will be on his Shoulders
and he will be called
Wonderful Counselor,
Mighty God,
Everlasting Father,
Prince of Peace.

**Prince of Peace Friends**
November 8, 2016 · 🌐

Let's Pray Together ... for America!

Father thank you that you have a plan, a purpose and a design for each of us and for
our country. Lord we ask that your kingdom come and your will be done on earth as it is
in heaven. Give each of us the wisdom, strength and courage to take a stand for love
and life as we live, work and vote. Give us the grace and ability to live and share
Biblical Wisdom in all the areas of our society that shape our culture - the church,
family, education, government, media, art & entertainment, Business. Shine light into
the darkness and show me what you would have me do to bring glory to your name.
Your word says "if my people, who are called by my name would humble themselves
and pray and seek my face and turn form their wicked way then I will hear from Heaven
and I will forge their sin an I will heal their land" I Chronicles 7:14
Father, I humble myself before you today and ask for forgiveness in any part I have had
in the demise of my family, city, state and country. I stand in intercession for brothers
and sister across America who are not willing or aware of the need for repentance and
ask forgiveness for our nation. Lord hear our prayers! Father Heal our families,
churches, broken systems and our land. Show me what I need to do - Father let the
healing begin with me! In Jesus name I pray – Amen!

👍 4

👍 Like    💬 Comment    ↗ Share

**About**     See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

📋 Retail Company



🔵 **Page Transparency**    See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

📑 Page created - June 9, 2011

**People**     ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail
Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

**Log In**    or    **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





https://www.facebook.com/jesusprinceofpeace/videos/1385948498085417//

22,034 Views

**Prince of Peace Friends**
September 20, 2016 · 🌐

Sharing Jesus in Murphreesboro, Tennessee today - Prayers appreciated!

Buy Jesus Art & Ornaments Here:

https://art-soulworks.com

👍❤ 4

Like        Comment        Share

**Art & SoulWorks** shared a link.
July 26, 2016 · 🌐

See more of Art & SoulWorks on Facebook

Log In        or        Create New Account

## Art & SoulWorks

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

Create a Page

### About                                      See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

🔵 **Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📅 Page created - June 9, 2011

**People**                                      ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



ART-SOULWORKS.COM
**Prince of Peace—Tapestry Wall Hanging**
Jesus "Prince of Peace", 3 foot tall tapestry - a beautiful way to grace any...

♥ 1                                         1 Share

👍 Like          💬 Comment          ↗ Share

**Art & SoulWorks** shared a photo.
May 19, 2016 · 🌐

Heaven Is For Real Ministries
May 19, 2016 · 🌐

Please join us in wishing Colton a very Happy 17th Birthday!! We are so very proud of
this young man!

👍♥ 10

---

**Art & SoulWorks**

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

---

**About**                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🏢 Retail Company

**Page Transparency**                         See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                    >

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▶ Businesses ▶ Shopping & Retail ▶ Retail
Company ▶ Art & SoulWorks

---

**See more of Art & SoulWorks on Facebook**

Log In        or        Create New Account



# Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

**Art & SoulWorks**
May 9, 2016

https://art-soulworks.com/.../be-still-i-am-god-2016-calendar...

ART-SOULWORKS.COM
**Be Still I Am God, 2016 Calendar with 2 Journals Set**
Be Still Journal, Print and Bookmark Deluxe Set. Featuring "Prince of...

♥ 1

👍 Like          💬 Comment          ↪ Share

**Art & SoulWorks** shared a link.
May 4, 2016

ART-SOULWORKS.COM
**MUG & MAGNET gift set with Heaven is for Real's painting of Jesus**

♥ 1                                          4 Shares

👍 Like          💬 Comment          ↪ Share

## About                                          See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

📋 Retail Company

🔵 **Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                          ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**          or          **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Art & SoulWorks
Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

**Art & SoulWorks**
April 30, 2016 · 🌐

Exclusive ... Only at Art & SoulWorks

ART-SOULWORKS.COM
**Specials**
Enjoy Special Savings on Jesus pictures, art and gifts! See Prince of Peac...

👍 Like          💬 Comment          ↪ Share

**Art & SoulWorks** updated their profile picture.
April 26, 2016 · 🌐

See more of Art & SoulWorks on Facebook

**Log In**          or          **Create New Account**

## About                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🏢 Retail Company

📘 **Page Transparency**          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                    ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▶ Businesses ▶ Shopping & Retail ▶ Retail
Company ▶ Art & SoulWorks

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



**Art & SoulWorks**

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

👍 Like  💬 Comment  ↗ Share

Most Relevant ▾

**Art & SoulWorks** shared a photo.
April 26, 2016 · 🌐

Can you believe it has been 2 years since the Heaven is for Real movie?
LIES ABOUT HEAVEN IS FOR REAL BOOK:
http://art-soulworks.com/.../examining-the-heaven-is-for-real...
HEAVEN IS FOR REAL SHOP:
http://art-soulworks.com/heaven-is-for-real-shop.html



**Heaven Is For Real Ministries**
April 25, 2016 · 🌐

We cannot believe it was 2 years ago this month that "Heaven Is For Real" opened in theaters all across America! What a crazy adventure it continues to be. Thank you all for your love and support of our family and our ministry! We are so honored that God continues to use our story to bring others the hope of Heaven!

👍❤ 4

👍 Like  💬 Comment  ↗ Share

**Art & SoulWorks** shared a video.
April 25, 2016 · 🌐

Passover ... A Jewish perspective



### About

See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

📇 Retail Company



🔵 **Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

**People** ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

Log In   or   Create New Account



## Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

1,446,199 Views

**We Are The Jews**
April 11, 2016 · ⚙

OK this is awesome. It's Thriller, but the Passover Version. It's called "Seder"

"'Cause this is Seder, Seder night
and break the middle Matzah, hide it somewhere out of sight
You know it's Seder, Seder night"

A must watch!

By Y-Studs A Cappella www.ystuds.com
original youtube and full credits at goo.gl/EEGSSa

👍 1

👍 Like        💬 Comment        ↪ Share

**Art & SoulWorks** shared a video.
April 25, 2016 · 🌐

1,446,199 Views

**We Are The Jews**
April 11, 2016 · ⚙

OK this is awesome. It's Thriller, but the Passover Version. It's called "Seder"

"'Cause this is Seder, Seder night
and break the middle Matzah, hide it somewhere out of sight
You know it's Seder, Seder night"

A must watch!

### About                                    See All

📞 (888) 308-8659

✉ Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

### Page Transparency                 See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏷 Page created - June 9, 2011

### People                                         ›

**593** likes

### Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

### Pages Liked by This Page

 **Prince of Peace Friends**

Pages › Businesses › Shopping & Retail › Retail Company › Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**        or        **Create New Account**







## Art & SoulWorks

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

ARTNSOULWRKS.COM

**prince of peace / heaven is for real / akiane / Child Prodigy Painter and Poet**

👍 Like    💬 Comment    ↪ Share

**Art & SoulWorks** shared a post.
March 19, 2016 · 🌐

**Prince of Peace Friends**
March 18, 2016 · 🌐

Lord ... thank you that we can depend on you today, tomorrow and always!

I Am
Alpha and Omega,
the beginning
and the ending,
saith the Lord,
which is, and which was,
and which is to come,
The Almighty
Rev 1:8

ART-SOULWORKS.COM
**Art & SoulWorks**
World's Largest Collection of the Heaven is for Real Face of Jesus...

👍 Like    💬 Comment    ↪ Share

**Art & SoulWorks** shared a photo.
March 14, 2016 · 🌐

### About
See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗄 Retail Company

🔵 **Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📋 Page created - June 9, 2011

### People
>

**593** likes

### Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

### Pages Liked by This Page

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**    or    **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT









See more of Art & SoulWorks on Facebook

**Log In** or **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



Art & SoulWorks
- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

**Art & SoulWorks** shared a link.
August 4, 2015 ·

ART-SOULWORKS.COM
**2016 Calendar - Prince of Peace - Art by Akiane Kramarik -**
2016 Calendar with - Heaven is for Real Picture of Jesus painting by Akia...

6                                    3 Shares

Like     Comment     Share

**Art & SoulWorks**
July 23, 2015 ·

Despite Diabolical Interference ...
... Colton Burpo Knows & Confirms once again - Heaven Is for Real!
The number of heavenly encounter books and stories are on the rise, but how can you differentiate between what is real and what fiction? Don't miss this post. Get the details here... http://art-soulworks.com/...

ART-SOULWORKS.COM
**Examining the Heaven is for Real Hoax – Is the Devil's in the Details?**

**About**                                    See All
📞 (888) 308-8659
⊙ Contact Art & SoulWorks on Messenger
🌐 www.Art-SoulWorks.com
🗂 Retail Company

📘 **Page Transparency**          See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
📑 Page created - June 9, 2011

**People**                                    ›
**593** likes

**Related Pages**
**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**
**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

Log In          or          Create New Account

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT

👍 Like    💬 Comment    ↗ Share

**Art & SoulWorks**

June 22, 2015 · 🌐

New Product ... Shipping in July! FREE display & 12 Father Forgive pieces come free with the 36 piece AK-340 JESUS Prepack...Call 888.308.89659 to place Wholesale Orders



👍 3

👍 Like    💬 Comment    ↗ Share

**Art & SoulWorks**

August 27, 2014 · 🌐

2015 Prince of Peace Calendars now available!

---

**About**                                    See All

📞 (888) 308-8659

📨 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

📘 **Page Transparency**                      See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📅 Page created - June 9, 2011

**People**                                         ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

---

**See more of Art & SoulWorks on Facebook**

**Log In**    or    **Create New Account**

---

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





## Art & SoulWorks

- **Home**
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

**Art & SoulWorks**
November 13, 2013 · 🌐

http://christianretailing.com/index.php/news/gift-news/26415

CHRISTIANRETAILING.COM
**Art & SoulWorks to release 'The Bible' miniseries products**
Art & SoulWorks has announced the upcoming launch of licensed product...

👍 2

👍 Like   💬 Comment   ↗ Share

**Art & SoulWorks**
November 7, 2013 · 🌐

### About                                    See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

🔵 **Page Transparency**          See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📋 Page created - June 9, 2011

**People**                                        ›

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

**Log In**   or   **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT

# Art & SoulWorks

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

**Create a Page**

👍 5

👍 Like  💬 Comment  ↗ Share

**Art & SoulWorks**
November 7, 2013 · ⊙

Available Soon!



👍 3

👍 Like  💬 Comment  ↗ Share

**Art & SoulWorks**
November 3, 2013 · ⊙

2014 Calendars - now available!

## About

See All

📞 (888) 308-8659

💬 Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

**ⓕ Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🗓 Page created - June 9, 2011

**People** ⟩

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ⌄

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**  or  **Create New Account**







Art & SoulWorks

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Info and Ads

**Create a Page**

👍 Like          💬 Comment          ➤ Share

Art & SoulWorks
March 24, 2013 · ⊙

Free "Prince of Peace" Download available at
www.JesusPrinceofPeace.com

*Prince of Peace*

*Isaiah 9:6*

👍 9                                    6 Shares

👍 Like          💬 Comment          ➤ Share

**About**                                    See All

📞 (888) 308-8659

⊘ Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

🗂 Retail Company

📘 **Page Transparency**          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏷 Page created - June 9, 2011

**People**                                    ❯

**593** likes

**Related Pages**

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

**Pages Liked by This Page**

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail
Company ▸ Art & SoulWorks

**See more of Art & SoulWorks on Facebook**

**Log In**          or          **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT









## Art & SoulWorks

- Home
- Posts
- Reviews
- Videos
- Photos
- Events
- About
- Community
- Info and Ads

Create a Page

**Prince of Peace**
*and more inspirational Art by Akiane*

👍 6                                    2 Shares

👍 Like          💬 Comment          ➤ Share

**Art & SoulWorks** added a new photo.
January 30, 2013 · 🌐

👍 2

👍 Like          💬 Comment          ➤ Share

### About                                    See All

📞 (888) 308-8659

Contact Art & SoulWorks on Messenger

🌐 www.Art-SoulWorks.com

Retail Company

ⓕ **Page Transparency**          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

Page created - June 9, 2011

### People                                    ›

**593** likes

### Related Pages

**Jesus - Prince of Peace**
Public Figure

**Kai Frias**
Blogger

**Higher Definition Leadership & E...**
Consulting Agency

**Bow Flip Flop & Designs By Crissi**
Retail Company

**Jesus Teach ME How to PRAY**
Product/Service

See More ▾

### Pages Liked by This Page

**Prince of Peace Friends**

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail
Company ▸ Art & SoulWorks

## See more of Art & SoulWorks on Facebook

**Log In**          or          **Create New Account**

Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT