# EXHIBIT I



 **PrinceOfPeaceArt**
4,671 subscribers

SUBSCRIBE 4.6K

HOME    VIDEOS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT    🔍

Uploads ▾    PLAY ALL

SORT BY

 5:20
The Light by Akiane Kramarik, heavenly vision o...
5.1K views • 6 months ago

 4:00
"A New Journey" painted by Akiane Kramarik, Septembe...
1.1K views • 7 months ago

 6:08
Fathers Love Letter
319 views • 10 months ago

 1:48
Unforgettable, by Akiane Kramarik
4.6K views • 1 year ago

 24:57
"Painting The Impossible" - New Jesus Painting...
40K views • 1 year ago

 1:32
Jesus, Painting The Impossible, Akiane Kramari...
4.9K views • 1 year ago

 8:45
"The Messenger" by Akiane Kramarik
3.8K views • 2 years ago

 2:20
"The Focus" Lion painted by Akiane Kramarik, 2016
2K views • 2 years ago

 8:33
Akiane Art Tutorial Drawing An Eye
1.8K views • 3 years ago

 8:58
Akiane art tutorial Drawing Man's Face
1.6K views • 3 years ago

 4:01
Jesus Calendar 2014 Akiane Kramarik
185K views • 5 years ago

 5:09
Heaven is for REAL Jesus Painting by Akiane Lithuani...
977K views • 5 years ago

 3:13
Akiane Birthday Tribute - Enjoy & Purchase Akiane's...
2.3K views • 5 years ago

 3:13
Akiane Happy Birthday and a Tribute To Her Paintings
7.4K views • 6 years ago

 3:51
Jesus Prince of Peace Calendar - Order Now at Art...
45K views • 6 years ago

 3:04
Akiane's Jesus - Heaven Is For Real Picture Of Jesus...
125K views • 7 years ago

 3:03
Jesus Prince Of Peace - Art Gallery
968 views • 7 years ago

 2:42
Jesus Price Of Peace Painting by Akiane Kramarik
2.2K views • 7 years ago



# Christian Art by Child Prodigy Akiane

Prince of Peace by Akiane, Age 8

## JesusPrinceOFPeace.com

JesusPrinceOfPeace.com

Akiane's Jesus - Heaven Is For Real Picture Of Jesus Prince of Peace

125,517 views

 335    13   → SHARE   ≡+ SAVE   ...

**PrinceOfPeaceArt**
Published on Feb 20, 2012

SUBSCRIBE 4.6K

Jesus Prince of Peace - Akiane Art Gallery - Buy Artwork from http://Art-SoulWorks.com

subscribe to our channel at http://www.youtube.com/user/PrinceofP...

SHOW MORE

25 Comments   ≡ SORT BY



"Painting The Impossible" - New Jesus Painting Documentary by Akiane & Foreli Kramarik

40,906 views

 618     13     SHARE     SAVE   ...

 **PrinceOfPeaceArt**
Published on Jul 9, 2017

SUBSCRIBE 4.6K

Witness the dramatic story of Akiane's spiritual journey and discover some of the rarely discussed spiritual battles of Akiane's lifelong quest to fulfill the Divine Commission of painting the real face of Jesus. Observe the surprising revelations of Akiane's 19-year journey of overcoming darkness as she struggles to be light and bring love into the world through painting her visions of Jesus Christ. Listen to Akiane, now 23, describing her purpose, she calls Divine Commissions, that are meant to help other see and feel the love of God through a relationship with Jesus. Akiane Kramarik, a gifted visionary journalist, has been reporting her visions and messages from heaven since she was eight years old using a paint brush and canvas – Breaking News and messages from above. Read More at Art & SoulWorks, www.Art-SoulWorks.com



## Akiane art tutorial Drawing Man's Face

1,694 views

👍 52    👎 1    ↪ SHARE    ≡+ SAVE    ...



**PrinceOfPeaceArt**
Published on Jun 1, 2015

SUBSCRIBE 4.6K

http://art-soulworks.com Akiane art tutorial Drawing Man's Face

SHOW MORE

## 2 Comments    ≡ SORT BY



Add a public comment...

**Grandmaster Smile** 1 year ago



The Messenger

art and film

by

Akiane Kramarik

Co-producer & Co-director
**Foreli Kramarik**

Music by

Meditative Background    Musicstuffs
Wisdom Quest Prayer      MarcusBresslerMusic

Copyright© 2016 Akiane Kramarik, ArtAkiane LLC. All rights reserved.

  8:32 / 8:44 

   

## "The Messenger" by Akiane Kramarik

3,836 views

 87     0     SHARE     SAVE    ...





**PrinceOfPeaceArt**
Published on Feb 14, 2017

**SUBSCRIBE** 4.6K

A spirit guided horse and rider painting by Akiane Kramarik. Watch as she flows with the spirit of the Lord to bring THE MESSENGER to us through her gift as a visionary artist- journalist .. reporting on both the unseen and the often unexpressed ...

Category          Entertainment

SHOW LESS

14 Comments    ≡ SORT BY



**Prince of Peace Friends**
JUN 28, 2018

 53                                    6 Comments

 Like              Comment              Share



**Prince of Peace Friends**

JUN 28, 2018

 32





**Prince of Peace Friends**
Jesus, revealed in recent Akiane Kramarik Vision - Click Link for details!

https://art-soulworks.com/blogs/posts... See more

JUL 11, 2017

 2.2K          74 Comments

 Like          Comment          Share

Case 1:19-cv-02952 Document #: 1-10 Filed: 05/01/19 Page 10 of 24 PageID #:321



"So honored to be a part of such a great cause!" *Akiane*

MAKE·A·WISH.

*May 2016* **Minnesota**

**Prince of Peace Friends**
About Akiane:
https://art-soulworks.com/pages/about-akiane-kramarik

MAY 26, 2016

 1.6K    61 Comments

 Like    Comment    Share



**Prince of Peace Friends**
— with **Prince of Peace Friends**.

MAY 10, 2016

1.2K

101 Comments

Like     Comment     Share



The Instinct by Akiane Kramarik 2014 © www.Art-SoulWorks.com

09:02 LTE 64%
Case 1:19-cv-22052 Document #: 1-10 Filed: 05/01/19 Page 13 of 24 PageID #:330



# Akiane Update:

Akiane & family are now living in Australia where plans are being made for Akiane to start her own Art Academy & Art Gallery. Soon all of her work can be on permanent display & no doubt the Sydney Opera House was a fun visit & inspiration!

posted by www.Art-SoulWorks.com



"Completed" by Akiane © www.Art-SoulWorks.com

# *Happy Earth Day!*



"LOVE" @ copyright Akiane painted at age 13
www.Art-SoulWorks.com

For since the creation of the world God's
invisible qualities—his eternal power and
divine nature—have been clearly
seen...Romans 1:20

Case 1:19-cv-03052 Document #: 1-10 Filed: 05/01/19 Page 16 of 24 PageID #:333



Akiane with Prince of Peace © Montage by Art-SoulWorks.

**Prince of Peace Friends**

MAY 13, 2018

👍❤️😮 6.1K       167 Comments

 Like      Comment      Share



**Prince of Peace Friends**
APR 25, 2016

 20K

669 Comments

 Like          Comment          Share



**Prince of Peace Friends**

+ FOLLOW



Jesus Loves the little Children: 💕 "Before I formed thee in the belly I knew thee;... **See More**

 3.3K

88 Comments 762 Shares 27K Views

 Like

Comment

Share

 **Laugh Therapy**
Mar 12 at 00:44 · 🌐

+ FOLLOW

NEXT STEP IN ADULTHOOD





akiane with "i am"

Art & SoulWorks



**Prince of Peace Friends**
JUN 28, 2018

 75

8 Comments

  



*Through the praise of children and infants*
*you have established a stronghold against your enemies,*
*to silence the foe and the avenger.* [Psalm 8]



*"Do you hear what these children are saying?" they asked him.*
*"Yes," replied Jesus, "have you never read,*
*From the lips of children and infants*
*you, Lord, have called forth your praise"* [Matthew 21:16]

www.JesusPrinceofPeace.com
Compliments of ~ www.Art-SoulWorks.com

# THE INSPIRATION BEHIND "INNOCENCE"



"INNOCENCE"
copyright
@Akiane Age 12
visit:
www.Art-SoulWorks.com

" I chose Mary for this story, but little did I know at the start where it would lead me. Initially I thought that this close-up portrait would be one of the easiest to paint since nine months before that I had the first painting of Mary "Mother's Love" completed almost effortlessly." ~AKIANE