UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br>      Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON,<br>      Defendants. | Civil Action No.:<br><br>**JURY TRIAL DEMANDED** |

## ART AKIANE LLC'S RULE 7.2 NOTICE OF AFFILIATES

The undersigned counsel of record for Plaintiff Art Akiane LLC ("Art Akiane") submit the following Notice of Affiliates in compliance with Federal Rule Civil Procedure 7.1 and Local Rule 3.2:

1. The full name of every party or amicus the undersigned attorney represents in this case is:

Art Akiane LLC, a limited liability company organized under the laws of the State of Illinois.

2. Such party is a legal entity, and its owner that are publicly held companies owning 5 percent or more of the stock of the party or stock if it is a publicly held company is as follows:

| **Plaintiff** | **Parent Corporation or any publicly held corporation owning 5% or more of its stock** |
|---|---|
| Art Akiane LLC | None |

1

3. The law firm appearing for Plaintiff is as follows:

>Taft Stettinius & Hollister LLP
>111 E. Wacker Street, Suite 2800
>Chicago, Illinois 60601

Dated: May 1, 2019  Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus S. Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

*Counsel for Plaintiff Art Akiane LLC*