**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ART AKIANE LLC,<br>        Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON,<br>        Defendants. | Civil Action No.: 1:19-cv-02952 |

## PLAINTIFF ART AKIANE LLC'S MOTION TO EXCEED PAGE LIMITATIONS

Plaintiff Art Akiane LLC ("Art Akiane") respectfully requests that it be given leave to file its brief in support of Plaintiff's Motion for Entry of a Temporary Restraining Order in excess of 15 pages. Plaintiff's brief in support is 23 pages, or 8 pages in excess of the 15 page limitation.

As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants continued displaying, copying, distributing, promoting, offering, and selling Plaintiff's copyrighted art work; (2) a temporary injunction against Defendants continued using, selling, transferring, assigning or licensing the AKIANE trademarks and likeness of Akiane Kramarik without explicit authorization from Plaintiff; (3) a temporary injunction against Defendants for other related violations of Plaintiff's intellectual property rights; and (4) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting.

Plaintiff's Motion for TRO includes a number of distinct issues regarding Art Akiane's intellectual property rights (e.g., copyrights, trademarks, likeness of Akiane Kramarik, use of the foregoing on website and social media, etc.). Art Akiane's brief contains the necessary substantive content relevant to each issue that should be considered. Art Akiane's brief is twenty-three (23)

1

pages, which is substantially less than the number of pages if multiple motions were filed separately. Accordingly, Plaintiff respectfully requests that it be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Dated: May 20, 2019                                Respectfully submitted,

                                                   ART AKIANE LLC,


                                                   By: /s/ R. Eric Gaum
                                                   Adam Wolek
                                                   Marcus S. Harris
                                                   TAFT STETTINIUS & HOLLISTER LLP
                                                   111 E. Wacker Drive, 28th Floor
                                                   Chicago, Illinois 60601
                                                   Phone: (312) 836-4063
                                                   Fax: (312) 966-8598
                                                   awolek@taftlaw.com
                                                   mharris@taftlaw.com

                                                   R. Eric Gaum (*pro hac vice*)
                                                   TAFT STETTINIUS & HOLLISTER LLP
                                                   200 Public Square, Suite 3500
                                                   Cleveland, Ohio 44114-2302
                                                   Phone: (216) 241-2838
                                                   Fax: (216) 241-3707
                                                   egaum@taftlaw.com

                                                   *Counsel for Plaintiff Art Akiane LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on May 20, 2019, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of the same to all parties who have made an appearance in this case. In addition, the following attorneys who have been identified as counsel for the Defendants have provided email notice on May 20, 2019 of the foregoing as follows:

    Patrick Lamb, Esq.
Patrick.lamb@elevatenextlaw.com
Elevate Next
218 N. Jefferson St., Suite 300
Chicago, IL 60661

    And

    Mark E. Lassiter, Esq.
mlassiter@lassiterlawfirm.com
The Lassiter Law Firm
60 E, Rio Salado Parkway, 9th Floor
Tempe, AZ 85281

    /s/ R. Eric Gaum