IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON,<br>　　　　Defendants. | Civil Action No.: 1:19-cv-02952 |

**PLAINTIFF ART AKIANE LLC'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND A TEMPORARY ASSET RESTRAINT**

Plaintiff Art Akiane LLC ("Art Akiane") seeks entry of a temporary restraining order, including a temporary injunction against Defendants enjoining their unauthorized displaying, copying, promoting, offering, disseminating, or selling of Art Akiane's copyrighted works of art and Defendants use of Art Akiane's trademarks and other intellectual property rights and a temporary asset restraint, in an action arising under the Copyright Act, § 43(a) of the Lanham Act; and a number of related causes of action as set forth in the Complaint (ECF #1).

Defendants' unauthorized and unlicensed use of Art Akiane's copyrighted art work and its trademarks and related intellectual property rights has and continues to irreparably harm Art Akiane through lack of quality control, damage to Art Akiane's reputation, loss of exclusivity, marketing damages, loss of control over the integrity of its work, and loss of future sales.

1

A Memorandum of Law and supporting Declarations are filed concurrently with this Motion.

Dated: May 20, 2019	Respectfully submitted,

ART AKIANE LLC,

By: /s/ R. Eric Gaum
Adam Wolek
Marcus S. Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

R. Eric Gaum (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707
egaum@taftlaw.com

*Counsel for Plaintiff Art Akiane LLC*

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of the same to all parties who have made an appearance in this case. In addition, the following attorneys who have been identified as counsel for the Defendants have provided email notice on May 20, 2019 of the foregoing as follows:

Patrick Lamb, Esq.
Patrick.lamb@elevatenextlaw.com
Elevate Next
218 N. Jefferson St., Suite 300
Chicago, IL 60661

And

Mark E. Lassiter, Esq.
mlassiter@lassiterlawfirm.com
The Lassiter Law Firm
60 E, Rio Salado Parkway, 9th Floor
Tempe, AZ 85281

     /s/ R. Eric Gaum