# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-02952 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| ART & SOULWORKS LLC, and ) | |
| CAROL CORNELIUSON, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Art & SoulWorks LLC ("ASW") submits its Corporate Disclosure Statement under Fed. R. Civ. P. Rule 7.1 and Local Rule 3.2, and states:

ASW is a privately-held Colorado limited liability company. All of ASW's members are individuals and no member of ASW is a publicly-held entity. No publicly-held corporation owns any percentage of ASW.

Dated: May 22, 2019

Respectfully submitted,

*/s/ Nicole N. Auerbach*

Nicole N. Auerbach
Patrick J. Lamb
Salvador Carranza
ELEVATENEXT LAW
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
(312) 676-5460 - Telephone
(312) 676-5499 - Facsimile
nicole.auerbach@elevatenextlaw.com
Patrick.lamb@elevatenextlaw.com
Salvador.carranza@elevatenextlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on May 22, 2019, I caused a copy of the attached **Corporate Disclosure Statemen**t to be served upon all counsel of record via the Court's ECF system.

*/s/ Nicole N. Auerbach*
Nicole N. Auerbach