# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Art Akiane LLC

　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:19−cv−02952
　　　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 23, 2019:

　　　　MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on Plaintiff's motion for temporary restraining order [11]. As discussed during the hearing, the disputes presented in the TRO motion have substantially narrowed. There is no current dispute that (a) the defense may sell the inventory purchased at wholesale; (b) most of the licensed−based sales are finished with the possible exception of two products; and (c) Defendant Corneliuson may sell the private−collection works. At most, an expedited preliminary injunction would be warranted after conferral with the defense on the two licensed−based products and on the new issue raised by Plaintiff as to particular social media displays. With regard to the litigation track, defense counsel accepted service in court on behalf of Defendants. Defendants' answer or response due 06/24/2019. Mandatory Initial Discovery Pilot Project disclosures due 07/24/2019. The status hearing of 06/12/2019 is reset for 06/25/2019 at 10:00 a.m. Now that these sets of counsel are advising the parties, the Court strongly encourages the parties to avoid the risks, attorneys' fees, and delay of litigation −− not to mention the unfortunate acrimony after a long relationship. The parties may jointly notify the courtroom deputy if they want a settlement referral to the magistrate judge. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.