IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC et al., <br>   Plaintiffs and <br>   Counter-defendants, <br><br> v. <br><br> ART & SOULWORKS LLC, and <br> CAROL CORNELIUSON, <br>   Defendants and <br>   Counterclaimants. | Civil Action No.: 1:19-cv-02952 <br><br> Judge Jeffrey Cole |

## MOTION FOR EXTENSION OF TIME

  Plaintiffs and Cross-defendants Art Akiane LLC et al. ("Art Akiane") respectfully request a Court order for an extension of time to July 19, 2019 for Art Akiane to serve its settlement letter to Defendants and Counterclaimants Art & SoulWorks LLC et al. ("Art & SoulWorks"). Art Akiane has only just received from Art & SoulWorks a settlement production. Given the original deadline of July 16, 2019 for Art Akiane to serve its settlement letter, an extension of time to July 19, 2019 will allow Art Akiane to review the production to better answer the issues presented for settlement.

Dated: July 12, 2019             Respectfully submitted,

                        ART AKIANE LLC,

                       By: /s/ Adam Wolek
                       Adam Wolek
                       Marcus S. Harris
                       TAFT STETTINIUS & HOLLISTER LLP
                       111 E. Wacker Drive, 28th Floor
                       Chicago, Illinois 60601
                       Phone: (312) 836-4063

Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

R. Eric Gaum (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707
egaum@taftlaw.com

*Counsel for Plaintiff Art Akiane LLC*

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of the same to all parties who have made an appearance in this case.

/s/ Adam Wolek