**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Art Akiane LLC

                              Plaintiff,

v.                                                                    Case No.: 1:19–cv–02952
                                                                                Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 22, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff shall serve newly added Defendant Carpentree as soon as possible. The Court and the parties discussed a schedule for the expedited preliminary–injunction motion, but it was clear that more conferral is needed between the current parties on what precisely will be sought and whether depositions or other discovery is needed to prosecute the motion or to defend against it. Status hearing set for 08/26/2019 at 9:30 a.m. to discuss the results of the conferral. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.