# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Art Akiane LLC

                                  Plaintiff,

v.                                                        Case No.: 1:19–cv–02952
                                                            Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's counsel reported that service was accomplished on Defendant Carpentee. Plaintiff shall promptly file the return of service. There remains a dispute over whether discovery is necessary to respond to the anticipated preliminary−injunction motion. Plaintiff's motion for preliminary injunction due 09/30/2019. By 10/07/2019, Defendants shall file a position paper explaining what is the primary discovery that Defendants believe is necessary to respond to the motion. Status hearing set for 10/15/2019 at 9:00 a.m. Plaintiff raised the prospect of a cross−motion for preliminary injunction, which would be incorporated with the response to Plaintiff's motion. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.