AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ART AKIANE LLC

CASE NUMBER: 19-cv-02952

V.

ASSIGNED JUDGE: Edmond E. Chang

ART & SOULWORKS LLC, CAROL CORNELIUSON, AND CARPENTREE, INC.

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Carpentree, Inc.
9410 East 54th Street
Tulsa, OK 74145

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam Wolek
Taft Stettinius & Hollister LLP
111 E Wacker Drive, Suite 2800
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



August 23, 2019

(B............................................)                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
   Date                                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Art Aliare LLC | vs | Arts & Nail Works, et al. | 19CV2952 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Linda Jones** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Carpenter LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons, Plaintiff's First Amended Complaint and Exhibits A-N

by serving (NAME) **Brandy Tannehill, Account Supervisor**
at ☐ Home
☒ Business **9410 East 54th St, Tulsa, OK**
☒ on (DATE) **August 23, 2019** at (TIME) **4:01 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Brandy Tannehill, Account Supervisor**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) 08/23/19 4:01 pm ( ) ( ) ( ) ( ) ( )

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'-5'3" ☐ 100-130 Lbs.
☐ Brown Skin ☒ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Grey Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ Oklahoma County of ~~Cook~~ Tulsa

Subscribed and sworn to before me **Pamela Bono**
A notary public, this **29th** day of **August** 20**19**

*Pamela J. Bono* Notary Public

SERVED BY *Linda Jones*
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

[Notary Seal: PAMELA J. BONO, NOTARY #13000111, EXP. 01/04/2021, STATE OF OKLAHOMA]

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS