IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON, and<br>CARPENTREE, INC.<br><br>    *Defendants.*<br>-----------------------------------------------------------------<br>ART & SOULWORKS LLC, and<br>CAROLYNE CORNELIUSON,<br><br>    *Defendants/Counter-Plaintiffs,*<br><br>*v.*<br><br>ART AKIANE LLC,<br><br>    *Plaintiff-Counter-Defendant.*<br><br>and<br><br>AKIANE ART GALLERY, LLC, and<br>AKIANE KRAMARIK<br><br>    *Counter-Defendants.* | Civil Action No. 19-cv-02952<br><br>Judge Edmond E. Chang |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
## OR OTHERWISE PLEAD

The Defendant, Carpentree, Inc. ("Carpentree"), by its attorneys, Litchfield Cavo LLP, moves the court to extend the time to answer or otherwise plead to September 27, 2019, and in support thereof states as follows:

    1.    Carpentree was first named as a Defendant in this action in the First Amended Complaint filed by the Plaintiff on August 22, 2019.

2.  Carpentree was served with the First Amended Complaint on August 23, 2019. That amended pleading consists of 210 paragraphs and references over 1000 pages of exhibits.

3.  Carpentree hereby requests an additional 14 days to answer or otherwise plead, until September 27, 2019.

4.  Counsel for the other parties to this action have stated that each has no objection to Carpentree's request for this additional time to answer or otherwise plead.

WHEREFORE, Defendant Carpentree, Inc. hereby moves this Honorable Court to enter an order granting it leave until September 27, 2019, to answer or otherwise plead.

DATED: September 4, 2019.

LITCHFIELD CAVO LLP

/s/ Ryan D. Janski
One of the Attorneys for Defendant,
Carpentree, Inc.

Michael L. Hahn
Ryan D. Janski
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312)781-6569 (Hahn)
       (312) 781-6667 (Janski)
Hahn@litchfieldcavo.com
Janski@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Ryan D. Janski, hereby certify that on September 4, 2019, I caused the foregoing to be served on all counsel of record via CM/ECF electronic filing.

/s/ Ryan D. Janski