IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, | ) |
|     Plaintiff, | ) ) ) Case No. 19-cv-02952 |
| v. | ) ) Judge Edmond E. Chang |
| ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON, | ) ) ) |
|     Defendants. | ) ) |
| ----------------------------------------------------- | ) ) |
| ART & SOULWORKS LLC, and<br>CAROLYNE CORNELIUSON, | ) ) ) |
|     Defendants - Counter-Plaintiffs, | ) |
| v. | ) ) |
| ART AKIANE LLC, | ) ) |
|     Plaintiff - Counter-Defendant, | ) ) |
| and | ) ) |
| AKIANE ART GALLERY, LLC, and<br>AKIANE KRAMARIK, | ) ) ) |
|     Counter-Defendants. | ) |

**ART & SOULWORKS LLC AND
<u>CAROLYNE CORNELIUSON'S MOTION TO EXTEND TIME TO ANSWER</u>**

Art & Soulworks LLC and Carolyne Corneliuson moves the court to extend the time to answer Plaintiff's First Amended Complaint to September 13, 2019, and in support thereof states as follows:

1. Pursuant to the Court's comments in open court regarding the scheduling of the matter, including Plaintiff's filing of a preliminary injunction, it was Defendants' belief that the deadline for answering Plaintiff's First Amended Complaint was deferred.

2. Plaintiff contacted Defendants on September 6, 2019 and sought Defendants' answer and indicated that Defendants were in default.

3. Pursuant to Plaintiff's request, Defendants responded with their understanding of the deadlines in the matter. Defendants further indicated that they would be able to answer the First Amended Complaint within seven days and requested Plaintiff's grant an extension until September 13, 2019.

4. The First Amended Complaint contains 210 paragraphs and over 1000 pages of exhibits, along with numerous new allegations against Defendants.

5. In addition, lead counsel for Defendants, Nicole N. Auerbach, is out of the country as of the filing of this motion, to return on Monday September 9, 2019.

6. Defendants request an additional 7 days to answer, until September 13, 2019.

7. As of the filing of this motion, Defendants have not come to an agreement with Plaintiff on the requested extension.

WHEREFORE, Defendants Art & Soulworks LLC and Carolyne Corneliuson moves this Honorable Court to enter an order granting it leave until September 13, 2019, to answer Plaintiff's First Amended Complaint.

Dated: September 6, 2019                    Respectfully submitted,

                                            /s/ Salvador A. Carranza

                                            Nicole N. Auerbach
                                            Patrick J. Lamb
                                            Salvador Carranza
                                            ELEVATENEXT LAW

                                                        218 N. Jefferson Street, Suite 300
Chicago, IL  60661
(312) 676-5460 - Telephone
(312) 676-5499 - Facsimile
nicole.auerbach@elevatenextlaw.com
Patrick.lamb@elevatenextlaw.com
Salvador.carranza@elevatenextlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on September 6, 2019, I caused a copy of the foregoing Motion for Extension of Time to be served upon all counsel of record via the Court's ECF system.

                                                            */s/ Salvador A. Carranza*
                                                            Salvador A. Carranza