UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br>    Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, <br> CAROL CORNELIUSON, and <br> CARPENTREE, INC. <br><br>    Defendants. | Civil Action No.: 19-cv-02952 <br><br> Judge: Hon. Edmond E. Chang |
| ART & SOULWORKS LLC, and <br> CAROLYNE CORNELIUSON, <br><br>    Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br>    Plaintiff-Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and <br> AKIANE KRAMARIK, <br><br>    Counter-Defendants. | **EXPEDITED RULING REQUESTED** |

**PLAINTIFF ART AKIANE LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiff Art Akiane LLC ("Art Akiane") moves the Court for the entry of a preliminary injunction to enjoin Defendants Art & SoulWorks LLC ("ASW") and Carolyne Corneliuson ("Corneliuson"):

1.     From copying, displaying or distributing digital images of Art Akiane's copyrighted works, and modifying, creating derivative works or reproducing such materials on its webpages or social media accounts;

1

2. From copying, displaying, making derivative works of or distributing videos of Akiane's Works;

3. From using Akiane's likeness or identity to promote its webpages and social media; and

4. From marketing, holding themselves out as, or representing that they are the origin of, affiliated with, or endorsed or approved by Art Akiane or its works.

This Motion is supported by Art Akiane's Memorandum of Law in Support of its Motion for Preliminary Injunction with attached exhibits, the declaration of Rashad A. Simmons, declaration of Akiane Kramarik, and declaration of Mark Kramarik, filed contemporaneously therewith.

Dated: October 7, 2019

Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus Harris
Rashad A. Simmons
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com
rsimmons@taftlaw.com
*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of the same to all parties who have made an appearance in this case.

s/ Adam Wolek