# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ART AKIANE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 19-cv-02952 |
| | ) |
| ART & SOULWORKS LLC, | ) Judge: Hon. Edmond E. Chang |
| CAROL CORNELIUSON, and | ) |
| CARPENTREE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ART & SOULWORKS LLC, and | ) |
| CAROLYNE CORNELIUSON, | ) |
| | ) |
| Defendants-Counter-Plaintiffs, | ) |
| v. | ) |
| | ) |
| ART AKIANE LLC, | ) |
| | ) |
| Plaintiff-Counter-Defendant, and | ) |
| | ) |
| AKIANE ART GALLERY, LLC, and | ) |
| AKIANE KRAMARIK, | ) |
| | ) |
| Counter-Defendants. | ) |
| | ) |

## DECLARATION OF RASHAD SIMMONS IN SUPPORT OF PLAINTIFF ART AKIANE'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

I, Rashad Simmons, hereby declare as follows

1.     I am a member in good standing of the bar of the State of Illinois. I am an

attorney at the law firm of Taft Stettinius & Hollister LLP and have been retained as counsel for

Plaintiff Art Akiane LLC ("Art Akiane") in this matter. The following declaration is based on

1

my personal knowledge. If called upon to testify, I could testify competently as to matters set forth herein.

2.      Attached as Exhibit A is a true and correct copy of Akiane Kramarik's "Prince of Peace" portrait.

3.      Attached as Exhibit B is a true and correct copy of the Certificate of Registrations for Art Akiane's Works from the United States Copyright Office.

4.      Attached as Exhibit C is a true and correct copy of the License Agreement entered into by Art Akiane LLC and Art & SoulWorks LLC.

5.      Attached as Exhibit D is a true and correct copy of a screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Facebook page found at https://www.facebook.com/Art-SoulWorks-216117745075264/.

6.      Attached as Exhibit E is a true and correct copy of a September 21, 2019 screenshot of Art Akiane's Works being displayed on the webpage found at https://guide.alibaba.com.

7.      Attached as Exhibit F is a true and correct copy of a September 11, 2019 and October 5, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Facebook page found at https://www.facebook.com/jesusprinceofpeace.

8.      Attached as Exhibit G is a true and correct copy of an October 5, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Facebook page found at https://www.facebook.com/Art-SoulWorks-216117745075264/.

9.      Attached as Exhibit H is a true and correct copy of a September 18, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Pinterest page found at www.pinterest.com.

10.     Attached as Exhibit I is a true and correct copy of a September 18, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Twitter page found at https://twitter.com/artnsoulworks?lang=en.

11.     Attached as Exhibit J is a true and correct copy of a September 18, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Instagram page found at https://www.instagram.com/jesus_art_inspiration/.

12.     Attached as Exhibit K is a true and correct copy of an October 7, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' website found at https://art-soulworks.com/collections/jesus-artwork.

13.     Attached as Exhibit L is a true and correct copy of an October 4, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' website found at https://art-soulworks.com/collections/jesus-artwork.

14.     Attached as Exhibit M is a true and correct copy of various screenshots taken on September 20, 2019 and September 21, 2019, showing Art Akiane's Works being displayed at the webpages https://guide.alibaba.com and https://www.dhgate.com.

15.     Attached as Exhibit N is a true and correct copy of a picture taken of a magnet that includes an inscription prepared by Art & SoulWorks.

16.     Attached as Exhibit O is a true and correct copy of a "Written and Directed By" screenshot taken on September 29, 2019 from Art Akiane's and Akiane's "Painting the Impossible" video documentary found at https://www.youtube.com/watch?v=Wm9BGxpf0hU. Also found is a true and correct copy of an adulterated "Written and Directed By" screenshot taken from an Art & SoulWorks' Facebook post found at https://www.facebook.com/watch/?v=1713019972044933.

3

17.     Attached as Exhibit P is a true and correct copy of a September 18, 2019 screenshot of Art Akiane's Works being displayed on Art & SoulWorks' Facebook page found at https://www.facebook.com/jesusprinceofpeace.

18.     Attached as Exhibit Q is a true and correct copy of an August 13, 2019 screenshot of the "Meet the Founder" webpage from Art & SoulWorks' website found at https://art-soulworks.com.

19.     Attached as Exhibit R is a true and correct copy of screenshots taken on August 12, 2019, September 11, 2019, September 20, 2019, and October 7, 2019 of Art & SoulWorks' website and social media accounts found at: https://art-soulworks.com, https://www.facebook.com/jesusprinceofpeace, https://www.instagram.com/jesus_art_inspiration/, https://twitter.com/artnsoulworks, and www.pinterest.com.

20.     Attached as Exhibit S is a true and correct copy of a September 30, 2019 screenshot of an Art & SoulWorks' Facebook video post found at https://www.facebook.com/watch/?v=1713019972044933. Also attached is a true and correct copy of a September 29, 2019 screenshot found at https://www.facebook.com, which shows Facebook users sharing the video posted by Art & SoulWorks.

21.     Attached as Exhibit T is a true and correct copy of a September 29, 2019 screenshot of a Facebook post from Akiane Kramarik's official Facebook page found at https://www.facebook.com/akianeart/, concerning her painting, "A New Journey."

22.     Attached as Exhibit U is a true and correct copy of a September 29, 2019 screenshot of a Facebook post from Art & SoulWorks' Facebook page found at

4

https://www.facebook.com/jesusprinceofpeace, concerning a modified image of Akiane's "A New Journey" painting.

23.     Attached as Exhibit V is a true and correct copy of an August 12, 2019 screenshot of Art & SoulWorks' former YouTube page which was found at https://www.youtube.com/user/PrinceOfPeaceArt/videos.

24.     Attached as Exhibit W is a true and correct copy of a September 11, 2019 screenshot of Akiane's image being displayed on Art & SoulWorks' Facebook page found at https://www.facebook.com/jesusprinceofpeace.

25.     Attached as Exhibit X is a true and correct copy of an August 12, 2019 screenshot of Art & SoulWorks' webpage found at https://art-soulworks.com/, which advertises that Art & SoulWorks is the "Trusted Source of Jesus Prince of Peace Gifts & Art."

26.     Attached as Exhibit Y is a true and correct copy of an October 6, 2019 screenshot of Art & SoulWorks' "About" webpage found on its Facebook page, which is located at https://www.facebook.com/pg/jesusprinceofpeace.

27.     Attached as Exhibit Z is a true and correct copy of various correspondence from Art Akiane customers concerning their confusion regarding Art Akiane's and Akiane's affiliation with Art & SoulWorks.

28.     Attached as Exhibit AA is a true and correct copy of a September 20, 2019 screenshot of Akiane's publicity and likeness being displayed on Art & SoulWorks' Instagram page found at https://www.instagram.com/jesus_art_inspiration/.

29.     Attached as Exhibit BB is a true and correct copy of a September 20, 2019 screenshot of Art Akiane's Works being displayed at https://www.dhgate.com.

30.     Attached as Exhibit CC is a true and correct copy of an October 6, 2019 search result for the words, "Art Akiane" and "Prince of Peace" taken on the Google, Yahoo!, and Facebook websites.

31.     Attached as Exhibit DD is a true and correct copy of a letter from Carolyne Corneliuson regarding Art & SoulWorks' search engine optimization strategies.

32.     I hereby declare under penalty of perjury under the laws of the United States of America and pursuant to 28 USC § 1746 that the foregoing is true and correct and is based upon my personal knowledge.

Dated this 7th day of October, 2019, at Chicago, Illinois.

Respectfully submitted,


s/ _____
Rashad A. Simmons
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
rsimmons@taftlaw.com
*Counsel for Plaintiff and Counter-
Defendant Art Akiane LLC*

# EXHIBIT 2

ART AKIANE LLC,                              )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )     Civil Action No.:  19-cv-02952
                                             )
ART & SOULWORKS LLC,                         )     Judge:  Hon. Edmond E. Chang
CAROL CORNELIUSON, and                       )
CARPENTREE, INC.                             )
                                             )
          Defendants.                        )
                                             )
_____    )
                                             )
ART & SOULWORKS LLC, and                     )
CAROLYNE CORNELIUSON,                        )
                                             )
          Defendants-Counter-Plaintiffs,     )
                                             )
v.                                           )
                                             )
ART AKIANE LLC,                              )
                                             )
          Plaintiff-Counter-Defendant,       )
and                                          )
                                             )
AKIANE ART GALLERY, LLC, and                 )
AKIANE KRAMARIK,                             )
                                             )
          Counter-Defendants.                )
_____    )

## DECLARATION OF AKIANE KRAMARIK

I, Akiane Kramarik, declare as follows:

1.      I make this declaration based upon my own personal knowledge and belief, and, if called as a witness, could testify competently as to the matters stated herein.

2.      I began creating artwork at age four. Despite the challenges I faced growing up, I worked hard to develop my art and, in the process, I created hundreds of original works of art over the past two decades.

3.      Throughout my life I developed my skillset without any formal training: I began drawing my artwork utilizing different mediums including candles, charcoal, and pencils; at the

1

age of six, I began painting; by the age of seven, I was knowledgeable in the use of color pastels and acrylic paints; and at the age of eight, I had completed a five-foot long oil painting in the realism genre, and I had started to hold solo art exhibitions.

4.      My art has been showcased in numerous galleries and I have developed an international fan base that continues to grow. I have received extensive media coverage for my artwork in Australia, China, Brazil, Japan, Korea, Russia, Ireland, England, Scotland, the Netherlands, France, Hungary, Poland, Lithuania, Latvia, Canada, the Middle East, and Norway.

5.      My online gallery, located at www.akiane.com, has had nearly 450 million global visitors over the past decade. My art exhibitions have been featured in museums, galleries, embassies, universities, institutes, churches, and corporations all around the world.

6.      I have also been featured in documentaries and made hundreds of media appearances. In addition to the shows mentioned above, I have been featured on the *Oprah Winfrey Show*, the *Katie Couric Show, World News Tonight, Good Morning America, CNN, The View, Fox News*, the *Montel Williams Show, Glen Beck Program, The Late Late Show, Lou Dobbs Tonight, Hour of Power, Superhuman: Genius, The Indigo Evolution, Miracle Detectives, Extreme Prophetic, Trinity Broadcast Network, Supreme Master Television*, and *Super Kids*.

7.      I have raised hundreds of thousands of dollars globally through my charity auctions and art exhibits for the impoverished, and I have used my artwork to contribute to over two hundred international and charitable foundations and fundraisers, including Northwest Medical Teams and the Smile Network.

8.      I was also portrayed in the *New York Times* best-selling book *Heaven is For Real*, which was adapted into a 2014 film produced by Sony Pictures.

9.      My name and persona have developed significant commercial value in promoting my artwork as a result of the public's widespread knowledge and admiration of my artwork and talents.

10.     I assigned the copyright registrations for my artwork, trademarks, and rights of publicity to the licensing company, Art Akiane LLC ("Art Akiane"). Art Akiane owns all necessary rights to my asserted trademarks, rights of publicity, and copyrights.

11.     Art Akiane owns all necessary rights to the following copyrights, registered at the U.S. Copyright Office, for the following visual works of art (the "Works"):

| Title of Work | Registration No. | Work |
|---|---|---|
| Prince of Peace | VA 1-921-911 |  |
| Father Forgive Them | VA 1-960-272 |  |
| Jesus | VA 2-142-942 |  |
| Barefoot | VA 2-010-303 |  |

3

| | | |
|---|---|---|
| I AM | VA 2-010-300 |  |
| Mother's Love | VA 1-925-543 |  |
| Innocence | VA 2-010-352 |  |
| On My Knees | VA 1-924-181 |  |
| Hope | VA 1-925-448 |  |
| Co-Creation | VA 1-924-158 |  |
| The Swing | VA 2-011-840 |  |
| Love at First Sight | VA 1-924-183 |  |

| Vulnerable | VA 2-010-397 |  |
| --- | --- | --- |

12.     Attached as Exhibit B to the First Amended Complaint (Doc. #38-2) are true and correct copies of the certificates of registration for the Works.[1]

13.     The Works are original works of authorship that I created between 2002 and 2018. I am the sole author of the Works.

14.     I have also assigned all right, title and interest in and to my name and likeness to Art Akiane.

15.     Since at least as early as 2003, Art Akiane and/or I have been substantially and continuously using my name and likeness in the marketing and sale of the Works, including for numerous charitable endeavors.

16.     Art Akiane owns all right, title and interest in and to "Art Akiane" and my trademarks, which are imprinted on the Works that Art Akiane sells, and are extensively used in online and media advertising.

17.     Art Akiane and/or I have used the trademarks (the "Akiane Marks") in commerce throughout the United States continuously since at least 2003 for the distribution, provision, sale, marketing, advertising, and promotion of the goods associated with its marks.

---

[1] Additionally, I hold the copyrights to my painting, "A New Journey," which was registered on March 7, 2019 and has the registration number VA0002143559.

18.     The Akiane Marks include me, my name and stylized signature, Art Akiane, Art by Akiane, and Akiane Art Gallery. The Akiane Marks also include common law rights associated with my name and works, and the goodwill associated therewith.

19.     Both Art Akiane and Defendants offer the same works of art to similar consumers throughout the United States, and they promote and sell those works in the same market and channels of trade, including online website sales and social media. However, the quality of Art Akiane's works differ greatly from the unauthorized goods advertised by Defendants. For instance, Art Akiane uses a fine art printing vendor, Marco Fine Arts ("MFA"), to produce its Works.

20.     MFA is regarded as one of the premiere printing facilities in the world because they use giclee prints. Giclee prints are often made from photographic images of fine art paintings, typically on inkjet canvas or fine art paper, to produce high-quality, permanent fine art reproductions. The extra-fine image resolution achieved in this inkjet printing process retains a high degree of fine detail from the original fine art image, rendering deeply saturated colors with broad ranges of tonal values.

21.     · Giclee printing produces museum quality prints and it has many advantages over the printing methods generally employed by the Defendants because giclee prints are produced using pigment-based inks. Pigment-based inks have a longer life span than lower cost reproductions as they generally last anywhere from 100 to 200 years without significant fading. Additionally, the paper or substrate used for giclee prints are of archival quality, meaning it is the best option in regards to longevity and color reproduction. Any image that is printed as a giclee needs to be created at a resolution of no less than 300 dots per inch.

6

22.     The resolution coupled with the enhanced CMYK color model increases the color gamut and allows smoother gradient transition. Thus, the quality of giclee prints is far greater than the standard, mass-producing printing services used by the Defendants to print their unauthorized works because you do not get color blotching or dot structures that break up the look of the artwork.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Dated: October 7, 2019

Akiane Kramarik

# EXHIBIT 3

ART AKIANE LLC,

     Plaintiff,

v.

ART & SOULWORKS LLC,
CAROL CORNELIUSON, and
CARPENTREE, INC.

     Defendants.

_____

ART & SOULWORKS LLC, and
CAROLYNE CORNELIUSON,

     Defendants-Counter-Plaintiffs,

v.

ART AKIANE LLC,

     Plaintiff-Counter-Defendant,
and

AKIANE ART GALLERY, LLC, and
AKIANE KRAMARIK,

     Counter-Defendants.

_____

Civil Action No.: 19-cv-02952

Judge: Hon. Edmond E. Chang

## DECLARATION OF MARK KRAMARIK

I, Mark Kramarik, declare as follows:

1.     I make this declaration based upon my own personal knowledge and belief, and, if called as a witness, could testify competently as to the matters stated herein.

2.     I am an owner and a member of Art Akiane LLC ("Art Akiane").

3.     Akiane Kramarik assigned the copyright registrations for her artwork, trademarks, and rights of publicity to Art Akiane.

4.     Art Akiane owns all necessary rights to the following copyrights, registered at the U.S. Copyright Office, for the following visual works of art (the "Works"):

1

| Title of Work | Registration No. | Work |
|---|---|---|
| Prince of Peace | VA 1-921-911 |  |
| Father Forgive Them | VA 1-960-272 |  |
| Jesus | VA 2-142-942 |  |
| Barefoot | VA 2-010-303 |  |
| I AM | VA 2-010-300 |  |
| Mother's Love | VA 1-925-543 |  |
| Innocence | VA 2-010-352 |  |

2

| On My Knees | VA 1-924-181 |  |
|---|---|---|
| Hope | VA 1-925-448 |  |
| Co-Creation | VA 1-924-158 |  |
| The Swing | VA 2-011-840 |  |
| Love at First Sight | VA 1-924-183 |  |
| Vulnerable | VA 2-010-397 |  |

5.     Since at least as early as 2003, Art Akiane has been substantially and
continuously using Akiane Kramarik's name and likeness in the marketing and sale of the
Works, including for numerous charitable endeavors.

6.     Art Akiane owns all right, title and interest in and to Art Akiane and other
trademarks (the "Akiane Marks"), which are imprinted on the Works that Art Akiane sells, and
are extensively used at gallery exhibitions, in online and media advertising, and sales.

3

7.      The Akiane Marks, which include Akiane, Akiane's stylized signature, Art Akiane, Art by Akiane, and Akiane Art Gallery, including common law rights to the marks associated with Akiane and her works, and the goodwill associated therewith, have been used by Art Akiane and Akiane in commerce throughout the U.S. continuously since 2003. The Akiane Marks are distinctive to both the consuming public and to those in Art Akiane's industry.

8.      By virtue of the quality and nature of the goods offered under the Akiane Marks, the extensive sales, advertising, provision, marketing and promotion under the trademarks, and the substantially exclusive and continuous use of the Akiane Marks for over 16 years for and in connection with the Works, the Akiane Marks have come to symbolize and identify a source of great and valuable goodwill for and in connection with Art Akiane's goods. Attached as Exhibit C to the First Amended Complaint (Doc. # 38-3) is a true and accurate representative sample showing Art Akiane's use of its Marks in connection with these goods.

9.      Art Akiane has expended substantial time, effort, money, resources, marketing, and advertising, promoting the goods sold under the Akiane Marks, including through online blog posts, speaking engagements, attendance and participation at media events, and publishing books and newsletters about Akiane. Attached as Exhibit D to the First Amended Complaint (Doc. # 38-4) is a true and accurate representative sample of the foregoing.

10.     Consumers understand and see that the Art Akiane goods originate from Art Akiane.  Additionally, the media and consumer attention and recognition have helped the Akiane Marks gain widespread and extensive recognition, and consumers attribute those Marks with Akiane's artwork, images and goodwill associated with the Marks.

11.     By virtue of the high quality of the goods designated by the Akiane Marks offered under the trademarks, the extensive sales, Art Akiane's considerable expenditures and efforts,

4

and the media and consumer exposure and recognition, and other provisions, marketing and promotion under the trademarks, the acquired incalculable distinction, reputation, and goodwill belonging exclusively to Art Akiane, and the substantially exclusive and continuous use of the trademarks for over 16 years for and in connection with the Works, Art Akiane's trademarks have come to symbolize and identify a source of great and valuable goodwill for and in connection with Art Akiane's goods.

12.     Art Akiane has protected and enforced its Akiane Marks against past infringements, including by sending numerous cease and desist letters to infringers.

13.     Art & Soul Works LLC ("ASW") is a business entity that profits from selling religiously themed art, ornaments, home décor, and other various goods to consumers.

14.     Upon information and belief, Carol Corneliuson is the owner and sole member of ASW. ASW, at the direction of Corneliuson, sells products on its website, which it also utilizes to promote and sell its goods.

15.     At Corneliuson's direction and with her knowledge, ASW sells products on various e-commerce stores such as Amazon, eBay, Christianbooks, Mardel, and others.

16.     Upon information and belief, Corneliuson directs and controls the operations of ASW, ASW's websites https://art-soulworks.com and www.jesusprinceofpeace.com, and ASW's social media, including its Facebook pages at www.facebook.com/jesusprinceofpeace and https://www.facebook.com/Art-SoulWorks-216117745075264/, its Twitter page at https://twitter.com/ArtnSoulworks, and its Instagram page at https://www.instagram.com/jesus_art_akiane/.

17.     On January 6, 2008, Art Akiane and ASW entered into a licensing agreement (the "License Agreement").

5



18.     The License Agreement granted ASW certain rights and privileges. For instance, under the License Agreement, Art Akiane licensed the copyrighted paintings Prince of Peace (Reg. VA 1-921-911), Father Forgive Them (Reg. VA 1-960-272), Trust (Reg. VA 1-925-445), Love at First Sight (Reg. VA 1-924-183), Blessing (Reg. VA 1-924-543), The Challenge (Reg. VA 1-924-186), and Mother's Love (VA 1-925-543), to ASW to be reproduced and printed on bookmarks, journals, wallet cards, calendars, deck cards, and greeting cards for Defendants to sell to consumers. The License Agreement also granted ASW the right to use specific pieces of Art Akiane's Works for "promotional advertisements and materials, and for all promotional purposes in connection" with Art Akiane's prior approval.

19.     The License Agreement was renewed twice over the years. However, because of various issues with ASW's performance under the License Agreement, Art Akiane decided not to renew the license. Accordingly, the License Agreement expired on January 11, 2019.

20.     Since the license expired, Art Akiane has not reached any other agreements with Defendants to license the Works, Marks or likeness rights, and Art Akiane has explicitly terminated all rights to use any of its intellectual property.

21.     Additionally, since the relationship ended, Art Akiane demanded that Defendants cease selling counterfeit works, distributing and displaying Art Akiane's digital images online, and representing that it has an affiliation with Akiane or is an official source of Art Akiane products. Defendants refused, and after negotiations broke down and a formal cease and desist letter was ignored, Art Akiane filed suit.

22.     In its investigation of Defendants' activities, Art Akiane discovered other rampant infringements by Defendants, including that Defendants digitally modified many images without approval and stripped Akiane's signature and identifying information from many of her works.

6

Many of Defendants' infringements were only revealed after the parties exchanged initial document production. The more Art Akiane looked, the more infringements it found.

23.     For instance, Defendants have posted digital images of Art Akiane's Works without Art Akiane's authorization on ASW's website at https://art soulworks.com/collections/home-wall-decor. Any visitor to ASW's website can click on and download one of the digital images displayed on ASW's website. Clicking on a digital image opens a new window where the image re-appears.

24.     The website visitor then is able to download the image to his or her computer by right clicking on the image and pressing save.

25.     No safety measures are taken to prevent downloading, no watermarks, no tracking of visitors, no digital image-tracking mechanisms, nor does Defendants' website have a Terms of Use that prohibits such conduct. Further, Defendants' website does not inform users that the downloading of Art Akiane's Works constitutes copyright infringement. Rather, Defendants provide un-marked digital images for download. In short, Defendants leave Art Akiane's Works completely exposed and available for any internet user's unauthorized taking.

26.     Notably, each time such an image is viewed or downloaded, Defendants' website transmits the digital display image to whoever requests them – whether a random visitor, or a counterfeiter looking for a free digital copy to use for his illicit printing.

27.     Upon information and belief, numerous counterfeit paintings are sold online, which could source the digital copies from Defendants' website to make, distribute and sell additional unauthorized and counterfeit Art Akiane goods to be sold online. Art Akiane expends extensive resources fighting counterfeit work similar to that posted on Defendants' websites from sites like Alibaba, DHgate, and others.

7

28.     Defendants' display of Akiane's Works is deeply troubling as the images and videos Defendants display are still being sourced, and shared to third parties, directly from Defendants' Facebook page, even long after the license agreement expired.

29.     Defendants also continue to misrepresent that they are the authorized source and representatives of Akiane's Works by listing themselves as the "official" and "trusted" source of Akiane's art, despite the fact that the only authorized sources for Art Akiane's Works are Art Akiane and Akiane Art Gallery.

30. ·     For instance, in July 2017, Art Akiane provided Defendants with a copy of Art Akiane's and Akiane's copyrighted, "Painting the Impossible" documentary, which is a 24 minute and 56 second video regarding Akiane's commission of her famous "Jesus" portrait. Defendants without Art Akiane's or Akiane's permission or authorization, manipulated the "Painting the Impossible" video by adding ASW's name and website to the closing credits and writing that ASW was the "Official Source for Akiane Gifts & Art." Defendants further manipulated the documentary by deleting significant portions of the video and chopping the 24 minute video to 1 minute and 32 seconds. Defendants posted its unauthorized video to their Facebook page and it is still publically available despite the expiration of the license agreement.

31.     Defendants have also posted Art Akiane's Works on ASW's website and social media and Defendants continue to reference Art Akiane's Work on these platforms so Defendants can direct consumers to their site, and thus steal potential customers from Art Akiane's website. For instance, when a person enters "Art Akiane" and "Prince of Peace" in Google, Facebook or Yahoo!, the search results mainly consist of pages operated by Defendants, including ASW's website and Facebook pages.

8

*MS/$

32.     Defendants' social media also uses Akiane's likeness and Art Akaine's Works to drive consumers to its site. Indeed, Corneliuson admitted that ASW hired a search engine optimization specialist to designate ASW as the "official" and "authorized licensor" to the Art Akiane's Works. This was done without the knowledge and approval of Art Akiane.

33.     Defendants' conduct is causing irreparable harm to Art Akiane by causing it to lose its creative control over its works, commercial distribution and sales, likeness rights, goodwill and it is causing confusion over the source of the Works and Art Akiane's and Defendants' (lack of) affiliations or sponsorship.

34.     Indeed, there is a real likelihood of confusion concerning Defendants' affiliation with Art Akiane because both Art Akiane and the Defendants sell similar products at the same price via the same distribution channels: online sales. Indeed, a 24x24 limited edition canvas print of Art Akiane's "Jesus" portrait can be purchased online for $1,900 at www.akiane.com. Defendants are selling the exact same product on their own website for the same price.

35.     Additionally, by stating that *"Art by Akiane™ is a trademark of © Art & SoulWorks,"* and listing themselves as the "official" and "trusted" source of Akiane's art, Defendants are likely to confuse consumers as to who the origin or official source of Art Akiane's works is.

36.     Art Akiane has been irreparably harmed by Defendants' activities. Indeed, Defendants' distribution of illicit downloads and unauthorized social media postings has usurped Art Akiane's creative control. While Akiane controlled her creative expression by fixing it in her art, and displaying it where approved, Defendants' continued display and distribution of unauthorized Works, including works that are digitally modified without authorization, removed that control.

9



37.     Defendants' acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Art Akiane and to its valuable reputation and goodwill with the consuming public for which Art Akiane has no adequate remedy at law.

10

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 7, 2019

_Mark A. Kramarik_

Mark Kramarik

11

# EXHIBIT A



# EXHIBIT B

# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-924-158**

**Effective date of registration:**

May 2, 2013

---

## Title
**Title of Work:** Co-Creation

**Nature of Work:** Acrylic on Canvass

## Completion/Publication
**Year of Completion:** 2005

**Date of 1st Publication:** January 1, 2006    **Nation of 1st Publication:** United States

## Author
**Author:** Akiane Kramarik

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1994

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Akiane Krarnarik

250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814

## Limitation of copyright claim
**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification
**Name:** Akiane Krarnarik

**Date:** April 30, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-925-543

**Effective date of registration:**

May 2, 2013

## Title

**Title of Work:** Mother's Love

**Nature of Work:** Acrylic on Canvass

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** January 1, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Akiane Kramarik

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1994

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Akiane Kramarik

250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83914

## Certification

**Name:** Akiane Krarnarflc

**Date:** April 20, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-921-911

**Effective date of registration:**

May 1, 2013

---

## . Title

| | |
|---|---|
| **Title of Work:** | Prince of Peace |
| **Previous or Alternative Title:** | The Resurection |
| **Nature of Work:** | Oil Painting on Canvass |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2002 | | |
| **Date of 1st Publication:** | January 1, 2003 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Akiane Krarnarik | | |
| **Author Created:** | 2-Dimensional artwork | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Year Born:** | 1994 | | |
| **Anonymous:** | No | **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd, Coeur d Alene, ID, 83814 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | April 23, 2013 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-010-303

**Effective Date of Registration:**
May 31, 2013

## Title _____

| | |
|---|---|
| **Title of Work:** | Barefoot |
| **Nature of Claim:** | Acrylic on Canvas |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Akiane Kramarik |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1994 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814 |

## Limitation of copyright claim _____

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification _____

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | May 31, 2013 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-960-272

**Effective Date of Registration:**
April 30, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | Father Forgive Them |
| **Nature of Claim:** | Oil on Canvas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | January 01, 2004 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Akiane Kramarik |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1994 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | April 25, 2013 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-925-448

**Effective date of registration:**

May 2, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Hope |
| **Nature of Work:** | Acrylic on Canvass |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2005 | | |
| **Date of 1st Publication:** | January 1, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ | **Author:** | Akiane Kramarik | |
| | **Author Created:** | 2 Dimensional artwork | |
| | **Work made for hire:** | No | |
| | **Citizen of:** | United States | **Domiciled in:** United States |
| | **Year Born:** | 1994 | |
| | **Anonymous:** | No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene., ID, 93814 |

## Limitation of copyright claim

| | |
|---|---|
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | April 30, 2013 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-010-300

**Effective Date of Registration:**
May 31, 2013

---

## Title

**Title of Work:** I AM

**Nature of Claim:** Acrylic on Canvas

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Akiane Kramarik
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1994
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Akiane Kramarik
250 Northwest Blvd. Suite 106A, Coer d  Alene, Idaho, 83814

## Limitation of  copyright claim

**Previously registered:** No
**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** Akiane Kramarik
**Date:** May 31, 2013

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-010-352

**Effective Date of Registration:**
May 31, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | Innocence |
| **Nature of Claim:** | Acrylic on Canvass |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | January 01, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Akiane Kramarik |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1994 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene, ID, 83814 |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | May 01, 2013 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Vesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-142-942**

**Effective Date of Registration:**
March 06, 2019

---

**Title** _____

Title of Work: Jesus

**Completion/Publication** _____

Year of Completion: 2017
Date of 1st Publication: July 09, 2017
Nation of 1st Publication: United States

**Author** _____

- Author: Akiane Kramarik
  Author Created: 2-D artwork

  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1994

**Copyright Claimant** _____

Copyright Claimant: Akiane Kramarik
833 Central Ave., Unit 1250, Highland Park, IL, 60035, United States

---

**Rights and Permissions** _____

Organization Name: Art Akiane LLC
Name: Mark Kramarik
Email: markskramarik7@yahoo.com
Telephone: (208)416-1631
Address: 833 Central Ave.
Unit 1250
Highland Park, IL 60035 United States

**Certification** _____

Page 1 of 2

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-924-183

**Effective date of registration:**

May 2, 2013

---

## Title

**Title of Work:** Love at First Sight

**Nature of Work:** Acrylic on Canvass

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** January 1, 2006    **Nation of 1st Publication:** United States

## Author

■    **Author:** Akiane Kramarik

**Author Created:** 2 Dmensional artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1994

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Akiane Kramarik

250 Northwest Blvd. Suite 106A, Coeur d Alene, ID, 83814

## Limitation of copyright claim

**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** Akiane Kramarik

**Date:** April 30, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-924-181

**Effective date of registration:**

May 2, 2013

---

## Title ───────────────────────────────

**Title of Work:** On My Knees

**Nature of Work:** Acrylic on Canvass

## Completion/Publication ───────────

**Year of Completion:** 2005

**Date of 1st Publication:** January 1, 2006          **Nation of 1st Publication:** United States

## Author ─────────────────────────────

■          **Author:** Akiane Kramarik

**Author Created:** 2-Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1994

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant ──────────────────

**Copyright Claimant:** Akiane Kramarik

250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814

## Certification ───────────────────────

**Name:** Akiane Kramarik

**Date:** April 30, 2013

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-011-840

**Effective Date of Registration:**
May 31, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | The Swing |
| **Nature of Claim:** | Acrylic on Canvass |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Akiane Krarnarik |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1994 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Krarnarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | May 31, 2013 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-010-397

**Effective Date of Registration:**
May 31, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | Vulnerable |
| **Nature of Claim:** | Acrylic on Canvass |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Akiane Kramarik |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1994 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Akiane Kramarik |
| | 250 Northwest Blvd. Suite 106A, Coeur d Alene, Idaho, 83814 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | Akiane Kramarik |
| **Date:** | May 31, 2013 |

Page 1 of 1

# EXHIBIT C

*mark*

# Art Akiane, LLC & Art & SoulWorks, LLC
## *Art Images & Licensing Agreement*

*A.* ***Art Akiane, LLC***, (herein called the "LICENSOR"), agrees to license Akiane's digital art images to Art *&* ***SoulWorks, LLC***, (herein called the "LICENSEE"), and grants the right to produce and sell bookmarks, journals, wallet cards, calendars, greeting cards (herein called the "PRODUCT") incorporating Akiane's digital Art Images whose copyright is the exclusive property of Art Akiane, LLC.

B.  A list of images along with additional products are listed in schedule A,

C. Licensee has the right to reproduce any image onto the products in schedule A

D. The Licensor grants the licensee the right to use the Art Images in schedule A in promotional advertisements and materials, and for all promotional purposes in connection with the LICENSEE's web site and Internet related business without cost or royalty to the LICENSOR.

E. Upon execution of this Agreement, Art Akiane, LLC will furnish LICENSEE with the art images listed on schedule A, as digital files, in a format compatible for their use.

F. The rights granted under this Agreement for LICENSEE shall be worldwide & exclusive.  This Agreement grants LICENSEE the right to produce and sell product as listed in this agreement on schedule A.

G. This Agreement is entered into for a term of 5 (five) years, beginning as of January 11, 2007 and terminating January 11, 2012 and is renewable if both parties so desire.  An Extension Option is detailed in paragraph N.

H. As part of the finished Item/s produced, the copyright notice of the first publication of the Art Image will be incorporated into each Art Image supplied to LICENSEE by Art Akiane, LLC:  (example)

**Image title © 200X / /ArtAkiane, LLC. / www.artakiane.com. / All Rights Reserved.**

I. ArtAkiane, LLC shall receive 6 (six) samples of each Item manufactured from licenser Art Images at no charge / additional items may be purchased at 50% off of MSRP (Manufactures Suggested Retail Price) as listed in Schedule A.

J. LICENSEE agrees to pay a 10% royalty fee to Art Akiane, LLC  using fiscal year beginning January 1 with payments made every 3 months  on 15th April, July, October, January)  month.  Royalty is based on the wholesale price of each item sold to Barnes & Noble and/or others wholesale customers – for example (Retail = 10.00 per unit / discount = 60% / wholesale = 4.00 / royalty = .40 per unit. – and 10% royalty fee on retail price where applicable from Art & SoulWorks direct retail sales to customers.

K. LICENSEE guarantees that the materials supplied by Art Akiane, LLC in the form of printed or photographic transparency material or in any form of digital media, shall not be used for any purpose except as specified in this Agreement. All such supplied materials and all copyrights related to them shall remain the exclusive property of Akiane Art Gallery, LLC.

L. LICENSEE agrees to obtain written/email/faxed art approval from Art Akiane, LCC on each product and each image prior to production.

N. License Renewal Option: At the end of 5 years we will execute a new agreement..


_Carolyne M. Corneliuson_  1/6/08                _Mark S. Kramarik_  1-06-08

Carolyne M. Corneliuson                          Mark S. Kramarik

Art & Soulworks, LLC                             Art Akiane, LLC
PO Box 316                                       25043 Lantern Hill Road
Mequon WI, 53092                                 Post Falls, ID 83858
Phone: (937) 477-8644                            Phone: 800.318.0947
Email: carol@artnsoulwrks.com                    Email: originals@artakiane.com
Web site: www.artnsoulwrks.com                   Web site: www.artakiane.com
          www.akianegifts.com

          b

Schedule "A" of the

**LLC & Art & SoulWorks, LLC**

**Art Images & Licensing Agreement**

# INCLUDED IMAGES by AKIANE

Prince of Peace
Father Forgive Them
Trust
Love at First Sight
Blessings
Challenge
Mother's Love

# INCLUDED PRODUCTS

Bookmarks – MSRP is $5.00
Journals
Wallet Cards – MSRP is $2.00
Calendars
Deck Cards
Greeting Cards

# EXHIBIT D



Art & SoulWorks

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Info and Ads

Create a Page

September 10, 2015

9 · 1 Comment 3 Shares

Like Comment Share

Most Relevant

Brenda Curtiss Love your art so much. ❤️ <><
3y

**Art & SoulWorks** updated their cover photo.
September 10, 2015

3

Like Comment Share

**About** See All
(888) 308-8659
Contact Art & SoulWorks on Messenger
www.Art-SoulWorks.com
Retail Company

**Page Transparency** See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - June 9, 2011

**People**
593 likes

**Related Pages**
Jesus - Prince of Peace — Public Figure
Kai Frias — Blogger
Higher Definition Leadership & E... — Consulting Agency
Bow Flip Flop & Designs By Crissi — Retail Company
Jesus Teach ME How to PRAY — Product/Service
See More

**Pages Liked by This Page**
Prince of Peace Friends

Pages ▸ Businesses ▸ Shopping & Retail ▸ Retail Company ▸ Art & SoulWorks

See more of Art & SoulWorks on Facebook

Log In or Create New Account

Document title: Art & SoulWorks - Home | Facebook

# EXHIBIT E



## Jesus - Prince of Peace - 2016 Wall Calendar - Art By Akiane Kramarik with - Heaven Is For Real - Jesus Featured

Shared by: Harold Spencer from amazon

Share

Reference Price: null

Over 1751 suppliers can give you a quotation.

Get Quotations Now

You should get the quotation(s) in 5 hours .

### Description

This Limited Edition 2016 Calendar features exquisite prophetic artwork by Akiane Kramarik—the world renowned visual art child prodigy. "Prince of Peace" and more inspired Art by Akiane is a beautiful, full-color, twelve-month calendar, featuring many of Akiane's most famous paintings! This is the Lithuanian girl who painted Jesus in the movie "Heaven is for Real" INTERNATIONAL SHIPPING AVAILABLE!

### You may also be interested in

neon jesus | 3d jesus | light jesus | mary jesus | funny jesus | finding jesus | jeans jesus | yellow jesus piece | gallery jesus | power jesus christ

Jesus "Prince of Peace" 2013 Wall Calendar ~ Art by Akiane ~

null

1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven Is for Real - Jesus

24.95

2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as

9.95

2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as

9.95

Jesus "Prince of Peace" 2014 Wall Calendar ~ Art by Akiane ~

null

Finding Jesus 2016 Wall Calendar by TF Publishing

13.47

1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven Is for Real - Jesus

24.95

Jesus, Prince of Peace, Wooden Framed Wall Decor or Table Top Picture

99.95

### Hot Search:

black jesus | jesus lamp | baby jesus | jesus figures | plastic jesus
ceramic jesus | mary joseph and jesus | jesus birth | meditating jesus statue | jesus toy

### Related China Search:

China wall calendar | China digital wall calendar | China wall scroll calendar | China chalkboard wall calendar | China calendar wall
China spiral wall calendar | China calendar vinyl wall | China print wall calendar | China wall mounted calendar | China 3d wall calendar

Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following:ali-guide@service.alibaba.com.

© 1999-2019 Alibaba.com. All rights reserved.

# EXHIBIT F



**Prince of Peace Friends**

@jesusprinceofpeace

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Email Signup

Offers

**Create a Page**

**Prince of Peace Friends**
12 December 2018 · 🌐

❤️ God is our refuge and strength, an ever-present help in trouble. Psalm 46:1-3

❤️ Share Jesus & Gifts up to 50% Off - Click Here: https://art-soulworks.com/collections/specials



❤️ 409

24 comments  112 shares

 Like      Comment      Share



**Prince of Peace Friends**
August 28, 2018 · 🌐

💜 Lord, I await your presence & help because you promised you would Never leave or forsake me 💜

Get Your Free Jesus Cards Here 👉 www. Art-SoulWorks.com



👍❤️ 1K                                  76 Comments  1.5K Shares

# EXHIBIT G

Send Message



Art & SoulWorks

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Create a Page

Art & SoulWorks shared a post.
November 24, 2018 · 🌐



WE FIX
OUR EYES
NOT ON WHAT
IS SEEN,
BUT ON WHAT
IS UNSEEN,
SINCE WHAT
IS SEEN
IS TEMPORARY,
BUT WHAT
IS UNSEEN
IS ETERNAL.
II CORINTHIANS 4:18

Art & SoulWorks

Prince of Peace Friends
November 24, 2018 · 🌐

Related Pages


Jesus - Prince of Peace
Public Figure


Feel younger longer
Website


Autumn Miller ✓
Dancer


Proud To Be A Nurse
Website


Christians Connecting Christians
Website

See More ▾

Pages Liked by This Page


Prince of Peace Friends

# EXHIBIT H



🔍 Art & SoulWorks - Akiane Art



Colton and Akiane know

Heaven is For Real... and you're gonna live it!



🚗 TOYOTA

**Power couple**

Dramatization. Off-roading is inherently dangerous. Abusive use may result in bodily harm or vehicle damage. Wear seatbelts at all times and do not allow passengers in cargo area. Prototypes shown with options.

↗ Toyota USA

Ⓣ **Promoted by**
Toyota USA

🏷 Art & SoulWorks



🏷 Art & SoulWorks



⊼ Save

↗ **art-soulworks....**



🏷 Art & SoulWorks



↗ Ashley HomeStore

🏠 **Promoted by**
Ashley HomeStore



🏷 Art & SoulWorks



...

 Send 📌 Save



# Hope, Fine Art Print by Akiane Kramarik

 **Nancy Sewell** saved to **Art and Artists** 📌 9

Hope, Fine Art Print by Akiane Kramarik

↗ **art-soulworks.com**

Summary This the second part of the story of the abandoned Asian girl I first painted at age 9. After her long communion with God in the mute field she...

**Comments** ⌄

# EXHIBIT I



**Art & Soulworks** @ArtnSoulworks · Mar 31

Jesus, the perfect Easter Gift!
2019 Jesus, Prince of Peace Calendar available here
art-soulworks.com/collections/ho...



# EXHIBIT J














COMMIT THY WORKS
UNTO THE LORD,
AND THY THOUGHTS
SHALL BE ESTABLISHED.

PROVERBS 16:3



Art-SoulWorks.com



jesus_art_inspiration • Follow    •••



jesus_art_inspiration ♥ Wishing you a
heart filled with gratitude for God's
many gifts ♥ 📌 Free Jesus Pictures
▶ www. Art-SoulWorks.com. 📌
Purchase Jesus Gifts ▶ bit.ly/Jesus-
Home-Wall-Decor

61w

williamwatson7982 Amen 🙏          ♡

61w    Reply



 

147 likes
JULY 16, 2018



Add a comment...                        Post

though I try to do the right thing, I often fai

# EXHIBIT K



★★★★★

**Prince of Peace, Canvas Prints, artist Akiane Kramarik**

From $ 179.00  ~~$199.00~~

☰ OPTIONS



☆☆☆☆☆

**Prince of Peace, Print in Elegant 16 x 20-inch Frame**

$ 179.00  ~~$199.95~~

🛒 BUY NOW



☆☆☆☆☆

**Jesus, Prince of Peace Canvas, Akiane Signed & Numbered, Collector Edition**

$ 3,300.00

🛒 BUY NOW



★★★★★

**Mother's Love, Jesus & Mary, Double Matted Print, 16 x 20-inches***

$ 99.95

🛒 BUY NOW



★★★★★

**Father Forgive, Jesus Praying, Double-Matted Print, 16 x 20-inches***

$ 99.95

🛒 BUY NOW



★★★★★

**JESUS, Canvas & Fine Art Prints by Akiane Kramarik**

From $ 1,900.00

☰ OPTIONS

# EXHIBIT L



# JESUS, Canvas & Fine Art Prints by Akiane Kramarik

★★★★★

## $ 1,900.00

SUMMARY

JESUS, Canvas & Fine Art Prints by Akiane Kramarik  New Jesus
Painting by Akiane Kramarik!  Enjoy the exquisite beauty of Jesus, as
painted by Akiane Kramarik with a legacy quality...

## Choose Size & Edition

24" X 24" LIMITED EDITION CANVAS GICLÉE, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

30" X 30" LIMITED EDITION CANVAS GICLÉE, SIGNED & NUMBERED BY AKIANE - SHIPS ROLLED

—   1   +    **BUY NOW**



 

← Previous Product      Next Product →

# EXHIBIT M



Sign In | Join Free My Alibaba
For Buyers For Suppliers Customer Service Trade Assurance
Alibaba.com Global trade starts here.™ Guide What are you looking for... Search Get Quotations

Home > Timepieces, Jewelry, Eyewear > Jewelry > Bracelets & Bangles

## Jesus - Prince of Peace - 2016 Wall Calendar - Art By Akiane Kramarik with - Heaven Is For Real - Jesus Featured

Shared by: Harold Spencer from amazon

Share

Reference Price: null

Over 1751 suppliers can give you a quotation.

Get Quotations Now

You should get the quotation(s) in 5 hours .

### Description

This Limited Edition 2016 Calendar features exquisite prophetic artwork by Akiane Kramarik—the world renowned visual art child prodigy. "Prince of Peace" and more inspired Art by Akiane is a beautiful, full-color, twelve-month calendar, featuring many of Akiane's most famous paintings! This is the Lithuanian girl who painted Jesus in the movie "Heaven is for Real" INTERNATIONAL SHIPPING AVAILABLE!

### You may also be interested in

neon jesus | 3d jesus | light jesus | mary jesus | funny jesus | finding jesus | jeans jesus | yellow jesus piece | gallery jesus | power jesus christ

Jesus "Prince of Peace" 2013 Wall Calendar ~ Art by Akiane ~

null

1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven Is for Real - Jesus

24.95

2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as

9.95

2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as

9.95

Jesus "Prince of Peace" 2014 Wall Calendar ~ Art by Akiane ~

null

Finding Jesus 2016 Wall Calendar by TF Publishing

13.47

1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven Is for Real - Jesus

24.95

Jesus, Prince of Peace, Wooden Framed Wall Decor or Table Top Picture

99.95

### Hot Search:

black jesus | jesus lamp | baby jesus | jesus figures | plastic jesus
ceramic jesus | mary joseph and jesus | jesus birth | meditating jesus statue | jesus toy

### Related China Search:

China wall calendar | China digital wall calendar | China wall scroll calendar | China chalkboard wall calendar | China calendar wall
China spiral wall calendar | China calendar vinyl wall | China print wall calendar | China wall mounted calendar | China 3d wall calendar

Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following:ali-guide@service.alibaba.com.

Declaration Site Map Aplikasi Android 9Apps

Available on the APP Store Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.

Sign In | Join Free    My Alibaba

For Buyers    For Suppliers    Customer Service    Trade Assurance

Alibaba.com
Global trade starts here.™

Guide    What are you looking for...    Search    Get Quotations

Home › Gifts & Crafts › Home Decoration › Painting & Calligraphy



### Prince of Peace, Framed Art

Shared by: Neil Candy from AMAZON

Share

| | |
|---|---|
| Reference Price: | 17.89 |
| Amazon Best Sellers Rank Plaques: | #487,048 in Home & Kitchen #1622 inÂ Home & Kitchen ... |
| Shipping Weight: | 8 ounces |
| ASIN: | B00IZTOZC8 |
| Average Customer Review: | Â Â Â |
| Product Dimensions: | 5.5 x 5.5 x 0.5 inches |
| Item model number: | DX7162 |

Over 169 suppliers can give you a quotation.

**Get Quotations Now**

You should get the quotation(s) in 5 hours .

---

### Description

Beveled Glass 5x5 photo frame comes easel backed and individually boxed. Fits a 3.25" x 2.25" photo. Prince of Peace - I am the Lord your God, who teaches you what is best for you, who directs you in the say you should go. Isaiah 48:17 .Measures 5.5" x 5.5" x .5"

### You may also be interested in

logic art    core arts    art coral    art drops    art solid    armor art    paint art    belly art    short art    bread art



**Akiane Kramarik Prince of Peace, Jesus Print, 11x14 Framed Wall Art**
124.99

**Peace Definition by Louise Carey Framed Art Print Wall Picture, Black Frame with Hanging Cleat,**
146.24

**Jesus, Prince of Peace, Wooden Framed Wall Decor or Table Top Picture**
99.95

**Peace Of Christ Colossians Abstract Panel Pattern Religious Painting Brown & Blue, Framed**
$74.00

**Framed Graphic "Gingko Peace" Wall Art, 16" x 13", Set of 2**
$39.97

**Framed Graphic "Peace and Faith" Wall Art, 13" x 16", Set of 2**
$39.97

**Sandy Peace Colorful Contemporary Crab Coastal Distressed Wood Grain Painting**
$94.00

**Framed Art Print 'Thinker (Quintet): Peace, Power, Respect, Dignity, Love'**
230.97

**Hot Search:**

art    dough art    met art    art epoxy    pop art
shine art    canvas art    money art    abstract art    doing art

**Related China Search:**

China art frame    China framed wall art    China framed art    China art display frame    China large framed art
China fine art frames    China photo frame art    China framed canvas art    China picture frame art    China wall art frame

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property here, please report it to us at the following anti-guide-all@service.alibaba.com.

Declaration    Site Map    Aplikasi Android    9Apps

Available on the APP Store    Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 한국어 - Русский - 한국어 - 日本語 - لُغَتَعَرَبِيّة - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.

Sign In | Join Free  My Alibaba ▾

**Alibaba.com**
Global trade starts here.™

For Buyers ▾   For Suppliers ▾   Customer Service ▾   Trade Assurance

Guide ▾    What are you looking for...    🔍 Search    Get Quotations ▾

Home



### 2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as seen in Heaven is Real, Art by Akiane Kramarik

Shared by: Jean Ray from amazon

Share ✉ f 🐦 📌

Reference Price:          9.95

Over **639** suppliers can give you a quotation.

**Get Quotations Now**

You should get the quotation(s) in 4 hours .

---

**Related Products from Alibaba**







| 2020 calendar custom Desk calendar wall calendar | Premium Paper Sheets Glossy Dog Photo Wall Mounted Calendar 2020 | Reliable and Cheap printing wall calendar book printed advent Offset | Creative fashion enterprise special edition yearly monthly large paper wall calendar 2019 |
| US $0.3~9/Piece | US $1.08~50.00/ | US $0.20~0.60/ | US $0.10~0.40/ |

---

**Description**

This Limited Edition 2017 Calendar features exquisite prophetic artwork by Akiane Kramarik—the world renowned visual art child prodigy. "Prince of Peace" and more inspired Art by Akiane is a beautiful, full-color, twelve-month calendar, featuring many of Akiane's most famous paintings! This is the Lithuanian girl who painted Jesus in the movie "Heaven is for Real" INTERNATIONAL SHIPPING AVAILABLE!

---

**You may also be interested in**

desk calendar    2014 calendars    calendar 2015    photo calendar    digital calendar    custom calendar    hanging calendar

calendars planners    3 month calendar    wholesale calendars









| 2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as | 2018 Prince of Peace Fine Art Wall Calendar, featuring the real face of Jesus as seen in Heaven is for | 2017 Peace See Glass One Page Fine Art Wall Calendar. 11x14 For Framing. Best Quality Birthday, | Trademark Fine Art "Prince's Dock, Hull, 1882" Canvas Wall Art by John Atkinson Grimshaw |
| 9.95 | 14.95 | 10.0 | $47.83 |







| Jesus "Prince of Peace" 2013 Wall Calendar ~ Art by Akiane ~ | Jesus "Prince of Peace" 2014 Wall Calendar ~ Art by Akiane ~ | Jesus - Prince of Peace - 2016 Wall Calendar - Art By Akiane Kramarik with - Heaven is For Real | 1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven is for Real - Jesus |
| null | null | null | 24.95 |

---

**Hot Search:**

| calendar | bamboo wall calendar | digital wall calendar | a3 size wall calendar | desk calendar |
| plastic wall calendar | electronic wall calendar | a3 wall calendar design | perpetual wall calendar | spiral bound wall calendar |

**Related China Search:**

Document title: Buy 2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as seen in Heaven is for Real, Art by Akiane Kramari...

Capture URL: https://guide.alibaba.com/shop/2017-prince-of-peace-fine-art-wall-calendar-collectors-item-featuring-the-real-face-of-jesus-as-seen-in-heaven-is-for-real-ar...

Capture timestamp (UTC): Sat, 21 Sep 2019 01:52:18 GMT

Page 1 of 2



**Related Products from Alibaba**

2020 calendar custom Desk calendar wall calendar

US $0.3~9/Piece

Premium Paper Sheets Glossy Dog Photo Wall Mounted Calendar 2020

US $1.08~50.00/

Reliable and Cheap printing wall calendar book printed advent Offset

US $0.20~0.60/

Creative fashion enterprise special edition yearly monthly large paper wall calendar 2019

US $0.10~0.40/

## Description

This Limited Edition 2017 Calendar features exquisite prophetic artwork by Akiane Kramarik—the world renowned visual art child prodigy. "Prince of Peace" and more inspired Art by Akiane is a beautiful, full-color, twelve-month calendar, featuring many of Akiane's most famous paintings! This is the Lithuanian girl who painted Jesus in the movie "Heaven is for Real" INTERNATIONAL SHIPPING AVAILABLE!

## You may also be interested in

desk calendar | 2014 calendars | calendar 2015 | photo calendar | digital calendar | custom calendar | hanging calendar | calendars planners | 3 month calendar | wholesale calendars

2017 Prince of Peace Fine Art Wall Calendar - Collectors Item - featuring the real face of Jesus as

9.95

2018 Prince of Peace Fine Art Wall Calendar, featuring the real face of Jesus as seen in Heaven is for

14.95

2017 Peace Sea Glass One Page Fine Art Wall Calendar. 11x14 For Framing. Best Quality Birthday,

10.0

Trademark Fine Art "Prince's Dock, Hull, 1882" Canvas Wall Art by John Atkinson Grimshaw

$47.83

Jesus "Prince of Peace" 2013 Wall Calendar ~ Art by Akiane ~

null

Jesus "Prince of Peace" 2014 Wall Calendar ~ Art by Akiane ~

null

Jesus - Prince of Peace - 2016 Wall Calendar - Art By Akiane Kramarik with - Heaven Is For Real

null

1 X Jesus - Prince of Peace - 2015 Wall Calendar - Art By Akiane with - Heaven Is for Real - Jesus

24.95

### Hot Search:

calendar | bamboo wall calendar | digital wall calendar | a3 size wall calendar | desk calendar
plastic wall calendar | electronic wall calendar | a3 wall calendar design | perpetual wall calendar | spiral bound wall calendar

### Related China Search:

China wall calendar | China digital wall calendar | China wall scroll calendar | China chalkboard wall calendar | China calendar wall
China spiral wall calendar | China calendar vinyl wall | China print wall calendar | China wall mounted calendar | China 3d wall calendar

Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following:ali-guide@service.alibaba.com.

Declaration Site Map Aplikasi Android 9Apps

Available on the APP Store | Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.

Sign In / Join Free   My Alibaba

For Buyers   For Suppliers   Customer Service   Trade Assurance

**Alibaba.com**
Global trade starts here.™

Guide   What are you looking for...   Search   Get Quotations

Home > Gifts & Crafts > Home Decoration > Painting & Calligraphy

### Art And Soulworks 108484 Art Double Matted Print 16 x 20 Prince Of Peace

Shared by: Maryjane Burlingham from WALMART



Share

Reference Price:   $99.93

Over 1352 suppliers can give you a quotation.

**Get Quotations Now**

You should get the quotation(s) in 5 hours .



**Related Products from Alibaba**

| | | | |
|---|---|---|---|
| Marble Buddha Art | Famous Religious Marble Virgin and Jesus Statue Sculpture | Loving Family (Large Sculpture Handmade Collectable Art) | Large antique white stone carving buddha statue for sale |
| US $20~3000/Piece | US $4800~5000/Set | US $2800~3600/Unit | US $980~2000/Set |

**Description**

Akianes Jesus as featured in Heaven is for Real-This exquisite reproduction of Akianes painting of Jesus titled Prince of Peace was completed at age 8 and is considered her first masterpiece-The paper print is archival quality and printed by Akianes master printer - then approved by Akiane to insure the highest color accuracy-Personal treasure when you choose any standard 16 x 20 frame that best reflects your feelings, style and decorFeatures- Designer - Art and Soul Works LLC- Size - 16 x 20 SKU: ANCRD31119

**You may also be interested in**

book printing   printing ink   poster printing   foil printing   invoice printing   printing paper   sticker printing   label printing

a4 printing paper   printing flyers

| | | | |
|---|---|---|---|
| Art and SoulWorks 108485 Art Double Matted Print 16 x 20 Father Forgive | Art And Soulworks Llc 108486 Art Double Matted Print 16 x 20 Mothers Love Oct | Art and SoulWorks 108446 Magnet Single Blessings | Art and SoulWorks 108449 Magnet Single Challenge |
| $99.93 | $99.93 | $5.83 | $5.83 |
| Art and SoulWorks 10843X Magnet Single Mothers Love | TONY STEWART #20 HOME DEPOT RICHARD ALAN STUDIOS ART PRINT PICTURE DOUBLE | Art And Soulworks Llc 108472 Bookmark Single Mothers Love | Art And Soulworks Llc 108456 Wallet Card Prince Of Peace |
| $5.83 | 9.99 | null | $99.98 |

**Hot Search:**

printing   pvc mat print   beer mat printing   bar mat printing   book printing

game mat printing   poster printing   mat print packaging   postcard printing   plastic mat printing



**Marble Buddha Art**

US $20~3000/Piece

**Famous Religious Marble Virgin and Jesus Statue Sculpture**

US $4800~5000/Set

**Loving Family (Large Sculpture Handmade Collectable Art)**

US $2800~3600/Unit

**Large antique white stone carving buddha statue for sale**

US $980~2000/Set

**Description**

Akianes Jesus as featured in Heaven is for Real-This exquisite reproduction of Akianes painting of Jesus titled Prince of Peace was completed at age 8 and is considered her first masterpiece-The paper print is archival quality and printed by Akianes master printer - then approved by Akiane to insure the highest color accuracy-Personal treasure when you choose any standard 16 x 20 frame that best reflects your feelings, style and decorFeatures- Designer - Art and Soul Works LLC- Size - 16 x 20 SKU: ANCRD31119

**You may also be interested in**

book printing    printing ink    poster printing    foil printing    invoice printing    printing paper    sticker printing    label printing

a4 printing paper    printing flyers

**Art and SoulWorks 108485 Art Double Matted Print 16 x 20 Father Forgive**

$99.93

**Art And Soulworks Llc 108486 Art Double Matted Print 16 x 20 Mothers Love Oct**

$99.93

**Art and SoulWorks 108446 Magnet Single Blessings**

$5.83

**Art and SoulWorks 108449 Magnet Single Challenge**

$5.83

**Art and SoulWorks 10843X Magnet Single Mothers Love**

$5.83

**TONY STEWART #20 HOME DEPOT RICHARD ALAN STUDIOS ART PRINT PICTURE DOUBLE**

9.99

**Art And Soulworks Llc 108472 Bookmark Single Mothers Love**

null

**Art And Soulworks Llc 108456 Wallet Card Prince Of Peace**

$99.98

**Hot Search:**

printing    pvc mat print    beer mat printing    bar mat printing    book printing
game mat printing    poster printing    mat print packaging    postcard printing    plastic mat printing

**Related China Search:**

China wall art printing    China art book printing    China art prints    China print art    China art canvas printing
China fine art prints    China framed art print    China art poster print    China african art prints    China canvas art prints

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following aii-guide@service.alibaba.com.

Declaration    Site Map    Aplikasi Android    9Apps

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 한국어 - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.



Sign In | Join Free    My Alibaba

For Buyers    For Suppliers    Customer Service    Trade Assurance

Guide    What are you looking for...    Search    Get Quotations

Home > Gifts & Crafts > Home Decoration > Painting & Calligraphy



### Art And Soulworks Llc 10848X Bookmark Single Prince Of Peace

Shared by: Jane Hill from amazon

Share

Reference Price:    11.48

Over 1751 suppliers can give you a quotation.

Get Quotations Now

You should get the quotation(s) in 5 hours .

## Related Products from Alibaba

  

**Wholesale new design abstract art canvas painting for space decoration**
18.00~23.00/

**Factory Custom Made Abstract Art Resin Thinker Figurine For Home Decoration**
US $15.65~21.74/Piece

**hot selling resin hanging animal head craft wall art for home decor**
US $10.88~16.64/Piece

**China reliable and professional supplier colorful art**
US $7.50~8.80/Set

## You may also be interested in

   

**Art And Soulworks Llc 10848X Bookmark Single Prince Of Peace**
$5.80

**Art And Soulworks Llc 108472 Bookmark Single Mothers Love**
null

**Art And Soulworks Llc 108471 Bookmark Single Father Forgive**
$5.80

**Art and SoulWorks 108476 Bookmark Single Trust**
$5.80

   

**Art And Soulworks Llc 108455 Wallet Card Single Mothers Love Pack - 10**
$11.70

**Art And Soulworks Llc 108471 Bookmark Single Father Forgive**
11.48

**Art And Soulworks Llc 10842X Magnet Single Father Forgive**
$5.83

**Art And Soulworks Llc 10846X Bookmark And Magnet Strip Set Trust**
$6.39

## Related China Search:

China art              China wall art        China metal wall art    China mosaic art

China stamping nail art   China canvas wall art   China sand art        China canvas art    China rhinestones nail art

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following:ali-guide@service.alibaba.com.

Declaration      Site Map      Aplikasi Android      9Apps



Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिन्दी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - עברית - Türk - Nederlands - tiếng Việt - Indonesian - ภาษาไทย



Shared by: Jane Hill from amazon

Reference Price: 11.48

Over 1751 suppliers can give you a quotation.

**Get Quotations Now**

You should get the quotation(s) in 5 hours .

**Related Products from Alibaba**

| | | | |
|---|---|---|---|
| Wholesale new design abstract art canvas painting for space decoration | Factory Custom Made Abstract Art Resin Thinker Figurine For Home Decoration | hot selling resin hanging animal head craft wall art for home decor | China reliable and professional supplier colorful art |
| 18.00~23.00/ | US $15.65~21.74/Piece | US $10.88~16.64/Piece | US $7.50~8.80/Set |

**You may also be interested in**

| | | | |
|---|---|---|---|
| Art And Soulworks Llc 10848X Bookmark Single Prince Of Peace | Art And Soulworks Llc 108472 Bookmark Single Mothers Love | Art And Soulworks Llc 108471 Bookmark Single Father Forgive | Art and SoulWorks 108476 Bookmark Single Trust |
| $5.80 | null | $5.80 | $5.80 |

| | | | |
|---|---|---|---|
| Art And Soulworks Llc 108455 Wallet Card Single Mothers Love Pack - 10 | Art And Soulworks Llc 108471 Bookmark Single Father Forgive | Art And Soulworks Llc 10842X Magnet Single Father Forgive | Art And Soulworks Llc 10846X Bookmark And Magnet Strip Set Trust |
| $11.70 | 11.48 | $5.83 | $6.39 |

**Related China Search:**

China art    China nail art    China wall art    China metal wall art    China mosaic art

China stamping nail art    China canvas wall art    China sand art    China canvas art    China rhinestones nail art

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following ali-guide@service.alibaba.com.

Declaration    Site Map    Aplikasi Android    9Apps

Available on the APP Store    Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 한국 - Русский - 한국어 - 日本語 - العربية - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.



Sign In | Join Free | My Alibaba

Guide ▾    What are you looking for...    [ Search ]    Get Quotations ▾

For Buyers ▾    For Suppliers ▾    Customer Service ▾    Trade Assurance

Home > Food & Beverage > Soft Drinks > Tea Drinks



### Prince of Peace on canvas by Akiane - 15" x 20" - featured in Heaven is for Real

Shared by: Sarah Mills from amazon

Share  [icons]

Reference Price:    299.95

Over **180** suppliers can give you a quotation.

[ Get Quotations Now ]

You should get the quotation(s) in 6 hours .

---

**Related Products from Alibaba**



8MM Lava stone hope peace bracelet natural stone beads bracelets & bangles For Women
0.74~1.58/

2017 new vintage hand made world peace men Genuine Leather bracelet
US $0.1~1.5/Piece

HONOREAL Floating Crank Baits Hard Fishing 5cm Lure
US $1.91~1.91/Piece

**You may also be interested in**

[ prize peace ]  [ peace and ]  [ tibet peace ]  [ korea peace ]  [ kenzo peace ]  [ small peace ]  [ peace jewelry ]  [ outdoor peace sign ]
[ peace by kenzo ]  [ kenzo peace and love ]

AA139n Orchid Purple Cotton Canvas Round Shape Cushion Case Custom
$ 6.1 - 21.52

AA135t Hot Orange Cotton Canvas 3D Box Seat Cushion Case Custom Made(Thickness
$ 14.46 - 79.99

AA136t Solid Yellow Cotton Canvas 3D Box Seat Cushion Case Custom Made(Thickness
$ 14.46 - 79.99

In-Line Sloping Hood Filler Size: 6.63" H x 15" W x 20" D, Color: Blue
53.1

In-Line Sloping Hood Filler Color: Maple, Size: 6.63" H x 15" W x 20" D
53.1

Mayline U-Shaped Desk W/Hutch 72"W X 100"D X 68"H Desk: 72"W X 32"D X 29.5"H Bridge:48"W X
null

Mayline Bow Front U-Shaped Desk W/Hutch 72"W X 104"D X 68"H Desk: 72"W X 36"D X 29.5"H
null

Mayline Bow Front U-Shaped Desk W/Hutch 72"W X 104"D X 68"H Desk: 72"W X 36"D X 29.5"H
null

**Hot Search:**

outdoor lighted christmas peace sign    peace finger ring    peace sunglasses    peace dove shape    2016 vintage brass i love sex peace mom necklace
peace silicone bracelet    t shirts peace sign    peace jewelry    peace bands    peace ring

**Related China Search:**

China print on canvas    China oil on canvas    China painting on canvas    China art on canvas    China photo on canvas
China baby for real    China picture on canvas    China 12 x 15    China giclee on canvas    China bird of peace

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of

---



**Related Products from Alibaba**

8MM Lava stone hope peace bracelet natural stone beads bracelets & bangles For Women
0.74~1.58/

2017 new vintage hand made world peace men Genuine Leather bracelet
US $0.1~1.5/Piece

HONOREAL Floating Crank Baits Hard Fishing 5cm Lure
US $1.91~1.91/Piece

**You may also be interested in**

prize peace | peace and | tibet peace | korea peace | kenzo peace | small peace | peace jewellry | outdoor peace sign

peace by kenzo | kenzo peace and love

AA139n Orchid Purple Cotton Canvas Round Shape Cushion Case Custom
$ 6.1 - 21.52

AA135t Hot Orange Cotton Canvas 3D Box Seat Cushion Case Custom Made(Thickness
$ 14.46 - 79.99

AA136t Solid Yellow Cotton Canvas 3D Box Seat Cushion Case Custom Made(Thickness
$ 14.46 - 79.99

In-Line Sloping Hood Filler Size: 6.63" H x 15" W x 20" D, Color: Blue
53.1

In-Line Sloping Hood Filler Color: Maple, Size: 6.63" H x 15" W x 20" D
53.1

Mayline U-Shaped Desk W/Hutch 72"W X 100"D X 68"H Desk: 72"W X 32"D X 29.5"H Bridge:48"W X
null

Mayline Bow Front U-Shaped Desk W/Hutch 72"W X 104"D X 68"H Desk: 72"W X 36"D X 29.5"H
null

Mayline Bow Front U-Shaped Desk W/Hutch 72"W X 104"D X 68"H Desk: 72"W X 36"D X 29.5"H
null

**Hot Search:**

outdoor lighted christmas peace sign | peace finger ring | peace sunglasses | peace dove shape | 2016 vintage brass i love sex peace mom necklace

peace silicone bracelet | t shirts peace sign | peace jewelry | peace bands | peace ring

**Related China Search:**

China print on canvas | China oil on canvas | China painting on canvas | China art on canvas | China photo on canvas

China baby for real | China picture on canvas | China 12 x 15 | China giclee on canvas | China bird of peace

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following ali-guide@service.alibaba.com.

Declaration   Site Map   Aplikasi Android   9Apps

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 日本語 - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.



Sign In | Join Free   My Alibaba

For Buyers   For Suppliers   Customer Service   Trade Assurance

Guide   What are you looking for...   Search   Get Quotations

Home > Gifts & Crafts > Home Decoration > Painting & Calligraphy

### Carpentree 117398 Framed Art Prince Of Peace With Cross Akiane 11 x 8

Shared by: Braden Appleman from WALMART

Share

Reference Price:   $25.90

Over **169** suppliers can give you a quotation.

**Get Quotations Now**

You should get the quotation(s) in 5 hours .

---

**Related Products from Alibaba**



Wholesale new design abstract art canvas painting for space decoration
18.00~23.00/

Factory Custom Made Abstract Art Resin Thinker Figurine For Home Decoration
US $15.65~21.74/Piece

Realistic oil painting nude woman body painting art
US $45.60~55.20/Piece

China reliable and professional supplier colorful art
US $7.50~8.80/Set

---

**Description**

From the New York Times Bestseller Heaven is for Real Perfect expression of faith for a desk or wall- The names of God decorate the cross-Features- Super - Wall Decorations- Primary - Lithograph and Print- Sub - General- Publisher - Carpentree- Size - 11 x 8 SKU: ANCRD56133

---

**You may also be interested in**

uni art    art work    wall art    stock art    african art    pencil art    art painting    art supplier    abstract art



Carpentree Prince of Peace Father Forgive Framed Art
86.94

Carpentree Prince of Peace Easel Framed Art, Small
35.00

Carpentree Prince of Peace is Framed Art
27.00

Carpentree 116514 Framed Art Prince Of Peace With Names Of Jesus Border 21. 5 x 24. 5
$164.90

Carpentree 124252 Framed Art Prince Of Peace Matt 11 Akiane 3 x 17
$27.98

Carpentree 110833 Framed Art Prince Of Peace Living He Loved Me Akiane 14. 5X16. 5
$51.90

Carpentree Prince of Peace Framed Art, 19 x 22"
164.99

Carpentree Prince of Peace Isaiah 9:68 Framed Art
69.99

---

**Hot Search:**



met art    wood art    canvas art    art minds    abstract art

art craft    pop art    dhokra art    wall art    art picture

**Related China Search:**

China art frame    China framed wall art    China framed art    China art display frame    China large framed art

---

## Related Products from Alibaba

**Wholesale new design abstract art canvas painting for space decoration**

18.00~23.00/

**Factory Custom Made Abstract Art Resin Thinker Figurine For Home Decoration**

US $15.65~21.74/Piece

**Realistic oil painting nude woman body painting art**

US $45.60~55.20/Piece

**China reliable and professional supplier colorful art**

US $7.50~8.80/Set

## Description

From the New York Times Bestseller Heaven is for Real Perfect expression of faith for a desk or wall- The names of God decorate the cross-Features- Super - Wall Decorations- Primary - Lithograph and Print- Sub - General- Publisher - Carpentree- Size - 11 x 8 SKU: ANCRD56133

## You may also be interested in

uni art | art work | wall art | stock art | african art | pencil art | art painting | welding art | art supplier | abstract art

**Carpentree Prince of Peace Father Forgive Framed Art**

86.94

**Carpentree Prince of Peace Easel Framed Art, Small**

35.00

**Carpentree Prince of Peace is Framed Art**

27.00

**Carpentree 116514 Framed Art Prince Of Peace With Names Of Jesus Border 21. 5 x 24. 5**

$164.90

**Carpentree 124252 Framed Art Prince Of Peace Matt 11 Akiane 3 x 17**

$27.98

**Carpentree 110833 Framed Art Prince Of Peace Living He Loved Me Akiane 14. 5X16. 5**

$51.90

**Carpentree Prince of Peace Framed Art, 19 x 22"**

164.99

**Carpentree Prince of Peace Isaiah 9:6B Framed Art**

69.99

**Hot Search:**

met art | wood art | canvas art | art minds | abstract art
art craft | pop art | dhokra art | wall art | art picture

**Related China Search:**

China art frame | China framed wall art | China framed art | China art display frame | China large framed art
China fine art frames | China photo frame art | China framed canvas art | China picture frame art | China wall art frame

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following aii-guide@service.alibaba.com.

Declaration    Site Map    Aplikasi Android    9Apps

📱 Available on the APP Store    ▶ Available on the Google Play    🅰

f 🐦 ⛟ in

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 中文 - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.



Sign In | Join Free My Alibaba For Buyers For Suppliers Customer Service Trade Assurance

Alibaba.com Global trade starts here.™ Guide What are you looking for... Search Get Quotations

Home > Gifts & Crafts > Home Decoration > Painting & Calligraphy

# Carpentree Prince of Peace is Framed Art

Shared by: Shantel Clark from AMAZON

Share

| | |
|---|---|
| Reference Price: | 27.00 |
| Product Dimensions: | 8 x 1 x 10 inches ; 1.3 ounces |
| Amazon Best Sellers Rank Posters & Prints: | #1,037,983 in Home & Kitchen #53090 inÂ Home & Kitch... |
| International Shipping: | This item can be shipped to select countries outside of t... |
| Domestic Shipping: | Item can be shipped within U.S. |
| Shipping Weight: | 13.6 ounces |
| ASIN: | B009XP1B60 |

Over 169 suppliers can give you a quotation.

Get Quotations Now

You should get the quotation(s) in 5 hours .

## Related Products from Alibaba

Marble Buddha Art

US $20~3000/Piece

Outdoor modern art decorative idol marble hindu god ganesha statue

US $500~8500/Piece

Loving Family (Large Sculpture Handmade Collectable Art)

US $2800~3600/Unit

Large antique white stone carving buddha statue for sale

US $980~2000/Set

## Description

Carpentree Prince Of Peace Is Framed Art. Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Verse: Prince of Peace. Measures 8 inches x 10 inches x 1 inch. Frame color is black. Artistry by Akiane Kramarik.

## You may also be interested in

logic art | core arts | art coral | art drops | art solid | armor art | paint art | belly art | short art | bread art

Carpentree Prince of Peace Father Forgive Framed Art

86.94

Carpentree Prince of Peace Easel Framed Art, Small

35.00

Carpentree 116514 Framed Art Prince Of Peace With Names Of Jesus Border 21. 5 x 24. 5

$164.90

Carpentree 124252 Framed Art Prince Of Peace Matt 11 Akiane 3 x 17

$27.98

Carpentree 110833 Framed Art Prince Of Peace Living He Loved Me Akiane 14. 5X16. 5

$51.90

Carpentree Prince of Peace Framed Art, 19 x 22"

164.99

Carpentree Prince of Peace Isaiah 9:6B Framed Art

69.99

Carpentree 117398 Framed Art Prince Of Peace With Cross Akiane 11 x 8

$25.90

## Hot Search:

art | dough art | met art | art epoxy | pop art

You should get the quotation(s) in 5 hours .

**Related Products from Alibaba**



**Marble Buddha Art**

US $20~3000/Piece

**Outdoor modern art decorative idol marble hindu god ganesha statue**

US $500~8500/Piece

**Loving Family (Large Sculpture Handmade Collectable Art)**

US $2800~3600/Unit

**Large antique white stone carving buddha statue for sale**

US $980~2000/Set

**Description**

Carpentree Prince Of Peace Is Framed Art. Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately ill and met Jesus and sat on his lap. Colton, who had never met Akiane, identified this image as the "right" picture of Jesus. Verse: Prince of Peace. Measures 8 inches x 10 inches x 1 inch. Frame color is black. Artistry by Akiane Kramarik.

**You may also be interested in**

logic art    core arts    art coral    art drops    art solid    armor art    paint art    belly art    short art    bread art



**Carpentree Prince of Peace Father Forgive Framed Art**

86.94

**Carpentree Prince of Peace Easel Framed Art, Small**

35.00

**Carpentree 116514 Framed Art Prince Of Peace With Names Of Jesus Border 21. 5 x 24. 5**

$164.90

**Carpentree 124252 Framed Art Prince Of Peace Matt 11 Akiane 3 x 17**

$27.98



**Carpentree 110833 Framed Art Prince Of Peace Living He Loved Me Akiane 14. 5X16. 5**

$51.90

**Carpentree Prince of Peace Framed Art, 19 x 22"**

164.99

**Carpentree Prince of Peace Isaiah 9:6B Framed Art**

69.99

**Carpentree 117398 Framed Art Prince Of Peace With Cross Akiane 11 x 8**

$25.90

**Hot Search:**

art                dough art            met art              art epoxy            pop art
shine art          canvas art           money art            abstract art         doing art

**Related China Search:**

China art frame        China framed wall art      China framed art          China art display frame      China large framed art
China fine art frames  China photo frame art      China framed canvas art   China picture frame art      China wall art frame

⚠ Notice:The articles, pictures, news, opinions, videos, or information posted on this webpage (excluding all intellectual properties owned by Alibaba Group in this webpage) are uploaded by registered members of Alibaba. If you are suspect of any unauthorized use of your intellectual property rights on this webpage, please report it to us at the following aili-guide@service.alibaba.com.

Declaration      Site Map      Aplikasi Android      9Apps

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 한국어 - Русский - 日本語 - العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved.

Document title: Buy Carpentree Prince of Peace is Framed Art in Cheap Price on Alibaba.com
Capture URL: https://guide.alibaba.com/shop/carpentree-prince-of-peace-is-framed-art_61509760.html
Capture timestamp (UTC): Sat, 21 Sep 2019 01:59:02 GMT





DH FASHION WEEK ENJOY BECOMING THE FOCUS UP TO 50% OFF shop now
Welcome! Join Free or Sign in New Buyer Coupons! Buyer Protection Help DHport Save more on our App! English
DHgate.com Buy Globally · Sell Globally Shop by Categories I'm shopping for... Hi, Sign in My DHgate 0 Cart

Sold By : Wumami 29 Transactions 100% Positive Feedback Message Online Chat

Home > Home & Garden > Arts, Crafts & Gifts > Paintings > Product detail

See larger image

Share on

**Heaven Is for REAL Jesus -1,1 Pieces Canvas Prints Wall Art Oil Painting Home Decor (Unframed/Framed) 24X36.**

Price: US $5.98 - 85.72 / Piece Reference Currency

size: Size

Options: Select -

| Wholesale Price ( Piece ): | 1 + | 10 + | 44 + | 50 + | 100 + |
|---|---|---|---|---|---|
| | US $8.00 | US $7.60 | US $6.93 | US $6.57 | US $6.20 |

Quantity: 1 Piece 199 in Stock ( Stock in: CN )

Shipping Cost: Free Shipping to United States Via ePacket
Estimated delivery time: Oct 3 and 25, ships out within 3 business days

Total Cost: The total price will depend on the final product features you select

Buy it Now Add to Cart

Add to Favorite Items ( 0 )

Seller Guarantee: Return policy On-time Delivery in 28 days

More Choices

Courageous Voyage Thomas Kinkade US $15.38 - 508.34 / Piece

Your Bet by Brent Lynch High Quality art US $15.38 - 788.55 / Piece

Victorian Light Thomashire Thomas US $15.38 - 548.96 / Piece

OLD SAM PEABODY TAKES TEA High US $7.15 - 488.55 / Piece

1/3

Customers Who Bought This Item Also Bought 1/4

Document title: 2019 Heaven Is For REAL Jesus,Canvas Prints Wall Art Oil Painting Home Decor/Unframed/Framed From Wumami, $5.13 | DHgate.Com
Capture URL: https://www.dhgate.com/product/heaven-is-for-real-jesus-1pcs-canvas-prints/460186938.html#s22-3-1;searl%7C3336204604
Capture timestamp (UTC): Sat, 21 Sep 2019 02:18:06 GMT



Document title: Jesus Christ Oil Painting Portrait Cushion Covers Europe Style Linen Pillow Case 45X45cm Sofa Chair Decoration Outdoor Cushions On Sale Outdoor…
Capture URL: https://www.dhgate.com/product/jesus-christ-oil-painting-portrait-cushion/442084552.html#s30-31-1;searl%7C1601466075
Capture timestamp (UTC): Sat, 21 Sep 2019 02:18:31 GMT



# EXHIBIT N

this magnet is 1 of 10

# "Prince of Peace"

and more...Inspirational Magnets

with Art by Akiane ™

From age 4, Akiane's mind has been filled with
visions of God, Jesus, Angels, & Heaven.
A child prodigy on a mission ~ Akaine Says ...

"If I am Gifted by God it is to help others"
"I want my art to draw people's attention to God"

Art by Akiane ™ is a trademark of
© Art & SoulWorks
www.Art-SoulWorks.com • 888.308.8659

Art & SoulWorks
Gifts that Give back

Free downloads www. JesusPrinceofPeace.com
10% of our proceeds are donated to others in need
Possible Cut and Choke Hazard / Not for Children



Challenge by Akiane (age 10)

MAG CHALLENGE
ISBN: 9781605161853     $4.95
                        5 0 4 9 5

9 781605 161853

#AK 190     888 308 8659

# EXHIBIT O



 

#Jesus #Painting #God
"Painting The Impossible" by Akiane Kramarik

1,660,059 views • Jul 9, 2017

👍 36K   👎 1.4K   ➔ SHARE   ≡+ SAVE   •••



**Akiane Kramarik**
163K subscribers

SUBSCRIBE

WRITTEN AND DIRECTED BY

AKIANE KRAMARIK

FORELI KRAMARIK

STAY TUNED ...

THE FULL DOCUMENTARY WILL BE RELEASED
ON JULY 9, AKIANE'S BIRTHDAY
WWW.ART-SOULWORKS.COM
OFFICIAL SOURCE FOR AKIANE GIFTS & ART

# EXHIBIT P



Beautiful gifts brought to you by **Art & SoulWorks** trusted source for Prince of Peace



**Prince of Peace Friends** ▶ **CYBER Monday SALE**

· 27 November 2016 · 🌐

···

👍 2

👍 Like　　💬 Comment　　↪ Share

Write a comment...　　😊 📷 GIF 🎁

# EXHIBIT Q

# EXHIBIT R

Prince of Peace Friends
@jesusprinceofpeace

Home
Posts
Reviews
Videos
Photos
Events
About
Community
Email Signup
Offers

Create a Page

View 8 more comments

**Prince of Peace Friends**
25 November 2018

❤️ Love Jesus & Aklane Art ❓
❤️ Visit www. Art-SoulWorks.com to see more

IF
YOU
LOVE
ME
FEED
MY
SHEEP
JOHN
31

Art-SoulWorks.com

680                    36 comments  90 shares

👍 Like          💬 Comment          ↗ Share

Most relevant ▾

**About**                                          See all

📞 888.308.8659
🌐 www.Art-SoulWorks.com
🏠 Community
💲 Price range €€
ⓘ Impressum
✏️ Suggest Edits

**Page transparency**                          See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

📅 Page created – 18 May 2011

Pages liked by this Page                          ❯

Thomas Nelson Bib...        👍 Like

Jesus Loves You              👍 Like

Chick-fil-A                    👍 Like

English (UK) · English (US) · Español
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ▷
Cookies · More ▾
Facebook © 2019

Chat (37)







jesus_art_inspiration • Follow

cindywlove Amen
48w Reply

endlessbeautybyannette 💜 she's just such a talented girl. 💜 Love her. Being able to see Jesus... Was such a blessing. she's just amazing. 🛐🙏
48w Reply

maria_a._schardosim_ ❤️
44w 1 like Reply

loryyy60 Amen 🙏😘💙😇🌷🌹😍♥
36w Reply

227 likes
OCTOBER 12, 2018

Log in to like or comment.

ABOUT US SUPPORT PRESS API JOBS PRIVACY TERMS DIRECTORY PROFILES HASHTAGS LANGUAGE

© 2019 INSTAGRAM FROM FACEBOOK

Document title: Instagram photo by Art &amp; SoulWorks • Oct 25, 2017 at 3:12 AM
Capture URL: https://www.instagram.com/p/Bap8x54nmSg/
Capture timestamp (UTC): Fri, 20 Sep 2019 19:33:30 GMT



Document title: Art &amp; Soulworks (@ArtnSoulworks) | Twitter
Capture URL: https://twitter.com/artnsoulworks
Capture timestamp (UTC): Fri, 20 Sep 2019 19:46:44 GMT



Q Art & SoulWorks - Akiane Art                    All Pins ⌄





🏷 Art & SoulWorks                ···



↗ Mejuri                          ···
Ⓜ **Promoted by**
   Mejuri

🏷 Art & SoulWorks                ···



↗ Wayfair.com                     ···
🌈 **Promoted by**
   Wayfair.com



🏷 Art & SoulWorks                ···



🏷 Art & SoulWorks                ···



🏷 Art & SoulWorks                ···



🏷 Art & SoulWorks                ···



▶
**by PrinceOfPeaceArt**           ···





**Make Magical Things**

Turn a favorite tradition
into a family heirloom



↗ Glowforge                       ···
   **Promoted by**



© 2004 Art Akiane, LLC



···



🏷 Art & SoulWorks                ···



**How To Draw Easily with**



🏷 Art & SoulWorks                ···

➕
?

---

Document title: (29) Pinterest
Capture URL: https://www.pinterest.com/search/pins/?q=Art%20%26%20SoulWorks%20-%20Akiane%20Art&amp;rs=typed&amp;term_meta[]=Art…
Capture timestamp (UTC): Mon, 12 Aug 2019 18:39:59 GMT

Page 1 of 10



Art & SoulWorks - Akiane Art







Glowforge

Promoted by
Glowforge



Art & SoulWorks

**How To Draw Easily with The Magic Mirror**



↗ ArtTik Art Supply Shop

Promoted by
ArtTik Art Supply Shop



Art & SoulWorks



Art & SoulWorks



↗ PSD Underwear

Promoted by
PSD Underwear

©2003 Art Akiane, LLC



Art & SoulWorks





Lasts 1-2 Weeks
Waterproof
Fades Naturally
Looks Authentic

inkbox

↗ Inkbox Tattoos

Promoted by
Inkbox Tattoos





Art & SoulWorks





©2004 Art Akiane, LLC



Art & SoulWorks



▶

by PrinceOfPeaceArt





Document title: (29) Pinterest
Capture URL: https://www.pinterest.com/search/pins/?q=Art%20%26%20SoulWorks%20-%20Akiane%20Art&amp;rs=typed&amp;term_meta[]=Art…
Capture timestamp (UTC): Mon, 12 Aug 2019 18:39:59 GMT






Art & SoulWorks





↗ Room & Board Modern Furni
**Promoted by**
Room & Board Modern Furniture



▶
by PrinceOfPeaceArt





↗ Kohl's
**Promoted by**
Kohl's

CHRISTMAS Christ



"I teach and
they run away.
I listen and
they come.
My strength
is my silence."

AKIANE



**Make Magical Things**
Make something you
love even more special
with Glowforge



I Have Come
Into the world as a Light,
So that no one who believes in me
should stay in darkness.





↗ Glowforge
**Promoted by**
Glowforge

Heaven is for Real

TODD BURPO

Art & SoulWorks

↗ Target
**Promoted by**
Target











+

?

Document title: (29) Pinterest
Capture URL: https://www.pinterest.com/search/pins/?q=Art%20%26%20SoulWorks%20-%20Akiane%20Art&amp;rs=typed&amp;term_meta[]=Art…
Capture timestamp (UTC): Mon, 12 Aug 2019 18:39:59 GMT

Pinterest



by akianeart





Art & SoulWorks



Art & SoulWorks



Promoted by
Target



by PrinceOfPeaceArt



Art & SoulWorks



Room & Board Modern Furni

Promoted by
Room & Board Modern Furniture



Paffion



youtube.com



Art & SoulWorks











Newchic
50% OFF
Wall Hanging Living Room Art






Art & SoulWorks



WOMEN CASUAL TOPS
UP TO 60% OFF

LILIGAL
Promoted by
LILIGAL




SHOP TODAY



Art & SoulWorks



Trust
God's
Perfect Timing



Now You Can Own The Artwork that
Has Inspired the Faith of Millions by the
Artist whom Critics Are Calling a
'Child Prodigy'...



Share your pictures & ideas ...

JESUS

for keeping Christ in Christmas



Art & SoulWorks



Art Wallpaper



#eroticart



Art Projects



Islamic Art



Art Prints





50% OFF
Wall Hanging Living Room Art

Newchic Official
Promoted by
Newchic Official




Art & SoulWorks





Dresslily

Document title: (29) Pinterest
Capture URL: https://www.pinterest.com/search/pins/?q=Art%20%26%20SoulWorks%20-%20Akiane%20Art&amp;rs=typed&amp;term_meta[]=Art…
Capture timestamp (UTC): Mon, 12 Aug 2019 18:39:59 GMT













↗ Crate and Barrel ...



**Promoted by**
Crate and Barrel



View Akiane's Artwork



🏷 Art & SoulWorks ...

↗ Room & Board Modern Furni ...

**Promoted by**
Room & Board Modern Furniture








↗ Lowe's ...

**Promoted by**
Lowe's




🏷 Art & SoulWorks ...







🏷 Art & SoulWorks ...



🏷 Art & SoulWorks ...



↗ baezshop ...

**Promoted by**












↗ baezshop

Baezshop **Promoted by**
baezshop



🏷 Art & SoulWorks ...







🏷 Art & SoulWorks ...















↗ Room & Board Modern Furni ...

**Promoted by**
Room & Board Modern Furniture









🏷 Art & SoulWorks ...

🏷 Art & SoulWorks ...

🏷 Art & SoulWorks ...





---

Document title: (29) Pinterest
Capture URL: https://www.pinterest.com/search/pins/?q=Art%20%26%20SoulWorks%20-%20Akiane%20Art&amp;rs=typed&amp;term_meta[]=Art…
Capture timestamp (UTC): Mon, 12 Aug 2019 18:39:59 GMT





▶

**by PrinceOfPeaceArt**













↗ baezshop

**Promoted by**
baezshop



↗ modlily

**Promoted by**
modlily



↗ **TeePublic**

**Promoted by**
TeePublic





🏷 Art & SoulWorks









🏷 Art & SoulWorks



🏷 Art & SoulWorks










modlily



🏷 Best Buy




Prince of Peace


IAM SAFE


I Chose You
when I planned creation





↗ Coloring Method
Promoted by
Coloring Method

↗ Room & Board Modern Furni
Promoted by
Room & Board Modern Furniture

🏷 Art & SoulWorks


Pre-Order
Calendars Today
10 for $99.95






⊛ TEEPUBLIC
OVER 2 MILLION DESIGNS
No matter what you're
into, so are we.

🏷 Art & SoulWorks

🏷 Art & SoulWorks





🏷 Art & SoulWorks

🏷 TeePublic


🏷 Art & SoulWorks

Promoted by
TeePublic







▶
by PrinceOfPeaceArt


Todd Burpo
Heaven is for Real




Heaven is for Real


SALE 50%
SHOP NOW

**SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

| JESUS ART | PRINCE OF PEACE | HEAVEN IS FOR REAL | ALL COLLECTIONS MENU ▾ | ABOUT |

## Jesus Fine Artwork Collection

What does Jesus look like? Take a moment to explore the face of Christ. Many portraits of Jesus have been sent from heaven to earth through child prodigy Akiane Kramarik beginning with Jesus birth to his resurrection. Sharing these "inspirations from God" is Akiane's destiny, revealed to her at age four, when she was called to draw people's attention to God and to share Jesus, the Prince of Peace with the world through her amazing Jesus Artwork.

[LEARN MORE]

### BROWSE ALL SHOPS

› Jesus Prints by Akiane
› Prince of Peace Gallery
› Blessed Mother Mary
› Bookmarks & BookDarts
› Books, Music, Movies
› Calendars, Journals & Cards
› Cards & Digital Downloads
› eCards & Digital Download
› Greeting & Note Cards
› Heaven Is For Real Shop
› Home & Wall Décor
› Mugs, Wrist Bands & More
› Ornaments & Whimsy
› Special Limited Time Offers



**Prince of Peace, Canvas Prints, artist Akiane Kramarik**

From $ 179.00   $199.00

[☰ OPTIONS]



**JESUS, Canvas & Fine Art Prints by Akiane Kramarik**

From $ 1,900.00

[☰ OPTIONS]



**Father Forgive Them, Canvas & Prints by Akiane Kramarik**

From $ 99.95

[☰ OPTIONS]



**Jesus, Prince of Peace Canvas, Akiane Signed & Numbered, Collector Edition**

$ 3,300.00

[🛒 BUY NOW]



**Prince of Peace, Print in Elegant 16 x 20-inch Frame**

$ 179.00   $199.95

[🛒 BUY NOW]




**CUSTOMER SERVICE**

Contact Us
Prayer Request
Helpful Resources
Our Guarantee
Shipping Info

**ART & SOULWORKS**

About Us
Our Mission
Philanthropy
Meet the Founder
Our Blog

**STAY CONNECTED**

Art Soulworks LLC
P.O. Box 1179
Evergreen, CO 80439
1.888.308.8659
Fax 1.888.308.8629

Large Selection of Jesus Prince of Peace Gifts  Your Trusted Source for Giving Gifts of Grace™

© 2019 Art & SoulWorks. All rights Reserved. Sitemap

Document title: Pictures of Jesus &amp; Jesus Art Work by Child Prodigy Akiane Kramarik – Art &amp; SoulWorks
Capture URL: https://art-soulworks.com/collections/jesus-artwork
Capture timestamp (UTC): Mon, 07 Oct 2019 04:57:07 GMT

# EXHIBIT S



 **Prince of Peace Friends**
18 December 2014 · 🌐

Meet Akiane Kramarik the artist who painted Prince of Peace in this 4 minute Video Bio ...

#Jesus #Akiane #Christ

 9.1K                                          774 comments  11K shares  339K views

 **Share**



**Prince of Peace Friends**
19 December 2014 · 🌐

Meet Akiane Kramarik the artist who painted Prince of Peace in this 4 minute Video Bio ...

#Jesus #Akiane #Christ

👍 Like Page ···

**People who shared this** ✕

**Fabi Murry** ···
22 August · 🌐

Show Attachment

👍 1

👍 Like          ↪ Share

**PatnVal Love** ···
21 August · 🌐

Show Attachment

👍 Like          ↪ Share

**Denise Clark** ···
7 August · 🌐

Show Attachment

👍 Like          ↪ Share

**Towie Bixby** ···
5 August · 🌐

The book: Heaven is for Real depicts a young boy's trip to heaven. Over the years, the parents continued to ask him if this or that picture of Jesus is what Jesus looks like. It wasn't until they asked him about this one and he exclaimed, "THAT'S HIM! THAT'S HIM!"
Jesus is still alive. There is still hope. He is the only way into heaven. No other name but Jesus. His name is above all names.

# EXHIBIT T

 Akiane Artwork - Tagged: A New Journey
12 September 2018 · 🌐

Purchase Akiane's new painting "A New Journey" - https://mailchi.mp/
.../akianes-new-painting-a-new-journey-115...



  

👍❤️😮 690                                    42 comments  25 shares

 Share

# EXHIBIT U

Prince of Peace Friends

Start a new journey today with complete dependence on Jesus.

Recently released by Akiane Kramarik is "New Journey", click here to see her latest painting: https://art-soulworks.com/.../a-new-journey-by-akiane-kramari...



🙂❤️😮 777

51 comments 183 shares



# EXHIBIT V



SIGN IN





**PrinceOfPeaceArt**
4,802 subscribers

**SUBSCRIBE**

# EXHIBIT W

👍 Like   🔊 Follow   ↗ Share   ⋯

Like · Reply · 6w

View 23 more comments



**Prince of Peace Friends**

@jesusprinceofpeace

Home

Posts

Reviews

Videos

Photos

Events

About

Community

Email Signup

Offers

**Create a Page**

 **Prince of Peace Friends**
10 January · 🌐                              ⋯

TRUST - Painting & Poem by Akiane Kramarik

See more of Akiane Art bit.ly/OfficialAkianeArt



Trust by Akaine Kramarik ©

Compliments of ~ www.Art-SoulWorks.com

▶ ━━━━━●━━━━━━━  -0:39  ⚙ 🔳 🔳 🔇

👍❤ 147                        6 comments  29 shares

shoulde

See mo

**Commu**

👥 Invit

👍 715,

🔊 707,

**About**

📞 888.

🌐 www

🗂 Com

💲 Price

ⓘ Impr

✏ Sugg

 **Pa**

Facebook
understand
the people

📋 Page

Pages lik





facebook **Sign Up**

Email or Phone



R

Sh
T
er
0

D
M
W
1



**Prince of Peace Friends**
10 September 2018 ·

A NEW JOURNEY, Akiane painting a beautiful painting about embarking on a new life journey -a visual of navigating the troubled waters of life. Akiane Kramarik, an artist and visionary journalist, has been bringing divine messages from heaven to earth with her allegorical paintings since she first visited heaven at age 8. Visit the Official Akiane Art Gallery & Shop at: www.Art-SoulWorks.com

206                                                12 comments  38 shares  3.1K views

# EXHIBIT X

 

Search Entire Store


Trusted Source of Jesus Prince of Peace Gifts & Art

| JESUS ART | PRINCE OF PEACE | HEAVEN IS FOR REAL | ALL COLLECTIONS MENU ▼ | ABOUT |

## *Home & Wall Décor*

*Grace any room with Heavenly Art! Let the beautiful art of Jesus help create a peaceful and inviting home atmosphere. Discover divinely inspired art and including Jesus Prince of Peace by the child prodigy, Akiane Kramarik. Our elegant gift collection includes fine art canvas and prints designed to encourage and delight you. Be sure to check out hand-crafted adornments & ornaments made of recycled copper, brass & nickel by Thai village artisans - project proceeds help sustain village families. Choose fine art or fun art!*

### BROWSE ALL SHOPS

> Home & Wall Décor

> Ornaments & Whimsy

> Mugs Magnets

> Art Downloads

> Jesus Prints by Akiane

> Specials

> Blessed Mother Mary

> Bookmarks & BookDarts

> Bookmarks -Akiane & More

> Books, Music, Movies

> Calendars, Journals & Cards

> eCards & Digital Download

> Father Forgive Them

> Limited Time Offers*

> Whimsy Clips-over-the-Page Bookmarks

> Greeting Cards & Magnets

> Heaven Is For Real Shop

> Jesus Fine Artwork Collection

> Jesus Prince of Peace Art



☆☆☆☆☆

**Jesus, Prince of Peace - Canvas as painted by Akiane Kramarik**

$ 179.00

🛒 BUY NOW



★★★★★

**Prince of Peace, Canvas Prints, artist Akiane Kramarik**

From $ 1,900.00

☰ OPTIONS



☆☆☆☆☆

**Jesus, Prince of Peace Canvas, Akiane Signed & Numbered, Collector Edition**

From $ 2,400.00

☰ OPTIONS







Bookmarks

> Greeting Cards & Magnets

> Heaven Is For Real Shop

> Jesus Fine Artwork Collection

> Jesus Prince of Peace Art Gallery







★ ★ ★ ★ ★

★ ★ ★ ★ ★

★ ★ ★ ★ ★

**Mother's Love, Jesus & Mary, Double Matted Print, 16 x 20-inches***

**JESUS, Canvas & Fine Art Prints by Akiane Kramarik**

**Father Forgive, Jesus Praying, Double-Matted Print, 16 x 20-inches***

$ 99.95

From $ 350.00

$ 99.95

🛒 BUY NOW

☰ OPTIONS

🛒 BUY NOW







★ ★ ★ ★ ★

☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

**Father Forgive Them, Canvas & Prints by Akiane Kramarik**

**Innocence, Canvas Prints by Akiane Kramarik**

**On My Knees, Child Jesus Praying, Canvas & Fine Art Prints by Akiane Kramarik**

From $ 99.95

$ 179.00

$ 179.00

☰ OPTIONS

🛒 BUY NOW

🛒 BUY NOW







☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

**Hope, Fine Art Print by Akiane Kramarik**

**Co-Creation, Canvas by Akiane Kramarik at age 11**

**The Swing, canvas print by artist Akiane Kramarik**

$ 2,900.00

From $ 2,200.00

$ 350.00

  

☆☆☆☆☆

**Hope, Fine Art Print by Akiane Kramarik**

$ 2,900.00

🛒 BUY NOW

☆☆☆☆☆

**Co-Creation, Canvas by Akiane Kramarik at age 11**

From $ 2,200.00

☰ OPTIONS

☆☆☆☆☆

**The Swing, canvas print by artist Akiane Kramarik**

$ 350.00

🛒 BUY NOW

  

☆☆☆☆☆

**Love at First Sight, Original & Limited Edition Fine Art Prints by Akiane Kramarik**

From $ 4,900.00

☰ OPTIONS

☆☆☆☆☆

**The Angel, the Original painted by Akiane Kramarik**

$ 180,000.00

🛒 BUY NOW

☆☆☆☆☆

**Vulnerable, Canvas Print by Akiane Kramarik**

$ 479.00

🛒 BUY NOW

   

☆☆☆☆☆

**Love - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆☆☆☆☆

**Free Spirit Angle - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆☆☆☆☆

**Wish - Handmade Ornament**

$ 19.95

🛒 BUY NOW

SAVE 20%

$ 19.95

$ 19.95

$ 19.95

🛒 BUY NOW

🛒 BUY NOW

🛒 BUY NOW







☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

**Rustic Star - Handmade Ornament**

**HOPE Ribbon - Handmade Ornament**

**Rustic Heart - Handmade Ornament**

$ 19.95

$ 16.00  $ 19.95

$ 19.95

🛒 BUY NOW

🛒 BUY NOW

🛒 BUY NOW







☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

☆ ☆ ☆ ☆ ☆

**JOY - Handmade Ornament**

**Love Cross - Handmade Ornament**

**Word of Faith - Handmade Ornament**

$ 16.00  $ 19.95

$ 19.95

$ 16.00  $ 19.95

🛒 BUY NOW

🛒 BUY NOW

🛒 BUY NOW











☆☆☆☆☆

**HOPE - Handmade Ornament**

**$ 19.95**

🛒 BUY NOW



**Starburst Heart - Handmade Ornament**

**$ 19.95**

🛒 BUY NOW



**Milagro Cross - Handmade Ornament**

**$ 19.95**

🛒 BUY NOW



☆☆☆☆☆

**Bella Angel - Handmade Ornament**

**$ 19.95**

🛒 BUY NOW



☆☆☆☆☆

**Sisterhood - Handmade Ornament (SOLD OUT)**

**$ 24.95**

🛒 BUY NOW



☆☆☆☆☆

**Sugar Plum - Handmade Ornament**

**$ 22.95**

🛒 BUY NOW



☆☆☆☆☆

**Jewel Cross - Handmade Ornament**

**$ 19.95**



☆☆☆☆☆

**Rising Star - Handmade Ornament**

**$ 19.95**





☆☆☆☆☆

**Guardian Angel - Handmade Ornament**

**$ 19.95**

☆ ☆ ☆ ☆ ☆

**Jewel Cross - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆ ☆ ☆ ☆ ☆

**Rising Star - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆ ☆ ☆ ☆ ☆

**Guardian Angel - Handmade Ornament**

$ 19.95

🛒 BUY NOW





☆ ☆ ☆ ☆ ☆

**Old Fashioned Sun - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆ ☆ ☆ ☆ ☆

**Pine Owl - Handmade Ornament**

$ 19.95

🛒 BUY NOW

☆ ☆ ☆ ☆ ☆

**Magical Moon - Handmade Ornament**

$ 19.95

🛒 BUY NOW

1   2   3   →



## CUSTOMER SERVICE

Contact Us
Prayer Request
Helpful Resources
Our Guarantee
Shipping Info

## ART & SOULWORKS

About Us
Our Mission
Philanthropy
Meet the Founder
Our Blog

## STAY CONNECTED

Art Soulworks LLC
P.O. Box 1179
Evergreen, CO 80439
**1.888.308.8659**
Fax: 1.888.308.8629



Largest Selection of Jesus Prince of Peace Gifts     **12 Years**     Your Trusted Source for Giving Gifts of Grace™

© 2019 Art & SoulWorks. All rights Reserved. Sitemap



Document title: Trusted Source of Jesus Prince of Peace Gifts &amp; Inspiational Art – Art &amp; SoulWorks
Capture URL: https://art-soulworks.com/
Capture timestamp (UTC): Mon, 12 Aug 2019 18:41:33 GMT

Page 6 of 6

# EXHIBIT Y

Email or Phone          Password

Forgot account?

# Prince of Peace

*I am the light of the world. Whoever follows me will never walk in darkness, but will have the light of life.*

*A community learning to love like Jesus, inspiring one another... praying, caring, sharing ways to bring his light into the world by Art-SoulWorks.com*

## Prince of Peace Friends
@jesusprinceofpeace

Home
Shop
Posts
Reviews
Videos
Photos
Events
**About**
Community
Email Signup
Offers

Create a Page

👍 Like    ↱ Share                    Shop Now    💬 Send Message

### About                                              ✏ Suggest Edits

**PAGE INFO**

🚩 Founded in January 2003

💲 Price Range
$$

🎯 Mission
Our mission is to share Jesus "Prince of Peace" with the world, one inspiration at a time - to be an example of God's love & abundance. We have been called to ... See More

**CONTACT INFO**

📞 Call 888.308.8659

✉ info@art-soulworks.com

🌐 http://www.Art-SoulWorks.com

**MORE INFO**

ℹ Release Date
2003

ℹ Affiliation
Official Source for Jesus Art & Inspiration featuring, Bible scripture, and encourage quotes from the Heaven is for real series, a book by Todd & Colton Burpo

ℹ About
Trusted source of inspiration & gifts often featuring Prince of Peace, the Heaven is for the Real face of Jesus painted by 8-year old, child prodigy, Akiane Kramarik. Posts here are by Art & SoulWorks staff & community members not by Akiane Kramarik.

ℹ Impressum

ℹ Company Overview
Trusted source of Jesus Gifts and Art. We share the Word by licensing, manufacturing and distributing beautiful gifts from Christian artists around the world ... See More

ℹ Prince Of Peace, Akiane' Kramarik's painting of Jesus, created at the Age of 8 in 2003 is featured in the book, Heaven is for Real, by Todd & Colton Burpo- the ...
See More

🏆 Awards
2012 & 2013 "Prince of Peace" (original painted by Akiane Kramarik) was selected for the Christian Retail Award by Carpentree, our fine art framing partner.

ℹ Products
Jesus Art & unique gifts created by artists from around the world including cards, stationery products, journals, unique gifts hand-crafted in fine metals and so much more.

🔒 Community

**STORY**

## I HAVE LOVED YOU WITH AN EVERLASTING LOVE
THEREFORE HAVE I CONTINUED MY FAITHFULNESS

### Jesus is the Prince of Peace and Heaven is for Real ...

For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counselor , The mighty God, The everlasting Father, The Prince of Peace. Isaiah 9:6

Father, energizer me with a supernatural quickening! Encompass me with a shield of protection ... because your word says tha...

See More

🚩 Milestones

2012   • ANNOUNCING ~ JESUS & AKIANE MAGNETS

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語  +

Sign Up    Log In    Messenger    Facebook Lite    People    Pages    Page Categories    Places    Games    Locations    Marketplace
Groups    Instagram    Local    Fundraisers    Services    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies
Ad Choices▷    Terms    Help

Facebook © 2019

**See more of Prince of Peace Friends on Facebook**

Log In      or      Create New Account

# EXHIBIT Z

**Archived:** Tuesday, July 16, 2019 6:35:39 PM
**From:** Anne Thull
**Sent:** Fri, 21 Jun 2019 22:17:22
**To:** Akiane Gallery
**Subject:** Re: Update
**Sensitivity:** Normal

---

Hi Jonathan,
   Monday is my day off-so it would be good if it was delivered on a Monday to my home address:
3187 17 Mile Dr
Pebble Beach CA 93953
415-706-2816 cell (add my cell)

Yes, I thought Art & Soul was the original website and contact for Akiane's originals - the person who answered (a woman) immediately referred me to the correct website for originals. I think I recall they said they sell Akiane's prints ? I googled a few times to try to find your 'originals to buy' website and the response was Art & Soul vs your website .

Thanks very much for all your help!
Anne


On Jun 21, 2019, at 8:04 AM, Akiane Gallery <prints@akiane.com> wrote:

Hello Anne,

We hope all is well!

Your final payment for the two originals will be upcoming very soon and we are beginning to build your art crate for the shipment of originals. Very exciting!

Is there a particular date after the 1st of July that would be most convenient for you to receive the originals?

Also, the Akiane Gallery has recently begun overviewing it's online presence in regards to advertising and public relations and we were hoping you could answer a quick question for us, when you originally contacted Art&SoulWorks for your inquiry of Akiane's originals, did you think Art&Soulworks was the "Official Website" of Akiane's?"

Thank you so much and we look forward to your correspondence!

Sincerely,

## Jonathan
Managing Director
833 Central Ave. Unit 1250
Highland Park, IL 6035
1-208-712-4491
www.akiane.com

**Archived:** Tuesday, July 16, 2019 6:29:15 PM
**From:** at a von Tiesenhausen
**Sent:** Sat, 22 Jun 2019 08:31:26
**To:** Akiane Gallery
**Subject:** Re: Akiane Gallery
**Sensitivity:** Normal

---

Hello Jonathan!

Yes, that's correct. When I did the Google search, it was for the particular painting. Instead of typing in Akiane's name, I typed in "The  ight." That is the website that seemed to be the one where I could get info for buying the painting. I now think that if I had typed in  ust her name, perhaps I would have found her actual personal website 1st.

I continue to en oy the painting every day. A friend of mine came over to see it a few days ago, and as she stood in front of it, she began having ama ing insights out of the clear blue...about things that I was thinking about at the same time that she couldn't have known. Wow! It's got quite a special energy.

Hope you and everyone at the gallery are doing well!  u 1 1  ? u     ? u 1 1  ? u   1 ? ?
 at a

Sent from my i  hone

On Jun  1,   1 , at 11    A  , Akiane Gallery    prints  akiane.com   wrote

> Hello  at a,
>
> We hope you are doing wonderful and all is well!
>
> The Akiane Gallery has recently begun overviewing it's online presence in regards to advertising and public relations and we were hoping you could answer a quick question for us, when you originally contacted Art&Soulworks for your inquiry of Akiane's originals, did you think Art&Soulworks was the "Official Website" of Akiane's?"
>
> Thank you so much and we look forward to your correspondence!
>
>
> Sincerely,
>
> **Jonathan**
> Managing Director
> 833 Central Ave. Unit 1250
> Highland Park, IL 6035
> 1-208-712-4491
> www.akiane.com

**Archived:** Tuesday, July 16, 2019 6:26:50 PM
**From:** Mark   ramarik
**Sent:** Tue, 18 Jun 2019 16:08:52
**To:** Akiane Gallery
**Subject:** Fw:   hat are your thoughts about Heaven is for Real?
**Sensitivity:** Normal

-----  orwarded Me   age -----
**From:** Art   o l  ork   carol  art- o lwork .com
**To:** Phe  e   he  e r  hotmail.com
**Sent:**   at  rda , March 9, 2019, 9 22 57 AM C
**Subject:**   e   hat are   o r tho ght   a o t Heaven i   or  eal

Ph  lli

have   ent  o  r me   age directl   to Akiane and her  amil .


Carol Corneli   on
Art- o  l   ork .com

 n Mar 9, 2019, at 3 05 AM, Phe  e   he  e r   hotmail.com   wrote

Hi Carol, did   o   get the email I   ent to Akiane a  o t the   l e Hor  e l wa   wondering i   he co ld   aint

  hank  ,
Ph  lli

**Archived:** Tuesday, July 16, 2019 6:26:11 PM
**From:** Mark    ramarik
**Sent:** Tue, 18 Jun 2019 16:07:11
**To:** Akiane Gallery
**Subject:** Fw: New customer message on March 31, 2019 at 5:44 am
**Sensitivity:** Normal

-----  orwarded Me    age -----
**From:** Art     o  l  ork   carol  art- o  lwork  .com
**To:** Mark   ramarik   mark  kramarik7    ahoo.com
**Sent:**   nda , March 31, 2019, 9 31 24 AM CD
**Subject:**   wd    ew c   tomer me    age on March 31, 2019 at 5 44 am

Carol Corneli    on
Art- o  l  ork  .com

  egin  orwarded me    age

    **From:** Art   o  l  ork   ho i       mailer    ho i  .com
    **te:** March 31, 2019 at 4 44 47 AM M
    **To:** in o   art- o  lwork  .com
    **Subject:**   e  cu tomer me    e on   rc      t :    m
      e   **To:**     mengeln    cglo al.net

          o   received a new me   age  rom  o r online   tore   contact
        orm.

            **me:**
        Michelle L Engeln

            **m  :**
        pmengeln@sbcglobal.net

              e Sub m tte   From:
        contact

              one   umber:

              o   :
        Are you aware that dhgate is selling your painting?\lineHere is
        the link below:\linehttps://www.dhgate.com/product/heaven-
        is-for-real-jesus-1pcs-home-decor/412438905.html?
        skuAttr=9999:1000

**Archived:** Tuesday, July 16, 2019 6:30:20 PM
**From:** Akiane Gallery
**Sent:** charset="utf
**To:** Anne Picard
**Subject:** RE: Facebook Page
**Sensitivity:** Normal

---

Greetings Anne,

"Prince of Peace Friends" Facebook Page has no affiliation with Akiane or her Gallery.

If you would like to directly view Akiane's social media posts, please visit her official page @akianeart

If you have any other questions or comments, don't hesitate to let us know!


Sincerely,

Jonathan
Managing Director
833 Central Ave. Unit 1250
Highland Park, IL 6035
1-208-712-4491
https://protect-us.mimecast.com/s/vEjuC68mx6F0E3oXt6aYDd?domain=akiane.com


-----Original Message-----
From: Anne Picard <amgen@gwi.net>
Sent: Friday, May 17, 2019 7:14 AM
To: contact@akiane.com
Subject: Facebook Page

Hello Akiane,
    Thank you for your beautiful works of art portraying Jesus.  They're inspiring and amazing.
    I have a question for you.  Is the Facebook page, Prince Of Peace Friends your page?  It seems to have changed, and articles and pictures posted aren't following scripture.
    Just curious, because many people follow that page, and I don't want them to be misled.
    Thank you!
    Anne

Sent from my iPhone

# EXHIBIT AA



# EXHIBIT BB



DH FASHION WEEK ENJOY BECOMING THE FOCUS UP TO 50% OFF shop now

Welcome! Join Free or Sign in | New Buyer Coupons! $ | Buyer Protection | Help | DHport | Save more on our App! | English

DHgate.com Buy Globally · Sell Globally | Shop by Categories | I'm shopping for... | Hi, Sign in My DHgate | 0 Cart

Sold By : Wumami 29 Transactions 100% Positive Feedback Message Online Chat

Home > Home & Garden > Arts, Crafts & Gifts > Paintings > Product detail

See larger image

Share on

**Heaven Is for REAL Jesus -1,1 Pieces Canvas Prints Wall Art Oil Painting Home Decor (Unframed/Framed) 24X36.**

Price: US $5.98 - 85.72 / Piece  Reference Currency

size: Size

Options: Select -

| Wholesale Price ( Piece ): | 1 + | 10 + | 44 + | 50 + | 100 + |
|---|---|---|---|---|---|
| | US $8.00 | US $7.60 | US $6.93 | US $6.57 | US $6.20 |

Quantity: 1 Piece 199 in Stock ( Stock in: CN )

Shipping Cost: Free Shipping to United States Via ePacket
Estimated delivery time: Oct 3 and 25, ships out within 3 business days ?

Total Cost: The total price will depend on the final product features you select

Buy it Now | Add to Cart

Add to Favorite Items ( 0 )

Seller Guarantee: Return policy On-time Delivery in 28 days

**More Choices**

Courageous Voyage Thomas Kinkade
US $15.38 - 508.34 / Piece

Your Bet by Brent Lynch High Quality art
US $15.38 - 788.55 / Piece

Victorian Light Thomashire Thomas
US $15.38 - 548.96 / Piece

OLD SAM PEABODY TAKES TEA High
US $7.15 - 488.55 / Piece

1/3

**Customers Who Bought This Item Also Bought** 1/4

Document title: 2019 Heaven Is For REAL Jesus 1,Canvas Prints Wall Art Oil Painting Home Decor Unframed/Framed 24X36. From Wumami, $5.98 | DHgate.Com
Capture URL: https://www.dhgate.com/product/heaven-is-for-real-jesus-1-1-pieces-canvas/460186380.html#s42-21-1;searl%7C2686781512
Capture timestamp (UTC): Sat, 21 Sep 2019 02:17:43 GMT

# EXHIBIT CC



 Art Akiane and Prince of Peace

All | Images | Shopping | News | Videos | ⋮ More | Settings | Tools

About 156,000 results (0.83 seconds)

**See Art Akiane and Prince of Peace**     Sponsored ⓘ

    

| Prince of Peace | Even A Sparrow Canvas Print /... | The Light | 2019 Tuvalu $1 1-oz Silver... | Large Gallery-Wrapped... |
|---|---|---|---|---|
| $59.00 | $49.63 | $350.00 | $39.95 | $87.49 |
| Etsy | FineArtAmerica... | Etsy | GovMint.com | GreatBigCanva... |

**Akiane** said **Prince of Peace** is one of her most favorite and memorable paintings. At the young age of eight, a mysterious carpenter was introduced to her in the hope that his facial features would inspire **Akiane**. ... Years later, when he saw Kramarik's **Prince of Peace** on TV, he told his father "Dad, that one's right."


www.pinterest.com

**Akiane - Wikipedia**
https://en.wikipedia.org › wiki › Akiane

ⓘ About Featured Snippets    ▣ Feedback

**Images for Art Akiane and Prince of Peace**

     ›

→ More images for Art Akiane and Prince of Peace     Report images

**Prince Of Peace – Official Akiane Gallery - Akiane Kramarik**
https://akiane.com › product › prince-of-peace ▾
$59.00 to $3,300.00 · In stock
For many years a blurry image of **Prince of Peace** appeared to me in my dreams and visions.Only after a mysterious carpenter came knocking on our door one ...

| People also ask | |
|---|---|
| How much is akiane Kramarik worth? | ⌄ |
| How old is akiane Kramarik today? | ⌄ |
| What nationality is akiane Kramarik? | ⌄ |
| Where was akiane Kramarik born? | ⌄ |

Feedback

**Akiane Kramairk Jesus Painting ~ Past, Present & Future – Art ...**
https://art-soulworks.com › pages › prince-of-peace-past-present-future ▾
Painted by a child prodigy, **Akiane** Kramarik. "**Prince of Peace**, the Resurrection Painting" is the first is a series of inspirational paintings of Jesus by American **artist Akiane** Kramarik, who created this masterful portrait of Jesus at age 8. ... Naturally, **Akiane's** family was ...

**Prince of Peace - The Painting – Art & SoulWorks**
https://art-soulworks.com › pages › prince-of-peace-painting ▾
Why is a child's Jesus "**Prince of Peace**" painting sought after? ... (More of the **Akiane's** story can be found in her biography, **Akiane**: Her Life, Her **Art**, Her Poetry ).

**Akiane - Wikipedia**
https://en.wikipedia.org › wiki › Akiane ▾
**Akiane** said **Prince of Peace** is one of her most favorite and memorable paintings. At the young age of eight, a mysterious carpenter was introduced to her in the hope that his facial features would inspire **Akiane**. ... Years later, when he saw Kramarik's **Prince of Peace** on TV, he told his father "Dad, that one's right."
Early life · Paintings · Spirituality · Prince of Peace

Videos

   
3:56

  
5:17

 
0:22    ›

| Comparison of the ISA Tile, Prince of Peace and Shroud of Turin | Akiane on The Katie Couric Show | Prince Of Peace & Shroud Of Turin |
|---|---|---|
| Akiane Kramarik | Akiane Kramarik | Akiane Kramarik |
| YouTube · Jan 14, 2014 | YouTube · Jan 8, 2014 | YouTube · Jan 8, 2014 |



→ More images for Art Akiane and Prince of Peace          Report images

**Prince Of Peace – Official Akiane Gallery - Akiane Kramarik**
https://akiane.com › product › prince-of-peace ▾
$59.00 to $3,300.00 · In stock
For many years a blurry image of **Prince of Peace** appeared to me in my dreams and visions.Only after a mysterious carpenter came knocking on our door one ...

**People also ask**

| How much is akiane Kramarik worth? | ⌄ |
|---|---|
| How old is akiane Kramarik today? | ⌄ |
| What nationality is akiane Kramarik? | ⌄ |
| Where was akiane Kramarik born? | ⌄ |

Feedback

**Akiane Kramaik Jesus Painting ~ Past, Present & Future – Art ...**
https://art-soulworks.com › pages › prince-of-peace-past-present-future ▾
Painted by a child prodigy, **Akiane** Kramarik. "**Prince of Peace**, the Resurrection Painting" is the first in a series of inspirational paintings of Jesus by American **artist** Akiane Kramarik, who created this masterful portrait of Jesus at age 8. ... Naturally, **Akiane's** family was ...

**Prince of Peace - The Painting – Art & SoulWorks**
https://art-soulworks.com › pages › prince-of-peace-painting ▾
Why is a child's Jesus "**Prince of Peace**" painting sought after? ... (More of the **Akiane's** story can be found in her biography, **Akiane**: Her Life, Her **Art**, Her Poetry.).

**Akiane - Wikipedia**
https://en.wikipedia.org › wiki › Akiane ▾
**Akiane** said **Prince of Peace** is one of her most favorite and memorable paintings. At the young age of eight, a mysterious carpenter was introduced to her in the hope that his facial features would inspire **Akiane**. ... Years later, when he saw Kramarik's **Prince of Peace** on TV, he told his father "Dad, that one's right."
Early life · Paintings · Spirituality · Prince of Peace

**Videos**



3:56                          5:17                          0:22

Comparison of the ISA        Akiane on The Katie          Prince Of Peace &
Tile, Prince of Peace        Couric Show                  Shroud Of Turin
and Shroud of Turin

Akiane Kramarik              Akiane Kramarik              Akiane Kramarik
YouTube · Jan 14, 2014       YouTube · Jan 8, 2014        YouTube · Jan 8, 2014

**Prince of Peace painting - STOLEN - Facebook**
https://www.facebook.com › posts › prince-of-peace-... ▾
**Prince of Peace** painting - STOLEN - leaving **Akiane** heartbroken! ... "**Prince of Peace**" painting of Jesus was a constant grief but ... https://art-soulworks.com/...

**2016 "Prince of Peace" and Art by Akiane... - Prince of Peace ...**
https://www.facebook.com › posts › 2016-prince-of-... ▾
2016 "**Prince of Peace**" and **Art** by **Akiane** Calendar Now Available! Check out the SALE at **Art** & Soul Works - the 2016 **Akiane** Jesus Calendar headlined "Be ...

**For child art prodigy Akiane, Jesus is for real | God Reports**
godreports.com › 2012/01 › for-child-art-prodigy-akiane-jesus-is-for-real ▾
Jan 4, 2012 - **Akiane's** painting of Jesus was a painstaking effort. "The '**Prince of Peace**' took me 40 hours to paint and another 20 hours of working with ...

**Akiane Kramarik painting Prince of Peace at age 8 | AMAZING ...**
https://www.pinterest.com › pin ▾
**Akiane's** **Prince of Peace** Portrait of Jesus ( by 8 yr old that claims to have .... About **Akiane's** **Prince of Peace** Painting Revealed on the – **Art** & SoulWorks Peace ...

**Searches related to Art Akiane and Prince of Peace**

| | |
|---|---|
| akiane **kramarik** prince of peace **original** | prince of peace **painting** and **shroud** of **turin** |
| akiane prince of peace **original** | father forgive them **painting** |
| prince of peace **painting stolen** | akiane **kramarik poetry** |
| akiane prince of peace **stolen** | akiane **kramarik married** |


1 2 3 4 5 6 7 8 9 10          Next

Document title: Art Akiane and Prince of Peace - Google Search
Capture URL: https://www.google.com/search?source=hp&amp;ei=OkuaXfqfJeKMtgXgpK_4Cg&amp;q=Art+Akiane+and+Prince+of+Peace&amp;oq=Art+Akiane+and...
Capture timestamp (UTC): Sun, 06 Oct 2019 20:23:50 GMT







Filter results

POSTS FROM
- Anyone
- You
- Your friends
- Your groups and Pages
- Public
- Choose a source...

POST TYPE
- All posts
- Posts you've seen

POSTED IN GROUP
- Any group
- Your groups
- Choose a group...

TAGGED LOCATION
- Anywhere
- Choose a location...

DATE POSTED
- Any date
- 2019
- 2018
- 2017
- Choose a date...

**Videos** See all

**When Akiane was asked by Oprah where her talent originated from, how did you think Akia...**
Prince of Peace Friends
5 March 2015 · 235,494 views

**The true story of Akiane kramarik vision saw and met Jesus christ in dreaming. She was child...**
Noel Mendivil
22 January 2016 · 173 views

**Celebrating 10 Years of Akiane Paintings**
Akiane - 10 Years of Art - 18 years of Age 2012
Prince of Peace Friends
10 June 2014

**Prince of Peace Friends**
Page · 714K like this · Community

14 Mar · ...with a canvas print, of Jesus, Prince of Peace, by Akiane Kramnik. This anointed Jesus portrait is believed to be the real face of Jesus, the resurrection painting of Christ by 8-year-old Akiane Kramarik seen on the Oprah Winfrey sho... –...

1.5K · 68 comments · 260 shares

**Photos** See all

**Prince of Peace Friends**
Page · 714K like this · Community

31 Aug 2018 · ...where to get Your complementary Prince of Peace Picture and Akiane Info 👉 www. Art-SoulWorks.com

274 · 31 comments · 75 shares

**Prince of Peace Friends**
Page · 714K like this · Community

7 Sep 2015 · Jesus, Prince of Peace by Akiane Kramarik - You are chosen, blessed and highly favored! - Montage by Art & SoulWorks

11K · 891 comments · 6.7K shares

**Prince of Peace Friends** Like
Page · 714K like this
Trusted source of inspiration & gifts often featuring Prince of Peace, the Heaven is for the Real face of Jesus painted by 8-year old ch...

**PRINCE OF PEACE** + Join
Group · 1.2K members
Nobody climbs mountains for scientific reasons. Science is used to raise money for the expeditions, but you really climb for the hell o...
6 posts a day

**Misty Black**
Skool of Hard Knox

17 Oct 2018 · All I have to stand on is

1

**Akiane Kramarik**
Page · 317K like this · Artist

28 Nov 2014 · ...Art Now Available For All Images, Prince Of Peace Acrylic Blocks, Black Friday Promo. Posted By: Akiane Gallery Staff https://www.akiane.com/specials

5.8K · 231 comments · 868 shares

**Art Talk'n**
Page · 1.1K like this · Product/service

English (UK) · English (US) · Español · Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices · Cookies · More
Facebook © 2019

Chat

Case: 1:19-cv-02952 Document #: 66-1 Filed: 10/07/19 Page 149 of 177 PageID #:2687

Filter results

POSTS FROM
- Anyone
- You
- Your friends
- Your groups and Pages
- Public
- Choose a source...

POST TYPE
- All posts
- Posts you've seen

POSTED IN GROUP
- Any group
- Your groups
- Choose a group...

TAGGED LOCATION
- Anywhere
- Choose a location...

DATE POSTED
- Any date
- 2019
- 2018
- 2017
- Choose a date...

5.8K · 231 comments · 868 shares

**Art Talk'n**
Page · 1.1K like this · Product/service

9 Jan · ...in learning about the significance of Akiane's depictions of Jesus, you can read here: http://marialang.net/prince-of-peace-by-akiane-kramarik/

6 · 2 shares

**Prince of Peace Friends**
Page · 714K like this · Community

14 Oct 2016 · Prince of Peace painting amazes believers and scientists ... read more here: https://art-soulworks.com/pages/prince-of-peace-painting

1.3K · 44 comments · 390 shares

**Burke Veazey**

25 Jan 2018 · Art and the Prince of Peace When Akiane Kramiarik was 8 years old she painted a portrait of Jesus she called The Prince of Peace. It became famous the world over. Unfortunately, the original portrait was stolen. Then at 22 years of age, Akiane was asked to recreate the image....

3

**Prince of Peace Friends**
Page · 714K like this · Community

14 Jan · ...anxieties and giving me your peace ❤ ❤ See Akiane Art 👉 Click Here: https://art-soulworks.com/collections/specials

323 · 31 comments · 117 shares

**Prince of Peace Friends**
Page · 714K like this · Community

12 Jan · ...https://art-soulworks.com/pages/free-jesus-pictures ❤ Akiane Art Gallery 👉 Click Here: https://art-soulworks.com/collections/specials

217 · 11 comments · 28 shares

**Charles Knowles**
Collision Repair Customer Support at TSLA

14 Jan 2018 · I love her art work! Amazing

**Sarah Bunch**
UP Photographers' Society

15 Dec 2018 · ...an invented name for the process of making fine art prints from a digital source using high quality ink-jet printing. Printed with Epson technology using high quality Epson pigmented inks. Longevity 70 to 100 –...

1 · 2 shares

**Erica Martinez ▸ Thriving Christian Artists**

11 Dec 2018 · ...blessed😊 also it is a recreation of Akiane Kramarik artwork named "Prince Of Peace"

56 · 4 comments · 1 share

**Marco Borrillo**
Scottsdale, Arizona

11 Aug · ...that I have ever seen. Title is "The Prince of Peace." Documentary on her here complete with a look at all her best paintings.

7 · 3 comments · 1 share

**Prince of Peace Friends**
Page · 714K like this · Community

9 Jan · ...https://art-soulworks.com/pages/free-jesus-pictures ❤ Akiane Art Gallery 👉 Click Here: https://art-soulworks.com/collections/specials

487 · 28 comments · 123 shares

**Diana Reiter ▸ Waterloo for Sale Group**

English (UK) · English (US) · Español · Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices · Cookies · More
Facebook © 2019

Chat

Art Akiane and Prince of Peace

Rashad Home Find Friends Create

All Posts People Photos Videos Pages Places Groups Apps Events Links

Filter results

POSTS FROM
- Anyone
- You
- Your friends
- Your groups and Pages
- Public
- Choose a source...

POST TYPE
- All posts
- Posts you've seen

POSTED IN GROUP
- Any group
- Your groups
- Choose a group...

TAGGED LOCATION
- Anywhere
- Choose a location...

DATE POSTED
- Any date
- 2019
- 2018
- 2017
- Choose a date...

15 Dec 2018 · …an invented name for the process of making fine art prints from a digital source using high quality ink-jet printing. Printed with Epson technology using high quality Epson pigmented inks. Longevity 70 to 100 –…

1 · 2 shares

Erica Martinez ▸ Thriving Christian Artists

11 Dec 2018 · …blessed😊 also it is a recreation of Akiane Kramarik artwork named "Prince Of Peace"

56 · 4 comments 1 share

Marco Borrillo
Scottsdale, Arizona

11 Aug · …that I have ever seen. Title is "The Prince of Peace." Documentary on her here complete with a look at all her best paintings.

7 · 3 comments 1 share

Prince of Peace Friends
Page · 714K like this · Community

9 Jan · …https://art-soulworks.com/pages/free-jesus-pictures ❤ Akiane Art Gallery 👉 Click Here: https://art-soulworks.com/collections/specials

487 · 28 comments 123 shares

Diana Reiter ▸ Waterloo for Sale Group

4 Jun · Prince of Peace

Art & SoulWorks
Page · 606 like this · Retail company

24 Mar 2017 · The Shroud of Turin and Prince of Peace by Akiane Kramarik are often compared ... did you know the Shroud of Turin is featured the book and upcoming movie .. A Case for Christ .. it will be in theaters early April. See Video showing more similarities here - click the link -…

133 · 9 comments 352 shares

Prince of Peace Friends
Page · 714K like this · Community

11 Jul 2015 · Free Prince of Peace Cards -instant download - www.Art-SoulWorks.com

2.1K · 39 comments 295 shares

Pete Righter
Columbus State University

13 Apr 2018 · …the age of 8, God gave child art prodigy Akiane Kramarik a vision of heaven, and Jesus Christ. This is the portrait of Jesus "Prince of Peace," as she remembers him. But that story doesn't end there. Colton Burpo, who in real life experienced time in heaven during his emergency…

10 · 11 comments 4 shares

Prince of Peace Catholic Church and School Group
Group · 324 members
The online community of Prince of Peace parishioners and school parents!
4 posts a day
+ Join

Prince of Peace
Group · 487 members
3 posts a day
+ Join

Prince Of Peace MOPS and MOMSnext-Springfield, VA
Group · 67 members
6 posts a day
+ Join

Prince of Peace Craft and Gift Shows
Group · 970 members
Put on your shopping shoes; it's Holiday Craft Show Time! Drop in to see our talented artisans and selection of Holiday delights!...
17 posts a week
+ Join

End of results

English (UK) · English (US) · Español · Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices · Cookies · More
Facebook © 2019

Chat

Want more to discover? Make Yahoo Your Home Page. See breaking news & more every time you open your browser.    No Thanks    Add it now

Art Akiane and Prince of Peace    🔍    Sign in    ✉    yahoo!

Web    Images    Video    News    More ▾    Anytime ▾

Get beautiful photos on every new browser window. Download >>

**Prince Of Peace – Official Akiane Gallery**
akiane.com/product/prince-of- ▾
**Prince Of Peace** For many years a blurry image of **Prince** of **Peace** appeared to me in my dreams and visions Only after a mysterious carpenter came knocking on our door one afternoon that I knew it was the right time to paint the story of hope.

**Past, Present & Future - Official Akiane Kramarik Art**
art-soulworks.com/pages/prince-of-peace-past... ▾
"Prince of Peace, the **Resurrection Painting**" is the first in a series of **inspirational paintings of Jesus** by **American artist Akiane Kramarik**, who created this masterful portrait of Jesus at age 8

**Art Akiane And Prince Of Peace - Image Results**



More Art Akiane and Prince of Peace images

**Key Revelation About Akiane's Prince of Peace Painting ...**
art-soulworks.com/blogs/posts/98897222-key... ▾
**Akiane** Kramarik is considered to be one of the world's top 20 artists, and although a completely self-taught artist, she is also considered to be the world's first binary genius in realism art and poetry. "**Prince** of **Peace**" by **Akiane** Kramarik

**Prince of Peace, Canvas Prints, artist Akiane Kramarik ...**
www.pinterest.com/pin/101331060352536668 ▾
**Jesus** "**Prince** of **Peace**" made by **Akiane Kramarik** at age She's a **child art prodigy**, born on July 1994 at Mount Morris, Illinois from an **Atheist** Looked up this girl's story and **painting** "**Prince Of Peace**" after reading the book Heaven Is For Real. Both amazing!

**Comparison of the ISA Tile, Prince of Peace and Shroud of ...**
www.youtube.com/watch?v=UsIsxFV_M6M ▾
**Akiane's Painting** "**Prince Of Peace**" Compared to the Shroud Of Turin and ISA Tile, **Prince Of Peace** by **Akiane Kramarik**, **Art Akiane** LLC, http://**akiane**.com

**For child art prodigy Akiane, Jesus is for real | God Reports**
godreports.com/2012/01/for-child-art-prodigy-akiane... ▾
**Jesus**. At eight-years-old, **Akiane** decided she wanted to paint the face of Jesus, based on the visions she received. She looked for a person she might use as an **artist's** model for a long time, and finally told her family they should **pray** for God to send someone.

**Akiane**
akiane.com ▾
Welcome to the remarkable world of internationally renowned artist **Akiane** Kramarik. View & Shop Inspirational Art! Watch spiritual Films! Read her Incredible Story!

**Amazon.com: akiane kramarik paintings**
www.amazon.com/akiane-kramarik-paintings/s?k=... ▾
**Akiane Kramarik Prince of Peace** 5x7 Double Matted Print (5x7, Double Matted Paper Print)

**Prince Of Peace | Creative | Jesus painting, Peace painting ...**
co.pinterest.com/pin/165577723780421308 ▾
**Jesus, Prince of Peace Gifts & Art** featuring the real face of Jesus - confirmed by Colton Burpo in Heaven is for Real book & movie, painted by 8-year old **artist Akiane Kramarik**. Plus, unique handcrafted, Christmas ornaments, cards and more inspirational **artisan** crafted gifts with 10% donated to help others in need

**Amazon.com: akiane prince of peace**
www.amazon.com/akiane-prince-peace/s?k=akiane... ▾
**Akiane Kramarik Prince of Peace** 8x10 Double Matted Print (8x10, Double Matted Paper Print)

Also Try
art akiane and prince of peace lyrics        prince of peace catholic church
art akiane and prince of peace quotes        prince of peace olathe ks
art akiane and prince of peace images        prince of peace lyrics
art akiane and prince of peace prayer        prince of peace tea

1    2    3    4    5    Next        5,270,000 results

Shop for Art Akiane and Prince of Peace    Ad

    2019 Tuvalu Akiane's Prince Of Peac...
ModernCoinMart
$39.95
Free Shipping

Settings    Help    Suggestions    Privacy (Updated)    Terms (Updated)    Advertise    About ads    About this page    Powered by Bing™

Document title: Art Akiane and Prince of Peace - Yahoo Search Results
Capture URL: https://search.yahoo.com/search?p=Art+Akiane+and+Prince+of+Peace&amp;fr=yfp-t&amp;fp=1&amp;toggle=1&amp;cop=mss&amp;ei=UTF-8
Capture timestamp (UTC): Sun, 06 Oct 2019 20:40:31 GMT

# EXHIBIT DD

January 28, 2019

Art Akiane, LLC
Akiane Kramarik and Family
585 Sumac Rd.
Highland Park, IL  60035

RE:  Letter, dated January 10, 2019

Dear Ones,

It has been 12 years since we embarked upon the unknown journey you referred to in your January 10, 2019 letter.  You said "we embarked upon and unknown journey … We all worked by faith more than by sight in order to move Akiane's mission and art forward. Sometimes we stumbled and sometimes we misunderstood one another, but we always kept on walking … to reveal God's work through us".  I totally agree!  We have definitely been through thick and thin.  We have always looked out for one another and helped one another much as a family would.

Because I am still trying to understand the contents and long-range implications of your letter and licensing dissolvement request I have taken the time to re-read nearly 3000 emails beginning with our initial conversations in 2006 to the present.  This review has been helpful to me and may be useful for you as well.

The history of ArtAkiane LLC, Akiane Art Gallery LLC and Art & SoulWorks LLC (ASW) is presented to you in chronological order in the following pages.  Perhaps these notes will be useful to all and provide insights for Akiane, owner of Akiane Art Gallery, and Jeanlu, the Managing Director, who were both children when we began our journey.

Thinking back, I still recall the excitement Foreli and I had as we discussed the possibilities of sharing Akiane's art with the world another way.  In 2006 the most economical option available to acquire Akiane's art was to purchase a canvas for $1800 - a cost the average household could not afford.  God says, "If you love me, feed my sheep."

When I first saw Akiane's "*Prince of Peace*" I felt God encouraging me to find ways to share Jesus and Akiane's gifts with the world.

God blessed us, and things fell in to place beginning our business relationship. It had only been a few weeks earlier that I watched a DVD of Paul Keith Davis interviewing Akiane. We were new Christians ourselves and were amazed as Akiane recalled her heavenly encounters.  After listening to Akiane's description of her resurrection painting of Jesus we planned to purchase "*Prince of Peace*" for our home, but soon we realized that God had other plans for us.

<div align="center">1</div>

As the past Director of the Private Label Division of Antioch Publishing, and with nearly three decades of corporate business experience, my name was well known in the industry. Product development and industry trade shows were second nature. I worked closely with key account buyers and understood their purchasing needs. I had taken early retirement from Antioch Publishing in 2003 and founded Art & SoulWorks LLC using a portion of my retirement savings. At that time I developed BookArt™ bookmarks for Barnes & Noble. These handmade bookmarks were in stores across the country and in 2006 BookArt™ represented 100% of our business. Beginning in 2006 the ASW focus was on a divine mission! For the past 12 years ASW's dedication to excellence in promoting our Gifts & Art by Akiane collection has grown and our metals have not grown as significantly due to my focus on Akiane's needs and requests. Gifts & Art by Akiane currently represent over 80% of our business efforts and revenue.

I approached my buyers at Barnes & Noble (as well as several other Christian companies that I had built relationships with over the last 10 years) and presented them with Akiane's art for custom products. I shared the Kramarik family story. Indeed, they were very interested in having Art & SoulWorks create bookmark, journals, cards and other "social expressions" featuring the art of this young girl who was telling the world about bringing her atheist family to know Jesus! Each buyer I spoke with was encouraged and delighted with what God had done through Akiane and the Kramarik family. This category, known as "book sidelines" would make Akiane's art available to the world at very affordable prices! Remember, Foreli, creating gifts featuring Art by Akiane was the topic of our very first phone conversation. *Official Gifts & Art by Akiane* became our tagline and slogan for this category and all of the Gifts we created with your blessing, assistance and approval going forward.

By the middle of May 2006, I had formally presented Akiane's art to the Barnes & Noble Gift Department Management as well as to Dave Brown, the CEO of Family Christian. Based on much prayer and the overwhelming positive feedback from the Art & SoulWorks customer base Mark, Foreli and I agreed to move forward.

Art & SoulWorks' mission statement closely paralleled the ArtAkiane LLC goal of making the face of Jesus, through Akiane's painting, Prince of Pace, available to every home in the world together. Because of this we all believed that embarking on this divine mission was a directive from God.

> *Art & SoulWorks' mission is to be a corporate example of God's Love and abundance by providing wholesome-value based retail products designed to inspire, educate, raise consciousness and support wholeness in our society.*
>
> *10% of more of all profits from our sales are continually donated to charities, organizations and causes that help mend broken hearts, broken homes and broken lives throughout the world in the name of Jesus.*

In May 2006 Art & SoulWorks presented the Kramarik family with our "Retail Outreach" business mode; specifically designed to ensure the greatest success spreading the word about Jesus through Akiane's story, art & poetry. Helping others by sharing love, hope and encouragement became our joint mission. We all agreed on the business strategy for sharing Akiane's story and art with the world beginning with retail bookstores and outlets across America.



We began with our first bookmark project at Barnes & Noble. Very soon afterwards, Akiane paintings titled "Trust" and "Supreme Sanctuary" were presented to the world on beautiful, hand tasseled bookmarks. Art & SoulWorks business changed from our focus on hand-crafted metals to include the creation, development and manufacturing of bookmarks, wallet cards, calendars and greeting cards based on our new licensing agreement and divine mission to share Jesus and Akaine with the world!

We manufactured gifts featuring Akiane's art, created collateral material, advertised, and committed to industry trade shows. Our first show featuring Akiane and her art was "The Gathering of Church Bookstores" at Lakewood Church in Houston, Texas where Joel Osteen was the pastor. On behalf of the Kramarik family, I presented Joel Osteen with your letter below and a beautiful Limited Edition Giclee of *Prince of Peace*.



Dear Pastors Joel and Victoria Olsteen,

We delight in your messages of love, abundance and joy. To say that you and your church is an inspiration to us all, is an understatement.

Let this reproduction giclee of Prince of Peace/Resurrection that Akiane has painted at the age of 8 be a humble gift from our daughter and our family.

Let the resurrected Jesus that Akiane saw in her visions and depicted with oils on canvas also be an inspiration to mankind; and the proof of eternal life.

Blessings,
Akiane and Kramarik Family

www.Art-SoulWorks.com | Voice 888.308.8659 | Fax 888.308.8629 | PO Box 1179, Evergreen, CO 80437

Akiane's work was well received and by the middle of 2008 we began filling orders for both church and independent bookstores. We also contracted with *Imavex*, a well-respected web site developer, to create a custom website designed to meet our need for an upscale internet ecommerce presence.

- Printing was done in Ohio where dependable, disabled home vendors beaded and tasseled and packaged 10's of thousands of bookmarks and assembled "*Prince of Peace*" wallet card packs

- As the demand for Akiane's art grew ASW needed more space and we moved the business from Mequon Wisconsin to Evergreen, Colorado to be near our children.

- We purchased a home large enough to accommodate our offices, a studio, and warehouse space to store all of our "Gift & Art by Akiane" printed products and components parts.

## 2008-2009 - Continuing to implement our retail outreach strategy

- ArtAkiane.com began featuring Akiane Gifts by Art & SoulWorks and Art & SoulWorks provided drop shipping on your behalf.

- Elijah List & Art & SoulWorks presented the first ever calendar featuring Akiane's art.

- ASW featured Akiane & *Prince of Peace* at the International Christian Trade Show. This 8' x 10-foot display announced our partnership and delighted buyers placed their initial orders at the show.

4





- Art & SoulWorks sponsored a Denver Area Art Exhibit featuring Akiane to coincide with the Denver Post article "Colorado Kids" featuring Akaine with a one year long permanent exhibit.

- With Mark's approval, Art & SoulWorks hired social media experts to launch and manage the *JesusPrinceofPeacePaintingbyAkianeKramarik* Facebook page – where we acknowledge Akiane as the artist who painted "*Prince of Peace*" and state clearly that "*Our mission is to share Jesus "Prince of Peace" with the world, one picture at a time and to be an example of God's love & abundance. We have been called to provide Jesus and Akiane Art, inspirations, and gifts designed to inspire, educate and promote wholesome values and ideas to individuals and families*".

- Art & SoulWorks' *Jesus Prince of Peace* Facebook page has been running for 12 years and currently provides a community of over 725,000 followers daily posts designed to encourage, bring hope and inspiration. Akiane's art is consistently presented to nearly a quarter of a million people in a global community of folks who identify themselves as Jesus and Akiane fans.

- Per Mark's direction and approval, Art & SoulWorks added the Akiane Art Gallery to our www.Art-SoulWorks.com. We created this as an additional channel of exposure for all of Akiane's art with the intent of exposing Akiane and Jesus fans to a greater variety of Akiane's paintings. The Art & SoulWorks gallery was intentionally designed and developed to mirror the Akiane Art Galley using the same images and pricing for consistency and giving customers purchasing options from two sources. At that time only two types of products were available.

5

- o Original paintings by Akiane.

- o Canvas reproductions, known as giclées.

- We agreed that ASW would earn a commission for the sale of original art of 15% - 20% at Mark's discretion depending on the negotiated price the art collector paid



- ASW would also receive a 40% discount on sales of open or limited-edition canvas giclées that we sold online at www.Art-SoulWorks.com

As Akiane's story and art continued to gain in popularity the demand for gifts featuring Akiane's artwork grew. We added magnets and retail displays to our Gift & Art by Akiane collection for upcoming trade shows.

## 2010 – Meeting Customers' Needs

- Our first catalog featuring Akaine Art Gifts & Canvas is published.



- Art & SoulWorks received our first Purchase Order from Art Akiane and you began adding our Akiane art gifts to your web site.

6



- Sales continue to increase. You are still traveling abroad, and we are still picking, packing and drop shipping your orders to your customers who have purchased items we manufactured that were offered on the ArtAkiane.com web site. We added additional staff to process a growing volume of business.

7

## 2011 - 2014 – The *Heaven is for Real* Years: the Book & Movie

- We see a dramatic increase in sales while you are overseas. A customer saw Akiane's painting of *Prince of Peace* in the *Heaven is for Real* book by Todd Burpo, released in 2010, and called to purchase more cards as a way to share Jesus with others. To date HIFR book sales are near 100 million and published in 38 languages. Our customers often share that this is the same face of Jesus they have seen in prayer and near-death-experiences; they are overjoyed that Colton Burpo verified that the *Prince of Peace* image by Akiane is the same Jesus he visited in heaven.

- In January 2011 Art & SoulWorks opened our storefront on Amazon.com as a way to provide customers searching for Akiane Art and *Prince of Peace* Gifts another purchasing option. This additional channel further increased Akiane's exposure while generating more revenue for all, as well as additional passive royalty income for you.

- Double Matted Prints utilizing 11 x 14 - inch images of *Prince of Peace* and all other Jesus related paintings are developed. These prove to be among our most successful format for Akiane's Art.

- You folks are now living in Australia and expressed surprise at the rapid increase in interest in Akiane and tremendous sales in all categories at Akiane.com.

- The wall art buyer at Family Christian called me and requested that we create framed art for them. Mark and I discussed this, and Mark had no interest in the framed art format and ASW was not equipped to handle glass and such so we went to the experts in that wall art and home décor market, Carpentree - a 30-year-old company with a great reputation. In fact, as past licensors of Mel Gibson's movie, *The Passion of Christ*, Carpentree had won several industry awards for products related to the movie and had the best name in the Christian wall art industry.

- From 2011 through fall of 2015, with your guidance and approval, we negotiated an agreement with Carpentree allowing them to purchase prints from ASW and frame these paper prints of *Prince of Peace* and other art by Akiane. Carpentree then created the wall art requested by Family Christian and others to meet customer demands for affordable images of *Prince of Peace* that was taking place because of the success of the *Heaven is for Real* book and movie.

- *Prince of Peace* wins the Christian Retailers Choice Awards in both 2012 and 2013 and is voted the most popular image in Christian Retailing.

- Art & SoulWorks increased spending on advertising, trade shows, product development and labor to meet the increasing demands and to maximize on the opportunities presented by the free *Heaven is for Real* publicity.

- *Heaven is for Real* book sale tops 8 million dollars and books are now being printed in 38 languages

- The *Heaven is for Real* Movie by Sony is now in the planning stages

- With your approval, Art & SoulWorks created the 2013 "*Prince of Peace* and more Art by Akiane Kramarik" calendar. This calendar was introduced at the 2013 International Christian Trade Show and featured this montage of *Prince of Peace* along with 4 other painting titled *Challenge, Trust Bridge, Wonder* and *Co-Creating* on the cover. One of the intentions of this design was to share more of Akiane art. The buyers loved Akiane's story and art resulting in strong sales placing the 2013 calendar in the Top 10 of Amazon Calendar Sales! Akiane loved the montage design and this was adopted as our standard format for all wall calendars going forward.



- By the end of 2014 the *Heaven is for Real* book sold 70 million copies now ranked as number 18 of all Christian non-fiction books ever published.

- Our goal of making Akiane's *Prince of Peace* face of Jesus available to everyone in the world was becoming a reality.

- It took an act of God to get Sony on track with using *Prince of Peace* in the movie in the exact way you wanted, but it did happen! The *Heaven is for Real* Movie was released in April of 2014 and became a box office success grossing over 100 million

dollars thus resulting in increased sales and royalties to Art Akiane and more product sales for both companies.

- Sony, with directors Randall Wallace and Devon Franklin, had much interest in making a movie about Akiane and her life and after several discussions with Sony you decided that was not something you wanted to pursue.

- The popularity of *Heaven is for Real* increased as we continued to see more and more fraudulent copies of *Prince of Peace* on Amazon and eBay. We joined efforts and began working to eliminate these sellers by having Lynn, a member of our team, document and respond to sellers of hundreds of counterfeit pieces of art – enforcement is an ongoing project.

## 2015 - 2016 - Printing problems, The End of Framed Art by Carpentree & New Web Site Development

- Your long-time printer, Print Manufacturing, abruptly closes.  Mark emailed to me:

   *"I just received from Print Mfg that they will be closing, within weeks. Chris and Linda are retiring. Please Contact Carpentree and yourself,*

   *We will not be able to fulfill your orders in the coming months until we find another printer. I would suggest if you need Prince of Peace or other paintings you place your order in this week so you can supply your customers and wholesale accounts, in the interim, I will be doing the same."* Mark

- As the collection of artwork within the Akiane Gallery grew, year after year, the ASW website could no longer withstand the demand and a new website had to be developed.

- ASW hires a team of web professionals to analyze, re-design and developed www.Art-SoulWorks.com in order to transfer to the more robust Magento platform. Delfini was familiar with Magento and was very helpful as we worked to better accommodate the complexity of product and best present Akiane's Art. Redesigning our website cost over $25,000 over 6 months.

- Carpentree prepares to present *Prince of Peace* as framed art for 4th quarter to Hobby Lobby and Walmart.  They would like to license and print in Oklahoma.  We are not able to come to an agreement with Carpentree, thus ending the possibility of mass market.



- Carpentree is informed that the Internet sales of Gifts & Art by Akiane are now prohibited, including their store website and third-party sites such as Amazon and eBay.

- Several months later you decided to stop selling paper prints to Carpentree. I inform Carpentree that they are no longer able to create and sell framed art to Christian retailers. They make the announcement and eliminated Art by Akiane from their website. Retailers begin calling Art & SoulWorks for framed art and we address the market with several options including offering double matted prints to them for the first time.

- Carpentree proposes additional non-print products in October – on behalf of ArtAkiane, we decline and eliminate selling the 5 x 7-inch cards for framing.

- We offer prints at a greatly increased price per piece to Carpentree, but the margins will not work for them, and they remove most of Akiane Art product from their catalog and begin the sell-off of their stock of discontinued art featuring Art by Akiane.

- Most of our Carpentree projects and the HIFR movie are in the past, sales begin to level off. Counterfeit *Prince of Peace* art was available online from many foreign vendors. These poor-quality reproductions were copyright infringements and were eroding the sales of ArtAkiane LLC authentic reproductions. Akiane Gallery and Art & SoulWorks increased our efforts to eliminate unofficial art. Lynn began checking the internet daily. Both Mark and ASW continued to send cease and deceits letters to offending parties.

- ASW begins to ramp up advertising, both printed and digital in preparation upcoming trade shows and for 4th quarter sales.

- ASW employs a SEO specialist who adds the words *official, authorized licensor* to our Search Engine Optimization informing customers that they had a choice between counterfeit legitimate sellers of Akiane Fine Art. ASW add our slogan "Official Source of *Prince of Peace* Gifts & Art by Akiane" to our website and collateral material. It took over two years of concentrated effort to eliminate 95% of counterfeit art mostly consisting of *Prince of Peace*.

## 2016 - Los Angeles to Chicago transition times

- In January we are due for a contract renewal, but family obligations on both sides make it difficult for us to meet in California. As both parties have always re-signed the existing agreement neither of us is anxious for the re-signing of the agreement. In good faith ASW continues to represent Akiane's interests and make sure *Prince of Peace* is available to the world, as we had done for over a decade. After your

11

move to Chicago is complete and you are feeling more settled we are finally able to meet to discuss new products and sign the agreement.

- Moving ahead, ASW begins developing the 2017 "*Prince of Peace*" calendar with a focusing on incorporating Akiane's newest "Tea Room" paintings into our 5th annual calendar offering.

- At this point Mark has not yet found a printer; we are all low on stock. Mark approves our Denver printer and gives Art & SoulWorks permission to print both our exclusive offering of 9 x 12-inch canvas giclées and the paper prints used in various product offerings. Art & SoulWorks advances ArtAkiane $15,000.00 to print 300 canvases at $50 each.

- Art & SoulWorks begins placing large orders for printed material as a buffer to guard against future business disruption and to insure the best cost of goods pricing on the gifts we offer that involve printing.

- ASW leases off-site storage space for non-essential trade show materials and display so we can keep all printed materials safe and close at hand.

- In October Akiane is again featured on an Oprah Winfrey program and we ramp up our social media efforts using the images you provided for that effort.

- November you sent me the ad announcing the launch a new line of original Akiane art on a smaller sized canvas called the "Tea Room Series" with prices ranging from $5,000 to $10,000 that are very well received.  Akaine, now a filmmaker, is documenting her artistic journey by creating wonderful short films that accompany many of her new paintings.

- At the end of the year Akiane.com introduces your newest offering of "Gallery Wrapped Art" on www.Akiane.com and you send us the images and pricing to add to the Akiane Art Gallery at www.Art-SoulWorks.com.  We also add these images to the Art & SoulWorks Amazon store.

- We discovered that your past printer is flooding amazon with Akiane's art without permission.  Both Kasity from our office and you addressed that issue with him directly, eventually the art is removed.

- By now Carpentree is only selling a few designs to use the last 2,000 prints offered them to purchase.  Most of these were to Family Christian who filed bankruptcy and canceled a $200,000 Purchase Order with Carpentree

- To fill the gap in the market left by Carpentree's complete departure, both our companies begin exploring new ideas for gifts and art to offer to our customers who no longer were able to purchase from Carpentree

- o Art & SoulWorks creates tapestries, woven blankets, journals & framed art which was introduced to our line with your approval as we continue to discuss an 18-month calendar, perpetual calendar, coloring book, etched crystal – many of these items have been approved, developed, manufactured and added to the "Gifts & Art by Akiane" collection. At our presentation of new products in Chicago in 2017, Akiane was delighted with many of these ideas and loved seeing her art presented on different mediums.

  - o Art Akiane explores new product as well, including acrylic wall art, framed double matted prints, sound art, puzzles, tee shirts and you share that coins bearing the image of *Prince of Peace* may become legal tender.

- You folks are settled near Chicago on your little farm, web sites are working well, all ASW trade shows are completed for the year, and our customers continue to love and appreciate *Gifts & Art by Akiane* with strong sales continuing as we end the year.

## 2017 - *Jesus*, Akiane's new painting of Christ

- Early in the year Mark shares that Akiane is working on a pencil drawing of *Prince of Peace* to expose more detail of the face of Jesus. This is in preparation for a coin that is planned to be produced as legal tender.

- Akiane described that the process of revisiting *Prince of Peace* through her pencil drawing revealed more and more detail of Jesus' face to Bill and me in May when she showed us her new painting. This desire to paint Jesus is also described in "Painting the Impossible", the short film that accompanied the painting released to the public in July.



- As Akiane worked to complete her new Jesus painting, we all waited anxiously. The initial release date was planned for Easter. Akiane was preparing her video and Jeanlu, as Managing Director, shared that they would like to release the film and the new *Jesus* painting simultaneously on both of our websites and social media. To that end Jeanlu sent ASW the video of "Painting the Impossible," which we posted to a delighted audience on July 6th for Akiane's birthday.



13

- At that time, we were in the process of completing our 2018 calendar offering for the 6th year of what had become a very popular gift item for Akiane and Jesus followers. We asked for permission to feature Jesus on the front cover. Akiane created this beautiful cover page for Art & SoulWorks in just a few days! We named the 2018 calendar Jesus, *Prince of Peace* and more Art by Akiane.



- Prior to revealing the new *Jesus* painting, Jeanlu, Mark and I worked to present a united launch of Akiane's new work and the results were tremendous. The new image titled, *Jesus,* was and is loved by many. We find that this image of Jesus has great appeal to an even younger audience than *Prince of Peace*. We are so pleased that even more people are being touched by Jesus through the newest painting of Christ by Akiane.

- Jeanlu's idea to join forces each time when launching a new painting by Akiane has worked well. Between us we have over a million Facebook followers. As Jeanlu thought, when everyone is informed at the same time, great excitement is created, and more people are touched by Jesus and to Akiane's art at the same time. We planned to use this strategy going forward.

- Art & SoulWorks created new Journals featuring Jesus, which are autographed by Akiane, coupled with wallet cards and sold at www.Akiane.com for $49.95.



- We also added Jesus to our line of double matted prints on both Art-SoulWorks.com and Amazon

- The buyer from Mardel called in response to the Jesus video we had sent her and requested framed art of both *Prince of Peace* and the new Jesus image. Mardel is the largest Christian bookstore chain in the United States and the buyer wanted to license, print and frame Jesus as well as *Prince of Peace*. We worked for weeks on possibilities and could not come to an arrangement that worked of all of us.



14

- Kasity and I made a corporate visit to Mardel and presented all our entire *Gifts & Art by Akaine* collection. They began purchasing magnets, cards and the *Prince of Peace* tapestry that is reordered in large quantiles, especially at Easter and Christmas buying seasons.

- Though Mardel wanted us to create a new tapestry based on Akiane's newest painting titled, *Jesus* we were unable to proceed, as Art Akiane would not approve the product for further development.

## 2018 – The Goal to expand sales of Akiane's original art, canvas reproductions and fine art prints

- Our warehouse and shipping areas had recently been redesigned to make the best use of space as we began purchasing and shipping more fine art items that are featured on www.Art-SoulWorks.com and Amazon. Meeting the packing, labeling and shipping requirements for Amazon Prime vendors is labor intensive and time consuming so updating our workspace was necessary and very helpful.



- For the interest of being prepared in the event of my death or inability to work we always keep several years of the most popular items and raw materials in stock. This safeguard insures that there is no disruption to our customers or business and no loss of traction and revenue for the Kramarik family or Art & SoulWorks. Should anything unforeseen happen to me, Art & SoulWorks, LLC would be my legacy. With the assistance of our current team, either Bill or our daughter Kari could continue sharing Akiane's story and inspired art with the world for years!

- At the first of each year we plan our advertising and tradeshows, budgets, focus and to determine what new gifts or items to create so we can reach more a greater audience with Akiane's art.

www.Art-SoulWorks.com I Voice 888.308.8659 I Fax 888.308.8629 I PO Box 1179, Evergreen, CO 80437

- At our July 2017 meeting in Chicago, Akiane, Mark and I discussed ideas for 2018 including our annual calendar, journals and the artist gift sets. During a surprise birthday shopping trip to Hobby Lobby, Akiane shared her love for making films and we discussed additional ways to help share Akaine Art with the world.

- I immediately spoke with the Hobby Lobby buyer in charge of boxed gift sets. Akiane, she was very familiar with your art said that she loves your work! We discussed at length how to create Akiane and Hobby Lobby cobranded sets. In the end of those conversations she did not feel they could offer the sets at a price that would work. We did leave the door open, yet I did not sense that this mass market was a good match for young woman with your talent - especially if you wanted to open your own art school. (As an aside, that might give you a better avenue to launch your own brand art products, so they would be to your personal liking and design). 

- Artwork for the 2019 Calendar was approved and sent for printing featuring a montage of *Stained Glass* and *Prince of Peace*. Jeanlu said you sold out early and we only have about 400 of the 3,000 that were printed in stock.

- Mardel loved the calendar, but informed me they need to see artwork in January in order to make a calendar buying decision by April.

- Mark and I had been discussing an 18-month calendar for some time, and we targeted Barnes & Noble as a strategic move for 2020.

- Jeanlu, now with the title of Managing Director, began to discuss some of the things that Akaine would like to do. Akiane had been working quietly for some years and was interested in doing art exhibits. We discussed the possibility of Art & SoulWorks assisting in hosting, which we were excited to do.

- I began gathering information and possible venues including Art & SoulWorks hosting an Akiane Art Exhibit at Dessert Mountain, one of the top golf communities in the world.

- In the meantime, we focused our efforts on consistent social media postings and featured many of Akiane's painting in our online news articles and blogs.

- Releasing Akiane's films is a very effective way to utilize our company's separate base of follower of over a million Akiane fans, that also love Jesus.

- Art & SoulWorks caught the attention of a Christian editor for one of the most upscale luxury real estate magazines in the world, Clientele Luxury, and with Mark's

16

permission an article featuring Akiane's art was published at the end of December in both their printed and digital magazine.

- Jeanlu provided Art & SoulWorks the new videos of Akiane's films with www.art-soulwork.com in the top right-hand corner. These were for making simultaneous announcements when Akiane released new paintings. The results have been very good for all of us.

- The devastating illness and unexpected death of my mother, Elizabeth Beason, takes me away from ASW unexpectedly. Yet, ASW continues to move forward with our plans for 2019, as we have now built a company that, when necessary, runs independently of my daily input and proves to sustain itself even in the face of an unplanned absence. ASW is indeed an organism in its own right with responsibilities and obligations.

- Art for the 2020 calendar cover was submitted in December with the request to feature "The Light and *Prince of Peace*" montage.

- Art & SoulWorks secured a buyer for the original painting of "The Light" for $85,000 through our newsletter announcement we created with the embedded video, and we were paid a 15% commission.

- Akiane, Jeanlu, Mark and Foreli had arranged a phone conference for 12/28/18 to discuss the calendar and our licensing agreement due to renew on 1/11/19. Akiane shared that she was planning on taking the Akiane Art Gallery in a new direction and they wanted me to be the first to know and to be on board. Jeanlu stated, that from the beginning we're like one organism working together as family and friends to share Akiane's art with the world. Akiane shared that she wanted to address a larger audience and mentioned Africa, Asia and Lithuania and mentioned that some people were confused by the presence of our separate social media efforts. In closing, I was asked to send a letter with ideas on how to move forward.

- After pondering that conversation, I knew I did not have enough information to present a coherent plan of action. I phoned Mark to arrange to speak with Akiane, so that I could fully understand what the new vision is and begin to put together a helpful strategy of moving forward. Mark shared that Akiane and Foreli were not feeling well, and he said he would arrange a conversation as soon as she felt better.

- Jeanlu called immediately after Mark and I spoke and shared with me that sometimes Akiane was not able to express herself in a way that others understood, and that he would answer my questions on her behalf. (After many personal meetings with Akaine and after watching hundreds of hours of Akiane's interviews over 12 years, I have not experienced that concern. Rather, Akiane appears very gifted in communication).

17

- We discussed the upcoming 2020 calendar again as we had buyers expecting art in a few weeks. Jeanlu expressed that Akiane did not want to use the montage technique going forward and only wanted to use unaltered art. I suggested that we produce two versions of the 2020 calendar. The interior pages would be the same and we could create separate front and back covers.

  o We could easily leave verbiage off half of the calendars. Akiane would design the front and back cover. This would be in line with Akiane's desire to expand to the non-English speaking audience in the foreign countries she mentioned and more.

  o Art & SoulWorks 2020 calendar cover could have *Prince of Peace* on the front in some way that Akiane approved and bible scripture on the inside bottom not to be superimposed on her art.

- In this way both of our goals could be accomplished. Jeanlu and I finished the conversation with him saying that they would write down their ideas and send them over in a few days.

## 2019

- On January 8th I wrote an email in follow-up to our December 28th phone conference, which stated, in part.

  *Just a note to thank you both for your time on the phone yesterday. Our discussions of ideas for 2019 and going forward were very stimulating and fruitful. For example, there are numerous ways to go about expanding into additional markets and capturing a broader audience. These could easily include developing an international presence in Asia, Africa, and Lithuania as Akiane suggested. As we fine tune our strategies is important to hear and understand Akiane's vision, hopes & desires regarding her art and poetry.*

  *Successful business strategies begin with precise mission statements. Personal and business missions are the foundation for an effective business plan. By developing gifts that fit every budget, our initial strategy and agreement have brought Akiane's art to millions of people around the world over the last decade; we can keep that agreement in place as we brainstorm and begin putting our next plan into action!*

  *Next week I will be flying to Milwaukee to meet with our metal manufacture one day between Monday and Thursday. Let me know what day works best for you all for us to meet.*

  *Hope everyone is feeling better - looking forward to seeing you soon.*

- On January 10, 2019 Art & SoulWorks placed an order on your www.Akiane.com web site, but our discount code was not working. Kasity called Jeanlu and he provided the code. We place a 10-piece $4,634.90 order in good faith as always.

- On January 10th I received a message on my phone with an attachment that I could not access due to a family emergency

- January 15th, I read your letter in full and sent you an email acknowledging that it was received – a few minutes later Jeanlu called to make sure I was doing alright, and I was in shock, crying such that I was not able to talk at that time and said I would be in touch

- January 18, I sent you all the following email:

    *Mark, Foreli, Jeanlu, Akiane and family,*

    *Due to the distractions created by the receipt of your January 10th letter I am far behind on the preparations I need to make for a trade show we are committed to next week.*

- January 18 this message is received from Mark

*Carol,*

*We look forward to hearing your response! :) We pray for peace and well-being during this hectic time and we pray that even more wonderful opportunities will manifest in your life.*

*We believe that our personal friendship will flourish in many other ways, and our relationship through Christ will strengthen multi fold.*

***Our decision to be independent of all our affiliates who represent Akiane's brand has not changed and will remain the same.***

*We understand that we have given you until March 1st. 2019 to liquidate any and all things associated with Akiane's artwork and brand. However, before you head out to the Trade Show, can you, please, notify your web developer and let him/her begin the process of removing the following (this particular step should not take much time):*

- *Remove "Official Akiane Art Gallery" on all Art-Soulworks.com Meta Data Descriptions for Google search results and Art-Soulworks.com website. (Please see attachment 1 for reference).*

- *Akiane's company is licensed as "Akiane Art Gallery" (Please see attachment 2). Art-Soulworks confuses the customers on which website is the official website of Akiane's.*

- *Please, begin to remove all references on Art-Soulworks.com, Facebook and Google Web Search that Art-Soulworks is the "Official Akiane Art Gallery". It is of paramount importance to us now.*

*Also, please, note: the above-mentioned requirements are a few of many that will need to be implemented before March, 1st. 2019 (Please, see the letter titled "Carol Letter Official 2019" and dated 1-10-2019 for reference)*

*THANKS!!*

*The Kramariks and Akiane gallery*

*Mark, Foreli, Akiane, Jeanlu and family,*

This 12-year business history of our working relationship can in no way describe the pleasure and the pains any of us have experienced after more than a decade of creating Gifts & Art by Akiane and sharing Akiane's art with the world.

As you may have gathered from my conversation with Jeanlu the other day, I am in a state of shock, deep sadness and devastation. I do not understand your lack of proper

20

professional notice or the suggestion of the prospected liquidation of Art & SoulWorks in a crisis-based fashion.  Listed here are just of few things that need to be considered:

- Ceasing all operations in a span of 60 days will cause irreparable harm to ASW.

- The planning needed is in part called a critical path/business plan.  If done without thought, commitment and planning there will be, significant and lasting damage to both Akiane and I both professionally and personally due to the failure of credibility, good will and our reputations as dependable business owners will be irreparably damaged.

- In your letter you stated, "We would definitely be open to revisit the option of re-signing an agreement between Art Akiane LLC and Art & Soulworks in the future – possibly within the next twelve months, however, currently, Akiane feels it would be most appropriate to wait at least one year before she revisits any type of licensing, association and distribution."  If this is an authentic possibility, then the demise of a trusted partner seems reckless.  This would impossible for numerous reasons.

- It would be impossible to go back and do a cold start on a business that took 12 years to build!

- We would need to rehire a new team of people and reestablish vendor and customers relationship

We are sensitive to your priorities.  It seems you intend to ask for immediate action in closing ASW.  However, ASW is more than just Akiane's artwork.  We help support a small Thai village through the sales of our metal products.  We provide daily encouragement through our social media posts to 725,000.  We provide responsive customer service for all of our products.  Our team includes disabled individuals who depend on the income generated by their skills and the flourishment of their dignity through the work they are able to do in our flexible working environment.

In addition, we have a trade shows that we committed to over a year ago.  We have expended thousands of dollars, as we do on all trade shows we attend, in part on your behalf and I will be away from 1/21 – 1/27, 2019.  We will dedicate as much time as possible over the next week to prepare to effectively and responsibly managing a very difficult complex and confusing situation.

The sudden, drastic and draconian nature of the termination of a relationship with no prior warning and no discussion is especially confusing. This is all the more troubling considering that Art & SoulWorks has paid ArtAkiane, LLC and Akiane Gallery over **$1,300,000** in passive income for products and royalties in past years.

I have reviewed our history and all of our meetings, emails and videos. I have read and reread notes relating to our discussions regarding developed products. In each case the

www.Art-SoulWorks.com | Voice 888.308.8659 | Fax 888.308.8629 | PO Box 1179, Evergreen, CO 80437

response on your collective part has always been more than positive. I find no indication in our communications of your plans to abruptly terminate our business relationship. If there had been any indication of such a plan I would have directly asked what you intended to do, but rather based on our past relationship of support and transparent dealings ASW proceeded to make obligations into the 2020 calendar year. We placed orders for inventory and began to develop new product.

Akiane never complained to us that she didn't like the way her art was presented. If she felt that way, then she should have had a complete conversation with us on the subject then. Had we any warning that you were unhappy and would end our working relations we could have made many different choices of a long-term strategic nature relating to business, personal and family considerations all of which now are difficult, expensive and very likely to impossible to unwind.

All of the above provides a context for some difficult discussions that we need to have in the next week. Frankly, I am concerned that you do not appreciate (or do not care about) the effects that the unwise and unfair termination of our Licensing Agreement will have on both your business and ours. Just consider the following:

It is IMPOSSIBLE to 'stop this train on a dime' without doing massive, irreparable damage to BOTH of our businesses. We have raw inventory and OVER A MILLION DOLLARS of product to dispose of by the arbitrary March 1st date. We can try to comply with your unreasonable demand that we sell off our inventory by March 1st, but this will require a 'fire sale' of our inventory at liquidation prices, which will flood the market with so much excess inventory at drastically reduced prices that it will hurt revenue for your company and the Gallery too. Would not allowing a longer period to liquidate keep the prices for our entire collective inventory at higher prices to the benefit of us all? This would help reduce our financial damages. The abrupt termination of the Licensing Agreement without warning will result in a loss of 84% of our revenue, and we will not able to meet our financial obligations.

Also, we relied upon our past course of dealing and custom and practice of renewal, and your collective silence about any intention not to renew our Licensing Agreement as we have always done in the past, to:

- Commit to trade shows and advertising through 2019. I just returned from one of SIX trade shows that I signed up for to promote *Gifts & Art by Akiane* product lines.

- Make financial obligations and commitments that we would not have made had you told us in the last year that you did expect or intend to cancel or terminate our agreement. If we had any idea you would not extend our Licensing Agreement, we would not have made such commitments.

- Negotiate and enter into volume purchase agreements months in advance for excess inventory to assure product availability for sale without interference for 2019.

Just one day before you terminated the Licensing Agreement without prior warning, we placed an order to the Gallery. Had I known that you were not going to renew the Licensing Agreement as we have done for the last 12 years, I would not have purchased more inventory from the Gallery.  Did you already know when you allowed us to place that order that you were going to cancel the Licensing Agreement the following day? If so, then why didn't you tell us before you allowed us to buy those items?

As I type this letter our tapestry vendor is creating tapestries to fulfill the Easter purchases by Mardel – and many other items are on order. What if it takes our tapestry vendor (and other vendors) beyond the March 1st date to fill those orders? Do you expect us to breach our Purchase Orders and agreements with others to meet the arbitrary March 1st date?

Our lease obligations for storage extend beyond March 1st, as do some of our other recurring financial commitments, which we entered into to facilitate our common goals.

ASW has a Facebook page with over 725,000 Facebook followers that are both Akiane fans and Jesus fans. Are we just going to shut that down? Does it concern you that losing hundreds of thousands of followers from that site might hurt your own marketing and sales efforts?

Our long-time customer base will need to be notified that *Prince of Peace* and other *Gifts & Art by Akiane* is no longer available to purchase. It took ASW over a decade to build up that loyal following. If we 'shut down' our base and 'turn off the lights' now, then we cannot expect them to just 'be there' if we try to turn the lights on months from now. Once they move on they will likely be lost.

It seems likely that you believe that ASW's customers will all just go to your site at www.akiane.com. As you know, most of our customer base are 'Jesus Followers' and Christians who are often times in need of detailed assistance to place their orders.  We work diligently with our customers to make budget conscious decisions that allow them to have access to *Prince of Peace* without spending hundreds of dollars.   Customer confidence and trust will dissolve along with orders and revenues if ASW is forced to discontinue our service.

This type of chaotic liquidation is costly and will totally destroy Art & SoulWorks reputation. You suggest that we might revisit a renewed licensing agreement in the future, but this is naïve. There will not likely be an Art & SoulWorks of the kind you've been used to dealing with if you insist on sticking to the proposed March 1st date.

What bothers me most is that you could have said something about a termination months ago but didn't.  Alternatively, you could have worked with us to develop a mutually beneficial way for us to have an orderly 'wind down' of our business relationship and arrangements. Instead, you just 'pulled the plug' without any prior notice to us. After all we've been through together we would have expected a more cooperative and courteous parting. Instead, the way you've done this will irreparably damage ASW to the tune of

*hundreds of thousands* of dollars. We reasonably relied on our past course of dealing and custom and practice of renewal, and your collective silence about any intention not to renew our Licensing Agreement as we have always done in the past. Had I known that you were not going to renew the Licensing Agreement as we have done for the last 12 years, I would not have done so many of the things described above – most of which we talked about beforehand and you knew that I was doing (for example the 2020 calendar and upcoming trade shows).

I do not claim that you cannot terminate the License Agreement, but I do believe that if you do so then you must terminate it in a manner that is consistent with the implied covenant of good faith and fair dealing that is present in every contract. The implied covenant of good faith and fair dealing requires that a party to a contract will not act to impair the right of the other party to receive the benefits of their agreement or contractual relationship. This means that if you exercise your discretion to terminate the License Agreement then you still have to do it in a way that is faithful to our agreed common purpose and that is consistent with our reasonable expectations. I don't believe that terminating a 12-year relationship and contract that requires more time to 'wind down' than you have granted ASW is consistent with this, so I ask you to please work with me for an orderly termination of our Licensing Agreement.

On a personal note, last fall Bill and I had an opportunity to sell our home and purchase Bill's dream ranch in Wyoming. Yet, because of our commitment to Art & SoulWorks and our calling to share Jesus through Akiane's art with the world, we felt that moving Art & SoulWorks would be too disruptive to our customers and staff – we cancelled our contact to purchase our "Dream Ranch" to continue ASW's working relationship with you. I hope you get the idea that handling this properly is in the best interest for all parties so that intended and unintended consequences don't get out of hand.

It takes a lot more time and energy to clean up a mess than it does to avoid a mess. You get only one shot at closing a business and doing it right. It is all very sad and, at the moment, emotionally overwhelming for me and the entire Art & SoulWorks team. We are trying to find the "loving, gentle, kind and Christ-like manner" which you mention in your termination letter to address all of these issues, but it is very difficult considering the way you started this process.

I am reminded of "A Ripple Effect" recently posted by Akiane on her Facebook page.

**Only a meaningful conversation**
**produces a ripple effect of eternal resonance**
**~ Akiane ~**

Given these circumstances, Art & SoulWorks isn't generally interested in creating new product. What we want to do (<u>need</u> to do) is to sit down with you in person and work out a better plan to effect what you want to do without doing such destruction to our mutual interests. Can you meet with us by the end of this week? If so, we will fly out to meet with

24



you there in the Chicago area. Please let us know as soon as possible, and in any event not later than Wednesday night. Thanks.

Blessings,

Carolyne Corneliuson

Founder of Art & SoulWorks, LLC

25