| | |
|---|---|
| ART AKIANE LLC, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>ART & SOULWORKS LLC, )<br>CAROL CORNELIUSON, and )<br>CARPENTREE, INC. )<br>)<br>　　　Defendants. )<br>_____)<br>)<br>ART & SOULWORKS LLC, and )<br>CAROLYNE CORNELIUSON, )<br>)<br>　　　Defendants-Counter-Plaintiffs, )<br>v. )<br>)<br>ART AKIANE LLC, )<br>)<br>　　　Plaintiff-Counter-Defendant, )<br>and )<br>)<br>AKIANE ART GALLERY, LLC, and )<br>AKIANE KRAMARIK, )<br>)<br>　　　Counter-Defendants. )<br>_____) | Civil Action No.:  19-cv-02952<br><br>Judge:  Hon. Edmond E. Chang |

**PLAINTIFF ART AKIANE LLC'S MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiff Art Akiane ("Art Akiane") respectfully requests that it be given leave to file its Memorandum of Law in Support of its Motion for Preliminary Injunction in excess of the Court's page limitations. Plaintiff's Memorandum of Law in support is 52 pages. Plaintiff moves the Court for the entry of a preliminary injunction to enjoin Defendants Art & SoulWorks LLC ("ASW") and Carolyne Corneliuson ("Corneliuson"):

　　　1.　　From copying, displaying or distributing digital images of Art Akiane's copyrighted works, and modifying, creating derivative works or reproducing such materials on its webpages or social media accounts;

1

2. From copying, displaying, making derivative works of or distributing videos of Akiane's Works;

3. From using Akiane's likeness or identity to promote its webpages and social media; and

4. From marketing, holding themselves out as, or representing that they are the origin of, affiliated with, or endorsed or approved by Art Akiane or its works.

Plaintiff's Memorandum of Law includes a number of distinct issues regarding Art Akiane's intellectual property rights (e.g., copyrights, trademarks, likeness of Akiane Kramarik, use of the foregoing on website and social media, etc.). Art Akiane's memorandum contains the necessary substantive content relevant to each issue that should be considered. Art Akiane's memorandum is fifty-two (52) pages, which is substantially less than the number of pages if multiple motions were filed separately.[1] Accordingly, Plaintiff respectfully requests that it be granted leave to file a combined brief in excess of the Court's page limitations.

Dated: October 7, 2019

Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus Harris
Rashad A. Simmons
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598

---

[1] Plaintiff's Memorandum also included many picture representations within the body of the memorandum so Plaintiff could provide context to its arguments and need for an injunction, causing Plaintiff to need additional pages in excess of the Court's page limitations.

awolek@taftlaw.com
mharris@taftlaw.com
rsimmons@taftlaw.com
*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2019, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of the same to all parties who have made an appearance in this case.

                                                                     /s/ Rashad A. Simmons