# EXHIBIT Q

Search Entire Store

**Art & SoulWorks**

Trusted Source of Jesus Prince of Peace Gifts & Art

| JESUS ART | PRINCE OF PEACE | HEAVEN IS FOR REAL | ALL COLLECTIONS MENU ▼ | ABOUT |

## Meet the Founder: A personal message

### Thank you for your interest in Jesus & Akiane's Art .... Why Art & SoulWorks?



GOD SAYS, "IF YOU LOVE ME, FEED MY SHEEP" JOHN 21:17 THAT'S WHAT HE ASKED US TO DO NEARLY 15 YEAR AGO ... AND WE LOVE BEING PART OF HIS MISSION BY SHARING AKIANE'S ART AND OUR PROCEEDS!

### Do you know how to make God laugh? Tell him your plans!

Many of us can identify with this statement, and it truly resonates with me. I retired from a successful sales career 10 years ago. Founding the Art & SoulWorks business was something I had not considered. Not for a moment. Until Jesus led me to do it.

I have sought Jesus through prayer and study all of my life. This was not a passing fancy – I have always sought answers to life's challenging questions.

- What is love?
- What is the truth about Jesus?
- What is my life purpose?

One day while in prayer and meditation, I heard a voice. he said, "What you're looking for is a relationship with Jesus." *Exactly!* But since I hadn't had much luck on my own, I angrily responded, "Then send someone to teach me!"

### God gave me the answers I sought. The answers were literally delivered to my door!

God did send someone to teach me. A few days later, a stranger came to my door. I learned that, without exaggeration, he is a true prophet who advises governments around the world. In addition to his teachings, he brought me a DVD – as he had been instructed to do. This prophet, sent by God, changed my world forever. At last, I knew my purpose.

Through this prophet, God told me, "If you love me, feed my sheep."

# God gave me the answer! I sought Them, literally, he came to my door!

God did send someone to teach me. A few days later, a stranger came to my door. I learned that, without exaggeration, he is a true prophet who advises governments around the world. In addition to his teachings, he brought me a DVD – as he had been instructed to do. This prophet, sent by God, changed my world forever. At last, I knew my purpose.

Through this prophet, God told me, "If you love me, feed my sheep."

Now that I knew what God wanted me to do, I needed to figure out how I feed His sheep.

## I believe that once you see the real face of Jesus, you can begin to know Him, to connect with Him, and to develop a relationship with Him.

Art has always been a thread throughout my lifelong search for Jesus. I believe it is a gift from God. To fulfill my mission to feed His sheep, I was led to use the internet to share, Prince of Peace, the image that millions believe is the real face of Jesus to everyone, everywhere in the world.

> That's why everyone who visits Art & SoulWorks is invited to download a portrait of Jesus, free of charge. The portrait is "Prince of Peace," painted by child artist Akiane Kramarik. You'll find it and other paintings by Akiane here at Art & SoulWorks. In fact, we are the Trusted Source for "Prince of Peace" high-quality reproductions.

## To feed God's sheep, I created a community to offer inspiration and encouragement.

Downloading the image of Jesus is not the only reason to visit Art & SoulWorks. I know from experience how frustrating it can be to seek Jesus and not find Him. Or to be in pain, with no place to receive solace. Or to feel lonely and disconnected.

That's why you'll find inspirational blog posts at Art & SoulWorks. We truly strive to create a community, resource, and respite for those who seek to know Jesus – and for those who seek to reconnect with Jesus.

Plus, we have a thriving Facebook community of over 700,000! You are invited to join our Facebook page to share your struggles and triumphs with like-minded people from all walks of life.

And yes, we also invite you to shop here for portraits of Jesus created by acclaimed child artist Akiane Kramarik and other inspirational items.

## Also, to help feed God's sheep, we donate proceeds from our sales.

By donating a significant percentage of the proceeds, this enables me to feed God's sheep in another, very tangible way. We donate over 20% of our proceeds to a variety of worthwhile causes that serve the physical and spiritual needs of people around the world.

## You are invited to visit often: Become part of our community!

I hope you will spend some time here and that you are inspired to visit often. Share your struggles and your search for answers. Your story could help others see the real face of Jesus.



Document title: Official Jesus, Prince of Peace by Akiane Gifts &amp; Art Shop Founder – Art &amp; SoulWorks
Capture URL: https://art-soulworks.com/pages/meet-the-founder
Capture timestamp (UTC): Tue, 13 Aug 2019 22:46:16 GMT

Downloading the Bible app on your phone can also help. It is frustrating it can be to seek Jesus and not find Him. Or to be in pain, with no place to receive solace. Or to feel lonely and disconnected.

That's why you'll find inspirational blog posts at Art & SoulWorks. We truly strive to create a community, resource, and respite for those who seek to know Jesus – and for those who seek to reconnect with Jesus.

Plus, we have a thriving Facebook community of over 700,000! You are invited to join our Facebook page to share your struggles and triumphs with like-minded people from all walks of life.

And yes, we also invite you to shop here for portraits of Jesus created by acclaimed child artist Akiane Kramarik and other inspirational items.

## Also, to help feed God's sheep, we donate proceeds from our sales.

By donating a significant percentage of the proceeds, this enables me to feed God's sheep in another, very tangible way. We donate over 20% of our proceeds to a variety of worthwhile causes that serve the physical and spiritual needs of people around the world.

## You are invited to visit often: Become part of our community!

I hope you will spend some time here and that you are inspired to visit often. Share your struggles and your search for answers. Your story could help others see the real face of Jesus.

## If this is your first visit you are invited to receive 10% off your by using Code MyFirstOrder as you checkout!



| CUSTOMER SERVICE | ART & SOULWORKS | STAY CONNECTED |
|---|---|---|
| Contact Us | About Us | Art Soulworks LLC |
| Prayer Request | Our Mission | P.O. Box 1179 |
| Helpful Resources | Philanthropy | Evergreen, CO 80439 |
| Our Guarantee | Meet the Founder | 1.888.308.8659 |
| Shipping Info | Our Blog | Fax: 1.888.308.8629 |

Largest Selection of Jesus Prince of Peace Gifts    Your Trusted Source for Giving Gifts of Grace™

© 2019 Art & SoulWorks. All rights Reserved. Sitemap

