# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, LLC <br><br> Defendants. | Civil Action No.: 19-cv-02952 <br><br> Judge: Hon. Edmond E. Chang |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff-Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

## STIPULATION TO SUBSTITUTE PARTIES

WHEREAS based on representations by counsel for Carpentree, Inc., the Parties hereby stipulate and agree to substitute CARPENTREE, LLC for CARPENTREE, INC. as a defendant and cross-claimant in this case.

Dated: October 24, 2019

By: /s/ Adam Wolek  
Adam Wolek  
Marcus Harris  

By: /s/ Michael Hahn  
Michael L. Hahn  
Ryan D. Janski  

1

| | |
|---|---|
| Rashad A. Simmons<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, Illinois 60601<br>Phone: (312) 836-4063<br>Fax: (312) 966-8598<br>awolek@taftlaw.com<br>mharris@taftlaw.com<br>rsimmons@taftlaw.com | LITCHFIELD CAVO LLP<br>303 W. Madison Street, Suite 300<br>Chicago, Illinois 60606<br>Phone: (312) 781-6569 (Hahn)<br>Phone: (312) 781-6667 (Janski)<br>Fax: (312) 781-6630<br>Hahn@LitchfieldCavo.com<br>Janski@LitchfieldCavo.com |

By: /s/ Nicole Auerbach
Nicole N. Auerbach
Patrick J. Lamb
Salvador Carranza
ELEVATENEXT LAW
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
Phone: (312) 676-5460
Fax: (312) 676-5499
nicole.auerbach@elevatenextlaw.com
patrick.lamb@elevatenextlaw.com
salvador.carranza@elevatenextlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, LLC <br><br> Defendants. | Civil Action No.: 19-cv-02952 <br><br> Judge: Hon. Edmond E. Chang |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff-Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**ORDER GRANTING STIPULATION TO SUBSTITUTE PARTIES**

Before the Court is the Stipulation to Substitute Parties. Having considered the Stipulation, and finding that good cause exists, IT IS THEREFORE ORDERED that Defendant CARPENTREE, LLC be substituted as a defendant and cross-claimant in place of Carpentree, Inc. in the above-styled action.

**SO ORDERED** this _____ day of _____, 2019

_____

3

Judge Edmond E. Chang, U.S. District Court
Northern District of Illinois