UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, LLC <br><br> Defendants. | Civil Action No.: 19-cv-02952 <br><br> Judge: Hon. Edmond E. Chang |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff-Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**NOTICE OF SERVICE OF PLAINTIFF ART AKIANE LLC'S MANDATORY INITIAL DISCOVERY DISCLOSURES TO DEFENDANT CARPENTREE**

PLEASE TAKE NOTICE that in accordance with the Court's Standing Order Regarding Mandatory Initial Discovery Pilot Project, the undersigned certifies that on October 28, 2019, Plaintiff Art Akiane LLC served its mandatory initial discovery disclosures to Defendant Carpentree upon all attorneys of record for Defendant Carpentree, LLC.

Dated: October 28, 2019                                             Respectfully submitted,

1

2

ART AKIANE LLC,

By: /s/ Adam Wolek
Adam Wolek
Marcus Harris
Rashad A. Simmons
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com
rsimmons@taftlaw.com
*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I caused the foregoing to be served upon all counsel of record via the Court's ECF system.

/s/ Rashad A. Simmons
Rashad A. Simmons