IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 19-cv-02952 |
| ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, INC., | ) Judge Edmond E. Chang |
|     Defendants. | ) |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, | ) |
|     Defendants - Counter-Plaintiffs, | ) |
| v. | ) |
| ART AKIANE LLC, | ) |
|     Plaintiff - Counter-Defendant, | ) |
| and | ) |
| AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, | ) |
|     Counter-Defendants. | ) |

**NOTICE OF SERVICE OF ART & SOULWORKS LLC AND
CAROLYNE CORNELIUSON'S MANDATORY INITIAL DISCOVERY
DISCLOSURES TO ALL PARTIES**

PLEASE TAKE NOTICE that in accordance with the Court's Standing Order Regarding Mandatory Initial Discovery Pilot Project, the undersigned certifies that on November 1, 2019, Defendants Art & SoulWorks and Carolyne Corneliuson served their mandatory initial discovery disclosures to Art Akiane LLC, Akiane Art Gallery, LLC, Akiane Kramarik and Carpentree, Inc.

Dated:  November 1, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Nicole N. Auerbach*

　　　　　　　　　　　　　　　　　　　　Nicole N. Auerbach
　　　　　　　　　　　　　　　　　　　　Patrick J. Lamb
　　　　　　　　　　　　　　　　　　　　Salvador Carranza
　　　　　　　　　　　　　　　　　　　　ELEVATENEXT LAW
　　　　　　　　　　　　　　　　　　　　218 N. Jefferson Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　(312) 676-5460 - Telephone
　　　　　　　　　　　　　　　　　　　　(312) 676-5499 - Facsimile
　　　　　　　　　　　　　　　　　　　　nicole.auerbach@elevatenextlaw.com
　　　　　　　　　　　　　　　　　　　　Patrick.lamb@elevatenextlaw.com
　　　　　　　　　　　　　　　　　　　　Salvador.carranza@elevatenextlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2019, a true and correct copy of the foregoing *Notice of Service of Defendants' Initial Disclosures* was served upon all counsel of record via the Court's ECF System.

Adam Wolek
Rashad A. Simmons
Marcus S. Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
awolek@taftlaw.com
rsimmons@taftlaw.com
mharris@taftlaw.com

Michael L. Hahn
Ryan D. Janski
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
hahn@litchfieldcavo.com
janski@litchfieldcavo.com

                                                   */s/ Nicole N. Auerbach*
                                                   Nicole N. Auerbach