**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, LLC <br><br> Defendants. | Civil Action No.: 19-cv-02952 <br><br> Judge: Hon. Edmond E. Chang |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff-Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**NOTICE OF SERVICE OF ART AKIANE LLC'S, AKIANE ART GALLERY, LLC'S, AND AKIANE KRAMARIK'S MANDATORY INITIAL DISCOVERY DISCLOSURES TO ART & SOULWORKS LLC AND CAROLYNE CORNELIUSON**

PLEASE TAKE NOTICE that in accordance with the Court's Standing Order Regarding Mandatory Initial Discovery Pilot Project, the undersigned certifies that on November 1, 2019, Plaintiff/Counter-Defendant Art Akiane LLC and Counter-Defendants Akiane Art Gallery, LLC and Akiane Kramarik served their mandatory initial discovery disclosures to Art & SoulWorks LLC and Carolyne Corneliuson.

1

Dated: November 1, 2019 Respectfully submitted,

By: /s/ Adam Wolek
Adam Wolek
Marcus Harris
Rashad A. Simmons
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com
rsimmons@taftlaw.com
*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC and Counter-Defendants Akiane Art Gallery, LLC and Akiane Kramarik*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I caused the foregoing to be served upon all counsel of record via the Court's ECF system.

/s/ Rashad A. Simmons
Rashad A. Simmons