# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Art Akiane LLC

                        Plaintiff,

v.                                             Case No.: 1:19–cv–02952

                                                                  Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 6, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the fully briefed preliminary injunction motion, the status hearing of 01/07/2020 is reset to 02/19/2020 at 9:00 a.m. Discovery should be progressing forward. A fact discovery deadline is set for 05/29/2020. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.