UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, and CARPENTREE, INC. <br><br> Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff – Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**ART AKIANE LLC'S MOTION FOR LEAVE TO FILE A SECOND AMENDED
<u>COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff/Counter-Defendant, Art Akiane LLC ("Art Akiane"), through its undersigned attorneys, respectfully requests leave to file a Second Amended Complaint, *instanter*, a copy of which is attached as Exhibit A. In support of this motion, Art Akiane states as follows:

1

26747201

1. Art Akiane filed its initial complaint in this action on May 1, 2019. (ECF No. 1.) The initial complaint named two defendants—Art & SoulWorks LLC ("ASW") and Carolyne Corneliuson—and sought damages and injunctive relief based upon the defendants illicit copying and distribution of Akiane Kramarik's ("Akiane") artwork.[1] Art Akiane alleged that ASW and Corneliuson: (1) hid and underreported sales, for which they owned Art Akiane royalties; (2) made and sold counterfeit versions of Akiane's artwork; (3) induced the public to download illegal "free" copies of Akiane's artwork from ASW's website; and (4) represented that they were the official and authorized sources for Akiane's artwork when this was not the case, among other claims. (*Id*. ¶¶ 4-9.)

2. Art Akiane amended its complaint on August 22, 2019. (ECF No. 38.) In its amended complaint, Art Akiane joined Carpentree, Inc. ("Carpentree") as a defendant because ASW and Corneliuson were believed to have sold their illicit works through Carpentree's online platform. (*Id*. ¶ 60). The amended complaint asserted that Carpentree framed and sold illicit versions of Akiane's artwork at a significant mark-up to consumers. (*Id*. ¶¶ 61-62.)

3. Through discovery, Art Akiane has just learned that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See* Ex. B, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) ▮▮▮▮▮▮▮▮▮. (*Id*.) (emphasis added). ▮▮▮▮▮

---

[1] Akiane is an internationally renowned artist who has been recognized as a gifted child prodigy and garnered international acclaim for her works.

████████████████████████████████████████████████████████████

████████████████████████████ (*Id.*)[2]

4. In light of this new evidence, Art Akiane seeks leave to amend its complaint to assert new factual allegations and claims against the existing defendants based upon their unlawful counterfeiting of Art Akiane's works, as well as their knowing and willful efforts to sidestep and shortchange Art Akiane. ████████████████████████████████████████████████████████████████████████████████████████████████.

5. A redlined copy of Art Akiane's proposed Second Amended Complaint reflecting the changes made to the previous iteration is attached as Exhibit C.

6. Accordingly, Art Akiane respectfully requests leave to file an amended complaint, a copy of which Art Akiane has attached as Exhibit A for the Court's review.

7. Counsel for Art Akiane has attempted to confer with counsel for the other parties regarding the filing of this motion. Counsel for Art & SoulWorks LLC and Carolyne Corneliuson has stated that they do not have any objection to the proposed Second Amended Complaint and has requested twenty-one (21) days to respond to the Second Amended Complaint once it is deemed filed. Art Akiane has no objection to this request. Counsel for Carpentree has neither consented to nor opposed the filing of this motion.

WHEREFORE, Plaintiff-Counter-Defendant respectfully requests the Court grant leave to file the Second Amended Complaint attached as Exhibit A and to grant any further relief the Court deems just.

---

[2] Art Akiane still has not received complete discovery responses or document productions, and document review and discovery are otherwise ongoing. Art Akiane expressly reserves, and does not waive, all rights and remedies, including the right to seek leave to amend to assert additional claims or name additional parties.

Dated: February 24, 2020        Respectfully submitted,

                ART AKIANE LLC,

                By: s/ Adam Wolek
                   Adam Wolek
                   Marcus Harris
                   TAFT STETTINIUS & HOLLISTER LLP
                   111 E. Wacker Drive, Suite 2800
                   Chicago, Illinois 60601
                   Phone: (312) 836-4063
                   Fax: (312) 966-8598
                   awolek@taftlaw.com
                   mharris@taftlaw.com

                   *Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

26747201

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2020, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties who have made an appearance in this case.

/s/ Adam Wolek

26747201