# Exhibit B

[CONFIDENTIAL - To Be Filed Under Seal]