UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br>CARPENTREE,LLC, and VIRGINIA HOBSON,<br><br>    Defendants. | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |
| ART & SOULWORKS LLC, and<br>CAROLYNE CORNELIUSON,<br><br>    Defendants-Counter-Plaintiffs,<br><br>v.<br><br>ART AKIANE LLC,<br><br>    Plaintiff – Counter-Defendant,<br><br>and<br><br>AKIANE ART GALLERY, LLC, and<br>AKIANE KRAMARIK,<br><br>    Counter-Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **April 7, 2020 at 8:30 a.m.**,[1] Plaintiff/Counter-Defendant, Art Akiane LLC ("Art Akiane"), through its undersigned attorneys, shall appear before

---

[1] Due to the ongoing public health exigencies caused by the COVID-19 virus, Art Akiane is amenable to presenting the motion by telephonic hearing, or otherwise, on the noticed date or on any earlier or other date as the Court deems appropriate.

the Honorable Magistrate Judge Jeffrey Cole, or any judge sitting in his place and stead, in Room 1003 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Art Akiane's Motion to Compel Art & SoulWorks LLC to Respond to Interrogatory Nos. 6 and 11, and Request for Production No. 19**, a copy of which is hereby served upon all parties of record via CM/ECF.

Dated: March 30, 2020

Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

Matthew B. Barbara (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2938
Fax: (216) 241-3707
mbarbara@taftlaw.com

*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

26961219

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2020, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties who have made an appearance in this case.

/s/ Adam Wolek

26961219