IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, CAROL CORNELIUSON, CARPENTREE, LLC, and VIRGINIA HOBSON, <br><br> Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |
| ART & SOULWORKS LLC, and CAROLYNE CORNELIUSON, <br><br> Defendants-Counter-Plaintiffs, <br><br> v. <br><br> ART AKIANE LLC, <br><br> Plaintiff – Counter-Defendant, <br><br> and <br><br> AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**MOTION TO WITHDRAW ATTORNEY RASHAD A. SIMMONS**

Plaintiff, Art Akiane LLC., ("Art Akiane"), by its undersigned attorneys, brings this motion to allow attorney Rashad A. Simmons ("Attorney Simmons") to withdraw his appearance previously filed as counsel of record in this matter pursuant to Northern District of Illinois Local Rule 83.17. In support of its motion, Art Akiane states as follows:

27014867.1

1. Attorney Simmons filed his appearance on August 28, 2019, on behalf of Art Akiane, and is currently listed as counsel of record for Art Akiane on this Court's docket.

2. Attorney Simmons has left his employment at Taft, Stettinius & Hollister LLP.

3. Because Attorney Simmons is no longer employed at Taft, Stettinius & Hollister LLP, Art Akiane files the instant motion seeking to withdraw the appearance of Attorney Simmons in this matter.

4. Adam Wolek and Matthew B. Barbara from the law firm of Taft, Stettinius & Hollister LLP will continue to represent Art Akiane's interests in this case.

WHEREFORE, Plaintiff Art Akiane moves this Honorable Court to withdraw or otherwise terminate the additional appearance of Rashad A. Simmons and for any other relief this Court deems fair and just.

Dated: April 6, 2020

Respectfully submitted,

ART AKIANE LLC,

By: s/ Adam Wolek
Adam Wolek
Marcus Harris
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com
mharris@taftlaw.com

Matthew B. Barbara (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2938
Fax: (216) 241-3707
mbarbara@taftlaw.com

*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 6, 2020, he caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

                                                  */s/ Adam Wolek*