IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-02952 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| ART & SOULWORKS LLC, CAROL ) | |
| CORNELIUSON, CARPENTREE, LLC, and ) | Magistrate Judge Jeffrey Cole |
| VIRGINIA HOBSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ART & SOULWORKS LLC, and ) | |
| CAROLYNE CORNELIUSON, ) | |
| ) | |
| Defendants - Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ART AKIANE LLC, ) | |
| ) | |
| Plaintiff - Counter-Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| AKIANE ART GALLERY, LLC, and ) | |
| AKIANE KRAMARIK, ) | |
| ) | |
| Counter-Defendants. ) | |

**ART & SOULWORKS LLC AND CAROL
CORNELIUSON'S MOTION TO COMPEL**

For the reasons set forth in the accompanying Memorandum of Law, Art & Soulworks, LLC and Carolyne Corneliuson (collectively, "ASW"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves that this Court Compel Art Akiane LLC, Akiane Art Gallery, LLC, and Akiane Kramarik, to substantively respond to ASW's multiple discovery requests.

Dated: May 29, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Nicole N. Auerbach*

　　　　　　　　　　　　　　　　　　　　Nicole N. Auerbach
　　　　　　　　　　　　　　　　　　　　Salvador Carranza
　　　　　　　　　　　　　　　　　　　　Kehinde Durowade
　　　　　　　　　　　　　　　　　　　　ELEVATENEXT LAW
　　　　　　　　　　　　　　　　　　　　218 N. Jefferson Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　(312) 676-5469 - Telephone
　　　　　　　　　　　　　　　　　　　　(312) 676-5499 - Facsimile
　　　　　　　　　　　　　　　　　　　　nicole.auerbach@elevatenextlaw.com
　　　　　　　　　　　　　　　　　　　　Salvador.carranza@elevatenextlaw.com
　　　　　　　　　　　　　　　　　　　　Kehinde.durowade@elevateservices.com

## CERTIFICATE OF SERVICE

I certify that on May 29, 2020, I caused a copy of the attached Motion to Compel to be served upon all counsel of record via the Court's ECF system.

*/s/ Nicole N. Auerbach*
Nicole N. Auerbach
