# EXHIBIT C

| | |
|---|---|
| **From:** | Barbara, Matthew B. <mbarbara@taftlaw.com> |
| **Sent:** | Wednesday, April 15, 2020 9:45 AM |
| **To:** | Nicole Nehama Auerbach; 'nicole.auerbach@elevatenextlaw.com'; 'patrick.lamb@elevatenextlaw.com'; 'salvador.carranza@elevatenextlaw.com'; 'Hahn@LitchfieldCavo.com'; 'Baniak@LitchfieldCavo.com'; Kehinde Durowade |
| **Cc:** | Wolek, Adam |
| **Subject:** | RE: Art Akiane, LLC v. Art & SoulWorks LLC, et al.; Case No. 19-cv-02952 |

Hi Nicole –

The responses include confidential business, sales, financial, and personal information. If you believe a response should be de-designated, please identify that response and explain the basis for your belief that the confidentiality designation is improper so that we can review the response and reconsider whether the designation is needed. As noted below, we are happy and available to confer regarding any request or confidentiality designation.

Best regards,
Matt

**From:** Nicole Nehama Auerbach <nicole.auerbach@elevateservices.com>
**Sent:** Tuesday, April 14, 2020 7:10 PM
**To:** Barbara, Matthew B. <mbarbara@taftlaw.com>; 'nicole.auerbach@elevatenextlaw.com' <nicole.auerbach@elevatenextlaw.com>; 'patrick.lamb@elevatenextlaw.com' <patrick.lamb@elevatenextlaw.com>; 'salvador.carranza@elevatenextlaw.com' <salvador.carranza@elevatenextlaw.com>; 'Hahn@LitchfieldCavo.com' <Hahn@LitchfieldCavo.com>; 'Baniak@LitchfieldCavo.com' <Baniak@LitchfieldCavo.com>; Kehinde Durowade <kehinde.durowade@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>
**Subject:** Re: Art Akiane, LLC v. Art & SoulWorks LLC, et al.; Case No. 19-cv-02952

Matt - I am not sure why you are not understanding my emails. As I said below, we hope to not have to go forward with the motion to compel. Regardless, my email was a request to remove the blanket confidential designation on the responses. Per the confidentiality order I am required to make that request. My understanding of your response is that you will not remove the designation or identify specific responses that you deem confidential and explain why. If I am in error, please correct me. Thanks

Nicole Nehama Auerbach
Founder, ElevateNext Law

+1 312 676 5469
218 N Jefferson St., Suite 300, Chicago, IL 60661
www.elevatenextlaw.com

**From:** Barbara, Matthew B. <mbarbara@taftlaw.com>
**Sent:** Tuesday, April 14, 2020 5:05:41 PM
**To:** Nicole Nehama Auerbach <nicole.auerbach@elevateservices.com>; 'nicole.auerbach@elevatenextlaw.com' <nicole.auerbach@elevatenextlaw.com>; 'patrick.lamb@elevatenextlaw.com' <patrick.lamb@elevatenextlaw.com>; 'salvador.carranza@elevatenextlaw.com' <salvador.carranza@elevatenextlaw.com>; 'Hahn@LitchfieldCavo.com'

<Hahn@LitchfieldCavo.com>; 'Baniak@LitchfieldCavo.com' <Baniak@LitchfieldCavo.com>; Kehinde Durowade <kehinde.durowade@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>
**Subject:** RE: Art Akiane, LLC v. Art & SoulWorks LLC, et al.; Case No. 19-cv-02952

Hi Nicole,

The information in the Art Akiane LLC and Akiane Kramarik responses is confidential. We are perplexed why you are proceeding with a motion to compel when the responses were served only minutes ago. If you have any questions regarding the responses or their confidentiality, we are happy to confer by phone.

Best regards,
Matt

**Taft /**

**Matthew B. Barbara**
Attorney
mbarbara@taftlaw.com
**Dir:** 216.706.3954
**Tel:** 216.241.2838 | **Fax:** 216.241.3707
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

**taftlaw.com**

---

**From:** nicole.auerbach@elevateservices.com <nicole.auerbach@elevateservices.com>
**Sent:** Tuesday, April 14, 2020 5:27 PM
**To:** Scheid, Sarah A. <SScheid@taftlaw.com>; 'nicole.auerbach@elevatenextlaw.com' <nicole.auerbach@elevatenextlaw.com>; 'patrick.lamb@elevatenextlaw.com' <patrick.lamb@elevatenextlaw.com>; 'salvador.carranza@elevatenextlaw.com' <salvador.carranza@elevatenextlaw.com>; 'Hahn@LitchfieldCavo.com' <Hahn@LitchfieldCavo.com>; 'Baniak@LitchfieldCavo.com' <Baniak@LitchfieldCavo.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>; Barbara, Matthew B. <mbarbara@taftlaw.com>
**Subject:** Re: Art Akiane, LLC v. Art & SoulWorks LLC, et al.; Case No. 19-cv-02952

Hi Adam, Marcus, Matt and Sarah -

Hope you are all well.

Thanks for sending the supplemental interrogatory responses. While we haven't reviewed them yet, I noticed that you indicated on them that they are "confidential" and subject to the protective order. I would ask that you remove this designation. As you know, we have drafted a motion to compel that we hope will be obsolete in light of the supplement, but should it not be, we will need to attach the responses to the filing. Furthermore, putting a blanket "confidential" restriction across the pleading but failing to indicate what specific responses are deemed confidential is inappropriate - as it unduly burdens the other parties and what they can do with the information in the pleading, and improperly casts a shadow of confidential over every response. If you are unwilling to remove the designation, please indicate which portions of the responses you deem confidential and why so we can act accordingly. thanks

**Nicole Nehama Auerbach**
Vice President/Founding Partner
+1 312 676 5469



**Elevate** | elevatenextlaw.com |
218 N Jefferson St., Suite 300, Chicago, IL 60661

Notice: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Scheid, Sarah A. <SScheid@taftlaw.com>
**Sent:** Tuesday, April 14, 2020 3:54 PM
**To:** 'nicole.auerbach@elevatenextlaw.com' <nicole.auerbach@elevatenextlaw.com>; 'patrick.lamb@elevatenextlaw.com' <patrick.lamb@elevatenextlaw.com>; 'salvador.carranza@elevatenextlaw.com' <salvador.carranza@elevatenextlaw.com>; 'Hahn@LitchfieldCavo.com' <Hahn@LitchfieldCavo.com>; 'Baniak@LitchfieldCavo.com' <Baniak@LitchfieldCavo.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>; Barbara, Matthew B. <mbarbara@taftlaw.com>
**Subject:** Art Akiane, LLC v. Art & SoulWorks LLC, et al.; Case No. 19-cv-02952

Dear Counsel,

Attached please find Akiane Art Gallery, LLC's, Akiane Kramarik's, and Art Akiane LLC's *First Supplemental Objections and Responses to Art & SoulWorks LLC's First Set of Interrogatories* in the above-referenced matter.

Regards,

Sarah Scheid




**Sarah A. Scheid**
Legal Assistant
SScheid@taftlaw.com
**Dir:** 216.706.3931
**Tel:** 216.241.2838   |   **Fax:** 216.241.3707
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

**taftlaw.com**


To opt in to Taft's daily updates on COVID-19, please **subscribe here**. For news and advice on coronavirus-related implications, please review our **Resource Toolkit** anytime.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

3