# EXHIBIT F

| | |
|---|---|
| **From:** | Salvador Carranza <salvador.carranza@elevatenextlaw.com> |
| **Sent:** | Thursday, May 28, 2020 5:17 PM |
| **To:** | Kehinde Durowade |
| **Subject:** | FW: ESI Production Specifications: Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production |
| **Attachments:** | 2019-11-19 - Taft's ESI Production Specifications.docx |

Here you go

**Salvador Carranza**
Director
+13126765466
+1 4148991980

**Elevate** | elevateservices.com |
218 N Jefferson St., Suite 300, Chicago, IL 60661



Notice: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Simmons, Rashad A. [mailto:rsimmons@taftlaw.com]
**Sent:** Tuesday, November 19, 2019 1:53 PM
**To:** Salvador Carranza <salvador.carranza@elevatenextlaw.com>; Nicole Auerbach <nicole.auerbach@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>; Hawley, Alicia M. <ahawley@taftlaw.com>
**Subject:** ESI Production Specifications: Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production

Hi Sal,

Apologies for the delay. Please see the attached document for information concerning our production specifications.

Rashad

---

**From:** Salvador Carranza <salvador.carranza@elevatenextlaw.com>
**Sent:** Monday, November 18, 2019 3:33 PM
**To:** Simmons, Rashad A. <rsimmons@taftlaw.com>; Nicole Auerbach <nicole.auerbach@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>
**Subject:** RE: Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production

Rashad, in what format do you want the production? I'll get the ball rolling on our side.

Sal

---

**From:** Simmons, Rashad A. [mailto:rsimmons@taftlaw.com]
**Sent:** Monday, November 18, 2019 1:46 PM

1

**To:** Salvador Carranza <salvador.carranza@elevatenextlaw.com>; Nicole Auerbach <nicole.auerbach@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>
**Subject:** RE: Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production

Sal,

Defendants filed their answers to the First Amended Complaint on October 2, 2019. Accordingly, Defendants' Mandatory Initial Disclosures were due November 1, 2019 and their corresponding ESI disclosures were therefore due by November 15, 2019 based on the Court's October 25, 2019 Order.

While a confidentiality order is being finalized and the Rule 26 conference is set this week, the parties have been exchanging their ESI disclosures absent the entry of a confidentiality order and prior to the Rule 26 conference pursuant to the Court's Order. Accordingly, Defendants' disclosures are overdue.

Rashad

---

**From:** Salvador Carranza <salvador.carranza@elevatenextlaw.com>
**Sent:** Monday, November 18, 2019 12:43 PM
**To:** Simmons, Rashad A. <rsimmons@taftlaw.com>; Nicole Auerbach <nicole.auerbach@elevateservices.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>
**Subject:** Re: Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production

Rashad, it was my understanding the a confidentiality order was still being finalized and that a Rule 26 conference was occurring on Wednesday which would discuss among other things, format for the ESI to be produced. Therefore, we were waiting to make a production. Is that not the case?

Regardless, we have documents ready to produce once those items are addressed. If I am mistaken on those issues. Please let me know.

Thanks

Sal

---

**From:** Simmons, Rashad A. <rsimmons@taftlaw.com>
**Sent:** Monday, November 18, 2019 12:30:10 PM
**To:** Nicole Auerbach <nicole.auerbach@elevateservices.com>; Salvador Carranza <salvador.carranza@elevatenextlaw.com>
**Cc:** Wolek, Adam <awolek@taftlaw.com>; Harris, Marcus <mharris@taftlaw.com>
**Subject:** Art Akiane v. Art & SoulWorks- ASW's and Corneliuson's Delinquent ESI Production

Counsel,

ASW's and Corneliuson's ESI disclosures were due Friday, November 15, 2019. However, Defendants did not produce any documents. Are Defendants producing its ESI disclosures today? If not, please let me know when you are available to meet and confer.

Sincerely,

Rashad

# Taft /

**Rashad A. Simmons** / Attorney
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.754.2352
Direct: 312.836.4043
**www.taftlaw.com** / rsimmons@taftlaw.com

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

## **Taft's ESI Production Specifications**

<u>Searchable Image Database ESI Productions shall be conformed as follows:</u>

Searchable Image ESI productions of ESI require the data to be produced as images, natives and text files. Native Format means the data files "in the form kept in the ordinary course of business." For example Microsoft Excel spreadsheets gets produced as an .xls or .xlsx Excel spreadsheet.

Accordingly, please produce the following for each record:

1) <u>Document Images</u>

All documents or files are to be scanned or printed to CCIT Group IV, 300 DPI resolution, single-page, TIF images. Each container file, such as an email PST or NSF or file containers such as a ZIP file or RAR file shall be extracted. Each email attachment is to be extracted from the parent email as a separate document. The parent/child relationship between email and attachment is to be maintained. Each image is to be endorsed in the lower right hand corner with a unique serial ("Bates") number. The Bates number shall not obscure any information in the image.

2) <u>Native Electronic Files</u>

Native electronic files are to be produced in addition to the TIF images except for structured data, i.e. Microsoft Excel, Microsoft Powerpoint, .exe files, which do not require an image. The native file is to be named for the Bates number of the first page of the document. If a file cannot be rendered to TIF then a slip sheet image is to be produced and endorsed with the same Bates number. The slip sheet shall contain the "original filename," "original file path" and a brief explanation or description of the reason for the exception.

3) <u>Text Files</u>

A single, document-level, Unicode text file is to be produced for each record. Text files should be named with the Bates number of the first page of the document. In the case of file where the text is electronically extractable, the text file should contain the electronically extracted text. For files where the text of the document is not electronically extractable, the file should be imaged then processed using optical character recognition (OCR). The text from a slip sheet should not be provided in the text file.

4) <u>Concordance Load File</u>

A Concordance .DAT file should be produced containing document boundaries, attachment (parent/child) relationship, and metadata fields corresponding to those listed below (to the extent those fields exist and are available). The metadata field names should appear in the first line of the .DAT file. Each file produced should have a corresponding record (row) in the data file.

| Metadata Fields: | Description: |
|---|---|
| BegDoc# | The Bates number or file identification number of the start of the document |
| EndDoc# | The Bates number or file identification number of the end of the document |
| BegDocAttach# | The beginning Bates number or file identification number of the first document in the parent/attachment group |
| EndDocAttach# | The ending Bates number or file identification number of the last document in the parent/attachment group |
| Group Identifier | The identifier of a document's parent/attachment family group. |
| Email To | The recipient of the document or email |
| Email From | The author of the document or email |
| Email CC | Persons copied on the document or email |
| Email BCC | Persons blind-copied on the document or email |
| Custodian | The person who maintains custody of the document or email |
| Source | The original source of the data, if available (e.g. Joe's Work Laptop) |
| Author | Author of the document |
| Date Created | Date the document or email was created |
| Date Sent | Date the document or email was sent |
| Date Received | Date the document or email was received |
| Date Last Modified | Date last modified for attachments and standalone electronic files |
| Date Last Printed | Date last printed for attachments and standalone files |
| Time Sent | Time the email message was sent. |
| Time Received | Time the email message was received. |
| Time Created | Time the native file was created. |
| Time Last Modified | Time the native file was last modified. |
| Email Subject | Subject line(s) of email |
| Doc Title | Title of the document |
| File Name | File name of electronic document |

| | |
|---|---|
| File Path | Original file path as maintained by operating system or network |
| Folder | Email or document folder information |
| MD5, SHA-1, or SHA-1 Hash | The identifying value used for deduplication and authentication |
| Confidentiality Designation | Designation of any confidentiality claim applied to the document |
| Native File Path | File path to location of native format document |
| Text Path | File path to extracted text (or OCR in the case of redacted images) of the document |

5) <u>Concordance Image (Opticon) Compatible Image Load File</u>

Produce an Opticon .OPT or .LOG page level load file with each line representing one image, containing the following comma delimited fields:

Page Identifier, VOLUME Identifier, IMAGE PATH, DOCUMENT BREAK, FOLDER BREAK, BOX BREAK, PAGE COUNT

Each volume should have separate NATIVE, IMAGE and TEXT sub-folders for the native, image and text files, and shall contain no more than 5,000 files per numbered sub-folder. The Volume folder will contain the data file. The data file will be named for the production volume and will have the .DAT file extension. The volume folder will contain a Concordance Image (Opticon) image load file with either the .opt or .log file extension. The image load file will be named for the production volume.