# EXHIBIT H

## SECOND AMENDMENT
## TO THE PUBLISHING AGREEMENT

THIS AMENDMENT ("Amendment") to the publishing agreement between Foreli Kramarik as Guardian and/or Attorney-in-Fact for Akiane Karmarik, now no longer a minor ("Author") and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("Publisher") is made and effective as of July 1, 2014 (the "Effective Date").

WHEREAS, Author and Publisher entered into that certain publishing agreement dated June 28, 2005 and that amendment dated June 22, 2008 (collectively "Agreement") for publication of a literary work titled *AKIANE: HER ART, HER POETRY, HER LIFE* (the "Work");

WHEREAS, the parties desire to extend the term of the Agreement;

NOW, THEREFORE, in consideration of the mutual promises contained therein and the mutual benefits to be derived therefrom, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Definitions.** Capitalized terms used in this Amendment not otherwise defined shall have the meaning ascribed to them in the Agreement.

2. **Amendments.**

   a. The opening paragraph shall be deleted in its entirety and replaced with the following:

   "**PUBLISHING AGREEMENT** ("Agreement") made effective as of June 28, 2005, between Akiane Kramarik, Foreli Kramarik (collectively, jointly and severally "Author"), whose address is 250 Northwest Boulevard, Suite 106A, Coeur d'Alene, ID 83814, Idaho 83814, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   b. The following phrase shall be deleted from the beginning of the first sentence in Section 1.1:

   "For a period of five (5) years from the date of execution of this Agreement,"

   and shall be replaced with the following:

   "During the term of copyright in the Work,"

   c. The following shall be added as to the beginning of Section 5 (ROYALTIES):

   "All monies due Author under this Agreement shall be split and paid 50% to Akiane Kramarik and 50% to Foreli Kramarik."

   d. The second and third paragraphs of Section 5.1 (starting "Hardcover" and "Trade Paper", respectively) shall be deleted in their entirety and replaced with the following:

   "**Hardcover and/or Trade Paper:** Twenty-six percent (**26%**) of the sums actually received by Publisher on all copies of the Work sold after the Effective Date."

e. Section 5.6 (Mass Market Outlet Sales ) shall be deleted in its entirety. The category formerly classified as "Mass Market Outlet Sales" will now pay at the full trade rate of 26%.

f. Section 5.13 (Electronic Editions) shall be deleted in its entirety and replaced with the following:

"5.13 **Electronic Editions.** On copies of any electronic edition of the Work sold by Publisher or an affiliate or subsidiary, the royalty shall be:

5.13.1 eBooks without enhancements: twenty-five percent (**25%**) of the sums actually received by Publisher on net sales.

5.13.2 All electronic digital products excluding those set forth in Section 5.13.1, including but not limited to, enhanced eBooks, CD-ROMs, apps, audio/video streaming and downloads: ten percent (10%) of the sums actually received by Publisher on net sales, or a pro-rata portion thereof if less than the entire Work is used (e.g. part of a compilation)."

3. **Full Force and Effect.** All provisions of the Agreement shall remain in full force and effect, except as expressly modified hereby. To the extent a provision of this Amendment conflicts or differs with any provision of the Agreement, this Amendment shall prevail. All references to the Agreement shall refer to the Agreement as amended hereby.

IN WITNESS WHEREOF, the parties have duly executed this Amendment as of the day and year first written above.

By: ███████████

AUTHOR:
By: _[signature]_
Akiane Kramarik

By: _[signature]_
Foreli Kramarik