# **EXHIBIT I**

| | |
|---|---|
| **From:** | Kehinde Durowade |
| **Sent:** | Tuesday, April 21, 2020 3:46 PM |
| **To:** | Barbara, Matthew B.; Wolek, Adam |
| **Cc:** | Nicole Nehama Auerbach; Salvador Carranza; Courtney Chayka |
| **Subject:** | Art Akiane v. ASW - Supplemental Responses to Discovery |
| **Attachments:** | 04-20-2020 ASW's Supplemental Response to AA's Interrogatories.pdf; 04-20-2020 ASW's Supplemental Response to AA's RFPs.pdf; 04-20-2020-Corneliuson's Supplemental Response to Art Akiane's Interrogatories.pdf; 04-20-2020-Corneliuson's Supplemental Response to Art Akiane's RFPs.pdf; Verification to ASW Supplemental ROGs.pdf; Verification to Corneliuson's Supplemental ROGs.pdf |

Matt/Adam:

Please find attached ASW and Corneliuson's supplemental responses to Art Akiane's Interrogatories and Requests for Production.

A few things for your information:
  - With regard to your objection to ASW's response to AA's Interrogatory No. 2 (No. 5 for Corneliuson), we stand by our response. Digital Color Print Center is featured prominently in the documents referenced in our responses. The redacted entries relate to non-Akiane art sales.
  - With regard to additional documents, we are working on determining if any exist and will produce them if they do at the end of the week or early next week.
  - We also enclose new verification for the supplemental interrogatories. We noticed that your clients did not provide verifications for the last supplements. Please let us know when we will receive them.

Please let me know if you have any questions.

Thanks.
**Kehinde Durowade**
Attorney
+1 312 676 5475

**Elevate** | elevateservices.com |
218 N Jefferson St., Suite 300, Chicago, IL 60661



Notice: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.