# EXHIBIT 1

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| ART AKIANE LLC,<br><div align="center">Plaintiff,</div><br>v.<br><br>ART & SOULWORKS LLC, and<br>CAROL CORNELIUSON,<br><div align="center">Defendants.</div> | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

## SUPPLEMENTAL DECLARATION OF RACHEL A. SMOOT IN SUPPORT OF PLAINTIFF ART AKIANE LLC'S MOTION FOR PRELIMINARY INJUNCTION

I, Rachel A. Smoot, declare:

1.      I am counsel for Plaintiff Art Akiane LLC ("Art Akiane"), and Counter-Defendants Akiane Art Gallery, LLC, and Akiane Kramarik in this matter and am admitted *pro hac vice*. I am an associate at Taft Stettinius & Hollister LLP. I have personal knowledge of the facts stated herein, and if called as a witness, would be able to testify competently to such facts.

2.      On October 7, 2019, Plaintiff filed a motion for preliminary injunction to enjoin Defendants Art & Soulworks LLC and Carolyne Corneliuson ("Defendants") from, *inter alia*:

> copying, displaying or distributing digital images of Art Akiane's copyrighted works, and modifying, creating derivative works or reproducing such materials on its webpages or social media accounts; . . . [f]rom copying displaying, making derivative works of or distributing videos of Akiane's Works; . . . and [f]rom marketing, holding themselves out as, or representing that they are the origin of, affiliated with, or endorsed or approved by Art Akiane or its works.

(Dkt. 65 at 1-2.)

3.      Briefing for the preliminary injunction concluded on December 23, 2019. (Dkt. 86.)

4.      After the briefing ended: (1) Art Akiane's copyrighted works ("Works") are still being distributed and displayed from Defendants' social media, and (2) actual consumer confusion

continued, as shown in Exhibits A & B.

5.      Attached hereto as Exhibit A are true and correct examples captured between July 6, 2020 and July 9, 2020 from Defendants' Facebook page of Art Akiane's Works (as modified by Defendants) being displayed and distributed after briefing for the preliminary injunction concluded. These examples show recent distributions, comments, and displays of Akiane's Works. For efficiency, the post-briefing activity is notated by circles by undersigned counsel.[1]

6.      Exhibit A further shows actual and continued consumer confusion over the affiliation of Defendants' Facebook page and posts with Akiane Kramarik.[2] For instance, several comments show consumers mistakenly believe that the Works, and other posts not containing the Works, were posted by or have an affiliation with Akiane Kramarik, as the comments are directed to Akiane Kramarik herself as if she were operating and controlling Defendants' Facebook page.

7.      Consumers stated: "Such a talented artist! Hope you are well and that you are safe! Blessings to you and your family and thank you for your testimony and for sharing your talent with us . . . may he always lead and guide you ever step of your life! **Love you Akiane**!" (Ex. A at 2); "**Akiane – you** will have to start painting more Jesus paintings to represent scripture like this" (*id.* at 6); "**Love your paintings** and the words of God that you shared" (*id.* at 8) (emphasis added).

8.      Attached hereto as Exhibit B is a true and correct copy of a July 7, 2020 email received from a customer of Art Akiane. The customer in Exhibit B expressed actual confusion if

---

[1] Exhibit A comprises only a small sample of examples of post-briefing distributions, and Art Akiane is willing to provide numerous additional examples if the Court wishes.

[2] *Int'l. Kennel Club of Chi., Inc. v. Mighty Star, Inc*., 846 F.2d 1079, 1090 (7th Cir. 1988) (finding even a few instances of actual confusion may be considered highly probative of a likelihood of confusion); *Meridian Mut. Ins. Co. v. Meridian Ins. Grp., Inc.*, 128 F.3d 1118, 1119 (7th Cir. 1997) ("[W]hile very little proof of actual confusion would be necessary to prove the likelihood of confusion, an almost overwhelming amount of proof would be necessary to refute such proof.") (citation omitted).

Defendants and their webpage were the official distributors of Art Akiane's Works.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 10, 2020

By: s/*Rachel A. Smoot*
Rachel A. Smoot (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Phone: (614) 221-2838
Fax: (614) 221-2007
rsmoot@taftlaw.com

*Counsel for Plaintiff and Counter-Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2020, the foregoing was filed with the Clerk of Court via

CM/ECF, which provided notice of same to all parties who have made an appearance in this case.


/s/*Rachel A. Smoot*

# EXHIBIT A

Prince of Peace Friends - About

facebook.com/pg/jesusprinceofpeace/about/?ref=page_internal

Incognito (3)

INSTANT GAMES    MORE

YOUR GAMES    MORE



Prince of Peace Friends

Home    Create

Prince of Peace Friends

@jesusprinceofpeace



👍 Like    🔊 Follow    ➤ Share    ···

Home
Posts
Videos
Photos
Events
**About**
Community
Offers
Reviews
Email Signup

Create a Page

**Mission**

Our mission is to share Jesus "Prince of Peace" with the world, one inspiration at a time - to be an example of God's love & abundance. We have been called to provide Jesus teachings, inspirations, and gifts designed to inspire, educate and promote wholesome values and ideas to individuals and families. Art & SoulWorks manages this Jesus Prince of Peace Facebook page and provides all the complimentary resources you see posted here. We hoped you are blessed by our labor of love.

**CONTACT INFO**

✉ info@art-soulworks.com

🌐 http://www.Art-SoulWorks.com

**MORE INFO**

ⓘ Release Date
2003

ⓘ Affiliation
Official Source for Jesus Art & Inspiration featuring, Bible scripture, and encourage quotes from the Heaven is for real series of book by Todd & Colton Burpo

ⓘ About
Trusted source of inspiration & gifts often featuring Prince of Peace, the Heaven is for the Real face of Jesus painted by 8-year old, child prodigy, Akiane Kramarik. Posts here are by Art & SoulWorks staff & community members not by Akiane Kramarik.

ⓘ Impressum
.

ⓘ Company Overview
Trusted source of Jesus Gifts and Art. We share the Word by licensing, manufacturing and distributing beautiful gifts from Christian artists around the world.... See More

ⓘ Prince Of Peace, Akiane' Kramarik's painting of Jesus, created at the Age of 8 in 2003 is featured in the book, Heaven is for Real, by Todd & Colton Burpo- the ... See More

🏆 Awards
2012 & 2013 "Prince of Peace" (original painted by Akiane Kramarik) was selected for the Christian Retail Award by Carpentree, our fine art framing partner.

For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counselor , The mighty God, The everlasting Father, The Prince of Peace. Isaiah 9:6

Father, energize me with a supernatural quickening! Encompass me with a shield of protection ... because your word says tha...

See More

📍 Milestones

2012    • ANNOUNCING ~ JESUS & AKIANE MAGNETS

Type here to search

10:33 PM
7/6/2020

Case 2:13-cv-02992 Document 1 172-4 Filed 07/06/20 Page 8 of 30 PageID #:3649







Prince of Peace Friends - Home

facebook.com/jesusprinceofpeace/

Prince of Peace Friends

Home | Create

Like | Follow | Share | •••

**Prince of Peace Friends**
April 30

🕊️PUTTING ON THE ARMOR OF GOD🕊️Ephesians 6 🙏www.Art-SoulWorks.com

11 Put on the whole armour of God, that ye may be able to stand against the wiles of the devil.

12 For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places. ... See More



**Prince of Peace Friends**
@jesusprinceofpeace

Home
Posts
Videos
Photos
Events
About
Community
Offers
Reviews
Email Signup

Create a Page

shoulder.
See More

**Community** — See All

Invite your friends to like this Page
699,540 people like this
691,817 people follow this

**About** — See All
www.Art-SoulWorks.com
Community
Price Range $$
Impressum
Suggest Edits

**Page Transparency** — See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - May 18, 2011
Page manager location: United States

**Pages Liked by This Page**
Bob L. Williamson — Like
Thomas Nelson Bib... — Like
Joyce Meyer Minist... — Like

Prince of Peace Friends - Home

facebook.com/jesusprinceofpeace

Prince of Peace Friends

Like  Follow  Share  ···

**Linda Neikirk Forquer** Amen Amen. We thank you Lord Jesus. 🙏🙏🙏
Like · Reply · 9w

**Edoloi Couto Adornes** Amém !!!
Like · Reply · See Translation · 9w

**Joyce C Krueger** God loves you! God bless you! Shalom to ALL! Yes!
Like · Reply · 9w

**Emilia Balogh** Amen 🙏
Like · Reply · 9w

**Sherrie Garcia** Amen
Like · Reply · 9w

**Sandra Vickrey Spence** Amen
Like · Reply · 9w

**Janice Reck** Akiane - you will have to start painting more Jesus paintings to represent scripture like this.
Like · Reply · 9w

**Joan Cooper** Yes!! Amen
Like · Reply · 9w

**Dale Smith** Amen.
Like · Reply · 9w

**Lupita Paez Flores** Amen amen
Like · Reply · 9w

**Cindy Doyle** Thank you precious lord God 👏🙏❤️
Like · Reply · 9w

**Edward Yruegas** Amen
Like · Reply · 9w

**Leslie Boros** the warrior is a child. by twila paris
Like · Reply · 9w

### Prince of Peace Friends
@jesusprinceofpeace

Home
Posts
Videos
Photos
Events
About
Community
Offers
Reviews
Email Signup

Create a Page

Invite your friends to like this Page

699,540 people like this

691,817 people follow this

**About**  See All

www.Art-SoulWorks.com

Community

Price Range $$

Impressum

Suggest Edits

**Page Transparency**  See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 18, 2011

Page manager location: United States

**Pages Liked by This Page**

Bob L. Williamson  Like

Thomas Nelson Bib...  Like

Joyce Meyer Minist...  Like



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2020



**Prince of Peace Friends**
May 4 · 

GOD CALL US TO BE COURAGEOUS
🔥🕊️www.Art-SoulWorks.com🕊️🔥
1 Chronicles 28:20...
Continue Reading

# How I feel knowing Jesus is with me when I face battles

2.5K    91 Comments 705 Shares

👍 Like    💬 Comment    ➤ Share

All Comments ▾

Prince of Peace Friends - Home

facebook.com/jesusprinceofpeace/

Prince of Peace Friends

Home | Create

Like | Follow | Share | ...

savior amen 🙏
Like · Reply · 9w

Maria Troilo Doulgerakis Thank You Father God🙏💙
Like · Reply · 9w

Mark Farnsworth Jesus is the lion of the tribe of Juda sells in the old testament.



Like · Reply · 9w

Maggie Jensen Love your paintings and the words of God that you shared.
Like · Reply · 9w

Olivia van der Wath Amen thank you Lord Shalom xxx
Like · Reply · 9w

Rebecca Caprio "I do not give you what the world gives to you." Love it. ❤❤❤
Like · Reply · 9w

Angelica Johnson Amen.❤🙏❤🙏
Like · Reply · 9w

Kathleen Bergin Thank you for the beautiful reminder!
Like · Reply · 9w

Patsy Aleman Always and Amen 🙏
Like · Reply · 8w

Shirley Parsons Amen

**Prince of Peace Friends**
@jesusprinceofpeace

Home
Posts
Videos
Photos
Events
About
Community
Offers
Reviews
Email Signup

Create a Page

5.0 · 5 out of 5 · Based on the opinion of 109 people

Jesus is the Prince of Peace and Heaven is for Real ...

For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: ...

See More

**Community** — See All

Invite your friends to like this Page

699,540 people like this

691,817 people follow this

**About** — See All

🌐 www.Art-SoulWorks.com

Community

Price Range $$

Impressum

Suggest Edits

**Page Transparency** — See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 18, 2011

Page manager location: United States

**Pages Liked by This Page**

Bob L. Williamson — Like




Happy Father's Day to
birth fathers
earth fathers
spiritual fathers
and especially
to our beloved
Heavenly Father

Prince of Peace by Akiane Kramarik © Montage www.Art-SoulWorks.com

**Prince of Peace Friends**
June 17, 2018

Wishing you a blessed day!

www.Art-SoulWorks.com

1.5K    43 Comments   346 Shares

👍 Like    💬 Comment    ↪ Share

Most Relevant ▼

**Jaykie Gloria** Happy Father's day God of love!
Like · Reply · 2y

**Mcbootzz Zepol** Happy fathers day papa Jesus luv u
Like · Reply · 2y

**Carla Estrada** Amen
Like · Reply · 2y

**Agustin Jr Iragana** Amen....
Like · Reply · 2y

**Maricel Fabros Ramos** Yes Lord happy fathers day to u thankyou for your love 😊😊😍
Like · Reply · 2y

**Becky Crosier** Love you Jesus!
Like · Reply · 2y

View 33 more comments

Write a comment...

(1) Prince of Peace Friends - Phot...

facebook.com/jesusprinceofpeace/photos/a.228518780495067/2082731331740460/?type=3&theater

**Prince of Peace Friends**
· June 17, 2018 ·

Wishing you a blessed day!

www.Art-SoulWorks.com

1.5K          43 Comments  346 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

**Jaykie Gloria** Happy Father's day God of love!
Like · Reply · 2y

**Mcbootzz Zepol** Happy fathers day papa Jesus luv u
Like · Reply · 2y

**Carla Estrada** Amen
Like · Reply · 2y

**Agustin Jr Iragana** Amen...
Like · Reply · 2y

**Maricel Fabros Ramos** Yes Lord happy fathers day to u thankyou for your love 😊😍
Like · Reply · 2y

**Becky Crosier** Love you Jesus!
Like · Reply · 2y

View 33 more comments

Write a comment...

**People Who Shared This**                                              ✕

**Merrilee Soelberg Franz** shared a memory.
June 17 at 6:33 PM · 🌐

Thinkin' about FATHER'S DAY COMING this Sunday....May God bless each of you as you love and lead the next generation..... let there be peace on earth and let it begin with me. May we all share peace and respect and honor with every one we meet.

Show Attachment

👍❤ 4

👍 Like

**Robin Edwards-Casali** shared a memory.
June 17 at 5:44 PM · 🌐

Show Attachment

👍 Like          💬 Comment

Write a comment...

**Bonnie Savage** shared a memory.
June 17 at 4:33 PM · 🌐

Show Attachment

👍 Like

**Debbie Widdowson** shared a memory.
June 17 at 4:16 PM · 🌐

Show Attachment

👍 Like          💬 Comment

Write a comment...

**Jean McLean**

Happy Father's Da

birth fath

earth fath

spiritual fath

and especia

to our belo

Heavenly Fat

Prince of Peace by Akiane Kra

https://www.facebook.com/jesusprinceofpeace/photos/a.228518780495067/2082731331740460/?type=3&theater#

Type here to search



OUR FATHER
WHICH ART IN HEAVEN
HALLOWED BE THY NAME
THY KINGDOM COME
THY WILL BE DONE IN EARTH
AS IT IS IN HEAVEN
GIVE US THIS DAY
OUR DAILY BREAD
AND FORGIVE US
OUR DEBTS
AS WE FORGIVE
OUR DEBTORS
AND LEAD US NOT
INTO TEMPTATION, BUT
DELIVER US FROM EVIL:
FOR THINE IS THE KINGDOM
AND THE POWER
AND THE GLORY
FOR EVER
AMEN
MATTHEW 6

Father Forgive & Missing Years Montage by Akaine © Art-SoulWorks.com

**Prince of Peace Friends**
Like This Page · May 3, 2018 ·

For NATIONAL PRAYER DAY - Jesus says "your Father knows what you need before you ask him. Pray then like this:

"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our daily bread, and forgive us our debts, as we also have forgiven our debtors. And lead us not into temptation, but deliver us from evil. For Thine is the Kingdom, and the power and the Glory - Forever - Amen." (Matthew 6 - The Lord's Prayer) Featured Art, Father Forgive by Akiane Kramarik: Click Here:https://art-soulworks.com/collections/akiane-gallery

2.4K          145 Comments  430 Shares

👍 Like          💬 Comment          ➤ Share

Most Relevant ▾

**Prince of Peace Friends** Saying the Lord's pray daily and wholeheartedly is so powerful and freeing! We can cast our burdens on the Lord. W"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our da... See More
Like · Reply · 2y          8

Most Relevant is selected, so some replies may have been filtered out.

  **Prince of Peace Friends** perhaps forgiveness is a way of payment?
  Like · Reply · 2y          1

  ↳ View 1 more reply

**Crystal Chan** AMEN
Like · Reply · 2y

**Denver Pael** Amen

Write a comment...

https://www.facebook.com/shares/view/?av=1433790065

(1) Prince of Peace Friends - Phot...

facebook.com/jesusprinceofpeace/photos/a.228518780495067/2032857110061216/?type=3&theater

Incognito

**People Who Shared This**

OUR FAT
WHICH ART IN H
HALLOWED BE TH
THY KINGDOM
THY WILL BE DONE
AS IT IS IN HEA
GIVE US THIS
OUR DAILY BR
AND FORGIVE
OUR DEBTS
AS WE FORG
OUR DEBTO
AND LEAD US
INTO TEMPTATIO
DELIVER US FRO
FOR THINE IS THE
AND THE POW
AND THE GLO
FOR EVER
AMEN
MATTHEW 6
Father Forgiv

**Dylan Young**
June 26 at 10:04 AM ·
Show Attachment

👍 Like　💬 Comment　↗ Share

Write a comment...

**Penny DeFalico** shared a memory.
June 17 at 2:51 PM ·
Show Attachment
❤ 1

👍 Like　💬 Comment

Write a comment...

**Eva Smith**
June 13 at 1:54 PM ·
OUR LORD'S PRAYER.
Show Attachment

👍 Like　💬 Comment　↗ Share

Write a comment...

**Kristie Watts**
June 12 at 1:08 AM ·
Show Attachment

👍 Like　💬 Comment　↗ Share

Write a comment...

**LJ Lafmele** shared a memory.
May 3 ·
Show Attachment

👍 Like　💬 Comment

**Prince of Peace Friends**
May 3, 2018 ·

FOR NATIONAL PRAYER DAY - Jesus says "your Father knows what you need before you ask him. Pray then like this:

"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our daily bread, and forgive us our debts, as we also have forgiven our debtors. And lead us not into temptation, but deliver us from evil. For Thine is the Kingdom, and the power and the Glory - Forever - Amen." (Matthew 6 - The Lord's Prayer) Featured Art, Father Forgive by Akiane Kramarik: Click Here: https://art-soulworks.com/collections/akiane-gallery

👍❤ 2.4K　　145 Comments 430 Shares

👍 Like　💬 Comment　↗ Share

Most Relevant ▾

**Prince of Peace Friends** Saying the Lord's pray daily and wholeheartedly is so powerful and freeing! We can cast our burdens on the Lord. W"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our da... See More
Like · Reply · 2y

Most Relevant is selected, so some replies may have been filtered out.

**Prince of Peace Friends** perhaps forgiveness is a way of payment?
Like · Reply · 2y

˅ View 1 more reply

**Crystal Chan** AMEN
Like · Reply · 2y

**Denver Pael** Amen

Write a comment...

https://www.facebook.com/jesusprinceofpeace/photos/a.228518780495067/2032857110061216/?type=3&theater#

Type here to search

7:56 PM
7/7/2020

(1) Prince of Peace Friends - Pho...

facebook.com/jesusprinceofpeace/photos/a.228518780495067/2032857110061216/?type=3&theater



OUR FAT
WHICH ART IN H
HALLOWED BE TH
THY KINGDOM
THY WILL BE DONE
AS IT IS IN HEA
GIVE US THIS
OUR DAILY BR
AND FORGIVE
OUR DEBTS
AS WE FORGI
OUR DEBTO
AND LEAD US
INTO TEMPTATIO
DELIVER US FRO
FOR THINE IS THE
AND THE POW
AND THE GLO
FOR EVER
AMEN
MATTHEW 6

Father Forgiv

https://www.facebook.com/jesusprinceofpeace/photos/a.228518780495067/2032857110061216/?type=3&theater#

**Teri Kennedy** shared a memory.
May 3 ·
Show Attachment
3

Like    Comment

Write a comment...

**Regina S Green** shared a memory.
May 3 ·
Show Attachment

Like    Comment

Write a comment...

**Jefren Palomata Cupan**
January 18 ·
Show Attachment
1

Like    Comment    Share

**O'TishaRuth Booth-Benton**
October 26, 2019 ·
Show Attachment
1                                    1 Comment

Like                              Share

**Jesha.** shared a memory.
June 21, 2019 ·
Show Attachment
1

Like    Comment

**LJ LaFaRCE** shared a memory — with Taimane Luafutu.



**Prince of Peace Friends**
May 3, 2018 ·

FOR NATIONAL PRAYER DAY - Jesus says "your Father knows what you need before you ask him. Pray then like this:

"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our daily bread, and forgive us our debts, as we also have forgiven our debtors. And lead us not into temptation, but deliver us from evil. For Thine is the Kingdom, and the power and the Glory - Forever - Amen." (Matthew 6 - The Lord's Prayer) Featured Art, Father Forgive by Akiane Kramarik: Click Here: https://art-soulworks.com/collections/akiane-gallery

2.4K                145 Comments  430 Shares

Like          Comment          Share

Most Relevant ▾

**Prince of Peace Friends** Saying the Lord's pray daily and wholeheartedly is so powerful and freeing! We can cast our burdens on the Lord. W"Our Father in heaven, hallowed be your name. Your kingdom come, your will be done, on earth as it is in heaven. Give us this day our da... See More

Like · Reply · 2y                          8

Most Relevant is selected, so some replies may have been filtered out.

**Prince of Peace Friends** perhaps forgiveness is a way of payment?
Like · Reply · 2y                    1

View 1 more reply

**Crystal Chan** AMEN
Like · Reply · 2y

**Denver Pael** Amen

Write a comment...


Type here to search



Prince of Peace Friends · Photos

facebook.com/jesusprinceofpeace/photos/a.228518780495067/2207578169255775/?type=3&theater



**Prince of Peace Friends**
Like This Page · August 29, 2018

❤️ Lord, I Thank you for your peace ❤️

Here' Your Free Prince of Peace Card 👉 www. Art-SoulWorks.com

577          48 Comments  112 Shares

👍 Like        💬 Comment      ↗ Share

Most Relevant ▾

**Cynthia Kidwell** Amen
Like · Reply · 1y

**Suzie Pagsisihan Babiera** Amen
Like · Reply · 1y

**Apr L Tpong** Amen
Like · Reply · 1y

**Jeni Fad** AMEN!
Like · Reply · 1y

**Mayra Trujillo** Love this picture...! Many Blessings!
Like · Reply · 1y

**Aaron Hall** Amen
Like · Reply · 1y

View 39 more comments

Write a comment...

*Philippians 4:7*

*The peace of God, which transcends all understanding, will guard your hearts and your minds in Christ Jesus.*

*Art-SoulWorks.com*

https://www.facebook.com/shares/view/?av=1433790065

 Type here to search   7:51 PM 7/7/2020







Prince of Peace Friends
Like This Page · August 28, 2018 · Edited · 🌐

💜 Lord, I await your presence & help because you promised you would Never leave or forsake me 💜

Get Your Free Jesus Cards Here 👉 www. Art-SoulWorks.com

1K    76 Comments  1.5K Shares

👍 Like          💬 Comment          ➤ Share

Most Relevant ▾

**Teresa Steward** Amen Lord Jesus Christ!
Like · Reply · 1y

**Valerie Lanham** I love this picture. I love scripture. Sometimes I want to see a smiling Jesus. I know He laughed.
Like · Reply · 1y

**Tammy Murphy Wirth** Amen my Lord
Like · Reply · 1y

**Angelita Caliao** Thank you Lord JESUS for that promise ...
Like · Reply · 1y

**Caroline Mgqwashu** Thank you Lord! 🙏
Like · Reply · 1y

**Earlene Ketchaver** Amen and I receive in the name of JESUS !!!
Like · Reply · 1y

View more comments                    6 of 73

Write a comment...

Hebrews 13:5

I will never leave or forsake you

Art-SoulWorks.com

Prince of Peace Friends - Photos

facebook.com/jesusprinceofpeace/photos/a.228518780495067/2206310166049242/?type=3&theater

Incognito

*Hebrews 13:5*

**People Who Shared This** ✕

**Eva Black** shared a memory.
April 16 · 🌐

Amen Hallelujah thank you Lord ✝️💕🙌🙌🙌🙌🙏💕💕💕💕💕

Show Attachment

👍 1

👍 Like          💬 Comment

Write a comment...

**Missy Rouch** shared a memory.
August 29, 2019 · 🌐

Amen thank you jesus

Show Attachment

👍 1

👍 Like

**Cindy Taylor** shared a memory.
August 29, 2019 · 🌐

Show Attachment

👍 Like          💬 Comment

Some posts may not appear here because of their privacy settings

---

**Prince of Peace Friends** •••
Like This Page · August 28, 2018 · Edited · 🌐

💜 Lord, I await your presence & help because you promised you would Never leave or forsake me 💜

Get Your Free Jesus Cards Here 👉 www. Art-SoulWorks.com

😊😍 1K                76 Comments  1.5K Shares

👍 Like          💬 Comment          ➤ Share

Most Relevant ▾

**Teresa Steward** Amen Lord Jesus Christ!
Like · Reply · 1y

**Valerie Lanham** I love this picture. I love scripture. Sometimes I want to see a smiling Jesus. I know He laughed.
Like · Reply · 1y

**Tammy Murphy Wirth** Amen my Lord
Like · Reply · 1y

**Angelita Caliao** Thank you Lord JESUS for that promise ...
Like · Reply · 1y

**Caroline Mgqwashu** Thank you Lord! 🙏
Like · Reply · 1y

**Earlene Ketchaver** Amen and I receive in the name of JESUS !!!
Like · Reply · 1y

View more comments                    6 of 73

Write a comment...

*Art-SoulWorks.com*



**Prince of Peace Friends**
March 7, 2018

Lord, you are our salvation and our hope!
Share Love: www.Art-SoulWorks.com

922 · 88 Comments · 269 Shares

Like · Comment · Share

Most Relevant ▾

**Liz Cappalli** Amen. I so love this picture 🙏
Like · Reply · 2y

**Mary Palmer** Amen
Like · Reply · 2y

**Linda Laracuente** Amen 🙏
Like · Reply · 2y

**Lun Noe Mang** Powerful ~
Like · Reply · 2y

**Sandra Pilger** Amen! ❤️
Like · Reply · 2y

**Ferrer Leon** Amen
Like · Reply · 2y

View more comments                    6 of 88

Write a comment...

Behold, he is coming with the clouds …

Revelations 1:7 • with Prince of Peace by Akiane Montage © www.Art-SoulWorks.com

https://www.facebook.com/shares/view/?av=1433790065





Case 2:20-cv-02892 Document 1-171-1 Filed 20/5/2020 Page 25 of 30 PageID 10565



People Who Shared This

**Jacque Shultz** shared a memory.
July 4 at 5:07 AM ·
Show Attachment

👍 Like          💬 Comment

Write a comment...

**Linda Jordan**
June 21 at 10:14 AM ·
Have a Blessed Father's Day. May you be in his Book of Remembrance. Malachi 13: 16-18.
Show Attachment
👍 1

👍 Like          ➤ Share

**Jhon Louie Telan**
May 30 ·
Seen by Colton.
Show Attachment
1 Share

👍 Like          💬 Comment          ➤ Share

**Inez First Baptist Church**
April 11 ·
Jesus Christ, 33, of Nazareth, died Friday on Mount Calvary, also known as Golgotha, the place of the skull. Betrayed by the apostle Judas, Jesus was crucified by the Romans, by order of the Ruler Pontius Pilate. The causes of death were crucifixion, extreme exhaustion, severe torture, and loss of blood....
See More
Show Attachment
❤ 1
1 Share

👍 Like          💬 Comment          ➤ Share

← **Comments (88)**
Newest ▾

**Gisele Oberrich** This is who Colton saw ❤
Like · Reply · 24w

**Sandra Holding** Awesome!
Like · Reply · 29w

**Deb Catanzaro** You can never go wrong w/Him. If you hang Akianne's Prince of Peace on your wall, those eyes will watch you. Better than Santa, he makes me want to do & you can either behave better & look him in the eyes or not &Trickle down effect for my cats & kids. A very good thing!
Like · Reply · 1y          👍 2

**Fern Herzig** Amen
Like · Reply · 1y

**David Felchak** I don't think you can just make a painting of anybody and stick a beard on him and say he is Jesus . I believe the artist should have done some research about what Jesus actually looked like because I don't think this is it . Just my opinion
Like · Reply · 1y · Edited          ▶ 1
↳ 1 Reply

**Sharonfay Whitehead** Michael this is the same picture that was painted by the little girl that saw God.A true story!
Like · Reply · 1y          ▶ 1

**Gloria Norman** Not blue-green eyes.....
Like · Reply · 1y

**Loretta Young Bonds** Looking forward to meeting my Savior
Like · Reply · 1y

**David Maillet** Yahusha/Jesus 'Sar Shalom'
Like · Reply · 1y          ▶ 1

Prince of Peace Friends    Follow

22K Views · about 2 years ago ·

👍 Like    💬 Comment    ➤ Share    •••

..0K    88 Comments    705 Shares

Write a comment...





# EXHIBIT B

**Smoot, Rachel A.**

---

| | |
|---|---|
| **From:** | Joel Worsfold <jworsfold@carsonwealth.com> |
| **Sent:** | Tuesday, July 7, 2020 1:16 PM |
| **To:** | Akiane Gallery |
| **Subject:** | https://protect-us.mimecast.com/s/MnmhCOYEX7sEm9xVFEw59b?domain=art-soulworks.com |

This is the website I thought was official for Akiane prints/paintings.

After talking to you it seems confusing for the regular client.

Hope this helps.

[The "Heaven is for Real" Painting of Jesus Story by Akiane ...](art-soulworks.com)

art-soulworks.com › pages › heaven-is-for-real-painting

1.
2.

**JOEL WORSFOLD**
**CFP®, CHFC®, CLU®, RICP®, REBC®**
MANAGING PARTNER, WEALTH ADVISOR
**CARSON WEALTH**

jworsfold@carsonwealth.com
515.410.9140 - *Office*
515.410.9144 - *Direct*
515.410.9150 - *Fax*

**1080 Jordan Creek Parkway**
**STE 300 North**
**West Des Moines, IA 50266**
www.carsonwealth.com

Securities offered through Cetera Advisor Networks LLC, Member FINRA/SIPC. Investment advisory services offered through CWM, LLC, an SEC Registered Investment Advisor. Cetera Advisor Networks LLC is under separate ownership from any other named entity.

This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They may also be work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.