UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Art Akiane LLC

                        Plaintiff,

v.                                                 Case No.: 1:19–cv–02952
                                                      Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: The opinion in this case relating to, among other things, various aspects of discovery, was about to be issued. Yesterday, the defendants sought permission to file a four page Motion to Supplement their Motion to Compel. [178]. Attached to the motion was an article relating to alleged litigation funding in this case. [178]. The Motion to Supplement is granted. No Response from the plaintiff will be necessary. And the filing will not change the results of the discovery motion under consideration as will be explained in the forthcoming Opinion. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.