IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC., ) | |
| ) | |
| Plaintiff, ) | No. 19 C 2952 |
| ) | |
| v. ) | Magistrate Judge Jeffrey Cole |
| ) | |
| ART & SOULWORKS LLC and ) | |
| CAROL CORNELIUSON, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

The plaintiff has filed a Motion to Compel discovery responses from defendant, Carol Corneliuson. [Dkt. #122]. Aside from the plaintiff apparently having jumbled the numbers of its interrogatories, the background, issues, disputes, requests, and answers are nearly identical to those discussed in the ruling on plaintiff's three motions against defendant, Art & SoulWorks. [Dkt. # 120, 124, 126]. Accordingly, that discussion is adopted by reference, and the Motion is granted in part and denied in part. For rulings on interrogatories 1-5, 7-9, see rulings on interrogatories 1, 14, 15, 3, 2, 4, 5, 7, respectively. As to document request 19, the motion is granted for the reasons stated for document request 20. Document request 32, asking for "federal, state, and local income tax returns for calendar years 2006 to the present, including all schedules, attachments, W-2s, 1099s, and K-1 forms," is granted, at this time, only for the three years prior to plaintiff filing suit for the reasons explained in the companion Order. Additionally, it should be noted that Judge Chang has entered a Confidentiality Order which addresses defendant Corneliuson's concerns. Document 33 asks for "documents sufficient to show all payments you received from [Art & SoulWorks]." The motion is granted as to this request for the three years prior to plaintiff filing suit for the reasoning

in the companion Order. [Dkt. # 185].

Accordingly, the plaintiff's motion [Dkt. # 122] is granted in part and denied in part.

ENTERED: /s/ Jeffrey Cole
UNITED STATES MAGISTRATE JUDGE

**DATE:** 9/18/20