# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                                       Plaintiff,

v.                                                                  Case No.: 1:19–cv–02952

                                                                         Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: The Joint Motion for Extension of Case Deadlines [196] is granted. The new deadlines will be: Close of Fact Discovery – 2/26/21; Affirmative Expert Reports – 3/26/21; Rebuttal Expert Reports 4/16/21; Completion of Expert Depositions 5/7/21; Summary Judgment Motions – 6/18/21; Responses to Summary Judgment Motions 7/16/21; Replies to Summary Judgment Motions 8/6/21. In light of the extension, the telephone conference set for 10/21/20 is cancelled and rescheduled for 1/25/21 at 9:00am. A ruling on "The request for Minor Clarification" [192] will be issued shortly. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.