# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ART AKIANE LLC,

    Plaintiff,

v.

ART & SOULWORKS LLC,
CAROL CORNELIUSON, and
CARPENTREE, LLC

    Defendants.

Civil Action No.: 19-cv-02952

Judge: Hon. Edmond E. Chang

Mag. Judge Jeffrey Cole

---

ART & SOULWORKS LLC, and
CAROLYNE CORNELIUSON,

    Defendants-Counter Plaintiffs,

v.

ART AKIANE LLC,

    Plaintiff-Counter-Defendant,

and

AKIANE ART GALLERY, LLC, and
AKIANE KRAMARIK,

    Counter-Defendants.

## **JOINT MOTION FOR EXTENSION OF CASE DEADLINES**

The Parties, including Art Akiane LLC, Akiane Art Gallery LLC, Akiane Kramarik, Art & SoulWorks LLC, Carol Corneliuson, Carpentree, LLC, and Virginia Hobson (collectively, the "Parties"), jointly and respectfully request the entry of an order extending certain case deadlines.

    1.    Due to the COVID-19 pandemic and multiple discovery disputes among the Parties, the Parties have agreed to the following requested modifications of the current case schedule:

| Item | Current Date | Requested Date |
| --- | --- | --- |
| Close of Fact Discovery (Written) | February 26, 2021 | No Change |
| Close of Fact Discovery (Depositions) | February 26, 2021 | May 14, 2021 |
| Affirmative Expert Reports | March 26, 2021 | June 11, 2021 |
| Rebuttal Expert Reports | April 16, 2021 | July 18, 2021 |
| Completion of Expert Depositions | May 7, 2021 | July 23, 2021 |
| Summary Judgment Motions | June 18, 2021 | August 24, 2021 |
| Responses to Summary Judgment Motions | July 16, 2021 | September 24, 2021 |
| Replies to Summary Judgment Motions | August 6, 2021 | October 15, 2021 |

2. The Parties request these modifications in a good faith attempt to ensure that the case will be adequately prepared for dispositive motion practice and trial.

3. The Parties previously jointly requested a prior modification of case deadlines. [196]. That request was granted. [198].

4. None of the Parties will be prejudiced by the modifications requested in this Joint Motion.

Dated: February 9, 2021           Respectfully submitted,

| | |
|---|---|
| /s/Adam Wolek (with permission) | /s/Nicole N. Auerbach (with permission) |
| Adam Wolek | Nicole Nehama Auerbach |
| TAFT STETTINIUS & HOLLISTER LLP | Kehinde Durowade |
| 111 E. Wacker Drive, Suite 2800 | ElevateNext Law |
| Chicago, Illinois 60601 | 218 N. Jefferson Street, Suite 300 |
| Phone: (312) 836-4063 | Chicago, IL 60661 |
| Fax: (312) 966-8598 | Nicole.auerbach@elevatenextlaw.com |
| awolek@taftlaw.com | Keninde.durowade@elevatenextlaw.com |

Rachel A. Smoot (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Phone: (614) 221-2838
Fax: (614) 221-2007
rsmoot@taftlaw.com

*Counsel for Defendant and Counter-Plaintiffs Art & SoulWorks LLC and Carolyne Corneliuson*

*Counsel for Plaintiff and Counter-Defendants Art Akiane LLC, Akiane Art Gallery, LLC and Akiane Kramarik*

/s/ Michael P. Baniak
Michael L. Hahn
Michael P. Baniak
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312)-781-6569
Hahn@LitchfieldCavo.com
Baniak@LitchfieldCavo.com

*Counsel for Defendants Carpentree LLC and Virginia Hobson*