IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,,<br><br>    Plaintiff,<br><br>vs.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br>CARPENTREE, LLC, and VIRGINIA HOBSON,<br><br>    Defendant. | Case No. 19-CV-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

## MOTION TO WITHDRAW ATTORNEYS RICHARD ERIC GAUM, MARCUS STEPHEN HARRIS, AND RACHEL ANN SMOOT

Plaintiff, Art Akiane LLC, ("Art Akiane"), by its undersigned attorneys brings this Motion to allow attorneys Richard Eric Gaum, Marcus Stephen Harris, and Rachel Ann Smoot to withdraw their appearance previously filed as counsel of record in this matter pursuant to Northern District of Illinois Local Rule 83.17. The client continues to be represented by Adam Wolek, who moved to Fox Rothschild LLP, on March 8, 2021.

WHEREFORE, Plaintiff Art Akiane moves this Honorable Court to withdraw or otherwise terminate the appearances of Richard Eric Gaum, Marcus Stephen Harris, Rachel Ann Smoot.

Dated: March 11, 2021

Respectfully submitted,

ART AKIANE LLC

By: /s/ Adam Wolek
    Adam Wolek
    Fox Rothschild LLP
    321 N. Clark Street
    Suite 1600
    Chicago, IL 60654
    Telephone: (312) 517-9299
    Facsimile: (312) 517-9201
    AWolek@foxrothschild.com

*Counsel for Plaintiff and Counter-Defendant Art Akiane LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 11, 2021, he caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

/s/ Adam Wolek
Adam Wolek