IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,, <br><br> Plaintiff, <br><br> vs. <br><br> ART & SOULWORKS LLC, <br> CAROL CORNELIUSON, <br> CARPENTREE, LLC, and VIRGINIA HOBSON, <br><br> Defendant. | Case No. 19-CV-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |

**AGREED & PARTIALLY OPPOSED MOTION FOR TEMPORARY STAY OF FACT
DISCOVERY DEADLINE PENDING RESOLUTION BY
JUDGE CHANG OF THE CHOICE OF LAW ISSUE**

Plaintiff Art Akiane LLC ("Art Akiane") and Defendants Carpentree, LLC and Virginia Hobson ("Carpentree") AGREE to a Temporarily Stay of the fact discovery deadline in the above captioned case pending a ruling on the Motion for Choice of Law Determination before Judge Edmond E. Chang. Defendant Art & Soulworks ("ASW") OPPOSES stay of the fact discovery deadline pending a ruling by Judge Edmond E. Chang, but moved to stay the briefing on the Motion to Compel pending Judge Chang's ruling and was granted such a stay.

1. Plaintiff Art Akiane filed a Motion to Compel against Defendant ASW for production of various documents and information. (Dkt. 212.)

2. Defendant ASW filed a Motion for a Choice of Law Determination. (Dkts. 217 & 218.)

3. Defendant ASW then filed a Motion to Stay briefing on the Motion to Compel pending a ruling on its Motion for Choice of Law Determination filed before Judge Edmond E. Chang. (Dkt. 219.)

4. This Court granted Defendant ASW's Motion to Stay the briefing pending Judge Chang's resolution of the defendant's choice of law motion. (Dkt. 221.)

5. Today, March 24, 2021, Judge Chang informed the parties that "**given other case priorities, the Court is almost surely not going to have an opportunity to decide the choice-of-law motion before the 04/16/2021 tracking status hearing**." (Dkt. 234.)

120992561.v1

6. Given that briefing on the Motion to Compel was stayed pending Judge Chang's resolution of the defendant's choice of law motion (Dkt. 221) and would unlikely finish before the current fact discovery deadline given Judge Chang's stated timeframe, to clarify any ambiguities related to the stay and whether the remaining discovery issues were also stayed, to prevent piecemeal motion practice, and to conserve the resources of the judiciary and the parties, Defendants Carpentree and Virginia Hobson and Plaintiff Art Akiane jointly request and agree upon a stay of the fact discovery deadline pending Judge Chang's resolution of the defendant's choice of law motion.

7. While Defendant ASW moved to stay briefing on the Motion to Compel pending a ruling by Judge Edmond E. Chang on the Choice of Law Determination and was granted such a stay, it now opposes waiting for Judge Edmond E. Chang's ruling even if it implicated the fact discovery deadline.

WHEREFORE, Plaintiff Art Akiane and Defendants Carpentree and Virginia Hobson move this Honorable Court to temporarily stay the fact discovery deadline in the captioned matter, and reset the fact discovery deadline upon ruling by Judge Chang on the Choice of Law Motion.

Dated: March 24, 2021

Respectfully submitted,

| CARPENTREE, LLC & VIRGINIA HOBSON | ART AKIANE LLC |
|---|---|
| By: /s/Michael L. Hahn<br>    Michael L. Hahn<br>    Michael P. Baniak<br>    Litchfield Cavo LLP<br>    303 W Madison Street<br>    Suite 300<br>    Chicago, IL 60606<br>    (312) 781-6596<br>    hahn@litchfieldcavo.com | By: /s/ Adam Wolek<br>    Adam Wolek<br>    Fox Rothschild LLP<br>    321 N. Clark Street<br>    Suite 1600<br>    Chicago, IL 60654<br>    Telephone: (312) 517-9200<br>    Facsimile: (312) 517-9201<br>    AWolek@foxrothschild.com |
| *Counsel for Defendants Carpentree, LLC & Virginia Hobson* | *Counsel for Plaintiff and Counter-Defendant Art Akiane LLC* |

120992561.v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 24, 2021, he caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

/s/ Adam Wolek
Adam Wolek

120992561.v1