# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                        Plaintiff,

v.                                                      Case No.: 1:19–cv–02952

                                                        Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 8, 2021:

      MINUTE entry before the Honorable Jeffrey Cole:Telephone conference held on 6/8/21. Expert discovery (including depositions) is extended from 7/23/21 to 11/15/21. There will be no further extensions. The next telephone status conference is set for 6/28/21 at 10:00am. Counsel should call (888) 684–8852, access code 5618926.#. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Counsel should contact the Court should any difficulties arise during depositions. I can be reached by a call to my courtroom deputy, Yulonda Thomas, at 312–408–5178, and she will arrange for me to participate in the phone call. Mailed notice (yt)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.