# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                    Plaintiff,

v.                                         Case No.: 1:19–cv–02952
                                                  Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 10, 2021:

      MINUTE entry before the Honorable Jeffrey Cole: CORRECTION to Order [242], FACT DISCOVERY (including depositions) is extended to 11/15/21, and there will be no further extensions. The expert discovery schedule will be set after the 11/15/21 fact discovery completion date. The telephone status conference set for 6/28/21 still stands. Mailed notice(yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.