# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                              Plaintiff,

v.                                                                            Case No.: 1:19−cv−02952

                                                                                   Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 22, 2021:

       MINUTE entry before the Honorable Edmond E. Chang: The choice−of−law issue remains under advisement by Judge Chang, so the tracking status hearing of 07/23/2021 is reset to 08/06/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.