# EXHIBIT C

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

From: Ginny Hobson <ginnycarpentree@aol.com>

To: jhobson@carpentree.comjhobson@carpentree.com

bhobson@carpentree.combhobson@carpentree.com

Date: 1/13/2016 12:20:14 AM

Subject: Re: POP art

She and I spoke this weekend. Akianes dad is very very controlling and not cooperating well. She needs from us a projection of what we will order in the next 6 months and next year. Be conservative. We need to get this to her ASAP. Discuss with Bill and give numbers tomorrow.

She will print a poster that has an 8 x10 image in it for $10.00 that we can have cut and then frame. She is doing this to sidestep Akianes dad and to help us out. It is within her license agreement and will not be a fine art print but that will be ok, it will be a good quality print.

Please let me know the numbers asap and I will get these to her. Thanks!

Ginny Hobson
ginnycarpentree@aol.com

-----Original Message-----
From: Jordan Hobson <jhobson@carpentree.com>
To: <ginnycarpentree@aol.com> <ginnycarpentree@aol.com>; Brad Hobson <bhobson@carpentree.com>
Sent: Tue, Jan 12, 2016 11:39 am
Subject: Fwd: POP art

Ginny,
Did carol respond to your email requesting lower pricing?

---------- Forwarded message ----------
From: **Brad Hobson** <bhobson@carpentree.com>
Date: Tuesday, January 12, 2016
Subject: POP art
To: "linda@art-soulworks.com" <linda@art-soulworks.com>
Cc: Jordan Hobson <jhobson@carpentree.com>


Hi Linda, How are you coming on our pricing and sizes for the 2016 Prince of peace art? We would like to get this on order. If you could please advise that will be great.

Thanks as always,

**Brad Hobson**
Production Manager
Office : 918-582-3600 x 508
DID : 918-619-9454
bhobson@carpentree.com

On Tue, Dec 29, 2015 at 2:07 PM, linda@art-soulworks.com <linda@art-soulworks.com> wrote:

Hi Brad,

Those are the correct sizes. I will send you the Item number and cost later this week.

Thank you and Happy New Year.

Thanks,
Linda

TEMP_00000023

**From:** Jordan Hobson <jhobson@carpentree.com>

**To:** Ginny Hobsonginnycarpentree@aol.com

**Date:** 1/13/2016 7:14:54 PM

**Subject:** Re: POP and Akianes dad

Ginny,

As you and I discussed this morning all communication has been delivered to our accounts, including family christian. I told them last week they must adhere to this, so hopefully they will abide. Will talk with Shannon and dawn again to make sure we do everything we can to adhere to these silly requirements, but they must understand we cannot police everyone.

On Wednesday, January 13, 2016, Ginny Hobson <ginnycarpentree@aol.com> wrote:

Akiane's dad called Carol last week and said there were at least 20 different sources for Carpentree POP framed art online. He wants this shut down. Carol explained that CBD and Amazon were the only ones allowed to sell their remaining inventory, but the others were not. Family Christian was one of the sites. Inform Family asap that it should say, 'available for in store purchase'.

Please have Shannon research this and notify the independent stores that we have been instructed that these may not be offered online going forward, we are sorry any inconvenience but the artists family has set these guidelines etc, that they can be still featured online but that they need to say 'for in store purchase only'.
She said that Akiane's father will not allow this and could pull the prints if we do not abide by his guidelines.

Thanks.

Ginny Hobson
ginnycarpentree@aol.com

--

**Jordan Hobson**
VP Sales/Marketing
Carpentree, Inc.
Direct | 918.971.6425
Main | 1.800.736.2787
Fax | 918.587.4329
Jhobson@carpentree.com
www.carpentree.com
http://about.me/jhobson



"Be Phenomenal or be forgotten" –Eric Thomas

TEMP_00000023





Inspired by God • Featured in Heaven is for Real • Painted by Akiane

JESUS
Prince of Peace

Art-SoulWorks.com

**Prince of Peace Friends**
— with **Prince of Peace Friends**.

 897      **132 Comments**

 Like      Comment      Share

Case 1:20-cv-03753 Document #: 262-3 Filed: 09/20/21 Page 6 of 20 PageID #:10424



Jesus
Prince of Peace

Inspired by God • Painted by Akiane • Featured in Heaven is for Real

Montage by Art & SoulWorks with art from Prince of Peace & Co-creating by Akiane and book cover from Heaven is for Real by Todd Burpo © www.Art-SoulWorks.com

**Prince of Peace Friends**
— with **Prince of Peace Friends**.

APR 7, 2014

 439

34 Comments

 Like

 Comment

 Share

  
**Prince of Peace Friends**
APR 25, 2016

  20K     669 Comments

 Like          Comment           Share





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT







Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT









Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT





Document title: Art &amp; SoulWorks - Home | Facebook
Capture URL: https://www.facebook.com/pages/category/Retail-Company/Art-SoulWorks-216117745075264/
Capture timestamp (UTC): Tue, 30 Apr 2019 22:50:43 GMT



**Prince of Peace Friends**
18 December 2014 · 🌐

Meet Akiane Kramarik the artist who painted Prince of Peace in this 4 minute Video Bio ...

#Jesus #Akiane #Christ

 9.1K

774 comments 11K shares 339K views

 Share



Akiane's Jesus - Heaven Is For Real Picture Of Jesus Prince of Peace

125,517 views

👍 335   👎 13   ➔ SHARE   ≡+ SAVE   ...

**PrinceOfPeaceArt**
Published on Feb 20, 2012

SUBSCRIBE  4.6K

Jesus Prince of Peace - Akiane Art Gallery - Buy Artwork from http://Art-SoulWorks.com

subscribe to our channel at http://www.youtube.com/user/PrinceofP...

SHOW MORE

25 Comments    ≡ SORT BY