# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                         Plaintiff,

v.                                                     Case No.: 1:19–cv–02952
                                                                 Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 20, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's motion [266] for reconsideration on breach–of–contract choice of law, the defense shall respond by 10/27/2021. The Plaintiff may reply by 11/01/2021. The tracking status hearing of 11/05/2021 shall remain in place. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.