UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, <br> CAROL CORNELIUSON, <br> CARPENTREE, LLC, and VIRGINIA HOBSON, <br><br> Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |
| ART & SOULWORKS LLC and CAROLYNE CORNELIUSON, <br><br> Counter-Claimants, <br><br> v. <br><br> ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

## JOINT PROPOSED EXPERT DISCOVERY SCHEDULE

Pursuant to the Court's December 15, 2021 directive, Plaintiff/Counter-Defendant Art Akiane LLC, Counter-Defendants Art Akiane Art Gallery and Akiane Kramarik, and Defendants/Counter-Claimants Art & SoulWorks LLC and Carol Corneliuson, hereby submit the attached **JOINT** Proposed Expert Discovery Schedule for the Court's consideration and approval.

Dated: December 21, 2021

Respectfully submitted,

By: /s/ *Adam Wolek*
Adam Wolek
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9299
Facsimile: (312) 517-9201
awolek@foxrothschild.com

*Counsel for Plaintiff and Counter-Defendants*

Dated: December 21, 2021 Respectfully submitted,

By: /s/ *Nicole N. Auerbach*
Nicole N. Auerbach
Kehinde Dourwade
ELEVATENEXT LAW
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
Telephone: (312) 676-5469
Facsimile: (312) 676-5499
nicole.auerbach@elevateservices.com
kehinde.durowade@elevateservices.com

*Counsel for Defendants/Counter-Claimants*
*Art & SoulWorks LLC and Carolyne Corneliuson*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, <br> CAROL CORNELIUSON, <br> CARPENTREE, LLC, and VIRGINIA HOBSON, <br><br> Defendants. <br><br> ART & SOULWORKS and CAROLYNE CORNELIUSON, <br><br> Counter-Claimants, <br><br> v. <br><br> ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |

**EXPERT DISCOVERY SCHEDULING ORDER**

**AND NOW**, this _____ day of _____, 2021, the deadlines for expert discovery in the above-captioned matter are set as follows:

| **March 25, 2022** | Deadline to Serve Affirmative Expert Disclosures |
|---|---|
| **April 22, 2022** | Deadline to Complete Depositions of Affirmative Experts |
| **May 13, 2022** | Deadline to Serve Rebuttal Expert Disclosures |
| **June 3, 2022** | Deadline to Complete Depositions of Rebuttal Experts |

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                                         THE HONORABLE JEFFREY COLE
                                                                                         UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that, on December 21, 2021, I filed foregoing Joint Proposed Expert Discovery Schedule with the Clerk of Court via CM/ECF, which provided notice of same to all parties and/or counsel who have made an appearance in this case.

Dated: December 21, 2021          By: /s/ *Adam Wolek*
                                                  Adam Wolek