# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ART & SOULWORKS LLC, CAROL CORNELIUSON, CARPENTREE, LLC, and VIRGINIA HOBSON,<br><br>    Defendants.<br><br>ART & SOULWORKS LLC and CAROLYNE CORNELIUSON,<br><br>    Counter-Claimants,<br><br>    v.<br><br>ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK,<br><br>    Counter-Defendants. | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Art Akiane LLC and Defendants CTree, LLC (f/k/a Carpentree, Inc., and also known as Carpentree, LLC) and Virginia Hobson (collectively the "Carpentree Parties") respectfully, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and move for, in consideration of a negotiated settlement executed by them, the Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

130527931.2

| | |
|---|---|
| Dated: February 14, 2022 | Respectfully submitted, |
| CARPENTREE, LLC | ART AKIANE LLC |
| *By:* s/ Michael L. Hahn<br>  Michael L. Hahn<br>  Michael Baniak<br>  LITCHFIELD CAVO LLP<br>  303 W. Madison Street, Suite 300<br>  Chicago, IL 60606<br>  hahn@litchfieldcavo.com<br>  baniak@litchfieldcavo.com | By: /s/ Adam Wolek<br>  Adam Wolek<br>  Fox Rothschild LLP<br>  321 N. Clark Street<br>  Suite 1600<br>  Chicago, IL 60654<br>  Telephone: (312) 517-9299<br>  Facsimile: (312) 517-9201<br>  AWolek@foxrothschild.com |
| *Counsel for Defendants Carpentree LLC & Hobson* | *Counsel for Plaintiff and Counter-Defendants* |

130527931.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties and/or counsel who have made an appearance in this case.

*s/ Adam Wolek*
Adam Wolek

130527931.2