**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ART AKIANE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-02952 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| ART & SOULWORKS LLC, | ) | |
| CAROL CORNELIUSON, | ) | Mag. Judge Jeffrey Cole |
| CARPENTREE, LLC, and | ) | |
| VIRGINIA HOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Cross-Plaintiffs CTree, LLC (f/k/a Carpentree, Inc., and Carpentree, LLC) and Virginia Hobson (the "Carpentree Parties") and Cross-Defendants Art & Soulworks, LLC and Carol Corneliuson acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(c) hereby stipulate and move for the Dismissal with Prejudice of the Cross-Claims brought by the Carpentree Parties against Art & Soulworks, LLC and Carol Corneliuson in this action, with each party to bear its own attorney's fees and costs.

Dated: February 19, 2022

Respectfully submitted,

| | |
|---|---|
| C-TREE, LLC and | ART & SOULWORKS LLC and |
| VIRGINIA HOBSON | CAROL CORNELIUSON |
| | |
| By: /s/ Michael L. Hahn | By: /s/ Nicole Nehama Auerbach |
| One of their Attorneys | One of their Attorneys |

Michael L. Hahn
Michael Baniak
**LITCHFIELD CAVO LLP**
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312)781-6569
Hahn@LitchfieldCavo.com
Baniak@LitchfieldCavo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 19, 2022, the foregoing was filed with the Clerk of Court

via the ECF system, which provided notice of same to all parties and/or counsel who have made

an appearance in this case.

<u>/s/ Michael L. Hahn</u>