UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, <br> CAROL CORNELIUSON, <br> CARPENTREE, LLC, and VIRGINIA HOBSON, <br><br> Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |
| ART & SOULWORKS LLC and CAROLYNE CORNELIUSON, <br><br> Counter-Claimants, <br><br> v. <br><br> ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | |

**JOINT EXPEDITED MOTION TO EXTEND REMAINING CASE DEADLINES**

Pursuant to the Court's February 23, 2022 directive, Plaintiff/Counter-Defendant Art Akiane LLC, Counter-Defendants Art Akiane Art Gallery and Akiane Kramarik, and Defendants/Counter-Claimants Art & SoulWorks LLC and Carol Corneliuson (collectively, "ASW"), hereby file this Joint Expedited Motion to Extend Remaining Case Deadlines by 14 days.

Fact discovery in this case is currently scheduled to close on February 25, 2022. To date, the parties have taken ten (10) depositions—the vast majority of which were conducted over the course of two days each. The Parties JOINTLY seek an extension of all of case deadlines by 14 days, as reflected in the Proposed Scheduling Order below.

Before former Defendants Carpentree, LLC and Virginia Hobson were dismissed from this case pursuant to a settlement with Plaintiff, both Plaintiff and Defendants noticed the 30(b)(6) deposition of Carpentree. Additionally, Plaintiff also noticed the deposition of Virginia Hobson.

The parties have been unable to depose Carpentree and Ms. Hobson due to a number of

unforeseen circumstances. *First*, Carpentree canceled and delayed its prior depositions because its original 30(b)(6) designee had serious health issues, rendering him unable to testify. This required Carpentree to identify a new corporate designee and prepare the new designee to testify regarding the noticed deposition topics—a process that took time. *Second*, the new designee was unavailable to give testimony for several weeks. *Third*, Carpentree and Ms. Hobson recently switched counsel, which caused yet further delays. *Fourth*, there have been scheduling conflicts for both counsel and the witness(es).

In addition, Carpentree's former CFO, Craig Rinas, who was noticed in his individual capacity, completed the portion of the deposition where Art Akiane questioned him, but was unable to continue for ASW's questions because he was ill.

In short, the parties have not been able to depose Carpentree and Ms. Hobson before the fact discovery deadline and ASW has not been able to complete Mr. Rinas' deposition. The parties and Carpentree have are able to take these depositions the week of March 21, 2022 and for Mr. Rinas, at a date convenient for him in light of his health. Because the deadline to serve affirmative expert disclosures is currently March 25, 2022, the parties respectfully request a 14-day extension of the expert deadlines, and an extension of the fact discovery deadline solely for purpose of taking the Carpentree Rule 30(b)(6) deposition, Ms. Hobson's individual deposition and ASW's portion of the Craig Rina deposition.

For the above reasons, the parties submit the attached JOINT Proposed Scheduling Order for the Court's consideration and approval.

Dated: February 25, 2022　　　　　　　　Respectfully submitted,

                                               By: /s/ Adam Wolek
                                                   Adam Wolek
                                                   Fox Rothschild LLP
                                                   321 N. Clark Street, Suite 1600
                                                   Chicago, IL 60654
                                                   Telephone: (312) 517-9299
                                                   Facsimile: (312) 517-9201
                                                   awolek@foxrothschild.com

                                                   *Counsel for Plaintiff and Counter-Defendants*


Dated: February 25, 2022　　　　　　　　Respectfully submitted,

                                               By: /s/ Nicole Auerbach
                                                   Nicole N. Auerbach
                                                   Kehinde Dourwade
                                                   ElevateNext Law
                                                   218 N. Jefferson Street, Suite 300
                                                   Chicago, IL 60661
                                                   Telephone: (312) 676-5469
                                                   Facsimile: (312) 676-5499
                                                   nicole.auerbach@elevateservices.com
                                                   kehinde.durowade@elevateservices.com

                                                   *Counsel for Defendants/Counter-Claimants Art & SoulWorks LLC and Carolyne Corneliuson*

## **CERTIFICATE OF SERVICE**

I certify that, on February 25, 2022, I filed the foregoing JOINT Expedited Motion to Extend Remaining Case Deadlines with the Clerk of Court via CM/ECF, which provided notice of same to all parties and/or counsel who have made an appearance in this case.

Dated: February 25, 2022　　　　　　　　By: */s/ Adam Wolek*
　　　　　　　　　　　　　　　　　　　　　　Adam Wolek

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br><br> Plaintiff,<br><br>  v.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br>CARPENTREE, LLC, and VIRGINIA HOBSON,<br><br> Defendants.<br><br>ART & SOULWORKS and CAROLYNE CORNELIUSON,<br><br> Counter-Claimants,<br><br>  v.<br><br>ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK,<br><br> Counter-Defendants. | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

**JOINT PROPOSED SCHEDULING ORDER**

  **AND NOW**, this ____ day of _____, 2022, the remaining case deadlines in the above-captioned matter are set as follows:

| **March 11, 2022** | Deadline to Complete Fact Discovery |
|---|---|
| **April 8, 2022** | Deadline to Serve Affirmative Expert Disclosures |
| **May 6, 2022** | Deadline to Complete Depositions of Affirmative Experts |
| **May 27, 2022** | Deadline to Serve Rebuttal Expert Disclosures |
| **June 17, 2022** | Deadline to Complete Depositions of Rebuttal Experts |

  Additionally, the Rule 30(b)(6) deposition of Carpentree, Inc. and the deposition of Virginia Hobson shall be deemed to have occurred within the fact discovery period.

  **IT IS SO ORDERED.**

Dated: _____          _____
                                    THE HONORABLE JEFFREY COLE
                                    UNITED STATES MAGISTRATE JUDGE