# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Art Akiane LLC

                        Plaintiff,

v.                                                       Case No.: 1:19–cv–02952

                                                                       Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 25, 2022:

      MINUTE entry before the Honorable Jeffrey Cole: The Joint Expedited Motion To Extend Remaining Case Deadlines [298] is granted. Fact discovery is extended from 2/25/22 to 3/11/22. Expert discovery is extended from 3/25/22 to 4/8/22. THIS IS THE FINAL EXTENSION. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.