UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br>        Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br><br>        Defendants.<br>-----------------------------------------------------------<br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br><br>        Counter-Plaintiffs,<br><br>v.<br><br>ART AKIANE LLC, AKIANE ART GALLERY,<br>AKIANE KRAMARIK,<br><br>        Counter-Defendants | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Jeffrey Cole |

## MOTION TO SET SUMMARY JUDGMENT AND TRIAL DATES

Defendants/Counter-Plaintiffs, Art & SoulWorks, LLC and Carolyne Corneliuson (collectively "ASW"), respectfully move the Court to set dates for summary judgment motions and trial in this matter. In support thereof, ASW states as follows:

1. This matter has been pending for almost three years and the parties are nearing the end of fact discovery.

2. The Honorable Judge Cole recently ordered that fact discovery end by March 31, 2022, after three remaining depositions are taken. [Dkt. 300.]

3. Expert discovery will end on June 17, 2022 per Judge Cole's recent order. (Id.)

4. Accordingly, ASW requests that the Court set a summary judgment briefing

schedule as well as a trial date in this matter, or schedule a status conference to discuss the same.

5. Defendants believe this will keep the parties on track and allow the case to be resolved expeditiously.

6. In their Initial Status Report, the parties estimated that trial of this matter would take approximately five (5) days. [Dkt. 79]. However, given the number of claims at issue in the Second Amended Complaint and Amended Counterclaims, ASW believes that ten (10) trial days is a more prudent estimate.

**WHEREFORE,** ASW respectfully requests that this Court enter an order setting trial dates and a briefing schedule for summary judgment in this matter.

Dated: March 3, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Nicole N. Auerbach*

　　　　　　　　　　　　　　　　　　　　Nicole N. Auerbach
　　　　　　　　　　　　　　　　　　　　Kehinde Durowade
　　　　　　　　　　　　　　　　　　　　ELEVATENEXT LAW
　　　　　　　　　　　　　　　　　　　　218 N. Jefferson Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　(312) 676-5460 - Telephone
　　　　　　　　　　　　　　　　　　　　(312) 676-5499 – Facsimile
　　　　　　　　　　　　　　　　　　　　nicole.auerbach@elevateservices.com
　　　　　　　　　　　　　　　　　　　　kehinde.durowade@elevateservices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022 the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties who have made an appearance in this case.

/s/ *Kehinde Durowade*