## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Art Akiane LLC

                          Plaintiff,

v.                                                        Case No.: 1:19–cv–02952
                                                                              Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Jeffrey Cole: Video status conference held. Fact discovery is completed. Oral motion to reset the expert discovery date from 6/17/22 to 7/1/22 is granted. The next video status is set for 6/13/22 at 9:30am. Please call (571) 353–2301, access code 509147929#. Instructions will be emailed to counsel. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Should any issues arise during depositions, counsel should contact the Court. I can be reached by a call to my courtroom deputy, Yulonda Thomas, at 312–408–5178, and she will arrange for me to participate in the phone call. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.