UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br>             Plaintiff,<br><br>v.<br><br>ART & SOULWORKS LLC,<br>CAROL CORNELIUSON,<br>             Defendants. | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

### JOINT MOTION FOR EXTENSION OF TIME FOR EXPERT DISCOVERY

Plaintiff Art Akiane, LLC ("Art Akiane"), together with Defendants Art & SoulWorks, LLC and Carol Corneliuson (collectively "ASW"), jointly move this Court for an extension of the expert discovery deadline to July 29, 2022. In support thereof, the parties state as follows:

1. The Court had previously extended the expert discovery deadline to July 1, 2022 by agreement of the parties, and the parties agreed on internal deadlines for affirmative deposition dates, rebuttal expert reports, and rebuttal expert depositions dates.

2. The parties exchanged affirmative expert reports on April 8, 2022.

3. However, due to scheduling conflicts among the various experts/expected rebuttal experts and their respective counsel relating to deposition dates, it is necessary to extend the expert discovery deadline one month further to accommodate the experts' schedules.

4. The parties have agreed on new deposition dates for the experts and their respective counsel, and jointly request an extension of the expert discovery deadline to July 29, 2022.

5. There will be no prejudice to any party by virtue of the extension requested, as no further dates have been set in the case. Additionally, the parties do not anticipate needing any further extensions at this time.

**WHEREFORE,** the parties respectfully request that this Court extend the expert discovery

deadline in this matter up to and including July 29, 2022.

Dated: April 21, 2022                    Respectfully submitted,

| | |
|---|---|
| **Art & SoulWorks LLC and Carol Corneliuson** | **ART AKIANE LLC, Akiane Gallery and Akiane Kramarik** |
| By.: *s/Nicole Auerbach* <br> Nicole N. Auerbach <br> Kehinde Durowade <br> ELEVATENEXT LAW <br> 218 N. Jefferson St., Ste. 300 <br> Chicago, IL 60661 <br> Phone: (312) 676-5469 <br> Fax: (312) 676-5499 <br> Nicole.auerbach@elevatenextlaw.com <br> Kehinde.durowade@elevatenextlaw.com | By: *s/Adam Wolek* <br> Adam Wolek <br> FOX ROTHSCHILD LLP <br> 321 N. Clark St., Suite 1600 <br> Chicago, Illinois 60654 <br> Phone: (312) 517-9299 <br> Fax: (312) 517-9201 <br> AWolek@foxrothschild.com <br><br> Melissa E. Scott <br> FOX ROTHSCHILD LLP <br> 747 Constitution Drive, Suite 100 <br> P.O. Box 673 <br> Exton, PA 19341 <br> Telephone: (610) 458-7500 <br> mscott@ foxrothschild.com |
| *Counsel for Defendants ASW & Carol Corneliuson* | *Counsel for Plaintiff Art Akiane, LLC, Akiane Gallery and Akaine Kramarik* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022 the foregoing was filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties who have made an appearance in this case.

*/s/ Kehinde Durowade*