# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Art Akiane LLC

                         Plaintiff,

v.                                                        Case No.: 1:19–cv–02952

                                                              Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 21, 2022:

      MINUTE entry before the Honorable Jeffrey Cole: The Joint Motion For Extension of Time For Expert Discovery [305], represents that scheduling conflicts among the various experts and their respective counsel relating to deposition dates, require that expert discovery be extended one month to end on 7/29/22. Based on the implicit representation that the dates for the depositions have been agreed upon not only by counsel for the parties, but by the experts and their counsel, the motion is granted. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.