UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Art Akiane LLC

                        Plaintiff,

v.                                                 Case No.: 1:19–cv–02952
                                                        Honorable Edmond E. Chang

Art & SoulWorks LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the motion [323] to set briefing schedule, the Court sets the following schedule and parameters. First, there shall be no separate Daubert (or Rule 702) motions. Arguments about expert evidence must be included in the summary judgment briefs themselves, just like any other evidence that is argued to be admissible or not. This requirement has the advantage of concretely tethering Rule 702 arguments to actual disputes in the summary judgment briefing, rather than as free–floating issues. Second, rather than a six–brief schedule with simultaneous cross–motions, cross–responses, and cross–replies, the Court will set a four–brief schedule to minimize duplicative arguments and to increase efficiency. Third, although the Court will permit some page– and 56.1–paragraph–expansion requests, no more pages or paragraphs will be allowed even though the Rule 702 arguments must be included in the briefing. Yes, there are multiple counts and issues, but the requested expansions are more than enough to sufficiently cover them. The Defendants' opening brief and 56.1 Statement are due on 11/22/2022, and may use 35 pages for the brief and 120 paragraphs in the 56.1 Statement. The Plaintiff's response/cross–motion opening brief (in one single filing) is due on 01/09/2023, and may use 45 pages for the brief. The Plaintiff shall file (1) a response to the defense 56.1 Statement and (2) a Statement of Additional Material Facts that will cover the facts needed for both the response and the cross–motion, and the Plaintiff may use 120 paragraphs for that Statement (the Plaintiff may move for additional paragraphs if good cause arises). The Defendants' reply/response brief is due by 02/06/2023, and the brief may use 25 pages. The Plaintiffs' reply brief is due by 02/27/2023, and the brief may use 15 pages. The tracking status hearing of 11/11/2022 is reset to 01/20/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.