UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ART & SOULWORKS LLC,<br>and CAROL CORNELIUSON,<br><br>　　　　Defendants.<br><br>ART & SOULWORKS LLC and CAROLYNE CORNELIUSON,<br><br>　　　　Counter-Claimants,<br><br>　　　　v.<br><br>ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK,<br><br>　　　　Counter-Defendants. | Case No. 19-cv-02952<br><br>Judge Edmond E. Chang<br><br>Mag. Judge Jeffrey Cole |

**COUNTER-DEFENDANTS' SUPPLEMENTAL EXHIBITS BASED ON NEWLY DISCOVERED EVIDENCE OF COPYRIGHT INFRINGEMENT**

Plaintiff/Counter-Defendant Art Akiane LLC and Counter-Defendants Akiane Kramarik and Akiane Art Gallery (collectively, "Counter-Defendants") recently uncovered evidence confirming that unauthorized montages created by the Defendants—with Art Akiane's copyright management information ("CMI") removed and "Art & SoulWorks©" added to Akiane's images—continues to be displayed online to drive traffic to Defendants' website, and the images with the false CMI are being displayed, reposted and distributed by third-parties online.

During a search on Google this week, the Managing Director of Akiane Galley discovered unauthorized montages on Pinterest and a third-party company's website that are still being used

1

to generate traffic to the Art & SoulWorks website. *See* March 24, 2023 Declaration of Jean Lu Kramarik, ¶¶ 3-9; *id.* at Exhibits 227-229. The Counter-Defendants submit these exhibits as a supplement to their reply brief supporting their motion for partial judgment. *See* Dkt. 365. Because this evidence was uncovered after submission of the Counter-Defendants' reply brief, the Counter-Defendants submit Mr. Kramarik's declaration and referenced exhibits for the Court's consideration in connection with the pending summary judgment briefing.

Dated: March 24, 2023            Respectfully submitted,

By: */s/ Adam Wolek*
Adam Wolek
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9299
Facsimile: (312) 517-9201
awolek@foxrothschild.com

*Counsel for Plaintiff and Counter-Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 24, 2023, 2021, I filed Counter-Defendants' Supplement to their Reply Brief in Support of Partial Summary Judgment with the Clerk of Court via CM/ECF, which provided notice of same to all parties and counsel who have made an appearance in this case.

Dated: March 24, 2023                                                By: */s/ Christina Bruno*
                                                                                       Christina Bruno