UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ART & SOULWORKS LLC, <br> and CAROL CORNELIUSON, <br><br> Defendants. | Case No. 19-cv-02952 <br><br> Judge Edmond E. Chang <br><br> Mag. Judge Jeffrey Cole |
| ART & SOULWORKS LLC and CAROLYNE CORNELIUSON, <br><br> Counter-Claimants, <br><br> v. <br><br> ART AKIANE LLC, AKIANE ART GALLERY, LLC, and AKIANE KRAMARIK, <br><br> Counter-Defendants. | **PLAINTIFF/COUNTER-DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY ON NEW PRECEDENTIAL CASE LAW** |

Plaintiff/Counter-Defendants Art Akiane LLC, Akiane Art Gallery, LLC, and Akiane Kramarik (collectively, "Counter-Defendants") request leave to file supplemental authority; specifically, *Warner Chappell Music, Inc. v. Nealy*, No. 22-1078, __ U.S. __ (May 9, 2024). *Nealy* is new law regarding issues of copyright infringement damages relevant to the Counter-Defendants' (i) Motion for Partial Summary Judgment and Opposition to Defendants' Motion for Partial Summary Judgment (Dkt. 355) and (ii) Reply Brief in Support of Counter-Defendants' Motion for Partial Summary Judgment (Dkt. 365). *See*, *e.g.*, Dkt. 355 at § X, p. 41, Dkt. 365 at § XVI, p. 15.

Counter-Defendants thus request leave of to file supplemental authority; specifically,

1

*Nealy*, which provides guidance on a damages issue being decided in this very action, and request to file limited supplemental briefing specifically related to the impacts of *Nealy* to the parties' prior briefing.

## **LOCAL RULE 37.2 CERTIFICATION**

Under Local Rule 37.1, I, Adam Wolek, hereby certify that after communicating with Nicole Auerbach, counsel for Defendants, on May 13-14, 2024, the parties could not reach an agreement as to the requested relief.

Dated: May 14, 2024          Respectfully submitted,

By: */s/ Adam Wolek*
Adam Wolek
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9299
Facsimile: (312) 517-9201
awolek@foxrothschild.com

*Counsel for Plaintiff and Counter-Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 14, 2024, I caused Plaintiff/Counter-Defendants' Motion For Leave To File Supplemental Authority on New Precedential Case Law to be filed with the Clerk of Court via CM/ECF, which provided notice of same to all parties and counsel who have made an appearance in this case.

| | |
|---|---|
| Dated: May 14, 2024 | By: */s/ Adam Wolek* <br> Adam Wolek |